Edward E. Johnson, Esq. (SBN 241065)
ejohnson@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

*Attorneys for Defendants
Kandi Technologies Group, Inc.,
Xiaoming Hu, Cheng Wang, Bing
Mei, Liming Chen, Jerry Lewin and
Henry Yu*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU, <br><br> Defendants. | ) Case No.: CV 20-05171-CJC (AFMx) <br> ) <br> ) <br> ) <br> ) **STIPULATION TO TRANSFER** <br> ) **VENUE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>STIPULATION TO TRANSFER VENUE</u>

Plaintiff Tom Brooks ("Plaintiff") and Defendants Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin and Henry Yu (collectively, the "Defendants", and together with the Plaintiff, the "Parties") hereby stipulate to transfer this action to the United States District Court for the Southern District of New York pursuant to 27 U.S.C. § 1404(a) and the Court's inherent powers.

1

**STIPULATION TO TRANSFER VENUE**

WHEREAS, a putative class action complaint for violation of the Federal Securities Laws (the "Complaint") was filed on June 10, 2020;

WHEREAS, this Court granted Plaintiff's unopposed for motion for appointment as lead plaintiff and approved the firm of Glancy Prongay & Murray LLP as lead counsel on August 31, 2020;

WHEREAS, the Parties have met and conferred and agreed that a transfer of this action to the United States District Court for the Southern District of New York is appropriate;

WHEREAS, the United States District Court for the Southern District of New York would have personal jurisdiction over Defendants and subject matter jurisdiction over the causes of action alleged in the Complaint pursuant to 28 U.S.C. §§ 1331;

WHEREAS, 28 U.S.C. § 1404(a) permits a district court, in the interest of justice, to transfer a case to another district where venue is proper, and a district court also has inherent authority to transfer cases in order to manage its docket;

WHEREAS, the Parties agree to submit a proposed scheduling order in the United States District Court for the Southern District of New York that provides that (i) Plaintiff shall have 60 days from the date of transfer to file an amended complaint, and (ii) Defendants shall have 60 days the date of the filing of Plaintiff's amended complaint to answer, move or otherwise respond to the amended complaint;

2

**STIPULATION TO TRANSFER VENUE**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1.      This case is hereby transferred to the United States District Court for the Southern District of New York.

**GLANCY PRONGAY & MURRAY LLP**

By:____/s/ Ex Kano S. Sams II
            Ex Kano S. Sams II
1925 Century Park East Suite 2100
Los Angeles, CA 90067

*Attorneys for Plaintiff Tom Brooks*

DATED:  September 23, 2020

**THEODORA ORINGHER PC**

By:____/s/ Edward E. Johnson
            Edward E. Johnson
1840 Century Park East, Suite 500
Los Angeles, CA 90067-2199

-and-

RIKER DANZIG SCHERER HYLAND
    & PERRETTI
Richard J.L. Lomuscio
(*pro hac* to be filed)
500 Fifth Avenue, 49th Floor
New York, New York 10110

*Attorneys for Defendants*
*Kandi Technologies Group, Inc.,*
*Xiaoming Hu, Cheng Wang, Bing Mei,*
*Liming Chen, Jerry Lewin and Henry Yu*

DATED:  September 23, 2020

## SIGNATURE ATTESTATION

*I attest that Counsel for Plaintiff , Ex Kano S. Sams II, has authorized the inclusion of his signature on this document and its filing.

3

**STIPULATION TO TRANSFER VENUE**

DATED:  September 23, 2020                By:  /s/ Edward E. Johnson*
                                              Edward E. Johnson

**STIPULATION TO TRANSFER VENUE**