Edward E. Johnson, Esq. (SBN 241065)
ejohnson@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

*Attorneys for Defendants*
*Kandi Technologies Group, Inc.,*
*Xiaoming Hu, Cheng Wang, Bing*
*Mei, Liming Chen, Jerry Lewin and*
*Henry Yu*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>Defendants. | Case No.: CV 20-05171-CJC (AFMx)<br><br>**[PROPOSED] ORDER TRANSFERRING VENUE** |

**[PROPOSED] ORDER TRANSFERRING VENUE**

## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation to Transfer Venue, and good cause appearing, hereby **GRANTS** the Stipulation and orders as follows:

1.    This case is hereby transferred to the United States District Court for the Southern District of New York.

**SO ORDERED**, this _____ day of _____, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER TRANSFERRING VENUE**