Edward E. Johnson (SBN 241065)
ejohnson@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

*Attorneys for Defendants*
*Kandi Technologies Group, Inc.,*
*Xiaoming Hu, Cheng Wang, Bing Mei,*
*Liming Chen, Jerry Lewin and Henry Yu*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>      Defendants. | Case No. CV-20-05171-CJC (AFMx)<br><br>**PROOF OF SERVICE** |

*PROOF OF SERVICE*

THEODORA ORINGHER
COUNSELORS AT LAW

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1840 Century Park East, Suite 500, Los Angeles, CA 90067-2120.

On September 23, 2020, I served true copies of the following document(s) described as

1.    **STIPULATION TO TRANSFER VENUE**

2.    **[PROPOSED] ORDER TRANSFERING VENUE** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2020, at Los Angeles, California.



Mamie Hardy

*PROOF OF SERVICE*