JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/25/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

v.

KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 20-05171-CJC (AFMx)

**ORDER TRANSFERRING VENUE (DKT. 21)**

The Court, having considered the parties' Stipulation to Transfer Venue, and good cause appearing, hereby **GRANTS** the Stipulation and orders as follows:

    1.    This case is hereby transferred to the United States District Court for the Southern District of New York.

DATED:  September 25, 2020     _____

                          HON. CORMAC J. CARNEY

                          UNITED STATES DISTRICT JUDGE