**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 25, 2020

**To**:   Clerk, United States District Court
 Southern District of New York 

 __

 ._

**Re**:   Transfer of our Civil Case No. ____2:20–cv–05171–CJC–AFM____
 Case Title: ____Srinivasan Venkataraman v. Kandi Technologies Group, Inc. et al____
 _    MDL _____ In Re: _____
 _    Capital Habeas Corpus Petition

Dear Sir/Madam:

**An order having been made  _X_  transferring  ___  remanding the above-listed case to your district, we are transmitting herewith our file:**

__    Original case file documents are enclosed in paper format.
 X    Electronic documents are accessible through PACER.
__    Other: _

Very truly yours,

Clerk, U.S. District Court

Date: _September 25, 2020_                              By: _/s/ Trina Debose_
                                                             Deputy Clerk

*cc: All counsel of record*
 *(and, if a Capital Habeas Corpus case: the California Attorney General)*

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your district:**

     X   CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
     __   CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
     __   CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____              By: _____
                                                  Deputy Clerk

CV–22 (8/18)                    **TRANSMITTAL LETTER - CIVIL OR MDL CASE TRANSFER OUT**