# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:20–cv–05171–CJC–AFM

| | |
|---|---|
| Srinivasan Venkataraman v. Kandi Technologies Group, Inc. et al | Date Filed: 06/10/2020 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 09/25/2020 |
| Referred to: Magistrate Judge Alexander F. MacKinnon | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Srinivasan Venkataraman**
*Individually and On Behalf of All Others*
*Similarly Situated*

represented by **Charles Henry Linehan**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: clinehan@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lionel Zevi Glancy**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: lglancy@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pavithra Rajesh**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: prajesh@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Vincent Prongay**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: rprongay@glancylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Tom Brooks**                          represented by  **Pavithra Rajesh**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles Henry Linehan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert Vincent Prongay**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Susan Peck**                          represented by  **Ivy T Ngo**
                                                        Roche Cyrulnik Freedman LLP
                                                        99 Park Avenue Suite 1910
                                                        New York, NY 10016
                                                        646–350–0527
                                                        Fax: 646–392–8842
                                                        Email: ingo@rcfllp.com

V.

**Defendant**

**Kandi Technologies Group, Inc.**      represented by  **Edward Eric Johnson**
                                                        Theodora Oringher PC
                                                        1840 Century Park East Suite 500
                                                        Los Angeles, CA 90067–2120
                                                        310–557–2009
                                                        Fax: 310–551–0283
                                                        Email: ejohnson@tocounsel.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Xiaoming Hu**                         represented by  **Edward Eric Johnson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cheng Wang**                          represented by  **Edward Eric Johnson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bing Mei**                            represented by  **Edward Eric Johnson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Liming Chen**                                    represented by  **Edward Eric Johnson**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*


**Defendant**

**Jerry Lewin**                                    represented by  **Edward Eric Johnson**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*


**Defendant**

**Henry Yu**                                       represented by  **Edward Eric Johnson**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2020 | Ï 1 | COMPLAINT Receipt No: ACACDC–26762875 – Fee: $400, filed by Plaintiff Srinivasan Venkataraman. (Attachments: # 1 Exhibit A – Derivative Opinion) (Attorney Robert Vincent Prongay added to party Srinivasan Venkataraman(pty:pla))(Prongay, Robert) (Entered: 06/10/2020) |
| 06/10/2020 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Srinivasan Venkataraman. (Prongay, Robert) (Entered: 06/10/2020) |
| 06/10/2020 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Srinivasan Venkataraman. (Prongay, Robert) (Entered: 06/10/2020) |
| 06/10/2020 | Ï 4 | NOTICE of Interested Parties filed by Plaintiff Srinivasan Venkataraman, (Prongay, Robert) (Entered: 06/10/2020) |
| 06/11/2020 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and Magistrate Judge Alexander F. MacKinnon. (jtil) (Entered: 06/11/2020) |
| 06/11/2020 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (jtil) (Entered: 06/11/2020) |
| 06/11/2020 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Liming Chen, Xiaoming Hu, Kandi Technologies Group, Inc., Jerry Lewin, Bing Mei, Cheng Wang and Henry Yu. (jtil) (Entered: 06/11/2020) |
| 07/10/2020 | Ï 8 | TEXT ONLY ENTRY: NOTICE TO PARTIES by District Judge Cormac J. Carney. Effective July 13, 2020, Judge Cormac J. Carney will be located in the Ronald Reagan Federal Building and U.S. Courthouse, Courtroom 9B, on the 9th floor, located at 411 W. 4th Street, Santa Ana, California 92701–4516. All Court appearances shall be made in Courtroom 9B of the Ronald Reagan Federal Buiding and U.S. Courthouse unless otherwise ordered by the Court. All required mandatory chambers copies shall be delivered and placed in the drop box located on the 9th Floor of the Ronald Reagan Federal Building and U.S. Courthouse. Judge Carneys Courtroom Deputy Clerk, may be reached at CJC_Chambers@cacd.uscourts.gov. The |

