**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 20 CIV. 8082 (LGS) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S UNOPPOSED MOTION FOR EMERGENCY RELIEF FOR LEAVE TO FILE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu, | |
| Defendants. | |

In response to the Court's Notice to Attorney Regarding Deficient Pleading filed on December 21, 2020, Lead Plaintiff Tom Brooks ("Plaintiff") hereby submits this Unopposed Motion for Emergency Relief for Leave to File Amended Complaint for Violation of the Federal Securities Laws ("Motion").

On December 18, 2020, Plaintiff filed his Amended Complaint for Violation of the Federal Securities Laws ("Amended Complaint"). One of the defendants named in the Amended Complaint is Xiaoming Hu, the Chief Executive Officer, President, and Chairman of the Board of Kandi Technologies Group, Inc ("Kandi" or the "Company"). Mr. Hu was named as a defendant in the initial complaint filed in the action.

Although Plaintiff's Amended Complaint named Mr. Hu as Xiaoming Hu in the body of the complaint, Plaintiff inadvertently listed Xiaoming Hu as "Hu Xiaoming" in the caption of the Complaint (as his name is listed in some of the Company's documents and other documents in accordance with cultural naming conventions in the People's Republic of China). Thus, Hu Xiaoming is the same individual as Xiaoming Hu, and Plaintiff does not intend to add any new parties to the action through the filing of the Amended Complaint.

Accordingly, Plaintiff hereby moves to file the attached Amended Complaint to make this correction. *See, e.g., Jin v. EBI, Inc.*, No. 05 CV 4201 NGG, 2006 WL 3335102, at *6 (E.D.N.Y. Oct. 17, 2006) ("Harmless errors that otherwise give a defendant proper notice, such as misspelling the defendant's name or referring the defendant to the complaint for the proper caption, are clearly amendable *nunc pro tunc* under Rule 4(b)."). Counsel for Plaintiff has conferred with counsel for defendants in this action and defendants do not oppose Plaintiff's Motion. Plaintiff sincerely apologizes to the Court for the confusion caused by this inadvertent error.

DATED:  December 23, 2020          **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Ex Kano S. Sams II*

Robert V. Prongay (admitted *pro hac vice*)
Ex Kano S. Sams II (admitted *pro hac vice*)
Charles H. Linehan (admitted *pro hac vice*)
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

*Counsel for Lead Plaintiff Tom Brooks and the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 23, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2020.


_s/ Ex Kano S. Sams II_
Ex Kano S. Sams II