**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC. et al.,<br><br>Defendants. | Case No. 1:20-cv-08082-LGS |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EMERGENCY RELIEF FOR LEAVE TO**
**FILE AMENDED COMPLAINT FOR VIOLATION OF**
**THE FEDERAL SECURITIES LAWS**

After consideration of the pleadings, information, and arguments in support thereof, and good cause appearing, Lead Plaintiff Tom Brooks' ("Plaintiff") unopposed Motion for Emergency Relief for Leave to File Amended Complaint for Violation of the Federal Securities Laws ("Motion") in the above-captioned action is hereby GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff shall file the corrected Amended Complaint forthwith. Plaintiff's Amended Complaint shall be deemed timely filed on December 18, 2020.

Dated: _____          _____
                                        United States District Court Judge

1