# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KANDI TECHNOLOGIES GROUP, INC. et al., <br><br> Defendants. | Case No. 1:20-cv-08082-LGS |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EMERGENCY RELIEF FOR LEAVE TO FILE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

After consideration of the pleadings, information, and arguments in support thereof, and good cause appearing, Lead Plaintiff Tom Brooks' ("Plaintiff") unopposed Motion for Emergency Relief for Leave to File Amended Complaint for Violation of the Federal Securities Laws ("Motion") in the above-captioned action is hereby GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff shall file the corrected Amended Complaint by **January 8, 2021** forthwith. Plaintiff's Amended Complaint shall be deemed timely filed on December 18, 2020.

Dated:  December 24, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1