**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC. et al.,<br><br>Defendants. | Case No. 1:20-cv-08082-LGS |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EMERGENCY RELIEF FOR LEAVE TO**
**FILE AMENDED COMPLAINT FOR VIOLATION OF**
**THE FEDERAL SECURITIES LAWS**

After consideration of the pleadings, information, and arguments in support thereof, and good cause appearing, Lead Plaintiff Tom Brooks' ("Plaintiff") unopposed Motion for Emergency Relief for Leave to File Amended Complaint for Violation of the Federal Securities Laws ("Motion") in the above-captioned action is hereby GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff shall file the corrected Amended Complaint by **January 8, 2021** forthwith. Plaintiff's Amended Complaint shall be deemed timely filed on December 18, 2020.

Dated: December 24, 2020
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 7, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2021.

*s/ Charles H. Linehan*
Charles H. Linehan