**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN, AND HENRY YU,<br><br><br><br>Defendants. | No. 20 CIV. 8082 (LGS) |

**DECLARATION OF RICHARD J.L. LOMUSCIO**

I, Richard J.L. Lomuscio, of full age, declare and say:

1.     I am an attorney at law in the State of New York, a member of the bar of this Court and a partner with the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu (collectively, the "Defendants").  This declaration is submitted in support of Defendants' motion for an for an Order dismissing the Consolidated Amended Class Action Complaint of Lead Plaintiff Tom Brooks pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and 15 U.S.C. § 78u–4.

2.        Attached hereto as Exhibit A is a true and correct copy of the Class Action Complaint filed on March 16, 2017 in *Cashen v. Kandi Technologies Group, Inc., et al.*, Case No. 1:17-cv-01944-ER (USDC/SDNY).

3.        Attached hereto as Exhibit B is a true and correct copy of the Class Action Complaint filed on April 21, 2017 in *Klein v. Kandi Technologies Group, Inc., et al.*, Case No. 1:17-cv-01944-ER (USDC/SDNY).

4.        Attached hereto as Exhibit C is a true and correct copy of the Class Action Complaint filed on April 26, 2017 in *Tavrovsky v. Kandi Technologies Group, Inc., et al.*, Case No. 1:17-cv-01944-ER (USDC/SDNY).

5.        Attached hereto as Exhibit D is a true and correct copy of the Consolidated Class Action Complaint ("CAC") filed on August 31, 2018 in *Kandi Technologies Group, Inc. Securities Litigation*, Case No. 1:17-cv-03049-ER (USDC/SDNY).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Richard J.L. Lomuscio

Dated: March 9, 2021
      New York, New York

2