UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>Defendants. | Case No. 1:20-cv-08082-LGS |

## DECLARATION OF RICHARD J.L. LOMUSCIO

I, Richard J.L. Lomuscio, of full age, declare and say:

1.      I am an attorney at law in the State of New York, a member of the bar of this Court and a partner with the law firm Tarter Krinsky & Drogin LLP, attorneys for Defendants Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin and Henry Yu (collectively, "Defendants").  This declaration is submitted in support of Defendants' motion for an Order dismissing the Second Amended Complaint for Violation of the Federal Securities Laws (the "Second Amended Complaint") of Lead Plaintiff Tom Brooks ("Plaintiff") pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and 15 U.S.C. § 78u-4 (2000).

2.      Attached hereto as Exhibit A is a true and correct copy of the November 30, 2020 Short Report published by Hindenburg Research (the "Short Report").  Paragraph 85 of the Second Amended Complaint states that a copy of the Short Report is "attached hereto as Exhibit A and incorporated herein by reference," but the exhibit was not included with the Second Amended Complaint when filed.  The Short Report is attached hereto for the Court's convenience.

3.    Attached hereto as Exhibit B is a true and correct copy of the Class Action Complaint filed on March 16, 2017 in *Cashen v. Kandi Technologies Group, Inc. et al.*, Case No.: 1:17-cv-01944-ER (USDC/SDNY).

4.    Attached hereto as Exhibit C is a true and correct copy of the Class Action Complaint filed on April 21, 2017 in *Klein v. Kandi Technologies Group, Inc., et al.*, Case No.: 1:17-cv-01944-ER (USDC/SDNY).

5.    Attached hereto as Exhibit D is a true and correct copy of the Class Action Complaint filed on April 26, 2017 in *Tavorvsky v. Kandi Technologies Group, Inc. et al.*, Case No.: 1:17-cv-01944-ER (USDC/SDNY).

6.    Attached hereto as Exhibit E is a true and correct copy of the Consolidated Class Action Complaint filed on August 31, 2018 in *Kandi Technologies Group, Inc. Securities Litigation* Case No.: 1:17-cv-03049-ER (USDC/SDNY).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 

_____

Richard J.L. Lomuscio

Dated: January 7, 2022
       New York, New York

2