**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and on Behalf of All Others Similarly Situated, <br><br>            Plaintiff, <br><br>     vs. <br><br><br> KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN, AND HENRY YU, <br><br>            Defendants. | Case No. 1:20-cv-08082-LGS |

**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a member of the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of the Consolidated Amended Class Action Complaint in *In re Kandi Techs. Grp., Inc. Sec. Litig.*, No. 17-cv-03049-(ER).

3.      Attached as Exhibit 2 is a true and correct copy of the Hindenburg Research Report entitled "Kandi: How This China-Based NASDAQ Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 28th day of January, 2022, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 28, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 28, 2022.

_s/ Ex Kano S. Sams II_
Ex Kano S. Sams II