EXHIBIT 2

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 2 of 70

# Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors

Published on November 30, 2020

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

| email address | SUBSCRIBE |

## (NASDAQ:KNDI)

- Today we reveal what we believe to be a brazen scheme by China-based, NASDAQ-listed Kandi Technologies Group to falsify revenue using fake sales to undisclosed affiliates.
- Our investigation included extensive on-the-ground inspection at Kandi's factories and customer locations in China, interviews with over a dozen former employees and business partners, and review of numerous litigation documents and international public records.
- We unmasked Kandi's "unnamed" top customers and found that almost 64% of Kandi's last twelve months (LTM) sales have been to undisclosed related parties.
- The company's largest customer, representing ~55% of last twelve months (LTM) sales, shares a phone number with a Kandi subsidiary, and shared an executive with Kandi.
- We visited the "customer". It is based in a tiny building right next to Kandi's factory with a sign indicating that it's a Kandi company. The same building housed another entity used by Kandi as part of a separate fake sales scheme to collect illegitimate subsidies from the Chinese government, for which it was fined and sanctioned.
- Kandi's second largest customer, representing ~9% of LTM sales, was once wholly owned by the company. Its website still integrates the Kandi logo with the customer name. Export records show that 91% of the U.S. exports by the "customer" went to undisclosed related party entities based out of Kandi's U.S. headquarters and warehouses.

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 3 of 70

- To support this, we have photographic evidence of one such Kandi "customer's" inventory sitting in Kandi's own warehouse.
- Kandi's financials corroborate our concerns. The company has consistently booked revenue it cannot collect, a classic hallmark of fake revenue. Its Days Sales Outstanding (DSO) a common measure of revenue collection, was 278 days in the previous quarter, about 5.6x worse than its closest auto peer.
- Kandi's top financial ranks have been a revolving door; another key sign of accounting irregularities. The company has had 3 auditors in the past 5 years, and 4 Chief Financial Officers in the past 4 years.
- Kandi's current auditor, Marcum, was just handed a 3-year ban from auditing Chinese companies by the Public Company Accounting Oversight Board (PCAOB). Rather than firing the auditor, Kandi just reported its intention to renew the engagement.
- Kandi's latest issues are part of a long-running pattern, rather than an isolated incident. The architects of Kandi's original go-public transaction were charged with fraud by the SEC in 2014 for, among other things, engaging in a scheme with Kandi's (still) Chairman/CEO to artificially inflate its stock price.
- In 2016, Kandi's long-serving prior auditor was ejected from the industry by the PCAOB specifically for failure to catch obvious signs of fraud at Kandi, including misappropriation by company management and undisclosed related party transactions.
- Kandi's latest pitch to investors is focused on an imminent U.S. launch. We show that Kandi has been "launching" in the U.S. for 12 years. Its first U.S. vehicles were imported illegally and seized by customs. A former distribution partner said every single car that eventually made it into the country broke.
- Kandi has a reputation in China for poor quality vehicles and failing to honor service warranties. The company has reported no domestic EV sales for years outside of its minority stake in a joint venture. We expect its U.S. efforts will continue to sputter.
- We also review Kandi's partnership with a Chinese rideshare company, which it has repeatedly claimed could lead to up to 300,000 EV sales. We show that the rideshare partner's app is mostly vaporware; it has almost no users and isn't even ranked among China's top 50 rideshare apps.
- Lastly, we address the company's much-touted battery swap program, which is preliminary and hopelessly behind peers, including Kandi's own partner Geely. Without a meaningful number of cars on the road Kandi's battery swap efforts simply don't make sense.
- Kandi raised $160 million from U.S. investors this month alone. All told, we think Kandi has engaged in a major fake revenue scheme, hyping its story to U.S. investors, in order to take advantage of regulatory gaps enabling China-based companies to siphon cash from U.S. capital markets with impunity.

*Initial Disclosure: After extensive research, we have taken a short position in shares of Kandi Technologies. This report represents our opinion, and we encourage every reader to do their own due diligence. Please see our full disclaimer at the bottom of the report.*

Case 1:20-cv-08082-DEH    Document 61-2    Filed 01/28/22    Page 4 of 70

# Introduction: Electric Vehicle Euphoria

Many investors have come to the realization that electric vehicles are the future of the auto industry. In rational times, such investors might express this view by picking companies that are best-of-breed; the likely industry winners.

But this is 2020, so instead, a psychotic flood of speculative capital has lifted all companies in the sector, regardless of quality.

Readers of this piece are likely familiar with our views on Nikola, the electric vehicle brainchild of Trevor Milton, a man who has forever enshrined "gravity" in the list of zero-emission energy sources (perhaps the company's only genuine innovation to date).[1]

Many investors avoided Nikola due to its speculative status as a pre-revenue newcomer. Some of these investors may have instead found Kandi, seeing it as a revenue generating EV manufacturer with a long history.

# Background: Basics on the Business

Before we dive into the specifics, let's review the basics.

Kandi went public in the U.S. in mid-2007 (https://www.sec.gov/Archives/edgar/data/1316517/000121390007000800/f8k062807_stonemt n.htm) via reverse merger onto the Over the Counter ("OTC") market. It then uplisted and has traded on the NASDAQ since March 2008. [Pg. 14 (https://www.sec.gov/Archives/edgar/data/1316517/000114420408018680/v108504_10-k.htm)] The company has been run since its inception as a public company by Xiaoming Hu (胡晓明) who serves as Chairman, CEO & President. [Pg. 33 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020010244/f10k2019_kanditech nologies.htm)]

Historically, the company manufactured and sold ATVs, go-karts, and electric vehicles. Currently, Kandi's main focus is electric cars and related parts.

Kandi has announced several initiatives that are key to its business case (which we will review thoroughly):

1. The "U.S. Launch" of Kandi's small, low-cost electric cars;

12/17/2020    Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype, and $160 Million From U.S. Investors – Hinden…

Case 1:20-cv-08082-DEH  Document 61-2  Filed 01/28/22  Page 5 of 70

2. China's domestic rideshare market, which Kandi hopes to significantly participate in; and

3. The company's battery swap technology, which it has indicated will be spun off and taken public in Shanghai

The company's market cap has expanded to over $1 billion as of this writing, trading ~$13.62 per share, more than 6x its 52-week lows. The company has raised $160 million from U.S. public market investors this month alone. [1 (https://www.globenewswire.com/news-release/2020/11/20/2131022/0/en/Kandi-Technologies-Announces-Entry-into-Agreement-for-Registered-Direct-Placement-of-100-Million-of-Common-Stock-and-Warrants.html),2 (https://www.globenewswire.com/news-release/2020/11/10/2123937/0/en/Kandi-Technologies-Announces-Entry-into-Agreement-for-Registered-Direct-Placement-of-60-Million-of-Common-Stock-and-Warrants.html#:~:text=(the%20%E2%80%9CCompany%E2%80%9D%20or%20%E2%80%9C,price%20of%20%246.38%20per%20share.)]

# Part I: Kandi's Extensive History of Fraud Allegations

Investors in Kandi seem largely unaware of the company's history of credible fraud allegations during its tenure as a public company.

### 2014: The Architects of Kandi's Reverse Merger Deal to Go Public Were Charged With Fraud by the SEC For, Among Other Things, Engaging in A Scheme With Kandi's Chairman/CEO To Artificially Inflate Its Stock Price

According to an SEC complaint, Kandi was taken public on the OTC by a group of individuals that engaged in multiple market manipulation schemes. [Pg. 3 (https://www.sec.gov/litigation/complaints/2014/comp-pr2014-91.pdf)]

The architects of the scheme were charged with fraud by the SEC (https://www.sec.gov/litigation/complaints/2014/comp-pr2014-91.pdf) in 2014.

Case 1:20-cv-08092-DEH Document 61-2 Filed 01/28/22 Page 6 of 70



## U.S. Securities and Exchange Commission

**U.S. SECURITIES AND EXCHANGE COMMISSION**

Litigation Release No. 22986 / May 7, 2014

*Securities and Exchange Commission v. S. Paul Kelley, et al.,* Civil Action No. 2:14-cv-2827 (D. N.J., filed May 5, 2013)

**SEC Charges Toronto-Based Consultant and Four Others with Multiple Chinese Reverse Merger Schemes**

The complaint included allegations that the individuals had engaged in a fraudulent scheme to inflate the price and volume of Kandi. [Pg. 43 (https://www.sec.gov/litigation/complaints/2014/comp-pr2014-91.pdf)] According to SEC prosecutors, the scheme was concocted with the help of Kandi's CEO:

**F.     Tazbaz, Lockhart, and Becker Orchestrated a Scheme to Defraud Through Manipulative Trading in a Third Chinese Issuer, Kandi Technologies**

132.   From approximately April 2009 through at least December 2010, Tazbaz, Lockhart, and Becker orchestrated a scheme to defraud investors of a third Chinese issuer, Kandi Technologies Group Inc., primarily through manipulative trading in Kandi's stock.

133.   The manipulative trading was done with scienter. In addition, the manipulative trading was done for the purposes of creating a false or misleading appearance of an active market in the stock and inducing the stock's sale or purchase by others.

134.   Kandi was listed on NASDAQ on March 18, 2008, and was trading as high as $6.82 per share in April 2008. However, by the end of 2008, Kandi's stock price had dropped to less than $1.00.

135.   Tazbaz and Lockhart held large positions in Kandi's securities that they sought to liquidate.

136.   In approximately September 2009, Tazbaz and Lockhart traveled to China to meet with Kandi's CEO. In that meeting, Kandi's CEO reached an oral agreement with Tazbaz and Lockhart as follows:

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 8 of 70

a.   Kandi agreed to provide Tazbaz and Lockhart with 350,000 additional shares of Kandi;

b.   Despite Kandi's prior oral agreement that the Kelley Group would cover certain expenses related to maintaining Kandi's public listing for the first two years after going public, Kandi agreed to cover certain additional of its own post-public expenses;

c.   In exchange, Tazbaz and Lockhart agreed to pay U.S. stock promoters to tout Kandi; and

d.   Tazbaz and Lockhart further agreed to orchestrate U.S. stock promoters to manipulate the trading of Kandi stock to increase its price to at least $3 per share within three months.

The individuals settled (https://www.sec.gov/litigation/litreleases/2019/lr24696.htm) the charges in December 2019. Despite the Chairman/CEO of Kandi being identified as playing a critical role in a conspiracy to manipulate his own stock, neither he nor the company were ever charged by the SEC.

## 2016: Kandi's Long-Serving Auditor Had Its Registration Revoked by the Public Company Accounting Oversight Board ("PCAOB") Specifically for Failing to Catch Obvious Signs of Fraud at Kandi

Kandi's auditor for most of its publicly traded existence was Albert Wong & Co. ("AWC"), a small auditor based in Hong Kong. AWC served as Kandi's auditor from mid-2009 (https://www.sec.gov/Archives/edgar/data/1316517/000114420409035677/v154050_8k.htm) until its dismissal in April 2016 (https://www.sec.gov/Archives/edgar/data/1316517/000106299316008902/form8k.htm).

A month after its dismissal, in May 2016, the PCAOB issued an order (https://pcaobus.org/Enforcement/Decisions/Documents/105-2016-016-AWC-CPA.pdf) revoking AWC's registration, fining it $10,000 and barring its principals from associating with any registered public accounting firm due to its failure to catch obvious signs of fraud at Kandi.



PCAOB
Public Company Accounting Oversight Board

1666 K Street, N.W.
Washington, DC 20006
Telephone: (202) 207-9100
Facsimile: (202) 862-0757
www.pcaobus.org

ORDER INSTITUTING DISCIPLINARY
PROCEEDINGS, MAKING FINDINGS, AND
IMPOSING SANCTIONS

In the Matter of AWC (CPA) Limited, WONG
Chi Wai, CPA, and WONG Fei Cheung, CPA,

Respondents.

PCAOB Release No. 105-2016-016

May 18, 2016

The order focused on AWC's audit failures relating to Kandi, mentioning the company by name 151 times.

The PCAOB found, among other failures, that AWC failed to implement procedures designed to provide reasonable assurance of detecting material fraud or illegal acts. [Pg. 4 (https://pcaobus.org/Enforcement/Decisions/Documents/105-2016-016-AWC-CPA.pdf)]

## C.    Summary

7.    This matter concerns Respondents' violations of PCAOB rules and standards in connection with the issuance of audit reports on the consolidated financial statements of Kandi Technologies Group, Inc. ("Kandi" or the "Company") for the years ended December 31, 2010, 2011, and 2012. As detailed below, Respondents, among other things, failed repeatedly to exercise due professional care and professional skepticism, to obtain sufficient appropriate audit evidence with respect to financial statement assertions, to include procedures designed to provide reasonable assurance of detecting fraud or illegal acts that would have a direct and material effect on the determination of financial statement amounts, and to prepare and maintain adequate audit documentation.

