UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SRINIVASAN VENKATARAMAN,
                              Plaintiff,

         -against-

KANDI TECHNOLOGIES GROUP, INC., et al.,
                              Defendants.
------------------------------------------------------------X

20 Civ. 8082 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pretrial conference in this matter is scheduled for October 5, 2022,

    WHEREAS, no significant issues were raised in the parties' proposed case management plan. It is hereby

    **ORDERED** that the October 5, 2022, pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: September 28, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE