

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard J.L. Lomuscio
*Direct* 212.216.8018
rlomuscio@tarterkrinsky.com

October 12, 2022

**BY ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The parties may serve up to 50 interrogatories and take up to 20 depositions each.

So Ordered.

Dated: October 12, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Srinivasan Venkataraman v. Kandi Tech. Grp., Inc. et al.*
       **Case No. 20 CIV 8082 (LGS)**

Dear Judge Schofield:

We represent Defendants Kandi Technologies Group, Inc. ("Kandi"), Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (collectively, "Defendants"), and jointly submit this letter with Lead Plaintiff Tom Brooks ("Plaintiff") pursuant to the Civil Case Management Plan and Scheduling Order (the "Order") (ECF No. 68).

The parties do not currently anticipate any discovery-related issues to impact the schedule set forth in the Order, but Defendants did want to highlight for the Court that the majority of the witnesses and documents relevant to the allegations in the complaint are located in the People's Republic of China ("China"). Accordingly, obtaining certain documents may require the parties to follow the procedures set forth in the Hague Convention on Taking Evidence Abroad in Civil and Commercial Matters (the "Convention"). In addition, and because depositions are not permitted in mainland China without authorization from local governmental authorities,[1] Defendants expect that the parties will coordinate to arrange for the testimony of China-based witnesses to occur in jurisdictions such as Macau or Hong Kong.

Finally, given the complexity of this case that alleges a securities fraud class action, the parties jointly agree to modify the limitation on interrogatories governed by Rule 33(a) of the Federal Rules of Civil Procedure to permit up to 50 interrogatories per side, and the limitation on depositions governed by Rule 30(a)(2) of the Federal Rules of Civil Procedure to permit up to 20 depositions per side.

---

[1]    *China Judicial Assistance Information*, (Oct. 12, 2022), travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/China.html.

Hon. Lorna G. Schofield, U.S.D.J.
Page 2

We thank the Court for its consideration in this matter.

Respectfully submitted,

Richard J.L. Lomuscio