

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard J. L. Lomuscio
*Direct* 212.216.8018
rlomuscio@tarterkrinsky.com

**BY ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 31, 2023

Application GRANTED.  The parties shall complete all depositions by **September 1, 2023**.  An amended case management plan will issue in a separate order.

Dated: June 1, 2023
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:**    *Srinivasan Venkataraman v. Kandi Tech. Grp., Inc. et al.*
       **Case No. 20 CIV 8082 (LGS)**

Dear Judge Schofield:

We represent Defendants Kandi Technologies Group, Inc. ("Kandi"), Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (the "Individual Defendants", and collectively with Kandi, the "Defendants"), and jointly submit this letter with Lead Plaintiff Tom Brooks ("Plaintiff") pursuant to the Civil Case Management Plan and Scheduling Order (the "Order") (ECF No. 68).

On April 21, 2023, the parties completed the exchange of more than 100,000 pages of documents as well as the exchange of written discovery.  On May 15, 2023, Plaintiff served deposition notices of the Individual Defendants with dates set for May 29 and May 30. These requested depositions, as the parties highlighted for the Court at the start of discovery on October 12, 2022 (ECF No. 69), all involve individuals located in the People's Republic of China ("PRC") who will need to travel to Hong Kong or Macau for their testimony given the restrictions on taking testimony in the PRC. The parties are diligently coordinating on the scheduling of these depositions, but were unable to do so by the deadline for fact depositions of May 30, 2023 set forth in the Order given the location of the deponents. The parties, however, do not foresee the scheduling of these depositions as impacting the overall schedule for fact discovery, which closes on September 15, 2023, and anticipate having these depositions being completed by that date. No prior request for modification of the discovery deadlines has been requested to the Court by either party, and the parties continue to work cooperatively to address discovery matters.

In addition, pursuant to Section IIIA of the Court's Individual Rules and Procedures for Civil Cases, Plaintiff anticipates filing a letter requesting a pre-motion conference with respect to a motion for class certification on or before the completion of fact discovery on September 15, 2023.

Hon. Lorna G. Schofield, U.S.D.J.
Page 2

       We thank the Court for its consideration in this matter.

Respectfully submitted,

Richard J.L. Lomuscio