

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard J.L. Lomuscio
*Direct* 212.216.8018
rlomuscio@tarterkrinsky.com

August 8, 2023

**BY ECF**

Application GRANTED. Depositions in this matter shall be completed by **September 15, 2023**. No other extensions of discovery deadlines will be granted absent extraordinary circumstances.

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: August 9, 2023
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Srinivasan Venkataraman v. Kandi Tech. Grp., Inc. et al.*
        **Case No. 20 CIV 8082 (LGS)**

Dear Judge Schofield:

We represent Defendants Kandi Technologies Group, Inc. ("Kandi"), Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (collectively, "Defendants"), and jointly submit this letter with Lead Plaintiff Tom Brooks ("Plaintiff", and together with Defendants, the "Parties") pursuant to the Amended Civil Case Management Plan and Scheduling Order (the "Order") (ECF No. 86).

In accordance with the Order and with Rule IV (A)(2) of the Court's Individual Rules, the Parties state the following:

(a) The Parties have responded to each other's discovery requests, and there are currently no outstanding discovery requests.

(b) There are no outstanding motions pending before the Court.

(c) The Parties have scheduled the depositions of the following Defendants:

- Henry Yu on August 16, 2023; and

- Jerry Lewin on August 21, 2023.

The Parties have been working cooperatively to schedule the depositions of Messrs. Hu, Wang, and Chen to agree on dates that are acceptable for the witnesses and for counsel for both sides. The Parties recognize that the deposition completion date set forth in the Order is September 1, 2023, but are prepared to move forward with the depositions of Mr. Wang on September 7, 2023, Mr. Hu on September 12, 2023, and Mr. Chen on September 14, 2023. Accordingly, the

Hon. Lorna G. Schofield, U.S.D.J.
Page 2

Parties respectfully request a second modification of the Order to extend the deadline to complete depositions to September 15, 2023. This modification to the Order would only extend the deadline to complete depositions by two weeks and would not affect any other deadlines in the Order.

Respectfully submitted,

Richard J.L. Lomuscio

cc:     Counsel of Record