# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu, <br><br> Defendants. | Civil Action No. 20 CIV. 8082 (DEH) <br><br><br> **DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Ex Kano S. Sams II, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Dr. Adam Werner.

3. Attached as Exhibit B is a true and correct copy of the Sworn Certification of Plaintiff Tom Brooks.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Tom Brooks in Support of Plaintiff's Motion for Class Certification.

5. Attached as Exhibit D is a true and correct copy of the firm resume of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 10th day of November, 2023, at Los Angeles, California.

Ex Kano S. Sams II

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 10, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2023.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II