# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu, <br><br> Defendants. | Civil Action No. 20 CIV. 8082 (DEH) <br><br> **DECLARATION OF TOM BROOKS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Tom Brooks, hereby declare as follows:

1.       I am Tom Brooks.  I make this declaration in support of Plaintiff's Motion for Class Certification.  Except as otherwise stated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2.       At the time of my purchases of securities in Kandi Technologies Group, Inc. ("Kandi" or the "Company"), I did not know that defendants were disseminating false and misleading statements and omitting information about the Company's financial results and operations.  I also did not know that the price of Kandi's securities did not reflect material information that was then known by defendants regarding the Company's business, sales, and prospects for future revenue and earnings growth, including, but not limited to, financial information related to certain related parties and the Company's internal controls over its financial reporting.

3.       I have retained experienced counsel to represent my best interests and those of the class.  Specifically, I am aware that attorneys at Glancy Prongay & Murray LLP ("Lead Counsel") are prosecuting this case.  I have been in frequent contact with Lead Counsel in this case.  Lead Counsel has updated me regularly regarding the status of the case, and I have communicated with Lead Counsel by telephone and by email to receive updates regarding the case and to discuss the ongoing litigation.

4.       I am aware this case is a class action and that I am seeking to represent the class.  It is my understanding that the complaint in this case alleges, among other things, that defendants violated the federal securities laws by making false and misleading statements and omitting material facts, and that defendants are charged with violations of the Securities Exchange Act of 1934 during the June 10, 2015 through March 13, 2017 Class Period.

5.    I am willing to serve as a class representative.  I am also willing to provide testimony at deposition or at trial if necessary.  As a class representative, I am willing to continue to take an active role in, and control, the litigation, and I am qualified to do so.  I understand that I owe a fiduciary duty to all members of the class to provide fair representation and to actively work with Lead Counsel to obtain the best possible recovery for the class.  I accept these obligations and will do my best to fully and faithfully discharge them to protect the interests of the class.  I have also agreed to take steps to keep myself informed on the progress and status of the case, the strengths and weaknesses of the case, the prospects for settlement, and the resources invested in the suit or proposed to be invested in the suit.

6.    I have spoken with Lead Counsel about the status and progress of this case and will continue to interact with Lead Counsel on a regular basis regarding the case.  To provide effective oversight of this litigation, I have consulted with Lead Counsel about major litigation events. Additionally, I have agreed that Lead Counsel will send copies of important motions, pleadings, and other documents filed in this case for review and comment.

7.    I will not accept any payment for serving as a class representative beyond my *pro rata* share of any recovery, except such reasonable costs and expenses, including any lost wages directly relating to the representation of the class, as ordered or approved by the Court. Additionally, I did not acquire the securities that are the subject of this class action at the direction of Lead Counsel or to participate in this or any other litigation under the federal securities laws.

8.    I will fairly and adequately represent the class, and I understand that my interests are closely, if not exactly, aligned with the interests of the other members of the class.  I am not aware of any evidence of antagonism between my interests and the interests of the class members. Moreover, I have selected Lead Counsel to represent me in this action.  Based upon my

involvement with this case, I believe that these attorneys are highly experienced and successful in prosecuting securities class actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the __6th__ day of November, 2023, at Salt Lake City, Utah.

Tom Brooks
_____
Tom Brooks
