UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVASAN VENKATARAMAN,<br><br>                    Plaintiff(s),<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC. et al.,<br><br>                    Defendant(s). | 20-CV-8082 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 11, 2023, Plaintiff filed a motion for class certification (ECF No. 94). The Court adopts the parties' proposed timeline (ECF No. 93). By January 26, 2024, Defendants shall file an opposition to motion for class certification. By March 22, 2024, Plaintiff shall file a reply in support of motion for class certification. All expert discovery, including expert reports and depositions, shall be completed no later than March 22, 2024.

In light of the amended schedule, the conference scheduled for January 9, 2024, at 2:00 p.m. EST (ECF No. 92), is ADJOURNED to **April 2, 2024, at 10:30 a.m. EST**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 867 011 108, followed by the pound (#) sign. No later than **March 26, 2024**, the parties shall submit a joint status letter. The letter shall state whether any party intends to file a dispositive motion, including any motion challenging the qualification(s) of expert witnesses. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

SO ORDERED.

Dated: January 3, 2024

2

New York, New York

_____
DALE E. HO
United States District Judge
