



Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Juan Olivo
*Direct* 212.574.0329
jolivo@tarterkrinsky.com

January 10, 2024

**BY ECF**

Hon. Dale. E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>     **Re:**    ***Srinivasan Venkataraman v. Kandi Tech. Grp., Inc. et al.***
>     **Case No. 20 CIV 8082 (DEH)**

Dear Judge Ho:

We represent Defendants Kandi Technologies Group, Inc. ("Kandi"), Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (the "Individual Defendants", and collectively with Kandi, the "Defendants"), and we write jointly with Lead Plaintiff Tom Brooks ("Plaintiff", and together with Defendants, the "Parties") to request a modification to the order entered on January 3, 2024, (the "Order").

Prior to the entry of the Order, the Parties were in discussions to schedule the deposition of Plaintiff's expert, Adam Werner, which is set to take place at the end of this month. As stated in the joint status letter filed on November 6, 2023, the Parties agree that expert discovery should run concurrently with briefing on class certification. (*See* ECF No. 93.) Given the timing of Mr. Werner's deposition, the Parties propose the following class certification briefing schedule:

| March 7, 2024 | Deadline for Defendants to complete expert discovery, to file opposition to motion to for class certification, and to file expert report |
| May 16, 2024 | Deadline for Plaintiff to complete expert discovery, to file reply in support of motion for class certification, and to file expert rebuttal report |

This is the first requested modification to the class certification briefing schedule and the Parties believe that this slight change will provide for the efficient resolution of class certification and expert discovery. The Parties understand the importance of adhering to the Court's schedule and will continue to work collaboratively to ensure that the case proceeds efficiently.

Hon. Dale E. Ho, U.S.D.J.
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Juan Olivo
Juan Olivo

Application GRANTED.

Defendants shall file opposition to Motion for Class Certification (ECF No. 94), complete expert discovery, and file expert report by **March 7, 2024**.

Plaintiff shall file reply in support of Motion for Class Certification (ECF No. 94), complete expert discovery, and file expert rebuttal report by **May 16, 2024**.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: January 11, 2024
New York, New York