UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually, and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, LIMING CHEN, JERRY LEWIN and HENRY YU, <br><br> Defendants. | Case No. 1:20-cv-08082-DEH |

## DECLARATION OF RICHARD J.L. LOMUSCIO

I, Richard J.L. Lomuscio, of full age, declare and say:

1.      I am an attorney at law in the State of New York, a member of the bar of this Court and a partner with the law firm Tarter Krinsky & Drogin LLP, attorneys for Defendants Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (collectively, "Defendants").  This declaration is submitted in support of Defendants' opposition to the motion filed by Lead Plaintiff Tom Brooks ("Plaintiff") seeking class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2.      Attached hereto as Exhibit A is a true and correct copy of selected excerpts from the deposition of Adam Werner taken on January 22, 2024.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
                Richard J.L. Lomuscio

Dated: March 7, 2024
          New York, New York

2