# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

SRINIVASAN VENKATARAMAN,

Individually, and On Behalf of

All Others Similarly Situated,

            Plaintiff(s),

    v.                              Case No. 1:20-cv-

KANDI TECHNOLOGIES GROUP, INC.,     08082-DEH

XIAOMING HU, CHENG WANG,

BING MEI, LIMING CHEN,

JERRY LEWIN, and HENRY YU,

            Defendant(s).

_____

        VIDEOCONFERENCE DEPOSITION OF

            ADAM WERNER, PhD

DATE:          Monday, January 22, 2024

TIME:          9:04 a.m. PST/12:04 p.m. EST

LOCATION:      Remote Proceeding

               Pismo Beach, CA 93449

REPORTED BY:   Jennifer C. Smetters

JOB NO.:       6420393

Page 32

A. WERNER

transcript.

THE WITNESS:  I believe that is correct.

BY MR. LOMUSCIO:

Q   Are you aware that on September 13, 2022, the Court ruled on a motion to dismiss in this case and dismissed some of the allegations?

MR. SAMS:  Object to form.

A   I believe I was aware of it.  I don't recall when I became aware of it.

Q   Did you review that decision in preparing your report?

MR. SAMS:  Object to form.

A   Not that I recall.

Q   With regard to that decision, are you aware of which allegations were upheld and which were dismissed by the Court?

MR. SAMS:  Object to form.

A   Not as I sit here today.

Q   And if we go back to paragraph 52 of your complaint.

A   I'm -- I'm sorry -- my