UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SRINIVASAN VENKATARAMAN,

                              Plaintiff,                  **20 Civ. No. 8082 (DEH) (GS)**

            -against-                                **PRE-SETTLEMENT
CONFERENCE ORDER**

KANDI TECHNOLOGIES GROUP,
INC. *et al*,

                              Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference for **Tuesday, April 9, 2024 at 3:30 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 738 107 110#.**

       SO ORDERED.

DATED:    New York, New York
               April 1, 2024

                                                         _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge