# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE KANDI TECHNOLOGIES
GROUP, INC. SECURITIES
LITIGATION**

Civil Action No. 20 CIV. 8082 (DEH)

REBUTTAL DECLARATION OF
DR. ADAM WERNER
April 1, 2024

## TABLE OF CONTENTS

I.    INTRODUCTION ....................................................................................................1

II.   PROFESSIONAL BACKGROUND AND EXPERIENCE...................................................1

III.  RESPONSES TO DEFENDANTS' OPPOSITION MOTION ...........................................3

IV.   LIMITING FACTORS AND OTHER ASSUMPTIONS.....................................................6

I, Adam Werner, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief. If called to testify, I could and would testify competently to the following facts.

## I.    INTRODUCTION

1.    I was asked by Glancy Prongay & Murray LLP, counsel for the Lead Plaintiff, to consider and respond to certain arguments presented in the Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, filed March 7, 2024 ("Opposition Motion").[1] Specifically, I was asked to respond to Defendants' contention that because I did not consider which specific allegations were upheld or dismissed in the Court's Opinion and Order, filed September 13, 2022 ("Order on Motion to Dismiss"), my market efficiency analysis is inapplicable to the period from June 10, 2015 through August 9, 2015 (inclusive).[2]

2.    I understand that as an expert witness in this proceeding, my duty in providing my declaration is to the Court and that this duty overrides any obligation to the parties who have engaged me, from whom I have received instructions or compensation. I confirm that I have complied with this duty.

## II.    PROFESSIONAL BACKGROUND AND EXPERIENCE

3.    I am currently a managing director at SEDA Experts, LLC ("SEDA") having previously served as a Lecturer in economics at the Orfalea College of Business at California Polytechnic State University San Luis Obispo (Cal Poly). At Cal Poly, I taught managerial economics to graduate students, and international finance, macroeconomics, and intermediate

---

[1] Opposition Motion.

[2] Opposition Motion, p. 6.

microeconomics to undergraduates. Prior to working at SEDA, I spent over 25 years working for consulting firms including Cornerstone Research, CRA International, and NERA. I have been retained by both plaintiffs and defendants to consult on matters pertaining to market efficiency, materiality and loss causation, damages, investment banking, financial valuation, security issuance, bankruptcy, and options backdating. My expert opinions have been accepted in Federal, State, and Bankruptcy courts within the United States as well as courts in Australia and Canada. I have also testified in arbitrations both inside and outside of the United States. I have lectured frequently to attorneys on the topic of damage estimation and settlements in securities class actions. I have also spoken on the estimation of capital rates in emerging economies at a conference organized by the University of Texas School of Law.

4.      I hold a Ph.D. in Finance (1999) from Northwestern University's Kellogg Graduate School of Management. While at Kellogg, I taught M.B.A. classes in corporate finance, and futures and options. I was also awarded a University Scholarship during my time at Kellogg. Prior to graduate school, I served as a Research Assistant at the Federal Reserve Bank of Cleveland. My full Curriculum Vitae including prior testimony is attached as Exhibit-1 to this declaration.

5.      A list of documents I reviewed in forming my opinion in this matter is set forth in Exhibit-2 to this declaration.

6.      SEDA is currently being compensated at $750 per hour for my ongoing work on this matter. Additional SEDA consultants have assisted me with my work at rates ranging from $90 per hour to $550 per hour. This compensation is not contingent on the outcome of this matter.

2

### III.    RESPONSES TO DEFENDANTS' OPPOSITION MOTION

7.    Though Defendants contend that the market efficiency analysis presented in the Werner Declaration is inapplicable to the period from June 10, 2015 through August 9, 2015 (inclusive) on the basis that the Order on Motion to Dismiss purportedly excluded this period from Plaintiff's actionable allegations, it is important to note that Defendants do not actually contest any of my market efficiency findings. In fact, nowhere in Defendants' Opposition Motion do Defendants contest:

   a. *Cammer* **factor 1:** That the average weekly trading volume of Kandi stock as a percentage of shares outstanding was 4.4%, higher than the 2% required to meet the strong-presumption-of-efficiency benchmark set forth by the court in *Cammer v. Bloom*;[3]

   b. *Cammer* **factor 2:** That there were **at** least 190 news stories, press releases, and SEC filings published about the Company;[4]

   c. *Cammer* **factor 3:** That Kandi stock traded on the NASDAQ and had at least 100 firms making a market in its common stock during the Class Period. In addition, A high number of institutional investors owned Kandi stock, as indicated by public filings;[5]

   d. *Cammer* **factor 4:** That Kandi was eligible to file an S-3 registration statement with the SEC;[6]

