



Ex Kano S. Sams II
esams@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

November 12, 2024

**BY ECF**

Hon. Dale. E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    ***Srinivasan Venkataraman v. Kandi Tech. Grp., Inc. et al.***
**Case No. 20 CIV 8082 (DEH)**

Dear Judge Ho:

We represent Lead Plaintiff Tom Brooks ("Plaintiff"), and Plaintiff jointly submits this letter with Defendants Kandi Technologies Group, Inc. ("Kandi"), Xiaoming Hu, Cheng Wang, Liming Chen, Jerry Lewin, and Henry Yu (the "Individual Defendants", and collectively with Kandi, the "Defendants," and together with Plaintiff, the "Parties") regarding the anticipated motions for summary adjudication and/or summary judgment that the Parties intend to file in the above-referenced action.

The Parties hereby propose the following deadlines with respect to these anticipated motions for summary adjudication and/or summary judgment that both Plaintiff and Defendants intend to file:

| | |
|---|---|
| January 31, 2025 | Opening briefs due; |
| March 14, 2025 | Responding briefs due; and |
| April 25, 2025 | Reply briefs due |

The Parties believe this proposed schedule will afford sufficient time for the Parties to comply with: (1) Local Civil Rule 56.1 regarding the inclusion of Statements of Material Facts of Motion for Summary Adjudication and/or Summary Judgment; (2) Rule 4(g)(iii) of the Court's Individual Rules and Practices in Civil Cases with respect to the electronic exchange of the

The Honorable Dale E. Ho
November 12, 2024
Page 2

moving party's Statement of Material Facts Pursuant to Local Rule 56.1; and (3) Rule 6 of the Court's Individual Rules and Practices in Civil Cases with respect to filing documents or materials under seal (which may be voluminous), or to meet and confer to reach potential agreement to avoid the need to file such documents or materials under seal.

The Parties are available should the Court have any questions or concerns.

Having considered the parties' proposal, the Court orders the following briefing schedule: By **January 30, 2025**, both parties shall file their Opening Briefs, not to exceed 25 pages each.  By **March 14, 2025**, both parties shall file Consolidated Response/ Reply Briefs, not to exceed 20 pages each.

Very truly yours,

*s/Ex Kano S. Sams II*

Ex Kano S. Sams II

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 27, 2024
New York, New York