UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually, and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>-against-<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>Defendants. | Civil Action No. 1:20-cv-08082-DEH |

**DECLARATION OF NICOLE KHALOUIAN IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

I, NICOLE KHALOUIAN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with Stinson LLP, counsel for Defendants Kandi Technologies Group, Inc. ("Kandi" or the "Company"), Xiaoming Hu ("Hu"), Cheng Wang ("Wang"), Liming Chen ("Chen"), Jerry Lewin ("Lewin"), and Henry Yu ("Yu") (collectively, the "Defendants", and, excluding Kandi, the "Individual Defendants") in the above-referenced action.

2.      I respectfully submit this declaration in support of Defendants' Motion For Summary Judgment for the purpose of providing the Court with certain documents referenced in the Motion.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Deposition Transcript of Adam Werner, PhD, dated January 22, 2024.

4.      Attached hereto as **Exhibit B** is a true and correct copy of excerpted portions of Kandi's Form 10-K filed on March 14, 2016, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299316008324/form10k.htm

5.      Attached hereto as **Exhibit C** is a true and correct copy of excerpted portions of Kandi's Form 10-Q filed on August 10, 2015, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299315004254/form10q.htm

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpted portions of Kandi's Form 10-Q filed on November 9, 2015, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299315005839/form10q.htm

7.      Attached hereto as **Exhibit E** is a true and correct copy of excerpted portions of Kandi's Form 10-Q filed on May 10, 2016, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299316009531/form10q.htm

8.      Attached hereto as **Exhibit F** is a true and correct copy of excerpted portions of Kandi's Form 10-Q filed on August 9, 2016, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299316010886/form10q.htm

9.      Attached hereto as **Exhibit G** is a true and correct copy of excerpted portions of Kandi's Form 10-Q filed on November 9, 2016, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299316012109/form10q.htm

10.     Attached hereto as **Exhibit H** is a true and correct copy of excerpted portions of Kandi's Form 8-K filed on March 13, 2017, a full copy of which is available at https://www.sec.gov/Archives/edgar/data/1316517/000106299317001342/form8k.htm

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  February 13, 2025          _____
        New York, New York                 Nicole Khalouian

2