# EXHIBIT E

Case 1:20-cv-08082-DEH Document 121-5 Filed 02/13/25 Page 2 of 10

10-Q 1 form10q.htm FORM 10-Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

[X] Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **March 31, 2016**

or

[  ] Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to_____

Commission file number **001-33997**

# KANDI TECHNOLOGIES GROUP, INC.
(Exact name of registrant as specified in charter)

| **Delaware** | **90-0363723** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Jinhua City Industrial Zone**
**Jinhua, Zhejiang Province**
**People's Republic of China**
**Post Code 321016**
(Address of principal executive offices)

**(86 - 579) 82239856**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes [X]    No [  ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)
Yes [X]    No [  ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer [  ] | Accelerated filer [X] |
| Non-accelerated filer [  ] | Smaller reporting company [  ] |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes [  ]    No [X]

As of May 3, 2016, the registrant had issued and outstanding 47,689,638 shares of common stock, par value $0.001 per share.

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I-- FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets as of March 31, 2016 (unaudited) and December 31, 2015 | 2 |
| | Condensed Consolidated Statements of Income (Loss) and Comprehensive Income (Loss) (unaudited) – Three Months Ended March 31, 2016 and 2015 | 3 |
| | Condensed Consolidated Statements of Cash Flows (unaudited) –Three Months Ended March 31, 2016 and 2015 | 4 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 40 |

Case 1:20-cv-08082-DEH   Document 121-5   Filed 02/13/25   Page 3 of 10

battery packs, body parts, EV drive motors, EV controllers, air conditioning units and other auto parts, the breakdown of the sales to the JV Company and its subsidiaries is as follows:

|  | Three Months ended March 31, | | | |
|  | 2016 | | 2015 | |
|---|---|---|---|---|
| JV Company | $ | 13,085,636 | $ | - |
| Kandi Changxing |  | 160,597 |  | 17,605,302 |
| Kandi Shanghai |  | 158,201 |  | 9,859,319 |
| Kandi Jinhua |  | 52,264 |  | 1,590,383 |
| Kandi Jiangsu |  | 18,277 |  | - |
| Total sales to JV | $ | 13,474,975 | $ | 29,055,004 |

As of March 31, 2016 and December 31, 2015, the amount due from the JV Company and its subsidiaries, net was $92,789,650 and $76,172,471, respectively, of which the majority was the balances with the JV Company, Kandi Jinhua, Kandi Changxing, Kandi Jiangsu and Kandi Shanghai. The breakdown is as below:

37

|  | March 31, 2016 | | December 31, 2015 | |
|---|---|---|---|---|
| Kandi Shanghai | $ | (295,339) | $ | (4,488,379) |
| Kandi Changxing |  | 17,295,169 |  | 3,249,445 |
| Kandi Jinhua |  | 5,465,384 |  | 6,218,177 |
| Kandi Jiangsu |  | 18,533 |  | 11,453 |
| JV Company |  | 70,305,902 |  | 71,181,775 |
| Consolidated JV | $ | 92,789,649 | $ | 76,172,471 |

Within the receivables from the JV Company, the $23,252,930 was a one-year entrusted loan that Kandi Vehicle lent to the JV Company from December 16, 2015 to June 15, 2016 carrying an annual interest rate 8.7%, which will not be adjusted after the withdrawal during the lending period. The loan was organized by Bank of Communications Hangzhou Zhongan Branch as the agent bank between Kandi Vehicle and the JV Company. Entrusted loans are commonly found in China, where direct borrowing and lending between commercial enterprises are restricted.