| | | |
|---|---|---|
| | | location for filing civil and/or criminal documents in paper format exempted from electronic filing is at the Clerks Office, Ronald Reagan Federal Building and U.S. Courthouse, located at 411 W. 4th Street, Santa Ana, California 92701–4516. Documents under this exemption may also be filed in the Los Angeles or Riverside courthouses. Please refer to Judge Carneys Procedures and Schedules Page on the Courts website **UPDATED AS OF JULY 9, 2020** for updated procedures regarding mandatory chambers copies. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cbr) TEXT ONLY ENTRY (Entered: 07/10/2020) |
| 08/10/2020 | Ï 9 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* filed by Lead Plaintiff Movant Tom Brooks. Motion set for hearing on 9/14/2020 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order) (Attorney Charles Henry Linehan added to party Tom Brooks(pty:mov)) (Linehan, Charles) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 10 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 9 filed by Movant Tom Brooks. (Linehan, Charles) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 11 | DECLARATION of Charles H. Linehan in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 9 filed by Movant Tom Brooks. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certification of Movant, # 3 Exhibit C – Movant Loss Chart, # 4 Exhibit D – GPM Firm Resume)(Linehan, Charles) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 12 | NOTICE of Interested Parties filed by Lead Plaintiff Movant Tom Brooks, (Linehan, Charles) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 13 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Movant Susan Peck. Motion set for hearing on 9/14/2020 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order GRANTING MOTION OF SUSAN PECK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL) (Attorney Ivy T Ngo added to party Susan Peck(pty:mov)) (Ngo, Ivy) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 14 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 13 filed by Movant Susan Peck. (Ngo, Ivy) (Entered: 08/10/2020) |
| 08/10/2020 | Ï 15 | DECLARATION of Ivy T. Ngo in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 13 filed by Movant Susan Peck. (Attachments: # 1 Exhibit A. PSLRA Cert, # 2 Exhibit B. Loss Chart, # 3 Exhibit C. Press, # 4 Exhibit D. Resume)(Ngo, Ivy) (Entered: 08/11/2020) |
| 08/11/2020 | Ï 16 | NOTICE of Interested Parties filed by Movant Susan Peck, identifying None. (Ngo, Ivy) (Entered: 08/11/2020) |
| 08/24/2020 | Ï 17 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 9 *of Tom Brooks* filed by Movant Susan Peck. (Ngo, Ivy) (Entered: 08/24/2020) |

| 08/25/2020 | Ï 18 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 9 filed by Movant Tom Brooks. (Linehan, Charles) (Entered: 08/25/2020) |
|---|---|---|
| 08/25/2020 | Ï 19 | NOTICE of Waiver of Oral Argument filed by Movant Tom Brooks. (Linehan, Charles) (Entered: 08/25/2020) |
| 08/31/2020 | Ï 20 | ORDER GRANTING MOVANT TOM BROOK'S UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL 9 AND DENYING MOVANT SUSAN PECK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF 13 by Judge Cormac J. Carney (lc) Modified on 8/31/2020 (lc). (Entered: 08/31/2020) |
| 09/23/2020 | Ï 21 | STIPULATION to Change Venue to USDC for the Southern District of New York filed by Defendants Liming Chen, Xiaoming Hu, Kandi Technologies Group, Inc., Jerry Lewin, Bing Mei, Cheng Wang, Henry Yu. (Attachments: # 1 Proposed Order Transferring Venue, # 2 Proof of Service)(Attorney Edward Eric Johnson added to party Liming Chen(pty:dft), Attorney Edward Eric Johnson added to party Xiaoming Hu(pty:dft), Attorney Edward Eric Johnson added to party Kandi Technologies Group, Inc.(pty:dft), Attorney Edward Eric Johnson added to party Jerry Lewin(pty:dft), Attorney Edward Eric Johnson added to party Bing Mei(pty:dft), Attorney Edward Eric Johnson added to party Cheng Wang(pty:dft), Attorney Edward Eric Johnson added to party Henry Yu(pty:dft))(Johnson, Edward) (Entered: 09/23/2020) |
| 09/25/2020 | Ï 22 | ORDER by Judge Cormac J. Carney Transferring Venue (Dkt. 21 ). This case is hereby transferred to the United States District Court for the Southern District of New York. Original file, certified copy of the transfer order and docket sheet electronically sent. (MD JS−6. Case Terminated.) (twdb) (Entered: 09/25/2020) |
| 09/25/2020 | Ï 23 | Transfer Out Transmittal Letter (twdb) (Entered: 09/25/2020) |