# The PCAOB Report Went Into Detail About Obvious Signs of Theft by Kandi's Chairman/CEO And Undisclosed Related Party Transactions

The PCAOB found that AWC failed to take issue with Kandi's Chairman and at least one Kandi finance employee (referred to as "Cashier") **reporting cash held in their personal accounts as belonging to the business. The auditors simply included the cash held in personal accounts in the company's reported cash balance.**

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 10 of 70

The effect of this was likely a reporting of an inflated cash balance while direct evidence of misappropriation was ignored. Per the report:

> 25.    Kandi management represented to Respondents that the $3.0 million temporarily held by the Cashier in her personal account was at the request of Kandi's bank. However, for all of the cash and restricted cash balances held in the personal accounts of the Cashier and Chairman, Respondents failed to consider management's rationale of having Company funds held in the personal bank accounts of the Cashier and Chairman, and whether the stated business rationale (or lack thereof) suggested that the transaction may have been entered into to engage in fraudulent financial reporting or conceal the misappropriation of assets.[24]
>
> 26.    At no time during the Kandi 2010 Audit did Respondents consider whether the cash amounts reported as restricted and held in the Chairman's personal accounts represented personal loans from Kandi that might constitute illegal acts, or for which disclosure would have been required as related party transactions. As a result,

The PCAOB report referred to Kandi's responses as "evasive" [Pg. 12 (https://pcaobus.org/Enforcement/Decisions/Documents/105-2016-016-AWC-CPA.pdf)] and repeatedly called into question the reliability of its representations and integrity. [Pgs. 8-9, 13 (https://pcaobus.org/Enforcement/Decisions/Documents/105-2016-016-AWC-CPA.pdf)]

## The PCAOB Report Went into Further Detail About Obvious Undisclosed Related Party Transactions At Kandi, Including Those Relating to Kandi USA

The report also suggested that **management made adjustments to disguise recognition of related party revenue**:

> *"**Respondents failed to assess the risk of fraud related to these last-minute adjustments** to reflect the Kandi USA revenue as being from Dingji, **including whether these adjustments were motivated by management's desire to conceal Kandi's transactions with Kandi USA in order to avoid related party disclosures**." [Pgs. 12-13 (https://pcaobus.org/Enforcement/Decisions/Documents/105-2016-016-AWC-CPA.pdf)]*

Note that elsewhere in this report, we have detailed specific and obvious signs that Kandi is still engaging in extensive undisclosed-related party transactions through its U.S. operations.

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 11 of 70

Despite the PCAOB barring AWC and its principals from auditing public companies for failing to identify clear signs of fraud at Kandi, domestic regulators have not brought any enforcement action against Kandi.

## 2016: The Chinese Government Announced That Kandi Had Been Involved in a Scheme Through its Joint Venture to Obtain Illegitimate EV Subsidies Through the Use of Sham Sales to Related Parties

In 2013, the Chinese government announced (https://www.bbc.com/news/business-24140329) large subsidies to producers of electric vehicles. That same year, Kandi and Chinese EV manufacturer Geely established a joint venture (https://www.globenewswire.com/news-release/2013/02/04/520617/10020414/en/Kandi-Technologies-Forms-Joint-Venture-With-Geely-Auto-to-Create-a-New-Era-of-EV-in-China.html) to produce electric vehicles.

According to Chinese media (https://www.shangyexinzhi.com/article/1616661.html), the joint venture generated subsidies through a scheme involving buying and selling to/from related parties.

The gist of the scheme was as follows: China provided subsidies to both to producers and purchasers of electric vehicles. Kandi gained one subsidy through its manufacturing joint venture with Geely, then sold the cars to a related party entity that purported to be in the rental/car sharing business (http://news.bitauto.com/hao/wenzhang/20608), collecting the other.

The scheme worked because Kandi's cars were so cheap. The cost to build the vehicles was actually less than the subsidies, so Kandi just needed to build as many cheap cars as possible to cash in on the government money.

In 2016-2017, media reported (https://chejiahao.autohome.com.cn/info/1587848) on the results (http://www.diyiev.com/news/show-2967.html) of a Chinese government investigation which found that Kandi and its JV partner (among others) had thousands of idled vehicles and was involved in fraudulently obtaining state subsidies.

As a result, Kandi's JV partner was fined and Kandi was forced to write off $3.3 million in subsidies. (https://www.globenewswire.com/news-release/2016/12/20/899187/0/en/The-Final-Results-of-Government-Subsidy-Review-Related-to-Kandi-s-JV-Company-Released.html)

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 12 of 70

In 2019, media stumbled across a car lot (https://www.autochat.com.cn/zixun/a-1299.html) where thousands of Kandi cars were apparently sitting unused and had been deteriorating for years, believed to be part of the same scheme.



(Pictured: A car cemetery filled with thousands of unused Kandi vehicles. Source (https://www.autochat.com.cn/zixun/a-1299.html))

## 2017: Kandi Restated Its Financials to Account for Previously Undisclosed Related-Party Deals and Promised to Mend its Ways

On March 7, 2017, the company acknowledged in an SEC filing (https://www.sec.gov/Archives/edgar/data/1316517/000106299317001342/form8k.htm) that in response to questions from the SEC's Division of Corporate Finance, it needed to restate its historical financials to "separately identify certain related party accounts" and make "corrections to the classification of notes receivable and notes payable in the Company's statements of cash flow".

Case 1:20-cv-08082-DEH    Document 61-2    Filed 01/28/22    Page 13 of 70

The filing stated that investors should not rely on its financial reporting "or any earnings releases or other communications" from 2014-2016.

The same filing disclosed that Kandi's accounting may have material weaknesses and that the PCAOB revoked the registration of its prior auditor due to deficiencies.

# Part II: We Think Most of Kandi's Sales Are Fabricated

Kandi was not charged by regulators for any undisclosed self-dealing, despite extensive historical evidence suggesting a pervasive pattern.

Part of the issue, we think, is that U.S. regulators have limited access (https://www.wsj.com/articles/house-to-vote-on-booting-chinese-stocks-from-u-s-over-audit-rules-11606518590?reflink=e2twmkts) to audit and regulatory information from China, leaving them hamstrung in their overseas enforcement efforts.

In 2017, the company promised to do better going forward, but given the lack of regulatory oversight and consequences: *why would it?*

## Background: Kandi's Top "Customer" From 2014-2017, Representing 63%-97% of its Sales, Was its Joint Venture Partner

## But Following the Subsidy Scandal, Sales to the JV Partner Evaporated

Since 2014, Kandi's reported EV sales had been driven by its joint venture with domestic auto manufacturer Geely.[2] [Pg. 11 (https://www.sec.gov/Archives/edgar/data/1316517/000106299317001411/form10k.htm)] But Kandi's sales to its JV partner declined sharply by the end of 2018 following revelations of a Chinese subsidy scandal and subsequent subsidy policy adjustments (https://seekingalpha.com/article/4197919-kandi-technologies-kndi-ceo-hu-xiaoming-on-q2-2018-results-earnings-call-transcript).

Case 1:20-cv-08082-DEH    Document 61-2    Filed 01/28/22    Page 14 of 70

Through its overgenerous subsidies, the Chinese government inadvertently acted as a dedicated "buyer" of Kandi's cars (many of which ended up just rusting in a parking lot, as shown above). Without the subsidy scheme run through its joint venture entity, Kandi needed legitimate buyers for its products.

In Q1 2019, Kandi acknowledged on its quarterly investor call (https://seekingalpha.com/article/4263070-kandi-technologies-group-inc-kndi-ceo-xiaoming-hu-on-q1-2019-results-earnings-call-transcript) that it didn't sell any EV products due to a "transitional period". Kandi's financials show that its proportion of sales to its joint venture rapidly declined and have essentially vanished in 2020.



(Source: SEC filings)

This is corroborated by Chinese media sources, which reported that the company sold zero vehicles domestically in 2019 and early 2020. [1 (https://new.qq.com/omn/20200412/20200412A04CWG00.html),2 (https://www.yicai.com/news/100587986.html),3 (https://www.sohu.com/a/368093130_99984129)]

Kandi's joint venture with Geely was originally 50/50, but Geely bought most of Kandi's stake (https://www.globenewswire.com/news-release/2019/09/30/1922500/0/en/Kandi-Technologies-Announces-the-Completion-of-the-Equity-Transfer-of-the-JV-Company.html) in 2019, leaving Kandi with 22%. The entity is now focused (https://www.globenewswire.com/news-release/2020/04/13/2015102/0/en/Geely-Kandi-Affiliate-Fengsheng-Automotive-Introduces-Pure-Electric-SUV-Maple-30X.html) on manufacturing (https://www.globenewswire.com/news-

Case 1:30-cv-08082-DEH　Document 61-2　Filed 01/28/23　Page 15 of 70

release/2020/07/13/2061232/0/en/Kandi-Affiliate-Fengsheng-Automotive-Announces-Release-of-Maple-30X-City-SUV.html) an electric SUV called the Maple 30X. Given Kandi's lack of reported revenues from the affiliate, it is unclear what current role, if any, Kandi plays in its manufacturing.

## Despite the Virtual Elimination of Kandi's Major Customer, Kandi's Revenue Somehow Remained Stable… With the Help of Two Unnamed Mystery Customers

Usually sales *drop* when a firm suddenly loses its business from a customer comprising 63%-97% of sales.

Incredibly, that has not been the case with Kandi. Its sales actually rose slightly following the 2018 decline of its top customer, then leveled off.



(Source: SEC filings)

## Kandi Redacts the Names of its New Top "Customers" Which Have Accounted for Almost 64% of Last Twelve Months (LTM) Sales

Two unnamed customers have played a big role in plugging up the sales "hole" left behind by the decline of Kandi's JV. Kandi redacts the name of these key customers on its financials, referring to them as "Customer A" and "Customer B".



(Source: Kandi's SEC filings)

# We Have Identified the Names of Kandi's Top Customers

Prior to September 2019, Kandi disclosed the names of its top customers. Here is an example from June 2019 (https://www.sec.gov/Archives/edgar/data/1316517/000121390019015054/f10q0619_kanditech nologies.htm):

| Major Customers | June 30, 2019 | June 30, 2018 |
|---|---|---|
| Jinhua Chaoneng Automobile Sales Co. Ltd. | 36% | 36% |
| Zhejiang Kuke Sports Technology Co., Ltd. | 27% | 4% |
| Kandi Electric Vehicles Group Co., Ltd. and its subsidiaries | 17% | 29%[1] |

As of September 2019, the company began redacting the names of its top customers, except for the name of its related party joint venture partner:

| Major Customers | September 30, 2019 | September 30, 2018 | S |
|---|---|---|---|
| Customer A | 30% | 24% | |
| Customer B | 30% | 4% | |
| Kandi Electric Vehicles Group Co., Ltd. and its subsidiaries (related party) | 15% | 61% | |
| Customer D | 10% | - | |

The remaining customers, according to Kandi's disclosures, are sales to unrelated party customers.

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 17 of 70

We were able to identify Kandi's top customers by connecting the dots between the percentage of sales associated with each customer in the prior periods when the names were unredacted.

For example, customer concentration disclosures from June 2020 referenced the customer concentration numbers from the prior year (when the names were unredacted). [Pg. 10 (https://www.sec.gov/ix?doc=/Archives/edgar/data/1316517/000121390020021018/f10q0620_kanditech.htm), Pg. 17 (https://www.sec.gov/Archives/edgar/data/1316517/000121390019015054/f10q0619_kanditechnologies.htm)]



Once unmasked, we examined the customer relationships more closely and found alarmingly close ties to Kandi.

## Kandi's New Top Customer, Accounting for 55% of LTM Sales, Shares a Phone Number with a Kandi Subsidiary

According to Chinese corporate records available through corporate records service QCC (https://www.qcc.com/firm/38GY9SF.shtml), key customer Jinhua Chaoneng Automobile Sales (金华市超能汽车销售有限公司 (https://www.qcc.com/firm/38GY9SF.shtml)) shares its phone number with a 100% Kandi-owned subsidiary.

Here is Jinhua's corporate record, with its phone number highlighted, including an indication that it shares the number with three other entities:



The second name on the list of shared numbers is Zhejiang Kangdi Intelligent Power Exchange Technology Co., Ltd. (浙江康迪智能换电科技有限公司), which is 100% owned by Kandi (https://www.globenewswire.com/news-release/2020/08/03/2071749/0/en/Kandi-Delivers-Automatic-Quick-Battery-Exchange-Equipment-to-Hainan-Rideshare-Operator.html).