---

[3] *See*, Werner Declaration, ¶¶28-29.

[4] *See*, Werner Declaration, ¶33.

[5] *See*, Werner Declaration, ¶¶34-40.

[6] *See*, Werner Declaration, ¶¶41-43.

3

e. ***Cammer factor 5:*** That Kandi stock exhibited a cause-and-effect relationship between the release of new, Company-specific information and movements in the price of Kandi stock across three different definitions for Company-specific information including: allegation-related information, all news days, and earnings announcements;[7]

f. ***Krogman* factor 1**: That the market capitalization of Kandi stock was large;[8]

g. ***Krogman* factor 2**: That the float capitalization of Kandi stock was similarly large;[9] and

h. ***Krogman* factor 3**: That Kandi stock's bid-ask spread was narrower than the average bid-ask spread of for all other publicly traded companies in the U.S.[10]

8.      These statistical and economic findings are matters of fact and are not contingent on any specific allegations that comprise Plaintiff's theory of fraud. As such, even absent consideration of the Order on Motion to Dismiss, the analysis I presented in the Werner Declaration indeed demonstrates that Kandi stock traded in an efficient market.

9.      Nonetheless, I reviewed and considered the entirety of the Order on Motion to Dismiss. Contrary to Defendants' claims, I do not accept Defendants' representation that this Order on Motion to Dismiss limits the Class Period to excluding the period from June 10, 2015 through August 9, 2015 (inclusive). Read correctly, there is nothing inconsistent about Court's Order on Motion to Dismiss and the Plaintiff's decision to begin the Class Period on June 10, 2015.

---

[7] *See*, Werner Declaration, ¶¶44-100.

[8] *See*, Werner Declaration, ¶¶102-105.

[9] *See*, Werner Declaration, ¶¶106-108.

[10] *See*, Werner Declaration, ¶¶109-112.

4

10.    Defendants' argument that the Order on Motion can be interpreted to mean that the actual Class Period should exclude these first two months of the current Class Period relies on three points:

a.  That the Order on Motion to Dismiss was explicit that Plaintiffs' claims would be limited to "statements 'from the second quarter of 2015 through the third quarter of 2016";[11]

b.  That "the earliest statement by Kandi during this period was 2Q 2015 10-Q";[12] and

c.  That "it is indisputable that the earliest statement by Defendants from which Plaintiff may base a claim starts from the 2Q 2015 10-Q filed on August 10, 2015."[13]

11.    While Defendants are correct that the Order on Motion to dismiss did limit the Plaintiff's allegations to statements from the second quarter of 2015 through the third quarter of 2016, Defendants erroneously assumed that the second quarter of 2015 begins with the second quarter 10-Q filing on August 10, 2015. This is not true. In fact, the second quarter of 2015 begins April 1, 2015 and ends June 30, 2015.[14] This fact can be readily determined by examining **any** of the financial information presented in the 2Q 2015 Form 10-Q as every 2Q 2015 financial figure references the "three months ended June 30, 2015".

12.    That the 2Q 2015 Form 10-Q disclosed information pertaining to the period from April 1, 2015 through June 30, 2015 is particularly relevant as Defendants appear to agree that the earliest actionable statement alleged by Plaintiffs is indeed contained within this 2Q 2015 Form

---

[11] Opposition Motion, p. 6.

[12] Opposition Motion, p. 6.

[13] Opposition Motion, p. 6.