**NOTE 24 – COMMITMENTS AND CONTINGENCIES**

**Guarantees and pledged collateral for outer parties bank loans**

As of March 31, 2016, the Company provided guarantees for the following outer parties:

(1) Guarantees for bank loans

| Guarantee provided to | March 31, 2016 | December 31, 2015 |
|---|---|---|
| Zhejiang Shuguang industrial Co., Ltd. | 4,495,566 | 4,466,555 |
| Nanlong Group Co., Ltd. | 3,100,391 | 3,080,383 |
| Kandi Electric Vehicles Group Co., Ltd. | 50,381,348 | 50,056,216 |
| Total | $ 57,977,305 | $ 57,603,154 |

On March 15, 2013, the Company entered into a guarantee contract to serve as the guarantor of Nanlong Group Co., Ltd. ("NGCL") from March 15, 2016 to March 15, 2018 for NGCL's loan amount of $3,100,391 from Shanghai Pudong Development Bank Jinhua Branch with related loan period from March 15, 2013 to March 15, 2016, which was extended to September 15, 2016. NGCL is not related to the Company but it has provided guarantees for the Company in the past due to industry customs. Under this guarantee contract, the Company agreed to perform all obligations of NGCL under the loan contract if NGCL fails to perform its obligations as set forth therein.

On July 20, 2015, the Company entered into a guarantee contract to serve as the guarantor for the JV Company from July 20, 2016 to July 19, 2018 for the bank loans of $11,626,465 from Bank of China with related loan period from July 20, 2015 to July 19, 2016. Under this guarantee contract, the Company agreed to perform all obligations of the JV Company under the loan contract if the JV Company fails to perform its obligations as set forth therein.

38

On September 29, 2015, the Company entered into a guarantee contract to serve as the guarantor of Zhejiang Shuguang Industrial Co., Ltd. ("ZSICL") from September 29, 2015 to September 28, 2018 for the bank loan amount of $4,495,566 from Ping An Bank with related loan period from September 29, 2015 to September 28, 2016. ZSICL is not related to the Company. Under this guarantee contract, the Company agreed to perform all obligations of ZSICL under the loan contract if ZSICL fails to perform its obligations as set forth therein.

On December 14, 2015, the Company entered into a guarantee contract to serve as the guarantor for the JV Company from December 14, 2016 to December 13, 2018 for the bank loans of $38,754,883 from China Import & Export Bank with related loan period from December 14, 2015 to December 13, 2016. Under this guarantee contract, the Company agreed to perform all obligations of the JV Company under the loan contract if the JV Company fails to perform its obligations as set forth therein.

For the Company guarantee for NGCL and ZSIC, it is a common practice that among companies in the region of the PRC in which the Company is located to exchange guarantees for bank debts with no additional consideration given. It is considered a "favor for favor" business practice and is commonly required by Chinese lending banks. Now with Kandi's creditability improvement in the bank, the related banks have no requirement to ask the third party to provide the company guarantee for Kandi, and then the Company shall also quit from the guarantee for them accordingly in the proper time.

The Company was a party to enter into contracts to indemnify a third party for certain liabilities, and as of March 31, 2016 and December 31, 2015, the Company guaranteed the third party's long-term loan from other companies amounting to $57,977,305 and $57,603,154 that matured at various times in 2018, as a guarantor. In

2/12/25, 11:15 AM
Kandi Technologies Group, Inc.: Form Filed - Filed by newsfilecorp.com
Case 1:20-cv-08082-DEH Document 121-5 Filed 02/13/25 Page 4 of 10

most cases, the Company cannot estimate the potential amount of future payments under these indemnities until events arise that would result in a liability under the indemnities. The Company believes that the liabilities for potential future payments of these guarantees and indemnities are not probable.

(2) Pledged collateral for outer parties bank loans

As of March 31, 2016 and December 31, 2015, none of the Company's land use rights or plant and equipment were pledged as collateral securing bank loans to outer parties.

## NOTE 25 –SEGMENT REPORTING

The Company has only one single operating segment. The Company's revenue and long-lived assets are primarily derived from and located in the PRC. The Company only has operations in the PRC.