We called the number to see which (if any) company the phone number belonged to. This was the conversation (which we recorded):

**HER**: Hello

**US**: Hello. Are you Jinhua Chaoneng?

**HER**: No

**US**: What company are you?

**HER**: Who are you?

**US**: I'm looking for Jinhua Chaoneng and had this number

**HER:** They moved away many years ago

**US**: Oh, then are you Kandi?

**HER**: Who are you?

**US**: I'm looking for these companies.  I want to check if this phone number belongs to Chaoneng or Kandi or who?

*(HANGS UP)*

# We Visited the Address of the Customer and Found Them Based in a Small Building <u>Adjacent to a Kandi Factory</u>

# The "Customer" Had Kandi's Name in Its Signage, Indicating That it is Part of Kandi

The addresses of the 2 companies are also almost identical, per the same corporate records. Both are based at plots "G-01-03 and G-02-01" in an industrial park in Jinhua City, per QCC records.

First, we viewed the customer address <u>using Baidu maps (https://map.baidu.com/search/%E5%BA%B7%E8%BF%AA/@13317693.41,3362357.14,21z,87t,1 54.89h#panoid=09024400121709061649562977M&panotype=street&heading=161.92&pitch=- 13.65&l=21&tn=B_NORMAL_MAP&sc=0&newmap=1&shareurl=1&pid=09024400121709061649 562977M)</u>.  It shows a Kandi factory:



(Source: Baidu Maps)

Then, we sent an investigator to the industrial park several months ago in order to confirm ourselves:



(Source: Hindenburg investigator, Summer 2020)

We asked the security guard working the Kandi gate about Chaoneng (the customer) and he had never heard of them.

However, we found a small building adjacent to the factory with a sign that named the purported customer as "Jinhua **Kandi Electric Vehicle** Chaoneng".

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 21 of 70



(Source: Hindenburg investigator, Summer 2020)

## The "Customer" Address Matched the Address of the Key Undisclosed Related Party Entity Involved Kandi's Earlier Fake Sales/Subsidy Scheme

As noted above, the Chinese government had previously sanctioned Kandi and its JV partner over a scheme to collect illegitimate government subsidy payments through fake EV sales.

The entity used to generate the fake sales in that scheme was named "Left Middle Right, Co. Ltd (https://www.shangyexinzhi.com/article/1616661.html)" (浙江左中右电动汽车服务有限公司), and is based out of the exact same small building as Kandi's new top "customer".

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 22 of 70



(Source: Hindenburg investigator, Summer 2020)

Here is an overhead view of the Kandi factory and its purported customer/subsidy scheme entities.



Kandi appears to simply be recycling its old fake sales playbook (except this time the target is U.S. investors rather than the Chinese government.)

## Kandi's New Top Customer Shared an Executive with Kandi, Further Evidencing Close Ties Between the Two Companies

Case 1:30-cv-08082-DEH　Document 61-2　Filed 01/28/23　Page 23 of 70

Further evidencing a long connection, a 2010 article (http://zjnews.zjol.com.cn/05zjnews/system/2010/11/02/017056090.shtml) detailed how an individual named Hu Yiheng, a Kandi employee, held a senior position at Kandi acting as "办主任" or "Office Director".

Hu YiHeng[3] is the name of Chaoneng's legal representative since June 17, 2013 and is also a 30% shareholder of Chaoneng, per corporate records through QCC.com: (https://www.qcc.com/firm/05e1e24abc3997ef95ca45f7f31a4ae5.html)



In short, Kandi's largest "customer" is (a) based at a Kandi factory; (b) shares a phone number with a Kandi subsidiary; (c) integrates Kandi into its own signage; (d) is based in the same building as another entity involved in a fake sale scheme for Kandi; and (e) shares or shared a key executive with Kandi.

We do not think sales to this entity are legitimate.

## Kandi's Second Largest Customer, Named "Kuke", Accounts for 9% of LTM Sales. It Was Previously Wholly Owned by Kandi And Still Has an Unusually Tight Relationship

Kandi's 2nd largest customer is Zhejiang Kuke Sports Technology Co., Ltd. (浙江酷客运动科技有限公司 (https://www.qcc.com/firm/77WSN24.shtml)) ("Kuke"). The customer accounted for 11% of last quarter's sales and 9% of Kandi's LTM sales.

In an obvious link between the two entities, we found that Kandi *previously owned* Kuke up until 2008, right around the time of Kandi's IPO, when it was sold to 2 private individuals.



In fact, corporate records on QCC.com (https://www.qcc.com/firm/77WSN24.shtml) **still refer to the company as being a part of Kandi**:

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 24 of 70



Kuke's website (https://www.kukesport.com/en/aboutus.html) still shows close ties to Kandi. The homepage features a large image of Kandi's factory, and the company's logo integrates Kandi with its corporate name. The site also features the brand name "Jasscol", which is a registered trademark *owned by Kandi*. [Pg. 5 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020010244/f10k2019_kanditech nologies.htm)]

Case 1:30-cv-08082-DEH　Document 61-2　Filed 01/28/22　Page 25 of 70





(Source: Kukesport.com (https://www.kukesport.com/), accessed 11/25/2020)

## Export Records Show ~91% Of Kuke's U.S. Exports Have Gone to Three Entities Based Out of Kandi America's Addresses

## In Other Words, Kuke is "Buying" From Kandi Then Selling Right Back to Obvious Undisclosed Related Parties of Kandi

Kuke's website (https://www.kukesport.com/en/aboutus.html) indicates that exports to North America comprise the vast majority of its business.



## ABOUT US

| | |
|---|---|
| Company Name: | Business Type: |
| ZHEJIANG KUKE SPORTS TECHNOLOGY CO., LTD | Manufacturer |
| Year Established: | Total Employees: |
| 2001 | 51-100 |
| Total Annual Revenue: | Export Percentage |
| 5 million US dollars- 10 million USD | 71% - 80% |

Major markets and proportions:

North America 70%, South America 5%, Eastern Europe 1%, Southeast Asia 4%, Africa 1%, Oceania 1%, Mid East 2%, Eastern Asia 4%, Western Europe 1%, Central America 5%, Northern Europe 1%, Southern Europe 1%, South Asia 1%, Domestic Market 3%

(https://www.kukesport.com/en/aboutus.html)

(Source: KukeSport About Us Web Page)

We reviewed export records through data aggregator Import Genius. Using the earliest records available, dating back to October 2017, we found that over 90.9% of Kuke's exports to the U.S. by weight went to three entities:

(1) Massimo Motor Sports LLC

(2) Lil Pick Up Inc.; and

(3) Jass Motorsports Inc.

Here is a sample of the records, showing Kuke shipping to Massimo, Lil Pick Up, and Jass:

| PRODUCT DESCRIPTION | CONSIGNEE | SHIPPER | ARRIVAL DATE | WEIGHT (LB) |
|---|---|---|---|---|
| GO KART | JASS MOTORSPORTS INC. | ZHEJIANG KUKE SPORTS | 02/15/2018 | 22176 |
| GO KART | JASS MOTORSPORTS INC. | ZHEJIANG KUKE SPORTS | 02/15/2018 | 22968 |
| GO KART | JASS MOTORSPORTS INC. | ZHEJIANG KUKE SPORTS | 02/11/2018 | 22968 |
| ATV ATV | LIL PICK UP, INC. | ZHEJIANG KUKE SPORTS | 04/04/2019 | 44814 |
| ATV | LIL PICK UP, INC. | ZHEJIANG KUKE SPORTS | 03/18/2019 | 25894 |
| ATV ATV | LIL PICK UP, INC. | ZHEJIANG KUKE SPORTS | 03/13/2019 | 43725 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/23/2020 | 69498 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/23/2020 | 46332 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/23/2020 | 69498 |
| LOW SPEED VEHICLE E | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/17/2020 | 71229 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/17/2020 | 70022 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/17/2020 | 69498 |
| LOW SPEED VEHICLE E | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/17/2020 | 23925 |
| LOW SPEED VEHICLE L | MASSIMO MOTOR SPORTS | ZHEJIANG KUKE SPORTS | 11/10/2020 | 49104 |

(Source: ImportGenius export records)

As we will show momentarily, state corporate records and litigation documents reveal that Massimo, Jass and Lil Pick Up are based out of addresses associated with Kandi America, making them clear related parties.



## 30% of Kuke's Historical Exports Were to Massimo Motor Sports LLC, An Entity Based Out of Kandi America's Headquarters and Owned by the Founder and Manager of Kandi America

Massimo Motor Sports is based out of Kandi's U.S. headquarters in Texas and is owned by David (Jianxun) Shan, a founder (https://www.dirttoysmag.com/2018/06/sportsman-country-enters-deal-with) and current manager (https://www2.slideshare.net/secret/8WpZ0JpoQbTFeO) of Kandi's U.S. subsidiary.

Here are Massimo's corporate records showing the address matching Kandi's U.S. headquarters:



(Source: Texas Corporate Records (https://www2.slideshare.net/secret/uexdmeSdQAHViG) and Kandi America website (https://www.kandiamerica.com/Contact-Us/))

# After Buying Kandi Product's Through Kandi's "Customer", Massimo Motor Sports Then Sells Products Right Back to Kandi.

# Massimo, An Undisclosed Related-Party Entity of Kandi America, Is Therefore Both a Top Customer and a Top Supplier Of/To Kandi.

# We View This as a Brazen, Clear Circular Sales (i.e. Fake Revenue) Scheme

Once Massimo receives product from Kandi's key "customer" Kuke, who does it sell its products to? Evidence shows that one of Massimo's key customers… is Kandi.

Kandi began redacting the names of its suppliers in late 2019. Using the same trick we used to unredact its customer names, we see that Massimo has been Kandi's "Supplier C", representing 25% of Kandi's purchases in the first six months of 2020, and 15% in the same 2019 period.



To recap, Kandi sells to top "customer" Kuke à which then exports to Massimo (based out of Kandi's U.S. headquarters) à then Massimo sells products right back to Kandi.

## 52% of Kuke's Historical Exports Were to Jass Motorsports Inc., An Entity That Shared an Executive With Kandi and Was Based Out of the Exact Same Address As a Branch of Kandi USA

Moving right along, Kandi's "customer" Kuke also exports to an entity called Jass Motorsports.

Jass Motorsports' incorporation documents list a Rancho Cucamonga, California address that matches the address previously listed (https://opencorporates.com/companies/us_in/2011060100233) for a branch of Kandi USA. Both entities shared an executive officer as well.

12/17/2020    Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype, to Nab $160 Million From U.S. Investors – Hinden…

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 30 of 70



(Pictured: Jass Motorsports and Kandi USA Corporate records via California Corporate Records (https://www2.slideshare.net/secret/6u476eP8ikahOy) and OpenCorporates (https://opencorporates.com/companies/us_in/2011060100233))

# 9% of Kuke's Historical Exports Went to Lil Pick Up, Inc., An Entity That Also Leases Warehouse Space at Kandi America's Headquarters

# We Have Photographic Evidence Showing Lil Pick Up Inventory Sitting in Kandi America's Warehouse, Covered with a Tarp

Export records show that Kuke also regularly exports to Lil Pick Up (https://opencorporates.com/companies/us_ca/C3132042), a company run by Renfeng Wang, who appears to share a business relationship with Kandi America Founder & Manager David Shan. [1 (https://www.qcc.com/firm/22fc59b71e51386b6defce9e6b38894a.html),2 (https://opencorporates.com/companies/us_tx/0803661900),3 (https://opencorporates.com/companies/us_ca/C2844132)]

Recent litigation records revealed that Lil Pick Up, LLC rents space at 3101 West Miller Road in Garland Texas, the headquarters for Kandi America. [Pg. 8 (https://www2.slideshare.net/secret/4WHs4tzM8pSlEY)]

The records even include a picture of Lil Pick Up inventory sitting in the warehouse covered with a tarp, dated from July of this year.

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 31 of 70



(Pictured: Inventory owned by Lil Pick Up Inc., a supposed Kandi customer, covered in a tarp at Kandi's U.S. headquarters, dated July 17, 2020, per litigation records [Pg. 9 (https://www2.slideshare.net/secret/4WHs4tzM8pSlEY)])

# Kandi Has Consistently Booked Revenue That it Can't Collect, A Classic Sign of Fake Revenue.

# Kandi Had 278 Days of Sales Outstanding—5.6x Higher Than its Closest Competitor.

Kandi's financial statements support our findings.

When most companies sell a product, they eventually collect the revenue and convert it into cash. This is especially true in the auto industry where cars are usually financed or paid for on the spot, before they are driven off the lots at dealerships.

Kandi seems to sell plenty of product, but then appears to have an incredibly difficult time collecting and converting it into cash.