[14] Kandi Technologies Group, Inc. Form 10-Q for the fiscal quarter ended June 30, 2015, filed August 10, 2015.

10-Q.[15] Since the statements in the 2Q 2015 Form 10-Q are agreed upon to be actionable and 2Q 2015 Form 10-Q is referencing the period from April 1, 2015 through June 30, 2015, staring the Class Period on June 10, 2015 is appropriate.

13.    In sum, Defendants' claims that my market efficiency analysis somehow lacks any foundation for commencing alongside the start of the Class Period on June 10, 2015 relies on an erroneous understanding of financial statements and Form 10-Q filings. After consideration of Defendants' arguments and after my reading of Order on Motion to Dismiss, I see no reason to modify any calculations, opinions, or conclusions in the Werner Declaration.

## IV.    LIMITING FACTORS AND OTHER ASSUMPTIONS

14.    My analyses and opinions are based on the information available as of the date of this declaration. Should any additional data or information become available subsequent to the submission of this declaration, I reserve the right to supplement or amend this declaration based on this new information.

Dated:    April 1, 2024

Adam Werner, PhD
Managing Director, SEDA

---

[15] Opposition Motion, p. 6.

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

## EDUCATION

1998        Northwestern University, Kellogg Graduate School of Management
            Ph.D. in Finance

1992        Oberlin College
            B.A. in Economics with Honors

## TEACHING EXPERIENCE

2014 – 2023        Cal Poly San Luis Obispo
                   Orfalea College of Business
                   San Luis Obispo, CA
                   Lecturer in Economics

## BUSINESS EXPERIENCE

2023 – Present        SEDA Experts

2015 – 2023        Crowninshield Financial Research

2018 – 2021        Pismo Beach Planning Commission

2009 – 2015        Gnarus Advisors/Berkeley Economic Consulting

2008 – 2009        LitiNomics

2004 – 2008        CRA International

2000 – 2003        National Economic Research Associates, Inc.

1998 – 2000        Cornerstone Research

1992 – 1993        Federal Reserve Bank of Cleveland

## PAPERS AND PUBLICATIONS

"The Impact of Underwriter Reputation on Equity Offering: An Empirical Study."
Thesis, 1999.

"The Long-Run Performance of Underwriters and its Impact on Seasoned Equity
Offerings." 1999.

"Dynamic Measures of Underwriter Reputation: A Study of IPO's." 1999.

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

"CAFE Economics: A Note on the Limits and Effectiveness of Fuel Economy Regulation." With Stephen Sheppard, 1992.

"Validation of Aggregate Damage Estimates in Securities Class Actions." with Narinder Walia, Law360, 2021.

"Trading Models Underestimate Securities Class Damages." with Narinder Walia, Law360, 2019.

"More 'Dark Pools" Deepen Litigation Issues." Law360, 2013.

"Recent Trends in Securities Class Action Litigation: Will Enron and Sarbanes-Oxley Change the Tides." with Elaine Buckberg, Todd Foster and Ronald Miller, 2003.

"The Effects of the PSLRA and Subsequent Events on Securities Litigation." With Fred Dunbar and Todd Foster, prepared for the New York City Bar Association, 2003.

"The Energy Tax: Who Pays?" joint with Mark Schweitzer, in Federal Reserve Bank of Cleveland's Economic Commentary, 1993.

## PRESENTATIONS

"Cause or Effect: Are Settlement Statistics Driving Down Settlements?"  Presentation to Robbins Geller Rudman & Dowd, LLP in San Diego, CA on October 10, 2013, Wolf Popper, LLP in New York, NY on September 18, 2013, Abraham, Fruchter & Twersky, LLP in New York, NY on September 17, 2013, Robbins Geller Rudman & Dowd, LLP in Melville, NY on September 11, 2013, Entwistle & Cappucci, LLP in New York, NY on September 10, 2013, and Faruqi & Faruqi, LLP in New York, NY on September 10, 2013.

"The Economics of Securities Litigation." Sidley & Austin in Los Angeles, CA on March 14, 2007.