The following table sets forth revenues by geographic area:

| | Three Months Ended March 31 | | | |
| | 2016 | | 2015 | |
| | Sales Revenue | Percentage | Sales Revenue | Percentage |
|---|---|---|---|---|
| Overseas | $ 621,722 | 1% | $ 786,496 | 2% |
| China | 50,036,170 | 99% | 42,994,590 | 98% |
| Total | $ 50,657,893 | 100% | $ 43,781,086 | 100% |

39

## NOTE 26 – Related Party Transactions

The Board of Directors must approve all related party transactions. All material related party transactions will be made or entered into on terms that are no less favorable to the Company than can be obtained from unaffiliated third parties.

The following table lists the sales to related parties as of the three months ended March 31, 2016 and 2015:

| | March 31, 2016 | March 31, 2015 |
|---|---|---|
| Service Company | 3,208,502 | - |
| Total | $ 3,208,502 | - |

The Company has 9.5% ownership of the Service Company and Mr.Hu, Chairman and CEO of the Company, has 13% ownership of the Service Company. The main transactions between the Company and the Service Company is that the Service Company needs to buy battery for the speed upgrade and also EV parts for the repairing and maintenance for its operating electric vehicles.

For the transaction with JV Company, please refer to Note 23 for the details.

## Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.

This report contains forward-looking statements within the meaning of the federal securities laws that relate to future events or our future financial performance. In some cases, you can identify forward-looking statements by terminology, such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "project," "predict," "intend," "potential" or "continue" or the negative of such terms or other comparable terminology, although not all forward-looking statements contain such terms.

In addition, these forward-looking statements include, but are not limited to, statements regarding implementing our business strategy; development and marketing of our products; our estimates of future revenue and profitability; our expectations regarding future expenses, including research and development, sales and marketing, manufacturing and general and administrative expenses; difficulty or inability to raise additional financing, if needed, on terms acceptable to us; our estimates regarding our capital requirements and our needs for additional financing; attracting and retaining customers and employees; sources of revenue and anticipated revenue; and competition in our market.

40

Forward-looking statements are only predictions. Although we believe that the expectations reflected in these forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance or achievements. All of our forward-looking information is subject to risks and uncertainties that could cause actual results to differ materially from the results expected. Although it is not possible to identify all factors, these risks and uncertainties include the risk factors and the timing of any of those risk factors described in our Annual Report on Form 10-K for the year ended December 31, 2015 and those set forth from time to time in our other filings with the Securities and Exchange Commission ("SEC"). These documents are available on the SEC's Electronic Data Gathering and Analysis Retrieval System at http://www.sec.gov.

### Critical Accounting Policies and Estimates

This section should be read together with the Summary of Significant Accounting Policies in the attached condensed consolidated financial statements included in this report.

*Policy affecting options and warrants*

Our stock option cost is recorded in accordance with ASC 718 and ASC 505. The fair value of stock options is estimated using the Black-Scholes-Merton model. Our expected volatility assumption is based on the historical volatility of our common stock. The expected life assumption is primarily based on the expiration date of the option. The risk-free interest rate for the expected term of the option is based on the U.S. Treasury yield curve in effect at the time of grant. Stock option expense recognition is based on awards expected to vest. There were no estimated forfeitures. ASC standards require forfeitures to be estimated at the time of grant and revised in subsequent periods, if necessary, if actual forfeitures differ from those estimates.

Case 1:20-cv-08082-DEH    Document 121-5    Filed 02/13/25    Page 5 of 10

Our warrant costs are recorded in liabilities in accordance with ASC 480, ASC 505 and ASC 815. The fair value of a warrant is estimated using the Black-Scholes-Merton model and the lattice valuation model. Our expected volatility assumption is based on the historical volatility of our common stock. The expected life assumption is primarily based on the expiration date of the warrant. The risk-free interest rate for the expected term of the warrant is based on the U.S. Treasury yield curve in effect at the time of measurement. The warrants, which are freestanding derivatives classified as liabilities on the balance sheet, are measured at fair value on each reporting date, with decreases in fair value recognized in earnings and increases in fair values recognized in expenses.