The key measure of revenue collection is days sales outstanding ("DSO"), which measures the average days it takes to convert accounts receivable into cash. Kandi's DSO in the previous June quarter was 278 days, 5.6x its closest auto manufacturing competitor, making it an outrageous outlier.



(Source: Author calculations based on SEC filings)

The company has attempted to justify its revenue collection failure by stating that its credit terms are "typically 180 to 360 days after delivery." [Pg. 27 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020010244/f10k2019_kanditech nologies.htm#a_002)] This doesn't add up—very few industries allow customers to pay a year after they've received a product, and as seen above, automobiles clearly aren't one of them.

In Kandi's most recent September quarter, its trade receivables balance declined, but a new category of unusual receivable that has ballooned in its place. Kandi recorded a ~$51 million "loan to third party" as an "other receivable" in the most recent quarter, up from $13.7 million in the prior quarter.

This mystery loan did not seem to exist a year ago.

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 33 of 70



(Source: Kandi's SEC filings)

Most businesses generating $106 million in LTM revenue don't suddenly loan $51 million to unnamed third parties without explanation. Once again, these major balance sheet irregularities are hallmarks of fake revenue. When factoring in the new mystery receivable, Kandi's DSO in its most recent quarter is a whopping 429 days.

## Kandi's Payables Are Similarly Outrageously High at 338 Days Outstanding—1.8x Its Closest Competitor.

## Are Suppliers Awarding Kandi the Most Generous Payment Terms in the Industry—Or Are Circular Sales Resulting in Fake Payables Along with Fake Receivables?

Typically, large, established market participants can demand better terms for amounts owed to suppliers due to their size and financial strength. Kandi is a fraction of the size of its larger auto peers and is generally a cash burning enterprise.

Despite this, Kandi's financials indicate that its payment terms with suppliers are the most generous in the industry. Its Days Payables Outstanding ("DPO") in the prior June quarter was 338 days, almost a full year.

That is 1.8x its closest auto manufacturing competitor, again making Kandi a clear outlier within its industry.





(Source: Author calculations based on SEC filings)

Why might this be the case? Another hallmark of fake revenue is when companies have large unexplained payables alongside large unexplained receivables.

Companies engaging in circular sales schemes may sell and later repurchase its own product, such as appears to be the case with Kandi and its relationship with Massimo, which we have shown above to be both an undisclosed related-party customer AND supplier of Kandi's products.

The result of all this is the generation of fake revenue, fake earnings, and fake receivables/payables from/to the undisclosed related entities.

Some readers might be wondering—isn't this all the sort of thing auditors are supposed to catch?

## Kandi Has Had 3 Auditors in the Past 5 Years and Has Regularly Reported Weaknesses in Its Financial Controls

Frequent changes with a company's auditor are another red flag for accounting issues.

Kandi has taken this red flag to another level. As described above, Kandi's long-serving (https://www.sec.gov/Archives/edgar/data/1316517/000114420410017502/v179305_10k.htm) auditor Albert Wong & Co. was ejected from the industry following its well documented failures to catch clear signs of fraud at Kandi. The firm was dismissed (https://www.sec.gov/Archives/edgar/data/1316517/000106299316008902/form8k.htm) as Kandi's auditor in April 2016 and was replaced by BDO.

**2016**: In BDO's first year as Kandi's auditor, it identified 5 *entire categories* of material accounting weaknesses. These included material weaknesses in its disclosure of related party transactions. [Pg. 45 (https://www.sec.gov/Archives/edgar/data/1316517/000106299317001411/form10k.htm)]

**2017**: Kandi reported that it had instituted a plan to "remediate" the material weaknesses in its internal controls over financial reporting. [Pg. F-3 (https://www.sec.gov/Archives/edgar/data/1316517/000121390018003097/f10k2017_kanditechnologies.htm)] BDO's audit opinion for the year said that the weaknesses had "not yet been fully remediated" as of the end of 2017. [Pg. F-3 (https://www.sec.gov/Archives/edgar/data/1316517/000121390018003097/f10k2017_kanditechnologies.htm)]

**2018**: BDO issued a clean audit opinion, [Pg. F-3 (https://www.sec.gov/Archives/edgar/data/1316517/000121390019004189/f10k2018_kanditechnologies.htm)] but then was subsequently replaced in October 2019 (https://www.sec.gov/Archives/edgar/data/1316517/000121390019020170/f8k100719_kanditechnologies.htm) after BDO and the company "mutually elected not to continue the engagement". BDO was replaced with Marcum Bernstein & Pinchuk, marking Kandi's 3rd auditor in under 5 years.

So, how are things going with Marcum so far?

## Two Months Ago, Kandi's Current Auditor Marcum Was Handed a 3 Year Ban From Auditing Chinese Companies by the Public Company Accounting Oversight Board Due To Violating Audit Standards

Kandi's current choice of auditor comes as no surprise. Marcum had already been disciplined and sanctioned by the PCAOB (https://pcaobus.org/News/Releases/Pages/PCAOB-Sanctions-Two-Firms-and-One-Individual-for-Auditor-Independence-Violations.aspx) in 2019 violating rules on independence:

# PCAOB Sanctions Two Firms and One Individual for Auditor Independence Violations

Washington, Sep. 10, 2019

The Public Company Accounting Oversight Board today announced the settlement of disciplinary proceedings against **Marcum LLP** and **Marcum Bernstein & Pinchuk LLP**, as well as **Alfonse Gregory Giugliano, CPA**. This is the first time the Board has: (1) sanctioned a registered public accounting firm for publicly advocating its audit clients as investment opportunities—a violation of auditor independence requirements; (2) sanctioned an annually inspected firm's head of independence for substantially contributing to the firm's independence violations; and (3) mandated the retention of an independent consultant.

The 2019 order (https://pcaobus.org/Enforcement/Decisions/Documents/105-2019-023%20-%20MBP.pdf) sanctioned Marcum in connection with its "China Best Ideas Investment Conference", where it "endeavored to create a perception that the China Conference was an event featuring companies—some of which were Marcum issuer audit clients—that were high-quality investment opportunities".

In September 2020, Marcum was handed a three year ban (https://news.bloomberglaw.com/securities-law/marcum-gets-three-year-ban-on-auditing-chinese-companies) on auditing Chinese companies as a result of (https://www.accountingtoday.com/news/pcaob-sanctions-marcum-from-doing-china-audits#:~:text=The%20Public%20Company%20Accounting%20Oversight,in%20China%20for%20three%20years.) violating PCAOB rules and auditing standards.

**MARCUM LLP**

# PCAOB prohibits Marcum from doing China audits

By Michael Cohn    October 02, 2020, 4:10 p.m. EDT    3 Min Read

The Public Company Accounting Oversight Board has imposed a $250,000 penalty on Marcum LLP and its Marcum Bernstein Pinchuk unit over audits of Chinese companies and prohibited the firm from auditing clients in China for three years.

Upon seeing this news, a reputable company would have likely fired Marcum immediately so as to disassociate from its soiled reputation. But on November 17th, six weeks after the PCAOB prohibition announcement, Kandi filed proxy documents (https://www.sec.gov/Archives/edgar/data/1316517/000121390020037778/ea130076-def14a_kanditechno.htm) seeking to reappoint Marcum as its auditor for the year.

## It Hasn't Just Been Auditors That Have Been A Revolving Door: Kandi Has Had 4 CFOs Over the Past 4 Years, Another Major Red Flag

Kandi's Chairman/CEO has maintained his position since inception, but the company's top accounting rank has seen extensive turnover.

**2016**: In November (https://www.sec.gov/Archives/edgar/data/1316517/000106299316012420/form8k.htm), Kandi's CFO Wang Chen resigned and was replaced with Mei Bing.

**2019**: In January (https://www.sec.gov/Archives/edgar/data/1316517/000121390019001569/f8k012919_kanditechnologies.htm), Mei Bing resigned as CFO for "personal reasons" and was replaced with interim CFO Zhu Xiaoying.

**2020**: In May (https://www.globenewswire.com/news-release/2020/05/21/2037077/0/en/Kandi-Technologies-Appoints-New-Chief-Financial-Offer.html), Kandi appointed Jehn Ming (Alan) Lim as CFO, who is currently serving in the role, after Zhu Xiaoying was said to have "completed her responsibilities" as interim CFO.

## Kandi's New CFO: Prior Work History Included Working at (i) An Accounting Firm Ejected by the PCAOB and (ii) an Affiliate of Kandi's Current Auditor

Of the two recent firms Kandi's newly-appointed CFO worked at, one had its registration revoked by the PCAOB and the other is affiliated with Kandi's auditor.

According to his biography in SEC filings (https://www.sec.gov/Archives/edgar/data/1316517/000121390020013193/ea122229-8k_kanditechno.htm), Kandi's CFO worked at accounting firm Stonefield Josephson from 2006

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 38 of 70

to 2008. The firm later merged with Marcum (https://www.prnewswire.com/news-releases/marcum-llp-merges-with-california-based-stonefield-josephson-inc-104264698.html), Kandi's new auditor through its Chinese joint venture (https://www.marcumbp.com/firm).

Lim later served at Kabani & Company from 2008 to 2012, per his biography in SEC filings (https://www.sec.gov/Archives/edgar/data/1316517/000121390020013193/ea122229-8k_kanditechno.htm). (He left this out of his LinkedIn profile (https://www.linkedin.com/in/jehn-ming-lim-7b735b9/) for understandable reasons.)

Kabani had its registration revoked (https://pcaobus.org/Enforcement/Adjudicated/Documents/Kabani-SEC-34-80201.pdf) after PCAOB inspectors found (https://pcaobus.org/Enforcement/Adjudicated/Documents/105-2012-002-Kabani.pdf) a "wide-spread and resource-intensive effort" to alter documents in audit files in order to pass inspection in 2008:



1666 K Street, N.W.
Washington, DC 20006
Telephone: (202) 207-9100
Facsimile: (202) 862-8435
www.pcaobus.org

**PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD**

In the Matter of Kabani & Co., Inc.,
Hamid Kabani, CPA,
Michael Deutchman, CPA,
and Karim Khan Muhammad, CPA,

Respondents

PCAOB File No. 105-2012-002

**ORDER SUMMARILY AFFIRMING FINDINGS OF CERTAIN VIOLATIONS AND IMPOSITION OF SANCTIONS FOR THOSE VIOLATIONS**

January 22, 2015

**I.     Introduction**

On April 22, 2014, the hearing officer issued an amended initial decision in this disciplinary proceeding, finding that the registered public accounting firm Kabani & Co., Inc., and three associated persons of the firm, Hamid Kabani, Michael Deutchman, and Karim Khan Muhammad, participated in a "wide-spread and resource-intensive effort" over several weeks in 2008 to alter documents in the audit files of three issuers in an attempt "to deceive PCAOB inspectors in an upcoming inspection about the deficiencies in the Firm's audit work papers." The decision found that Kabani's and Deutchman's misconduct was "intentional and knowing," and Khan's was "knowing, intentional, or at least reckless." The decision concluded that respondents thereby violated PCAOB Rule

# Part III: Kandi Has Been "Launching" in the U.S. for 12 Years. We Expect its Efforts Will Continue to Sputter

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 39 of 70

Investors of late have been drawn to Kandi's much-touted "U.S. launch". The pitch by Kandi is that it aims to provide a low-cost electric vehicle that is attractive to value-oriented U.S. consumers.

Typically, companies expand to new markets after they have developed a strong presence in their domestic markets. Not the case with Kandi. The company operates in China, the largest EV market (http://www.ev-volumes.com/country/total-world-plug-in-vehicle-volumes/) in the world, yet Kandi has reported a grand total of zero domestic Chinese EV automobile sales since the end of 2018. [Pg. 24 (https://www.sec.gov/ix?doc=/Archives/edgar/data/1316517/000121390020035705/f10q0920_kanditech.htm), Pg. 32 (https://www.sec.gov/ix?doc=/Archives/edgar/data/1316517/000121390020021018/f10q0620_kanditech.htm), Pg. 28 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020014173/f10q0320_kanditechnologies.htm), Pg. 22 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020010244/f10k2019_kanditechnologies.htm)]

We spoke with several former employees of Kandi America to learn what is going on. We were told that the latest "launch" is nothing new. For years, the company has failed to deliver the number of cars and failed to sign up the number of dealerships necessary to succeed. Several referred to Kandi's U.S. efforts as "smoke and mirrors" and openly speculated that it could be a strategy to lift its stock price.

## Kandi "Launched" in the U.S. in 2008. Its First Batch of Cars Were Seized by U.S. Customs After Being Imported Illegally. The Launch Failed

New investors in Kandi may not realize that the company has attempted to launch in the U.S. multiple times over the past 12 years. Each attempt has sputtered.