"The Global Cost of Capital." Panel discussion on valuing assets in foreign countries at the University of Texas School of Law VALCON conference in Las Vegas on February 8, 2007.

"Economic Damages in Securities Fraud Matters." NERA Luncheon Seminars with Alan Cox  given at the Fifth Avenue Suites Hotel in Portland, OR on November 19, 2002 and at the W Hotel in Seattle, WA on November 20, 2002.

"Shareholder Class Actions: Calculation of Damages." Presentation to Skadden, Arps, Slate, Meagher & Flom, LLP in San Francisco, CA on October 30, 2002, Marsh FINPRO in San Francisco, CA on September 18, 2002, Marsh Risk & Insurance Services in San

8

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

Diego, CA on September 17, 2002 and Marsh FINPRO in Los Angeles, CA on September 13, 2002.

"Capital Formation: Class Action Litigation and Prevention." Speech and panel discussion focusing on securities class action litigation, which sometimes arise from initial public offerings and/or market volatility in the aftermarket. Presented at the 2002 CALBIO Summit in San Diego, CA on April 23, 2002.

"Shareholder Class Actions after the NASDAQ Bubble." Speech given to the Securities Litigation Sub-Committee of the Colorado Bar Association at Holland & Hart, LLP in Denver, CO on April 17, 2002.

"Trends in Litigation: How Claims and Losses Are Valued." Speech at the American Bankers Association Insurance Risk Management Annual Conference in San Diego, CA on February 4, 2002.

"Recent Trends in Securities Litigation." "Basic Economic Analysis in Securities Class Action" and "Challenging the Efficient Market Assumption in Securities Class Action Matters." presented to Cooley Godward in San Diego, CA on November 28, 2001. "Recent Trends in Securities Litigation." presentation with Marcia Mayer given at Howard, Rice, Nemerovski, Canady, Falk & Rabkin in San Francisco, CA on November 27, 2001.

"Recent Trends in Securities Litigation." presentation given to Marsh USA in Denver, CO on November 8, 2001, and Thelen, Reid & Priest in Los Angeles, CA on November 6, 2001.

"Financial Economics in Litigation." speech presented to Simpson, Thacher & Bartlett in Palo Alto, CA on July 31, 2001, Baker & McKenzie in San Diego, CA on July 18, 2001, Brobeck, Phleger & Harrison in San Francisco, CA on June 25, 2001 and to Latham & Watkins in San Francisco, CA on June 26, 2001.

"Economic Analysis in Securities Fraud Cases." Speech with Alan Cox delivered to Morrison & Forester, San Francisco, CA on July 25, 2001.

"Recent Trends: Shareholder Class Actions Five Years After the PSLRA." speech presented to Shearman & Sterling in San Francisco, CA on May 23, 2001, O'Melveny & Myers in Los Angeles, CA on May 30, 2001, and Gray, Cary, Ware & Freidenrich in San Diego, CA on June 6, 2001.

9

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

## EXPERT REPORTS AND TESTIMONY

*Michele Deluca, et al., v. Instadose Pharma Corp. f/k/a Mikrocoze Inc., et al.* Issued a declaration on aggregate damages in a securities class action (U.S.D.C. Eastern District of Virginia, Norfolk Division, 2024).

*In re January 2021 Short Squeeze Trading Litigation.* Issued a declaration (2023), a reply declaration (2023) and provided deposition testimony (2023) on market efficiency and damage methodology in a securities class action. Issued a declaration (2024) on whether the at-issue securities traded in open, developed, and liquid markets (U.S.D.C. Southern District of Florida).

*In re Astec Industries, Inc. Securities Litigation.* Issued a declaration (2023), provided deposition testimony (2024), and issued on market efficiency and damages methodology in a securities class action (U.S.D.C. Eastern District of Tennessee, Nashville Division)

*Peter Trauernicht, et al. v. Genworth Financial Inc. Retirement Savings Plan.* Issued a report (2024), supplemental report (2024), and provided deposition testimony (2024) on damages in an ERISA case (U.S.D.C. Eastern District of Virginia)

*In re Kandi Technologies Group, Inc. Securities Litigation.* Issued a declaration (2023) and provided deposition testimony (2024) on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Christopher Arbour, et al. v. Tingo Group Inc., et al.* Issued a declaration on loss causation in a securities class action (U.S.D.C. District of New Jersey, 2023).