*Estimates affecting accounts receivable and inventories*

The preparation of our consolidated financial statements requires management to make estimates and assumptions that affect our reporting of assets and liabilities (and contingent assets and liabilities). These estimates are particularly significant where they affect the reported net realizable value of our accounts receivable and inventories.

Accounts receivable are recognized and carried at net realizable value. An allowance for doubtful accounts is recorded in the period when a loss is probable based on an assessment of specific factors, such as troubled collection, historical experience, accounts aging, ongoing business relations and other factors. Accounts are written off after exhaustive efforts at collection. If accounts receivable are to be provided for, or written off, they would be recognized in the consolidated statement of operations within operating expenses. As of March 31, 2016 and December 31, 2015, we recorded no allowance for doubtful accounts. This determination was made per our management's judgment, which was based on their best knowledge.

41

Inventory is stated at the lower of cost, determined on a weighted average basis, or net realizable value. Net realizable value is the estimated selling price in the ordinary course of business less the estimated cost of completion and the estimated costs necessary to make the sale. Adjustments to reduce the cost of inventory to its net realizable value are made, if required, for estimated excess, obsolescence, or impaired balances. When inventories are sold, their carrying amount is charged to expense in the year in which the revenue is recognized.

Write-downs for declines in net realizable value or for losses of inventories are recognized as an expense in the year the impairment or loss occurs.

Although we believe that there is little likelihood that actual results will differ materially from current estimates, if customer demand for our products decreases significantly in the near future, or if the financial condition of our customers deteriorates in the near future, we could realize significant write downs for slow-moving inventories or uncollectible accounts receivable.

*Revenue Recognition*

Our revenue recognition policy plays a key role in our consolidated financial statements. Revenues represent the invoiced value of goods sold, recognized upon the shipment of goods to customers, and revenues are recognized when all of the following criteria are met:

1.  Persuasive evidence of an arrangement exists;
2.  Delivery has occurred or services have been rendered;
3.  The seller's price to the buyer is fixed or determinable; and
4.  Collectability is reasonably assured.

The revenue recognition policies for our legacy products, including EV products, EV parts and Off-road vehicles, are the same: When the products are delivered, the associated risk of loss is deemed transferred, and at that time we recognize revenue.

*Warranty Liability*

Most of our non-EV products (the "Legacy Products") are exported out of China to foreign countries that have legal and regulatory requirements with which we are not familiar with. Development of warranty policies for our Legacy Products in each of these countries would be virtually impossible and prohibitively expensive. Therefore, we provide price incentives and free parts to our customers and in exchange, our customers establish appropriate warranty policies and assume warranty responsibilities. Consequently, warranty issues are taken into consideration during the price negotiation for our products. The free parts are delivered along with the products, and when products are sold, the related parts are recorded as cost of goods sold. Due to the reliable quality of our products, we have been able to maintain this warranty policy and we have not had any product liabilities attributed to the quality of our products.

42

For the EV products that we sell in China, there is an eight-year or 120,000 kilometer manufacturer warranty. This warranty affects us through our participation and investment in the JV Company, which manufactures the EV products.

**Results of Operations**

Comparison of Three Months Ended March 31, 2016 and 2015

The following table sets forth the amounts and percentage relationship to revenue of certain items in our condensed consolidated statements of income (loss) and comprehensive income (loss) for the three months ended March 31, 2016 and 2015.

| | Three Months Ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | March 31, 2016 | % of Revenue | March 31, 2015 | % of Revenue | Change in Amount | Change in % |
| **REVENUES, NET** | $ 50,657,893 | | $ 43,781,086 | | 6,876,807 | 15.7% |
| COST OF GOODS SOLD | 43,939,795 | 86.7% | 37,410,353 | 85.4% | 6,529,442 | 17.5% |
| **GROSS PROFIT** | **6,718,098** | 13.3% | **6,370,733** | 14.6% | 347,365 | 5.5% |
| **OPERATING EXPENSES:** | | | | | | |
| Research and development | 205,968 | 0.4% | 571,020 | 1.3% | (365,052) | (63.9%) |
| Selling and marketing | 46,335 | 0.1% | 113,895 | 0.3% | (67,560) | (59.3%) |
| General and administrative | 8,032,882 | 15.9% | 3,780,648 | 8.6% | 4,252,234 | 112.5% |