Kandi began seeking to expand its presence to the U.S. as early as 2006. [Pg. 4 (https://www.slideshare.net/secret/or0uoOeoZ3tcIq)] By late 2008/early 2009, the company introduced (https://www.prweb.com/releases/2009/03/prweb2227404.htm) the "Coco" to the U.S. market, a golf cart-like vehicle that could reach maximum speeds of about 25 mph, but was intended for street use.

One major problem emerged: the initial vehicles had been imported illegally. Customs officials identified that Kandi and its distributor had misclassified the vehicles as ATVs. The EPA intervened (https://www.epa.gov/sites/production/files/2014-03/documents/sa-imports-solus-

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 40 of 70

060509.pdf), fined Kandi $40,000, and ordered the company to destroy or export the vehicles back out of the country.

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
**WASHINGTON, D.C.**

In the Matter of: )
)  ADMINISTRATIVE
)  SETTLEMENT AGREEMENT
Solus International Corporation and )  AED/MSEB-7809
Kandi USA, Inc., )
)
_____ )
Respondents. )

The company eventually sorted out the problem and, in 2008, a smattering of U.S. dealerships attempted to sell the car, as shown in this example video (https://www.youtube.com/watch?v=NI9IXlwJQZw):



Kandi Coco 2008

Federal and state tax credits made the car as cheap as $865 for Oklahoma residents (https://www.automobilemag.com/news/oklahoma-residents-can-buy-chinese-electric-car-for-865-2099/). (Joe Exotic from the popular Netflix series Tiger King, an Oklahoma resident, purchased a Coco (https://www.thedrive.com/news/32805/these-are-the-wild-cars-of-netflixs-tiger-king).) But the company eventually stopped reporting sales of the Coco after 2012 (https://www.sec.gov/Archives/edgar/data/1316517/000106299314001368/form10k.htm) and the car quietly disappeared from the market.

Case 1:20-cv-08082-DEH    Document 61-2    Filed 01/28/22    Page 41 of 70

## We Asked Kandi's 2008 U.S. Distribution Partner About the Vehicles: "They Didn't Run, Every Single One Broke"

To learn what happened with the company's original U.S. launch, we spoke with a founding partner of Kandi's U.S. importer and distributor for its 2008 Coco release.:

> *"We brought in our first 200 vehicles and had nothing but problems. They didn't run, **every single one broke**…The prototype was excellent but when they started shipping these vehicles nothing but problems. Engines weren't working, batteries were burning up."*

> *"I had three big distributors that took in the first allotment of cars. I had them set up to buy 2,000 vehicles in the first year from Kandi. We had the documentation but from what I understood they forged it, they faked it……Customs got them and said if you don't get these cars out of the US then you're going to be fined and they will be destroyed."*

We asked how many of Kandi's cars had issues when they finally made it into the country:

> *"Every single one…I'm a salesman and I was running round the country like a mechanic. I was flying all around the country trying to fix these things and it just got to the point 'I'm out, I can't do this anymore… I left because I the whole process was horrible, too secretive, a lot of side deals I didn't know about. I said you guys handle it, I'm out."*

## Kandi Tried to Launch U.S. Operations Again in 2018, But Plans Were Delayed

After the failure of the "Coco", Kandi planned another U.S. launch in 2018.

Kandi bought (https://www.sec.gov/Archives/edgar/data/1316517/000121390018007177/f8k053118_kanditec hnologies.htm) a U.S. company in early 2018 known for sales of ATVs and recreational vehicles, then renamed it Kandi America. In June 2018, Kandi formally announced (https://www.globenewswire.com/news-release/2018/06/12/1520355/0/en/Kandi-Pure-Electric-

Case 1:20-cv-08082-DEH    Document 61-2    Filed 01/28/23    Page 42 of 70

Vehicle-Product-Pursuing-Expansion-to-the-American-Market.html) its expansion into the U.S. market, starting with 3 prototype vehicles (https://www.globenewswire.com/news-release/2018/07/02/1532434/0/en/Kandi-s-First-Three-Pure-Electric-American-Prototypes-in-Transit.html). (A Model K22 and 2 Model EX3s.)

In August, Kandi held a launch event (https://dallasinnovates.com/garlands-sc-autosports-unveils-two-ev-prototypes/) to showcase its cars to dealers in the hopes of developing a distribution network. We spoke with a former employee who worked for the company at the time, who told us:

> *"They had a press release at a hotel in Frisco and they set up the cars in a nice display room and Chamber of Commerce folks from Garland came and there was all this big to-do. And I thought great it's going to happen.* **But from that point, no cars and no nothing. Nothing ever showed up and nothing ever happened".**

We asked if any dealers signed up:

> *"No not to my knowledge.* **To my knowledge we never had anybody to invest and go forward with that. And luckily so, because they still wouldn't have any vehicles to sell***."*

On a conference call (https://seekingalpha.com/article/4197919-kandi-technologies-kndi-ceo-hu-xiaoming-on-q2-2018-results-earnings-call-transcript) at the time, Kandi's Chairman/CEO had alluded to U.S. sales kicking off near the end of 2018, but that didn't pan out.

## Kandi Tried a U.S. Launch Again in 2019, But Those Plans Were Again Delayed

In January 2019, Kandi's Chairman/CEO told Bloomberg (https://www.bloomberg.com/news/articles/2019-01-17/chinese-maker-of-20-000-mini-electric-cars-plans-u-s-exports) in an interview that the company planned to ship cars to the U.S. that year.

In February 2019, Kandi announced (https://www.globenewswire.com/news-release/2019/02/20/1738393/0/en/U-S-National-Highway-Traffic-Safety-Administration-NHTSA-Approves-Kandi-s-Two-Pure-Electric-Vehicle-Models.html) the National Highway Traffic Safety

Administration ("NHTSA") had "approved" its two electric vehicle models, claiming:

> *"The NHTSA approval is an assurance that Kandi's two EV models conform to NHTSA standards and are registered in the U.S."*

The stock soared over 40% (https://www.fool.com/investing/2019/02/20/kandi-technologies-shares-soar-more-than-40-after.aspx) on news of the government approval. Yet, despite the claims, we found that the NHTSA doesn't actually *approve* cars. Instead, manufacturers self-certify. Per the NHTSA spokesperson we contacted (emphasis added):

> *"By Federal law all vehicles sold in the U.S. must be certified **by the manufacturer** as meeting all applicable Federal Motor Vehicle Safety Standards (FMVSS).  **NHTSA does not certify vehicles prior to sale – doing so is the manufacturer's responsibility..**"*

In either case, investors likely expected the news would lead to an imminent U.S. sales ramp. That didn't happen.

## Kandi's Latest 2020 U.S. Launch Efforts Appear to Be Delayed

### Former Kandi America Employee: "If You Never Produce the Product Then It's Just Smoke And Mirrors…".

In July 2020, Kandi once again announced (https://www.globenewswire.com/news-release/2020/07/30/2070435/0/en/Kandi-Brings-to-Market-America-s-Most-Affordable-Pure-Electric-Automobiles-Announces-August-18-Virtual-Event-to-Kick-off-Pre-Sales.html) the "formal launch" of its vehicles in the U.S., and held a virtual launch event (https://www.globenewswire.com/news-release/2020/07/30/2070435/0/en/Kandi-Brings-to-Market-America-s-Most-Affordable-Pure-Electric-Automobiles-Announces-August-18-Virtual-Event-to-Kick-off-Pre-Sales.html) in August to re-introduce the cars.

So far, several reviewers (https://www.youtube.com/watch?v=MrVGTzM81L8) have tested the cars, and several dozen (https://youtu.be/MrVGTzM81L8?t=254) vehicles are sitting in the company's Texas lot. The company received EPA certification

(https://www.businesswire.com/news/home/20201104005412/en/Kandi-America-Receives-Certification-From-EPA-Electric-Vehicles-Cleared-for-U.S.-Roads) for its vehicles this month, clearing the path to potentially sell vehicles.

Kandi targeted deliveries by year-end (http://manager.828m.icu/upload/20201019/063751191.pdf), but the company now expects to begin deliveries in early 2021, according to a recent reviewer (https://youtu.be/MrVGTzM81L8?t=990) that spoke with the company.

The company seems to be struggling to find dealer distributors. A November 23, 2020, Barron's article (https://www.barrons.com/articles/kandis-tiny-electric-vehicle-faces-big-challenges-in-the-u-s-51605898774) identified only one authorized Kandi EV dealer, a Denver pharmacist who approached the company about purchasing an EV and then decided he wanted to invest $30,000 to open his own dealership.

We spoke with a former employee this month who keeps in touch with Kandi. They described how the company has continuously struggled to bring in enough cars and to find dealers to sell them:

> *"I was talking to a gentleman there (at Kandi America) the other day and he said 'still trying to get the cars here'…***what's crazy is we're almost in 2021 and I was there in 2017, waiting and waiting and we're still waiting and still in exact same holding pattern***…*

> *"…***if you never produce the product then it's just smoke and mirrors as far as I'm concerned."**

## Kandi's Chairman/CEO Expressed Uncertainty on Its U.S. Launch "The U.S. Market Is Not Familiar with Our Products"

## Kandi is Recognized in China However, and Has a Reputation for Poor Quality

Kandi's own Chairman/CEO didn't seem to have much confidence in the reception of its cars in the U.S. market, expressing uncertainty in a recent Barron's interview (https://www.barrons.com/articles/kandis-tiny-electric-vehicle-faces-big-challenges-in-the-u-s-

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 45 of 70

51605898774):

> "We are not very certain about it," he says. "The U.S. market is not familiar with our products."

Domestically in China, Kandi is somewhat known, but not for the right reasons.

Multiple Chinese media outlets reported that historical customers had batteries fail after mere days (https://m.sohu.com/a/284664311_100238432/?pvid=000115_3w_a), while other customers complained that the company refused to honor warranties after various product failures. [1 (http://tousu.315che.com/tousudetail/79142/),2 (http://tousu.315che.com/tousudetail/93750/),3 (http://tousu.315che.com/tousudetail/94249/),4 (https://new.qq.com/omn/20181215/20181215A0Y8P5.html)]

## Two Years Ago, Angry Kandi Customers Held a Protest at Kandi's Headquarters, Complaining About Shoddy Vehicles and the Company's Failure to Honor Its Service Warranties

A December 2018 news article (http://www.hxxkw.org/dujia/qiche/66992.html) reported that more than 10 buyers of Kandi's EVs held a protest at its headquarters in Hangzhou because Kandi refused to provide after-sales service, despite having warranties.

Protesters brought banners to Kandi's headquarters, which read:

> "**The quality of Kandi EVs is severely below standard**, Kandi cheated the government for subsidies and defrauded customers; we want our rights exerted, the manufacturer [Kandi] needs to take responsibility for after-sales service".

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 46 of 70



(Pictured: Angry Chinese Kandi consumers protesting the company's poor quality products and failure to honor warranties at Kandi's China headquarters. Source (http://www.hxxkw.org/dujia/qiche/66992.html))

We believe this may be one reason why the company has reported no domestic auto sales in China in the past several years.

## Despite the Lack of Vehicle Sales to U.S. Customers, Kandi Appears to Be Booking Sales of Its U.S. Vehicles Through an Undisclosed Related Party Anyway

Oddly, the company appears to be booking sales from its auto exports to the U.S. despite acknowledging that sales to U.S. customers have not yet begun. [Pg. 16 (http://manager.828m.icu/upload/20201019/063751191.pdf)]

Kandi has reported $878,000 in EV Product (i.e. vehicle) sales since Q4 2018, all of which have been exports from the company's Hainan factory, per Kandi's SEC filings. [Pg. 24 (https://www.sec.gov/ix?
doc=/Archives/edgar/data/1316517/000121390020035705/f10q0920_kanditech.htm), Pg. 32 (https://www.sec.gov/ix?

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 47 of 70

doc=/Archives/edgar/data/1316517/000121390020021018/f10q0620_kanditech.htm), Pg. 28 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020014173/f10q0320_kanditech nologies.htm), Pg. 22 (https://www.sec.gov/Archives/edgar/data/1316517/000121390020010244/f10k2019_kanditech nologies.htm)]

The company has not announced entering any new markets aside from the U.S., so we can presume that all of the export sales are to the U.S. So how is the company booking years of revenue from sales that haven't happened?

Normally, companies that manufacture products will ship the products to its foreign subsidiary then sell the products to end users. Not the case with Kandi apparently.

We checked import records through ImportGenius and found that Kandi's Hainan factory has been shipping cars to Massimo Motor Sports LLC. This same entity turned up in the section above about Kandi's undisclosed related-party customer relationships.