*Bo Shen, et al. v. Exela Technologies, Inc., et al.* Issued a declaration (2023) and provided deposition testimony (2023) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Texas).

*In re XL Fleet Corp. Securities Litigation.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York, 2023).

*In re Nio, Inc. Securities Litigation.* Issued a declaration (2022), a reply declaration (2022) and provided deposition testimony (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. Eastern District of New York).

*Gelt Trading, LTD. v. Co-Diagnostics, Inc., et al.* Issued a declaration (2022) and a reply declaration (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Utah, Central Division).

10

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*6D Global Technologies, Inc. Securities Litigation.* Issued a declaration on loss causation and damages in a securities class action (U.S.D.C. Southern District of New York, 2022).

*In re Omega Healthcare Investors, Inc. Securities Litigation.* Issued a report (2022), a rebuttal report (2022) and provided deposition testimony (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Securities and Exchange Commission v. Bradley C. Davis.* Issued a report (2021), a rebuttal report (2021), provided deposition testimony (2021) and trial testimony (2022) on materiality in a case brought by the SEC (U.S.D.C. Central District of California).

*Andrew Trampe, et. al. v. CD Projekt S.A.* Issued a declaration on aggregate damages in a securities class action (U.S.D.C. Central District of California, 2022).

*In re Global Brokerage, Inc. f/k/a/ FXCM Inc.* Issued a report (2020), a rebuttal report (2020), provided deposition testimony (2020) and testified (2020) on market efficiency and damage methodology in a securities class action. Issued a report (2021), a rebuttal report (2021) and provided deposition testimony (2021) on loss causation and damages (U.S.D.C. Southern District of New York).

*George Barney, et al. v. Nova Lifestyle, Inc., et al.* Issued a report on market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California, 2021).

*Peter Voulgaris, et al. v. Array Biopharma Inc., et al.* Issued a report (2021) and provided deposition testimony (2021) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Colorado).

*In re Innocoll Holdings Public Limited Company Securities Litigation.* Issued a report (2020), a rebuttal report (2020) and provided deposition testimony (2020) on market efficiency and damage methodology in a securities class action (U.S.D.C. Eastern District of Pennsylvania).

*Michael Tietz, et al. v. Crytobloc Technologies Corp., et al.* Issued a report on price impact in a securities class action (Supreme Court of British Columbia, 2020).

*In re Horsehead Holding Corp. Securities Litigation.* Issued a report (2020) and provided deposition testimony (2020) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Delaware).

*Bing Li, et al. v. Aeterna Zentaris, Inc., et al.* Issued a declaration (2016), a report (2017), and provided deposition testimony (2017) on market efficiency and damage methodology in a securities class action. Issued a declaration (2019) a reply report (2019), and

11

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

provided deposition testimony (2020) on loss causation and damages (U.S.D.C. District of New Jersey).

*In re Patriot National Inc. Securities Litigation.* Issued a declaration (2019) and a supplemental declaration (2019) on damages in a securities class action (U.S.D.C. Southern District of New York).

*Hamza Ramzan, et al. v. GDS Holdings Limited, et al.* Issued a declaration on NASDAQ microstructure in a securities class action (U.S.D.C. Eastern District of Texas, Marshall Division, 2019).

*Ivan Nibur, et al. v. SandRidge Mississippian Trust I, et al.* Issued a declaration (2018), a reply declaration (2018), a supplemental reply declaration (2018), and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action. Issued a declaration (2019) a rebuttal declaration (2019), and provided deposition testimony (2019) on loss causation and damages (U.S.D.C. Western District of Oklahoma).

*In Re Insys Theraputics, Inc. Securities Litigation.* Issued a report on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York, 2019).

*In Re Spectrum Pharmaceuticals, Inc. Securities Litigation.* Issued a declaration (2019) and provided deposition testimony (2019) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Nevada).