Case 1:20-cv-08082-DEH Document 121-5 Filed 02/13/25 Page 6 of 10

| | | | |
|---|---|---|---|
| Restricted cash | | - | (12,366,201) |
| Proceeds from short-term bank loans | | - | 6,338,475 |
| Proceeds from notes payable | | 2,063,766 | 6,663,525 |
| Warrant exercise | | 434,666 | - |
| **Net cash provided by financing activities** | $ | 2,498,432 | $ 635,799 |

50

Cash provided by financing activities for the first quarter of 2016 was $2,498,432, primarily due to the proceeds from notes payable of $2,063,766.

### Working Capital

We had a working capital surplus of $72,489,812 at March 31, 2016, compared to $59,917,153 as of December 31, 2015.

We have historically financed our operations through short-term commercial bank loans from PRC banks. The term of these loans is typically for one year, and upon the payment of all outstanding principal and interest in a particular loan, the banks have typically rolled over the loan for an additional one-year term, with adjustments made to the interest rate to reflect prevailing market rates. We believe that this situation has not changed and that short-term bank loans will be available on normal trade terms if needed.

### Capital Requirements and Capital Provided

Capital requirements and capital provided for the three months ended March 31, 2016 were as follows:

| | | Three Months Ended March 31, 2016 (In Thousands) |
|---|---|---|
| **Capital requirements** | | |
| Purchase of plant and equipment | $ | 30 |
| Purchase of construction in progress | | 28 |
| Issuance of notes receivable | | 615 |
| Long term investment | | 1,456 |
| Internal cash used in operations | | 6,154 |
| **Total capital Requirements** | $ | **8,283** |
| | | |
| **Capital provided** | | |
| Repayments of notes receivable | | 2,431 |
| Disposal of land use rights | | 14 |
| Proceeds from notes payable | | 2,064 |
| Warrant exercise | | 435 |
| Decrease in cash | | 3,291 |
| **Total capital provided** | $ | **8,235** |

51

The difference between capital provided and capital required is caused the effect of exchange rate changes over the past three months.

### Recent Development Activities:

On January 21, 2016, we endorsed that Zhejiang ZuoZhongYou Electric Vehicle Service Co., Ltd (the "Service Company" or "ZZY") has signed a strategic partnership memorandum with China (Yangtze River Delta) High-speed Railway Tourism Alliance ("Yangtze Alliance") to provide hourly car rental services under the MPT program at railway stations within Yangtze Alliance's network. ZZY and Yangtze Alliance aim to jointly establish a "Railway + MPT hourly rental" model to promote an environmentally friendly alternative for tourists' self-guided trips. The partnership between ZZY and Yangtze Alliance will significantly increase the number of MPT stations within the regional high-speed railway tourism network, while accelerating the adoption of electric vehicle hourly rental services. We believe our unique MPT program will receive further recognition and support, and its rapid expansion will become one of Kandi's key growth engines.

On January 26, 2016, we announced that the JV Company has signed a strategic cooperation framework agreement with Pang Da Automobile Trade Co. Ltd. ("Pang Da"), a listed company on Shanghai Stock Exchange (601258.SS). The scope of the agreement includes, but is not limited to, establishment of Kandi and Pang Da sales teams that will share marketing resources, development of customized new energy vehicle for use at campus, and additionally, Pang Da is authorized to sell Kandi Brand pure electric vehicles ("EVs") in specific regions. We believe this cooperation will well benefit our EV products direct sales channel in the future.