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) |
|---|---|---|---|---|
| K27 ELECTRIC CAR SOFTWARE K27 | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-09-13 | 22,308 |
| K27 ELECTRIC CAR K27 ELECTRIC | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-08-31 | 30,140 |
| LITHIUM-ION RECHARGEABLE BATT | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-08-30 | 25,300 |
| K27 ELECTRIC CAR K27 ELECTRIC | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-08-16 | 22,946 |
| K27 ELECTRIC CAR K27 ELECTRIC | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-08-16 | 15,092 |
| K23 ELECTRIC CAR | MASSIMO MOTOR SPORTS | KANGDI ELECTRIC VEHICLE HAINAN | 2020-02-07 | 9,847 |
| K23 ELECTRIC CAR | MASSIMO MOTOR SPORTS | KANGDI ELECTRIC VEHICLE HAINAN | 2020-01-30 | 9,847 |
| K23 ELECTRIC CAR K23 ELECTRIC | MASSIMO MOTOR SPORTS | KANGDI ELECTRIC VEHICLE HAINAN | 2020-01-30 | 19,694 |
| K27 ELECTRIC CAR | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-01-21 | 7,462 |
| K23 ELECTRIC CAR LITHIUM ION PC | MASSIMO MOTOR SPORTS LLC | KANGDI ELECTRIC VEHICLE HAINAN | 2020-01-15 | 26,400 |

(Source: ImportGenius)

As a reminder, Massimo Motor Sports is based out of the Kandi USA headquarters in Texas and is owned by David (Jianxun) Shan, a founder (https://www.dirttoysmag.com/2018/06/sportsman-country-enters-deal-with) and current manager (https://www2.slideshare.net/secret/8WpZ0JpoQbTFeO) of Kandi's U.S. subsidiary.

In sum, Kandi appears to be booking illegitimate U.S. sales to an undisclosed related party before formal U.S. customer sales have even begun.

Case 1:30-cv-08082-DEH    Document 61-2    Filed 01/28/23    Page 48 of 70

# Part IV: Kandi's Rideshare and Battery Swap Initiatives

In addition to Kandi's much-anticipated U.S. launch, the company has repeatedly touted plans to (a) sell up to 300,000 vehicles domestically through a rideshare partner; and (b) roll out domestic quick battery swap stations to make EV charging fast and efficient.

Investors have viewed both endeavors with excitement, but a quick review shows both ventures are either devoid of substance or hopelessly behind competitors.

## Kandi's Rideshare Partner Ruibo Has Virtually No Presence in a Market Already Dominated by Didi And Other Rideshare Apps

In January 2019, Kandi announced (https://www.globenewswire.com/news-release/2019/01/22/1703463/0/en/Kandi-Signs-Framework-Agreement-with-Zhejiang-Ruibo-to-Serve-as-the-Primary-Vehicle-Provider-of-300-000-Electric-Vehicles-Within-5-Years.html) an agreement to join forces with rideshare company Ruibo (http://www.eipcar.com/home.html) to deliver 300,000 cars to the Chinese rideshare market in 5 years.

The company has repeatedly indicated that it may deliver hundreds of thousands of EVs to the venture in the coming years, an exciting prospect for investors. (1 (https://www.globenewswire.com/news-release/2019/12/30/1964962/0/en/Kandi-Announces-the-Entry-of-the-Strategic-Cooperation-Agreement-with-Jinpeng-to-Jointly-Develop-Pure-EV-Market.html),2 (https://www.globenewswire.com/news-release/2020/03/03/1994393/0/en/Operations-Resume-at-Kandi-Technologies-and-Subsidiaries.html),3 (https://www.globenewswire.com/news-release/2019/03/04/1746044/0/en/Kandi-JV-Company-Signs-Strategic-Cooperative-Agreement-with-China-Resources-Zhejiang-Vehicle-and-Ship-Natural-Gas-Co-Ltd.html),4 (https://www.globenewswire.com/news-release/2019/04/09/1799709/0/en/Kandi-Pure-EV-model-K23-Receives-MIIT-Approvals.html))

Progress has been slow. Kandi formally established the rideshare joint venture with Ruibo in October of this year (https://www.globenewswire.com/news-release/2020/10/26/2114375/0/en/Kandi-Announces-Establishment-of-Rideshare-Company.html).

China's rideshare market is huge, but much like the U.S., it is controlled by top players. In the U.S., the market is dominated by Uber and Lyft. In China, ~90% of the market by revenue is dominated by Didi, (1 (https://www.ebrun.com/20190919/351546.shtml),2 (https://www.qianzhan.com/analyst/detail/220/201103-1cc24c5a.html)) with the next closest competitor commanding only about 4%.

Kandi has chosen to partner with Ruibo, a company that doesn't even appear on lists of the top 77 (https://www.gmz88.com/queen/3.html) or top 50 (https://www.3454.com/ruanjian/dache_paihang) rideshare apps in China.

On China's most popular app stores like Huawei and Xiaomi we see that Ruibo's downloads barely even register.[4]

## Kandi Partner Ruibo Vs. China's Top Rideshare Apps

| | | Huawei Total Downloads | Xiaomi Total Downloads |
|---|---|---|---|
| Didi | 滴滴出行 | 3,200,000,000 | 1,243,370,855 |
| Dida Chuxing | 嘀嗒出行 | 300,000,000 | 110,000,000 |
| Shenzhou Zhuanche | 神州专车 | 200,000,000 | 20,739,917 |
| Caocao Chuxing | 曹操出行 | 100,000,000 | 44,906,981 |
| Shouqi Chuxing | 首汽约车 | 77,940,000 | 32,347,474 |
| T3 Chuxing | T3出行 | 20,780,000 | 6,036,284 |
| Didi ShunfengChe | 滴滴顺风 | 18,680,000 | 8,821,414 |
| Hengdao Chuxing | 享道出行 | 7,890,000 | 4,001,924 |
| Dongfeng Chuxing | 东风出行 | 3,890,000 | 1,913,386 |
| Ruibo (Yitu Chuxing) | 逸乘出行 | 10,000 | 760 |

We had a local consultant test Ruibo in major cities Beijing, Hangzhou, Jinhua and Xiamen. The app failed to find a driver each time. Here is a video of our investigator attempting (and failing) to hail a ride in Hangzhou, where Ruibo is headquartered, during normal daytime hours.

 (https://youtu.be/i0w11mit_Pc)

(Pictured: One of multiple Ruibo ride requests in Hangzhou that failed. Click for brief video (https://youtu.be/i0w11mit_Pc))

We reached out to customer service for help. The rep suggested we try to hail a ride through a separate app called Gaode Maps, which is an aggregator of multiple platforms (i.e. Didi, Ruibo, and other rideshare apps). In other words, they suggested we use a competitor.

We followed up by asking if the platform had really been launched yet and received no reply.

On Kandi's most recent Q3 2020 investor call (https://seekingalpha.com/article/4387295-kandi-technologies-groups-kndi-ceo-xiaoming-hu-on-q3-2020-results-earnings-call-transcript), CFO Alan Lim was asked about the 300,000 rideshare vehicle estimate and essentially walked the claim back, referring to the number as really just a conceptual goal:

*"(It) is rather an idea of the program but not entirely or necessarily means that there will for sure put 300,000 EVs to the market. So how many EVs will be supplied to the market at the end of the program? **We are not 100% sure. But the so-called 300,000 is sort of like a slogan or an idea.**"*

We conclude that Ruibo is mostly vaporware, with slim to no shot at competing in China's intensely competitive rideshare market.

## Kandi's Battery Swap Program Is Well Behind Competitors Such As Nio, BJEV, And Even Its Own Partner Geely

China's domestic electric vehicle industry has heavily invested in battery swap stations in order to minimize charging wait times. Major EV manufacturers that dwarf Kandi in size and scale are well along the path.

Manufacturer NIO, for example, has already completed (https://insideevs.com/news/448165/nio-completed-1-millionth-battery-swap/) its one millionth battery swap and had (https://www.bamsec.com/filing/110465920061585?cik=1736541) – at the end of last year – swap stations in 51 cities, including Beijing, Shanghai and Guangzhou.

Manufacturer BJEV has also secured a broad footprint (https://equalocean.com/news/2020102114980) with 160 stations across the nation. Alibaba backed Xpeng Motors launched (https://cntechpost.com/2020/09/01/xpeng-launches-battery-rental-program-similar-to-nio-baas/) a battery leasing service in September 2020. Kandi's partner Geely also has a competing service (http://autonews.gasgoo.com/china_news/70017553.html), having launched (https://equalocean.com/news/2020102114980) its first battery swap station in October 2020 with plans (https://equalocean.com/news/2020091814779) to expand aggressively.

Kandi has thrust itself into this competitive part of the market as well. In January 2018, Kandi acquired (https://www.bamsec.com/filing/121390020035705/1?cik=1316517) battery swap technology company Jinhua An Kao ("An Kao")  for approximately $4 million in cash and ~2.96 million shares (valued at $20.7 million at the time). Currently the company has one pilot charging station (http://www.kandigroup.com/charging).

## Kandi Lacks Enough Vehicles on the Road for a Battery Swap Program to Make Sense

As detailed above, Kandi has reported no domestic sales of EVs in the past several years outside of its minority stake in an affiliate entity with Geely.

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 52 of 70

The company is manufacturing model K23s in its Hainan facility for inventory, though until recently it lacked a sales certificate to be able to sell the cars itself, according to former employees we interviewed.

Despite a lack of cars on the road needing battery swaps, Kandi announced (https://www.globenewswire.com/news-release/2020/11/02/2118546/0/en/Kandi-Starts-Process-to-List-Battery-Swap-Subsidiary-on-Shanghai-Stock-Exchange-s-STAR-Board.html) on November 2, 2020, that it aims to list its battery swap subsidiary on Shanghai's STAR Exchange and it has already engaged CITIC to help it IPO. We do not envision this being a successful endeavor.

# We Have 25 Questions for Kandi's Management

Through the course of our research we contacted the company asking several questions about its financials and product initiatives. We received no response, so here are the questions that we think investors deserve the answers to:

1. SEC prosecutors alleged in a complaint that Kandi's Chairman/CEO participated in a scheme to inflate the price of its stock, along with several individuals that took Kandi public as part of its original reverse-merger IPO. How do you respond to these allegations?
2. Kandi's long-serving auditor, Albert Wong & Co., was ejected from the industry by the Public Company Accounting Oversight Board ("PCAOB") over its failure to detect clear evidence of misappropriation by senior management of Kandi, along with undisclosed related-party transactions. Has management ever responded to these allegations? If not, how do you respond now?
3. In 2019, Chinese media located a car lot with thousands of Kandi vehicles apparently sitting unused and deteriorating. Were these cars manufactured as part of the well-publicized subsidy scheme? What is your explanation?
4. Kandi has reported no sales to its JV/affiliate with Geely in recent quarters. What role does Kandi have, if any, in the manufacturing and sales of the Maple 30x?
5. Despite the evaporation of revenue through the JV with Geely, Kandi's revenue remained relatively flat due to the dramatic increase of sales to "Customer A" and "Customer B" (i.e. Jinhua Chaoneng Automobile Sales Co. Ltd. and Zhejiang Kuke Sports Technology Co., Ltd.) What products are you selling to these entities, and how do you explain the sudden uptick in sales to them?
6. Why does Kandi's top customer (Chaoneng) representing 55% of LTM sales, share a phone number with your subsidiary? Why is it based at the same address as your own factory, and with signage indicating it is a Kandi company?
7. Kandi's second largest customer (Kuke) represented almost 9% of LTM sales. But export records show that ~91% of Kuke's U.S. exports go directly to entities based at Kandi's U.S.

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 53 of 70

warehouse locations. How do you explain this?

8. One of Kuke's export entities, Massimo Motor Sports, is owned by David (Jianxun) Shan, founder and manager of Kandi's U.S. subsidiary. How do you explain Kandi's product sales to this obviously undisclosed related party entity?

9. Kandi's filings show that Massimo sells product right back to Kandi; it has been reported as supplier of up to 25% of Kandi's goods in recent periods. How do you explain these apparently circular sales?

10. Why is Kandi's Days Sales Outstanding (DSO) 5x-6x higher than peers? Will you name the counterparties to these uncollected receivables?

11. In its most recent quarter, Kandi reported a "loan to third party" of ~$51 million as an "other receivable." This is a massive loan, yet Kandi has not disclosed the borrower, despite its obligations to disclose material loans. Who is the borrower?

12. Why is Kandi's Days Payable Outstanding (DPO) almost 2x higher than your closest peer, and over 3x higher than the median? What are the names of Kandi's top suppliers?

13. Kandi has had 3 auditors in the past 5 years. Why the revolving door?

14. Kandi has had 4 CFOs in the past 4 years. Why the revolving door?

15. Kandi's current auditor, Marcum, was recently handed a 3-year ban from auditing Chinese companies from the PCAOB. Will Kandi continue to attempt to reappoint Marcum as its auditor, as indicated by your recent proxy filing, or will the company choose a credible auditor?