*Amanda Beezley et al. v. Fenix Parts, Inc., et al.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Illinois, Eastern Division, 2019).

*Wayne Mucha, et al. v. Volkswagen Aktiengesellschaft, et al.* Issued a declaration regarding benefits to firms that have ADRs listed in a securities class action (U.S.D.C. Eastern District of New York, 2018).

*Michael Desta, et al. v. Wins Finance Holdings Inc., et al.* Issued a declaration (2018) and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

*Andrew Meyer, et al. v. Concordia International Corp., et al.* Issued a declaration (2018), a reply declaration (2018), and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action. Issued a declaration (2018), a reply declaration (2018), and provided deposition testimony (2018) on loss causation and damages (U.S.D.C. Southern District of New York).

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*In re: K12 Securities Litigation.* Issued a declaration (2018) and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of California).

*Robert Colman, et al. v. Theranos, Inc., et al.* Issued a declaration on damage methodology and price impact in a securities class action (U.S.D.C. Northern District of California, San Jose Division, 2018).

*In re: CytRx Corporation Securities Litigation.* Issued a declaration (2017) and provided deposition testimony (2018) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

*Lord Abbett Affiliated Fund, Inc., et al. v. American International Group, Inc.* Issued a report regarding market efficiency, loss causation, and damages in a securities case (U.S.D.C. Southern District of New York, 2017).

*Xiaolin Chi, et al. v. Qiao Xing Universal Resources, Inc., et al.* Issued a report on damages in a securities class action (District Court of the Virgin Islands, St. Croix Division, 2017).

*John Hosey v. Twitter, Inc., et al.* Issued a declaration (2017) and provided deposition testimony (2017) regarding rebuttal to Defendants' Motion for Summary Judgement in a securities class action (Superior Court of the State of California, County of San Mateo).

*Gwyn R. Hartman Revocable Living Trust v. Southern Michigan Bancorp, Inc. et al.* Issued a report on damages arising from alleged exclusions in a proxy solicitation (U.S.D.C. Western District of Michigan, 2017).

*Fred Kelsey, et al. v. Textura Corporation, et al.* Issued a declaration (2017) and provided deposition testimony (2017) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Illinois).

*Dave Carlton, et al. v. Fred Cannon.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of Texas, Houston Division, 2016).

*James Middlemiss v. Penn West Petroleum LTD., et al.* Issued a report on damages in a securities class action (Superior Court of Justice Ontario, Canada, 2016).

*David Loritz, et al. v. Exide Technologies, et al.* Issued a report on damages and loss causation in a securities class action (U.S.D.C. Central District of California, 2015)

*Manishkumar Khunt, et al. v. Alibaba Group Holding Limited, et al.* Issued a declaration on potential investor damages in a securities class action (U.S.D.C. Southern District of New York, 2015).

13

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*Biotechnology Value Fund, L.P. et al. v. Celera Corporation et al.* Issued a report (2014), a reply report (2014), a supplemental report (2014), and provided deposition testimony (2014) on damages arising from a merger (U.S.D.C. Northern District of California).

*In re: Hi-Crush Partners L.P. Securities Litigation.* Issued a declaration (2014), a supplemental declaration (2014), and provided deposition testimony (2014) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Ian Mausner v. MarketByte LLC, et al.* Issued a declaration about investment advisor incentives and liquidity needs in a securities class action (U.S.D.C. Southern District of California, 2014).

*Artes Medical, Inc. v. Lemperle et al.* Provided deposition testimony on behalf of defendants about alleged damages caused by a proxy contest (Superior Court of the State of California, County of San Diego, Central District, 2013).

*In re: Ebix Inc. Securities Litigation.* Issued a declaration (2012) and provided deposition testimony (2013) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Georgia, Atlanta Division).

*Erik Poole and William Rhody v. Alange Energy Corp., et al.* Issued a report (2012) and a reply report (2013) on market efficiency and damages in a securities class action (Superior Court of Justice Ontario, Canada).