On January 28, 2016, we announced that Kandi Hainan held a groundbreaking ceremony at the construction site of the Haikou production facility at Haikou Mei'An Hi-tech Zone. After completed the Haikou Facility, we expected to have an annual capacity of 100,000 electric vehicle (EV) products. The ceremony marks the beginning of Haikou Hi-tech Zone's first project under the government's 13th Five-Year Plan. Attendees of the ceremony include Ni Qiang, Mayor of Haikou, Ju Lei, Deputy Mayor, Hu Xiaoming, Chairman and CEO of Kandi and other officials of the municipal government. Our Haikou facility will help the Company's future growth and will also contribute to Hainan's economic and eco-environmental development.

In the second half year of 2015, the Company started to cooperate with the Micro Mobility System, a Switzerland Private Company which produces the famous Razor scooter on the market from 1999, to develop a new generation of micro EV product called "Mircolino", which provides efficient methods to facilitate city mobility. The Microlino could become the next big thing in urban electric mobility, and we expect this new product will bring Kandi into the international EV market.

In early 2016, Mr. Hu Xiaoming, the Chariman of the Company, initiated a project with the wireless conductive technology and its application on EV products, and built a team with Tsinghua University and Zhejiang University to research and develop on this project. The team had certain initial progresses that successfully developed the model for the wireless conductive technology. We believe this technology may bring the revolution for the EV industry.

52

Case 1:20-cv-08082-DEH   Document 121-5   Filed 02/13/25   Page 7 of 10

On April 13, 2016, we announced the appointment of BDO China Shu Lun Pan Certified Public Accountants LLP ("BDO China") as the Company's new independent registered public accounting firm effective April 12, 2016. The appointment of BDO China was approved by the Company's audit committee. We believe that BDO China's experience and support will become an asset as we enter our next phase of business expansion.

On April 18, 2016, we announced two Geely Global Hawk brand electric vehicles ("EV") models SMA7001BEV25 and SMA7000BEV05, manufactured by Kandi Electric Vehicles Group Co., Ltd. (the "JV Company", a 50/50 joint venture between Kandi and Geely Automobile), are listed on the 7th approved Directory of New Energy Vehicles, known as Public Notice No. 54, published by China's Ministry of Industry and Information Technology ("MIIT") and State Administration of Taxation ("SAT") on April 15, 2016. As a result, purchasers of SMA7001BEV25 and SMA7000BEV05 would be exempted from paying the purchase tax of approximately 10% of the purchase price. Additionally, SMA7000BEV06 and SMA7001BEV05, also produced by the JV Company, now under the new trademark "Global Hawk", are included in the MIIT and SAT's published Public Notice No.16 the 282nd approved directory on April 1, 2016.

## Item 3. Quantitative and Qualitative Disclosures About Market Risk

### Exchange Rate Risk

Our operations are conducted mainly in the PRC. As such, our earnings are subject to movements in foreign currency exchange rates when transactions are denominated in Chinese Renminibi ("RMB"), which is our functional currency. Accordingly, our operating results are affected by changes in the exchange rate between the U.S. dollar and RMB currencies.

### Economic and Political Risks

Our operations in the PRC are subject to special considerations and significant risks not typically associated with companies in North America and Western Europe. These include risks associated with, among others, the political, economic and legal environment in the PRC and foreign currency exchange. Our performance may be adversely affected by changes in the political and social conditions in the PRC, and by changes in governmental policies with respect to laws and regulations, anti-inflationary measures, currency conversion, remittances abroad, and rates and methods of taxation, among other things.

## Item 4. Controls and Procedures.

### Evaluation of Disclosure Controls and Procedures

We have evaluated, under the supervision of our Chief Executive Officer ("CEO") and our Chief Financial Officer ("CFO"), the effectiveness of disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of March 31, 2015. Based on this evaluation, our CEO and CFO concluded that as of the end of the period covered by this report, our disclosure controls and procedures were effective.