16. We spoke with a former distribution partner that worked on the company's 2008 U.S. launch. They said the prototype vehicles worked well, but every single customer vehicle broke down. How can consumers be sure that quality has improved?

17. Why has Kandi not reported any domestic sales outside of the Geely JV in the past several years? A former employee we spoke with said Kandi did not even have a sales license up until late this year. What happened? What is standing in the way of restarting domestic EV sales?

18. How is it possible that Kandi has booked EV Product sales to the U.S. for several years when EV Product sales to U.S. consumers haven't even begun, per the company's own admissions?

19. An auto reviewer recently reported that the company now aims for a Q1 2021 launch in the U.S. Are sales to U.S. customers delayed once again?

20. Export records show that Kandi has shipped its Hainan EV Products not to Kandi, but to undisclosed related party Massimo Motor Sports. Has Kandi been recording the shipments of EV products to this entity as sales?

21. David (Jianxun) Shan is founder and manager of your U.S. subsidiary. Shan controls an entity called Miller Creek Holdings which owns the Kandi America headquarters. Kandi leases the facility from Miller Creek, yet does not record the lease payments as related-party transactions. Why not, given the company's obligations to disclose all related party transactions?

22. How do you expect to sell 300,000 vehicles through your relationship with rideshare app Ruibo when Ruibo has virtually no users in a market already dominated by Didi (along with dozens of other competitors)?

23. How do you expect your battery swap program to generate any interest when Kandi has virtually no vehicles on the road in China to swap batteries into?

24. From 2014-2018, Kandi reported that ~75%-83.5% of EV Parts sales consisted of battery packs. The company stopped reporting the percentage. What percentage of EV Parts sales from 2019 and onward were battery packs?

25. Litigation records show that Kandi previously purchased batteries from Jiangsu Tianpeng Battery Co., Ltd (江苏天鹏电源有限公司), and the company recently announced a deal with CBAK Energy for its batteries. Does Kandi manufacture its own battery cells, modules, and packs, or does it simply resell them from others?

# Conclusion: How Does A Company Like Kandi Keep Getting Away With It?

Many investors assume that auditors and regulators protect investors from fraud. Such trusting, well-meaning investors might wonder: How does a company like Kandi trade on a premier U.S. exchange without any regulatory consequence when:

Kandi was brought public by a promoter charged with fraud by the SEC over allegations of conspiring with the (still) Chairman/CEO to manipulate its stock price.

Kandi was fined by the EPA for illegally importing its very first shipment of vehicles into the country.

Kandi's long-serving auditor was ejected from the industry over its failure to catch obvious signs of extensive fraud at the company, and its latest auditor has been banned from auditing Chinese companies by the PCAOB.

Kandi was sanctioned by the Chinese regulators (but not U.S. regulators) for a scheme to generate false sales through undisclosed related party transactions in order to collect illegitimate subsidies.

Kandi admitted that its financials were false due to a failure to recognize related party transactions, and had to restate 3 years of financials.

Kandi displays obvious hallmarks of fake revenue including a key "unrelated" customer based at its own address sharing its own phone number, having massive uncollected sales, and serial CFO/auditor turnover.

In the end, many Kandi investors won't read this report, or will simply dismiss our findings outright because we are betting against the company.

The company will likely issue some sort of press release declaring everything we say false and misleading, as they always do, while ignoring all or the vast majority of the questions we've raised. They may throw in a legal threat and a token share buyback/insider purchase for good measure.

Some investors will believe management blindly—after all, these are executives at a large, public company trading on the well-respected NASDAQ exchange.

Such investors won't realize that virtually all of this report was constructed from public records, and they can simply click through the hyperlinks we've provided to recreate most of our thesis in about an hour.

If regulators do decide to pursue a case, they will likely be stonewalled by the Chinese government, and may just throw their hands up in the end—because what's the point of running a challenging international investigation just to win a default judgement that can't be collected from overseas defendants anyway?

If a regulatory action does occur, it often takes 3-5 years, because 5 years is typically the statute of limitations for cases of fraud, and regulators like to investigate near the deadline before making a decision on whether to prosecute.

In the interim, many investors will view the lack of a regulatory enforcement as a vindication of the company. And a company like Kandi only needs to fool some of the people all of the time. The company has raised $160 million from U.S. capital markets in November 2020 alone, and we have no doubt it will attempt to perpetually sell stock.

And for us, we'll keep calling it out as we see it. Best of luck to all.

## Disclosure: We are short shares of Kandi Technologies (NASDAQ:KNDI)

## Legal Disclaimer

Use of Hindenburg Research's research is at your own risk. In no event should Hindenburg Research or any affiliated party be liable for any direct or indirect trading losses caused by any information in this report. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein. You should assume that as of the publication date of any short-biased report or letter, Hindenburg Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a short position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein declines. Following publication of any report or letter, we intend to continue transacting in the securities covered herein, and we may be long, short, or neutral at any time

hereafter regardless of our initial recommendation, conclusions, or opinions. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Hindenburg Research is not registered as an investment advisor in the United States or have similar registration in any other jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Hindenburg Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and Hindenburg Research does not undertake to update or supplement this report or any of the information contained herein.

[1] We are still very much short Nikola. For readers inclined to maintain social distance during the pandemic we recommend visiting Nikola's under construction (https://youtu.be/cFiqdf2YfUI?t=36) "factory" which, after 4 months (https://nikolamotor.com/press_releases/nikola-corporation-breaks-ground-on-coolidge-multi-product-factory-4-0-manufacturing-facility-86), appears to still be a large, empty plot of land in the middle of the Arizona desert.

[2] Unlike Kandi's other sales, these were fully disclosed as being related party sales, whereby Kandi would contribute EV parts to the venture, and the JV would complete assembly of the vehicles.

[3] Hu YiHeng shares a surname with the Chairman/CEO of Kandi, but we were unable to determine whether there is also a familial relationship.

[4] Note that these metrics include all downloads on every device through the history of the app, explaining how the download metrics (for Didi specifically) have managed to dwarf the population of China over time.

Posted in Uncategorized (https://hindenburgresearch.com/category/uncategorized/) ·

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 57 of 70

# 75 thoughts on "Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors"

Pingback: Hindenburg accuses Kandi (KNDI) of fake sales in the latest short seller attack on EV stocks – Idaho Reporter (https://www.idahoreporter.com/2020/hindenburg-accuses-kandi-kndi-of-fake-sales-in-the-latest-short-seller-attack-on-ev-stocks/)

Pingback: Kandi Stock Plunges, Hindenburg Report May See it Fall Further | Articles Archive (https://www.ar-ve.com/english-archives/archives/760321/)

 **Ali H Arar** says:

*November 30, 2020 at 11:24 am (https://hindenburgresearch.com/kandi/#comment-42252)*

Your analysis is valuable but also, similar to KNDI's practices, deceptive. The timing, viciousness, picking the rhetoric that makes your story viable and most importantly your intent are murky. You should have been present at their quarterly call and raised these concerns. I would trust the company more because they are looking for a positive future into entering the US Market, while you're looking negatively into shorting the stock in order to making couple bucks.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42252#respond)

 **sacrecoeur** says:

*November 30, 2020 at 8:38 pm (https://hindenburgresearch.com/kandi/#comment-42308)*

Please enlighten the rest of us here – What is the "timing" you are referring to? Just which part of this report is "vicious"? Since when does laying out a comprehensive fraud report equate with "picking the rhetoric"? Thus, do you care to provide additional insight, since you obviously seem to be a devoted Kandi investor? You remind me of the Nikola flock who were ready to fight the truth to their dying breath.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42308#respond)

 **DJ** says:

*December 1, 2020 at 4:48 pm (https://hindenburgresearch.com/kandi/#comment-42403)*

The reason why its a silly report is that it doesn't show any information that is valuable, it takes information and makes judgment calls without knowing what is going on. Kandi has to import cars to sell them. They have US subsidiary companies they do this through, since Kandi has a shell of operations in North America. It is not a surprise to see Massimo Motor Sports as a sales brand to import with, this is a company they are partnering with to get a Kandi footprint.

Basically, the report seems to be a lot of hyperbole and lots of judgments based on 25% truths. Sure, they are importing the cars under these brands. The "viciousness" is with regards to the huge judgments the author is making, without their real knowledge of what these transactions are about. I've imported goods, sometimes it has to go through a number of names before the product is in North America. This is normal business, yet the author is stating something shady is going on, without evidence.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42403#respond)

 **Stts** says:

*December 2, 2020 at 11:22 pm (https://hindenburgresearch.com/kandi/#comment-42477)*

I see this as a slimey line of work. But somebody has to do it. As long as what you report is true and just, I cant find an argument against it. I have been financially hit by sick players doing this over trivial claims reported at strategic times and blown way out of proportion. But when its truely crook exposures. I consider it a service. So keep doing what you do in a thorough and documented way and I will continue to be a fan. Thank you for this.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42477#respond)

 **Zimbabwe** says:

*December 1, 2020 at 6:08 pm (https://hindenburgresearch.com/kandi/#comment-42409)*

Seriously? Did you even read the analysis?

Reply (https://hindenburgresearch.com/kandi/?replytocom=42409#respond)

 **DJ** says:

*December 3, 2020 at 1:52 pm (https://hindenburgresearch.com/kandi/#comment-42509)*

As someone who understands how imports can be, and the names imports sometimes trade hands to get here, I am fully aware of the holes in this analysis Zimbabwe.

I'm not promoting Kandi cars, I want to see them and see what they look like after delivery. This piece is basically just anti-China, not anything to do with the cars. We're aware that Kandi has had some very cheap, low quality products in the past (some of the models they bash are over a decade in age), I'd like to see the new crop of cars and see how they can compete with the vastly overpriced North American makers like Tesla.

This report, frankly, doesn't show much. It lists a lot of trade records and then draws conclusions based on some basic facts that are kind of outlandish. Companies "sell" products to themselves all the time.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42509#respond)

Pingback: After Attacking Nikola, Hindenburg Research Goes After Kandi – KIVIAC (https://kiviac.com/2020/11/30/after-attacking-nikola-hindenburg-research-goes-after-kandi/)

Pingback: After Attacking Nikola, Hindenburg Research Goes After Kandi – AutoSector.com ® (http://autosector.com/auto/e-cars/after-attacking-nikola-hindenburg-research-goes-after-kandi/)

Pingback: Tesla Model Y Gets Official Green Light For China Sales - www.blackstockstube.com (https://www.blackstockstube.com/?p=20830)

Pingback: It's Official: Tesla Model Y Gets Green Light For China Sales – Wary Fool (https://waryfool.com/its-official-tesla-model-y-gets-green-light-for-china-sales/)



**Robert C** says:

*November 30, 2020 at 2:23 pm (https://hindenburgresearch.com/kandi/#comment-42270)*

Love all the investigative reporting to help investors steer clear away from these fake publicities and hyped sales numbers. Your research is truly invaluable. Keep it the great work!