*In re: Hecla Mining Securities Litigation.* Issued a declaration on investor losses in a securities class action (U.S.D.C. District of Idaho, 2012).

*Mark Henning, et al. v. Orient Paper, Inc. et al.* Issued a declaration (2011), a supplemental declaration (2012) and provided deposition testimony (2012) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

*Carlos Munoz et al. v. China Expert Technology, Inc., et al.* Issued a declaration (2012), a supplemental declaration (2012) and provided deposition testimony (2012) in a securities class action regarding market efficiency and damage methodology (U.S.D.C. Southern District of New York).

*Theodore Dean, et al. v. China Agritech, Inc., et al.* Issued a declaration (2012), a supplemental declaration (2012) and provided deposition testimony (2012) in a case regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

14

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*Robert Michael Shenk, Derivatively on Behalf of Sirius XM Radio Inc. v. Melvin Alan Karmazin, et al.* Issued an expert report (2011), a supplemental expert report (2012) and provided deposition testimony (2012) in a case involving damages in a shareholder derivative matter (U.S.D.C. Southern District of New York).

*Pathway Investments Pty Ltd and Doystoy Pty Ltd v. National Australia Bank Ltd.* Submitted a report on survey techniques, the efficient market hypothesis and liquidity in a securities class action (Supreme Court of Victoria at Melbourne, Australia, Commercial and Equity Division, Commercial Court, 2012).

*Bruce Simmonds, Robert Grant and Gordon Moore v. Armtec Infrastructure Inc. et al.* Issued a report on market efficiency and damages in a securities class action (Superior Court of Justice Ontario, Canada, 2011).

*In re: BP plc. Securities Litigation.* Issued a declaration regarding damages and materiality in a securities class action (U.S.D.C. Southern District of Texas, Houston Division, 2010).

*In re: Tripath Technology Inc., Debtor.* Issued a report (2009) and provided deposition testimony (2010) regarding damages arising from Directors' and Officers' breach of fiduciary duty in bankruptcy court (U.S.D.C. Northern District of California, San Jose Division).

*David Ainslie and Muriel Marentette v. CV Technologies et al.* Issued a report estimating damages in a securities class action (Superior Court of Justice, Ontario, Canada, 2010).

*Harry Stackhouse, on Behalf of Himself and All Others Similarly Situated v. Toyota Motor Corporation, et al.* Issued a declaration regarding the relationship between Toyota's U.S. stock price and Japanese stock price in a securities class action (U.S.D.C. Central District of California, 2010).

*Phillip Elliot and William Kormos v. NovaGold Resources Inc., et al.* Issued a declaration in a securities class action regarding trading volume in the U.S. versus Canada. (Superior Court of Justice, Ontario, Canada, 2010).

*International Arbitration between a private equity firm and Chinese biotech company.* Issued a report (2008) and testified (2009) before an International Arbitration Committee regarding the value of a private equity investment.

*Arbitration between Albert Richards and Old Republic Title Insurance.* Deposed regarding estimated damages incurred by plaintiff as a result of a forced sale of Russian securities due to Old Republic's breach of contract (2008).

*Californians United for a Responsible Budget, et al., v. California State Public Works Board, et al.* Issued a report on the cost of issuing revenue bonds to fund California

15

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

prison expansion (The Superior Court for the State of California, County of Sacramento, 2008).

*Arbitration between Daniel Lyons and Morgan Lyons, and Chinese Hospital Association and Sam English.* Deposed regarding plaintiffs' calculated damages arising from asbestos exposure for plaintiff (2003).

16

**Exhibit-2**

**Documents and Other Information Considered
In Addition to the Werner Declaration**

**CASE DOCUMENTS**

- Opinion and Order, filed September 13, 2022.
- Declaration of Dr. Adam Werner, dated November 8, 2023.
- Videoconference Deposition of Adam Werner, PhD, dated January 22, 2024.
- Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, filed March 7, 2024.

**SEC FILING**

- Kandi Technologies Group, Inc. Form 10-Q for the fiscal quarter ended June 30, 2015, filed August 10, 2015.

**OTHER**

- Other documents cited in my report.

17