53

Disclosure controls and procedures are controls and other procedures that are designed to ensure that information required to be disclosed in our reports filed or submitted under the Exchange Act (a) is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and (b) is accumulated and communicated to management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure. Our management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving their objectives and management necessarily applies its judgment in evaluating the cost-benefit relationship of possible controls and procedures. Our disclosure controls and procedures are designed to provide reasonable assurance of achieving their objectives as described above.

### Changes in Internal Control over Financial Reporting

There was no change to our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## PART II – OTHER INFORMATION

### Item 1A. Risk Factors.

*Changes in the policies of the PRC government could have a significant impact upon the business we may be able to conduct in the PRC and the profitability of such business.*

Although the central government has clear policies encouraging the qualified EVs, any reduction, elimination or discriminatory application of government subsidies and economic incentives because of policy changes may result in the diminished competitiveness of the alternative fuel vehicle industry generally or our EV products in particular.

For instance, on April 29, 2015, the four government departments in the PRC, Ministry of Finance, Ministry of Science and Technology, Ministry of Industry and Information Technology and National Development and Reform Commission jointly announced the subsidy policy for new energy vehicles from year 2016 to 2020, which indicated that the subsidy of year 2017-2018 will be reduced by 20% compared with that of the year 2016, and the subsidy of year 2019-2020 will be reduced by 40% compared with that of the year 2016.

In addition, starting from January 1, 2016, the MIIT announced a new list of qualified EV models to receive the national subsidy in which one criteria for EV models to receive NEV subsidy is that the highest speed must meet 100 kilometers per hour. However, the National Tax Bureau has not released the list of EV models to receive purchase tax exemption accordingly at the same time. As such, the JV Company had no EV products sold in the first quarter of 2016 because potential purchasers could not obtain any tax exemption before the updated list from the National Tax Bureau was promulgated. Although the JV Company received the tax exemption approval on four EV models it produces in early April 2016, similar policy changes or delay in policy implementation by any governmental agencies would keep impacting the Company's future business and profitability growth.

54

### Item 6. Exhibits

| Exhibit Number | Description |
| --- | --- |
| 31.1 | Certification of Principal Executive Officer pursuant to Rule 13a-14(a)/15d-14(a) under the Securities Exchange Act of 1934 |

Case 1:20-cv-08082-DEH   Document 121-5   Filed 02/13/25   Page 8 of 10

| 31.2 | Certification of Principal Financial Officer pursuant to Rule 13a-14(a)/15d-14(a) under the Securities Exchange Act of 1934 |
| 32.1 | Certification of Principal Executive Officer and Principal Financial Officer pursuant to 18 U.S.C. § 1350, as Adopted Pursuant to § 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Definitions Linkbase Document. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: May 10, 2016

By: /s/ Hu Xiaoming
Hu Xiaoming
President and Chief Executive Officer
(Principal Executive Officer)

Date: May 10, 2016

By: /s/ Wang Cheng (Henry)
Wang Cheng (Henry)
Chief Financial Officer
(Principal Financial Officer and Principal Accounting Officer)

55

Kandi Technologies Group, Inc.: Form 10-Q - Filed by newsfilecorp.com

EX-32.1 4 exhibit32-1.htm EXHIBIT 32.1

Exhibit 32.1

**CERTIFICATIONS OF CEO AND CFO PURSUANT TO**
**18 U.S.C. § 1350,**
**AS ADOPTED PURSUANT TO**
**§ 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of Kandi Technologies Group, Inc. (the "Company") for the quarterly period ending March 31, 2016 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Hu Xiaoming, President and Chief Executive Officer of the Company, and Wang Cheng (Henry), Chief Financial Officer of the Company, each hereby certifies, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, to the best of his knowledge, that:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Hu Xiaoming
Name: Hu Xiaoming
Title: President and Chief Executive Officer
(Principal Executive Officer)
Date: May 10, 2016

/s/ Wang Cheng (Henry)
Name: Wang Cheng
Title: Chief Financial Officer
(Principal Financial Officer and Principal
Accounting Officer)
Date: May 10, 2016