Reply (https://hindenburgresearch.com/kandi/?replytocom=42270#respond)



**Manuel Lanza Amaro (http://None)** says:

*November 30, 2020 at 4:01 pm (https://hindenburgresearch.com/kandi/#comment-42275)*

Thank you for keeping the investing community well informed on this Chinese scam. I am shorting Kandi via a PUT option and hope their "candy" turns sour to them. These people should be delisted immediately from our markets.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42275#respond)



**DJ** says:

*December 1, 2020 at 4:53 pm (https://hindenburgresearch.com/kandi/#comment-42404)*

Again, Manuel, where is the evidence? All we're seeing are import sheets with vehicles brought in, largely during November, just before deliveries to customers occurs. Imports commonly go through several names or companies before it ends up in the hands of a customer, that isn't a scam. Furthermore, reporting about a completely unrelated product that flopped years ago where cars sit in Chinese junkyards isn't proof of the current situation. Its basically throwing mud. I'm not interested in propping Kandi up, they will fall or fail on their own accord, but this reporting is mostly junk. It is just a bunch of import sheets showing some cars being shipped, and being imported through various brand names. That isn't a scam, and just because its Chinese doesn't make it bad. I'll be waiting for the actual cars to arrive, see what reviewers get out of them, and we will see what they are made of when it actually gets into the hands of customers.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42404#respond)

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 61 of 70

Pingback: r/shares – Kandi: How This China-Based mostly NASDAQ-Listed Firm Used Pretend Gross sales, EV Hype to Nab $160 Million From U.S. Buyers | ANALYST GOLD (http://analyst-gold.com/r-stocks-kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investors/)

**sacrecoeur** says:

*November 30, 2020 at 7:23 pm (https://hindenburgresearch.com/kandi/#comment-42307)*

So, basically, Yugo-meets-Nikola! Great, comprehensive research yet again, kudos. You are earning every penny on your shorts.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42307#respond)

Pingback: Tesla Model Y Gets Official Green Light For China Sales - The Entrepreneur Fund (https://theentrepreneurfund.com/tesla-model-y-gets-official-green-light-for-china-sales/)

**Chris Jordan (http://na)** says:

*November 30, 2020 at 11:53 pm (https://hindenburgresearch.com/kandi/#comment-42315)*

Many thanks! I thought a Kandi Coco was much newer and appeared to be ideal. I was waiting for that "new" Kandi model to reach the U.S.; but now I read that it is a 2008 model, and see hundreds of them rusting away in a Chinese field- What A Shock!!! I planned to spend lots of money for a Coco. Now- no way! Thanks for saving me a bundle of cash.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42315#respond)

Pingback: 01 December, 2020 – Alpha Ideas - On Market News (https://onmarketnews.com/01-december-2020-alpha-ideas/)

Pingback: Kandi stock cost plunges right after Hindenburg accuses it of faking sales - Wilkenson Knaggs (http://wilkensonknaggs.com/kandi-stock-cost-plunges-right-after-hindenburg-accuses-it-of-faking-sales)

Pingback: Chinese Automaker Kandi Plunges Nearly 30% After Short-seller Hindenburg Accused It Of Fabricating Sales To Raise $160 Million From US Investors » TECHNOBUG

(https://thetechnobug.info/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors - The Entrepreneur Fund (https://theentrepreneurfund.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after brief-seller Hindenburg accused it of fabricating product sales to raise $160 million from US traders - Wilkinson Knaggs (https://wilkinsonknaggs.com/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-brief-seller-hindenburg-accused-it-of-fabricating-product-sales-to-raise-160-million-from-us-traders/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors - Minnesota Business Insights (https://www.minnesotabusinessinsights.com/national-news/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Kandi stock price plunges after Hindenburg accuses it of faking sales – Simba Hu (https://simbahu.com/index.php/2020/12/01/kandi-stock-price-plunges-after-hindenburg-accuses-it-of-faking-sales/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors - NewsKrym | NewsKrym (https://newskrym.ru/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – My Blog (https://sexymanmug.com/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors - Techinfinitylife (https://techinfinitylife.info/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – Technology

(https://technology.newsbuilder.io/chinese-automaker-kandi-plunges-nearly-30-after-short-
seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors | PRO Gambler
(https://www.progambler.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-
hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors – Wary Fool
(https://waryfool.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-
hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors - Busycom Consulting
(https://consult.busycom.com/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-
short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors – Digital Access
(https://daccess.net/business-insider/chinese-automaker-kandi-plunges-nearly-30-after-short-
seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors - iNFO Vi
(https://news.infovi.org/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-
hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors – Future World Vision
(http://futureworldvision.com/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-
short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors - Acropreneur
(https://acropreneur.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-
hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused
it of fabricating sales to raise $160 million from US investors | InvestingLab.com

Case 1:30-cv-08082-DEH Document 61-2 Filed 01/28/23 Page 64 of 70

(https://investinglab.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors - USVI News (http://testusvi.com/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – Automotive (https://automotive.newsbuilder.io/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: After Attacking Nikola, Hindenburg Research Goes After Kandi - All CyberTruck (https://allcybertruck.com/2020/12/01/after-attacking-nikola-hindenburg-research-goes-after-kandi/)

Pingback: Guncelkal.net - Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors (https://guncelkal.net/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Shorts Target Electric Vehicle Stock NIO – Kandi and Luckin Coffee Inc. – Stockmarketrevolution (http://stockmarketrevolution.com/archives/15065)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – S1MPLE LIFE. (https://s1mple.life/index.php/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors | Markets Insider (https://markets.businessinsider.com/news/stocks/kandi-stock-price-hindenburg-research-accusations-fake-sales-us-investors-2020-12-1029852171)

Pingback: 米国株に挑戦！Yes,We Can!「NO.013 着々と買い増ししていたKNDIがまさかの粉飾疑惑で大幅下落（苦笑）」 | 自宅でネット株 (https://kabu.jitaku-can.com/usa20201201/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – firearmstraininggear.com

12/17/2020      Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million from U.S. Investors – Hinden…

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 65 of 70

(http://firearmstraininggear.com/2020/12/01/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

 **Göran Andersson** says:

*December 1, 2020 at 9:10 am (https://hindenburgresearch.com/kandi/#comment-42361)*

I'm a long term shareholder in Kandi (and in Tesla) and you have some interesting points, but most of it is just ridiculous FUD. But I have learn how US capitalism working and you are on top of it.

1. What happened in 2008 has nothing with to do with today.

2. You have obviously not look into the deal between Kandi and SC Autosports.

3. Also you should look more on the Kandi – Geely deal.

Kandi has a long history of pump/dump-attacks from short-sellers, so your "investigation" is nothing new.

But I thank you for helping us putting Kandi on the map.

It is positive long term and also give us shareholders a short term buying opportunity.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42361#respond)

Pingback: Kandi Technologies Nabbed $160 Million From U.S. Investors - ValueWalk (https://www.valuewalk.com/2020/12/hindenburg-research-short-kandi-technologies/)

Pingback: Kandi, el fabricante chino de coches eléctricos low cost, es acusado de fraude por la empresa que 'tumbó' a Nikola – raise racing (https://raiseracing.com/kandi-el-fabricante-chino-de-coches-electricos-low-cost-es-acusado-de-fraude-por-la-empresa-que-tumbo-a-nikola)

 **pinocchio** says:

*December 1, 2020 at 1:25 pm (https://hindenburgresearch.com/kandi/#comment-42381)*

pictures are from Baidu, Hindenburg never went to Kandi site. How did they trace former employees, where is the telephone recording ? a lot of allegations no real proof, only interested in lowering stock to make money, timing very suspicious. Hindenburg hiding their location

Reply (https://hindenburgresearch.com/kandi/?replytocom=42381#respond)

Case 1:30-cv-08082-DEH   Document 61-2   Filed 01/28/23   Page 66 of 70

 **Göran Andersson** says:

*December 3, 2020 at 12:37 am (https://hindenburgresearch.com/kandi/#comment-42480)*

Iit's normal Wall Street Capitalism.
Shortsellers Enrichment Committe (SEC) never care about shareholders, so Hindenburg can do it again and again.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42480#respond)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors | StockMarketGo (https://stockmarketgo.com/kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investors)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors (https://www.uavcall.com/uncategorized/kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investors/)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. InvestorsKandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors - (https://www.palmeraadvisors.com/uncategorized/kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investorskandi-how-this-china-based-nasdaq-listed-com)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. InvestorsKandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors - (https://www.palmeraadvisors.com/uncategorized/kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investorskandi-how-this-china-based-nasdaq-listed-com)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. InvestorsKandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors - (https://www.palmeraadvisors.com/uncategorized/kandi-how-this-china-based-nasdaq-listed-

company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investorskandi-how-this-china-based-nasdaq-listed-com)

Pingback: Kandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. InvestorsKandi: How This China-Based NASDAQ-Listed Company Used Fake Sales, EV Hype to Nab $160 Million From U.S. Investors - (https://www.palmeraadvisors.com/uncategorized/kandi-how-this-china-based-nasdaq-listed-company-used-fake-sales-ev-hype-to-nab-160-million-from-u-s-investorskandi-how-this-china-based-nasdaq-listed-com)

Pingback: Why Kandi Technologies Shares Continue to Slide Today (https://www.kingblvdandwallst.com/why-kandi-technologies-shares-continue-to-slide-today/)

**Lex Knight (https://www.CanadianCasinoGambler.ca)** says:

*December 1, 2020 at 7:15 pm (https://hindenburgresearch.com/kandi/#comment-42414)*

These rascals! Love these reports, keep them coming. Shows how much corruption and greed is out there.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42414#respond)

Pingback: KNDI、粉飾疑惑で株価が37%急落！中国の電気自動車が危ない？｜初心者投資家「せーじん」の1億円貯めて早期退職！ (https://se-jinblog.com/kndifakesales/)

Pingback: Chinese automaker Kandi plunges nearly 30% after short-seller Hindenburg accused it of fabricating sales to raise $160 million from US investors – niftysuccess.com (https://niftysuccess.com/market-news/chinese-automaker-kandi-plunges-nearly-30-after-short-seller-hindenburg-accused-it-of-fabricating-sales-to-raise-160-million-from-us-investors/)

Pingback: NIO Stock Price Falls 4.04% This Week: Why It Happened (https://pulse2.com/nio-stock-price-falls-nyse-4-04-this-week/)

 **jesus liz** says:

*December 2, 2020 at 8:25 pm (https://hindenburgresearch.com/kandi/#comment-42474)*

So.. you took a short on Kandy before publishing this?

Is that legal? I mean… How could it be legal?

Reply (https://hindenburgresearch.com/kandi/?replytocom=42474#respond)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious — News For Finance (https://newsforfinance.com/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious/)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious – Investors News (https://investorsnews.net/2020/12/04/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious/)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious | InvestingLab.com (https://investinglab.com/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious/)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious – Kambomatics (https://kabomatics.com/2020/12/04/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious/)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious | NEWS CRATER (https://newscrater.com/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious/)

Pingback: この中国のEV億万長者はテスラを視野に入れていますが、投資家は慎重になっています | blaster.tokyo (https://blaster.tokyo/%e3%81%93%e3%81%ae%e4%b8%ad%e5%9b%bd%e3%81%aeev%e5%84%84%e4%b8%87%e9%95%b7%e8%80%85%e3%81%af%e3%83%86%e3%82%b9%e3%83%a9%e3%82%92%e8%a6%96%e9%87%8e%e3%81%ab%e5%85%a5%e3%82%8c%e3%8)

Pingback: Il killer delle start up elettriche ora ha Kandi nel mirino - Vaielettrico (https://www.vaielettrico.it/il-killer-delle-start-up-elettriche-ora-ha-kandi-nel-mirino/)

Pingback: This Chinese language EV Billionaire Has Tesla In His Sights, However Traders Are Rising Cautious | BlogBlogy (https://blogblogy.com/this-chinese-language-ev-billionaire-has-tesla-in-his-sights-however-traders-are-rising-cautious/)

 **Thomas** says:

Case 1:20-cv-08082-DEH   Document 61-2   Filed 01/28/22   Page 69 of 70

*December 5, 2020 at 8:11 pm (https://hindenburgresearch.com/kandi/#comment-42618)*

I think 80% information in the report was already explained by Kndi before with SEC files. For example, Daily sales outstanding issue was explained in one SEC file mainly due to kandi normally do not sell directly to customers and they rely on their partner who again rely on chinese government subsidy payment sometime have long delay. Kandi extend the accounts Receivable Policy range 210 to maximal 720 days.

I guess HINDERBURG already covered their short position as checked current Kndi short volume dropped now to historical low.
I assumed HINDERBURG gained good profit this time. But have you thinked about retail investor, why you dont ask questions in quarterly finance meeting.

I checked some KNDI America K27 review video, for that low price and the reviewed quality and performance e.g. 6K USD, the car is good choose for some people, e.g. students, or working class or some middle class.

At least Kndi mission is positive, sell affordable EV to help the environment and less rich people while HINDENBURG mission is gain profit while very often hurt retail investors.

Reply (https://hindenburgresearch.com/kandi/?replytocom=42618#respond)

Pingback: This Chinese EV Billionaire Has Tesla In His Sights, But Investors Are Growing Cautious - Forbes - China Social (https://chinasocial.top/index.php/2020/12/04/this-chinese-ev-billionaire-has-tesla-in-his-sights-but-investors-are-growing-cautious-forbes/)

Pingback: Kandi, el fabricante chino de autos eléctricos low cost, es acusado de fraude por la empresa que 'tumbó' a Nikola – Sobre Ruedas (https://www.sobreruedas.news/negocios-y-empresas/kandi-el-fabricante-chino-de-autos-electricos-low-cost-es-acusado-de-fraude-por-la-empresa-que-tumbo-a-nikola/)

# Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

Case 1:30-cv-08082-DEH　Document 61-2　Filed 01/28/23　Page 70 of 70

**Name \***

**Email \***

**Website**

Notify me of follow-up comments by email.

Notify me of new posts by email.

POST COMMENT

© 2018 Hindenburg Research (//hindenburgresearch.com). All Rights Reserved · Legal Disclaimer (/legal-disclaimer) · Privacy Policy (/privacy-policy)
Theme by Robert DeVore (https://robertdevore.com).