# EXHIBIT F

Case 1:20-cv-08082-DEH   Document 121-6   Filed 02/13/25   Page 2 of 10

10-Q 1 form10q.htm FORM 10-Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

[X] Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the quarterly period ended **June 30, 2016**

or

[ ] Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission file number **001-33997**

# KANDI TECHNOLOGIES GROUP, INC.
(Exact name of registrant as specified in charter)

| **Delaware** | **90-0363723** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Jinhua City Industrial Zone**
**Jinhua, Zhejiang Province**
**People's Republic of China**
**Post Code 321016**
(Address of principal executive offices)

**(86 - 579) 82239856**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes [ X ] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)
Yes [ X ] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [ ]                                 Accelerated filer [ X ]

Non-accelerated filer [ ]                                  Smaller reporting company [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes [ ] No [ X ]

As of August 3, 2016, the registrant had issued and outstanding 47,689,638 shares of common stock, par value $0.001 per share.

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I-- FINANCIAL INFORMATION** | | 2 |
| Item 1. | Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets as of June 30, 2016 (unaudited) and December 31, 2015 | 2 |
| | Condensed Consolidated Statements of Income (Loss) and Comprehensive Income (Loss) (unaudited) – Three Months and six months Ended June 30, 2016 and 2015 | 3 |
| | Condensed Consolidated Statements of Cash Flows (unaudited) –Six Months Ended June 30, 2016 and 2015 | 4 |

Case 1:20-cv-08082-DEH   Document 121-6   Filed 02/13/25   Page 3 of 10

| | 2016 | 2015 |
|---|---|---|
| Investment in JV Company, beginning of the period, | $ 90,337,899 | $ 83,309,095 |
| Share of profit | 279,060 | 1,194,561 |
| Intercompany transaction elimination | (183,981) | (658,480) |
| Year 2015 unrealized profit realized | 1,084 | 184,442 |
| Exchange difference | (2,087,212) | 336,842 |
| Investment in JV Company, end of the period | $ 88,346,850 | $ 84,366,460 |

Sales to the Company's customers, the JV Company and its subsidiaries, for the three months ended June 30, 2016 were $47,468,815 or 86% of the Company's total revenue, an increase of 4.3% of the sales to the JV Company from the same quarter last year. Sales to the Company's customers, the JV Company and its subsidiaries, for the six months ended June 30, 2016 were $60,943,790 or 58% of the Company's total revenue, a decrease of 18.3% of the sales to the JV Company from the same quarter last year. The sales to the JV Company and its subsidiaries were primarily the sales of battery packs, body parts, EV drive motors, EV controllers, air conditioning units and other auto parts, the breakdown of the sales to the JV Company and its subsidiaries is as follows:

| | Three Months ended June 30, | |
|---|---|---|
| | 2016 | 2015 |
| JV Company | $ 41,919,634 | $ - |
| Kandi Changxing | 1,657,335 | 17,633,894 |
| Kandi Shanghai | 3,766,230 | 27,869,812 |
| Kandi Jinhua | (5,197) | 11,649 |
| Kandi Jiangsu | 130,813 | - |
| Total sales to JV | $ 47,468,815 | $ 45,515,355 |

| | Six Months ended June 30, | |
|---|---|---|
| | 2016 | 2015 |
| JV Company | $ 55,005,270 | $ - |
| Kandi Changxing | 1,817,932 | 35,239,196 |
| Kandi Shanghai | 3,924,432 | 37,729,131 |
| Kandi Jinhua | 47,067 | 1,602,032 |
| Kandi Jiangsu | 149,089 | - |
| Total sales to JV | $ 60,943,790 | $ 74,570,359 |

As of June 30, 2016 and December 31, 2015, the net amount due from the JV Company was $122,807,165 and $76,172,471, respectively, of which the majority was the balances with the JV Company, Kandi Jinhua, Kandi Changxing, Kandi Jiangsu and Kandi Shanghai. The breakdown is as below:

35

| | June 30, 2016 | December 31, 2015 |
|---|---|---|
| Kandi Shanghai | $ 3,494,808 | $ (4,488,379) |
| Kandi Changxing | 18,456,112 | 3,249,445 |
| Kandi Jinhua | 5,284,593 | 6,218,177 |
| Kandi Jiangsu | 149,028 | 11,453 |
| JV Company | 95,422,624 | 71,181,775 |
| Consolidated JV | $ 122,807,165 | $ 76,172,471 |

The amount due from the JV Company of $ 22,569,491.46 was a one-year entrusted loan that Kandi Vehicle lent to the JV Company from December 16, 2015 to June 15, 2016 and then extended to December 16, 2016 carrying an annual interest rate 8.7%, which will not be adjusted after the withdrawal during the lending period. The loan was organized by Bank of Communications Hangzhou Zhongan Branch as the agent bank between Kandi Vehicle and the JV Company. Entrusted loans are commonly found in China, where direct borrowing and lending between commercial enterprises are restricted.

**NOTE 23 – COMMITMENTS AND CONTINGENCIES**

**Guarantees and pledged collateral for third party bank loans**

As of June 30, 2016 and December 31, 2015, the Company provided guarantees for the following third parties:

(1)     Guarantees for bank loans

| Guarantee provided to | June 30, 2016 | December 31, 2015 |
|---|---|---|
| Zhejiang Shuguang industrial Co., Ltd. | 4,363,435 | 4,466,555 |
| Nanlong Group Co., Ltd. | 3,009,266 | 3,080,383 |
| Kandi Electric Vehicles Group Co., Ltd. | 48,900,565 | 50,056,216 |
| Total | $ 56,273,265 | $ 57,603,154 |

On March 15, 2013, the Company entered into a guarantee contract to serve as the guarantor of Nanlong Group Co., Ltd. ("NGCL") from March 15, 2016 to March 15, 2018 for NGCL's loan amount of $3,009,266 from Shanghai Pudong Development Bank Jinhua Branch with related loan period from March 15, 2013 to March 15, 2016, which was extended to September 15, 2016. NGCL is not related to the Company but it has provided guarantees for the Company in the past due to industry customs. Under this guarantee contract, the Company agreed to perform all obligations of NGCL under the loan contract if NGCL fails to perform its obligations as set forth therein.

Case 1:20-cv-08082-DEH    Document 121-6    Filed 02/13/25    Page 4 of 10

On July 20, 2015, the Company entered into a guarantee contract to serve as the guarantor for the JV Company from July 20, 2016 to July 19, 2018 for the bank loans of $ 11,284,746 from Bank of China with related loan period from July 20, 2015 to July 19, 2016. Under this guarantee contract, the Company agreed to perform all obligations of the JV Company under the loan contract if the JV Company fails to perform its obligations as set forth therein.

On September 29, 2015, the Company entered into a guarantee contract to serve as the guarantor of Zhejiang Shuguang Industrial Co., Ltd. ("ZSICL") from September 29, 2015 to September 28, 2018 for the bank loan amount of $4,363,435 from Ping An Bank with related loan period from September 29, 2015 to September 28, 2016. ZSICL is not related to the Company. Under this guarantee contract, the Company agreed to perform all obligations of ZSICL under the loan contract if ZSICL fails to perform its obligations as set forth therein.

36

On December 14, 2015, the Company entered into a guarantee contract to serve as the guarantor for the JV Company from December 14, 2016 to December 13, 2018 for the bank loans of $37,615,819 from China Import & Export Bank with related loan period from December 14, 2015 to December 13, 2016. Under this guarantee contract, the Company agreed to perform all obligations of the JV Company under the loan contract if the JV Company fails to perform its obligations as set forth therein.

For the Company guarantee for NGCL and ZSIC, it is a common practice that among companies in the region of the PRC in which the Company is located to exchange guarantees for bank debts with no additional consideration given. It is considered a "favor for favor" business practice and is commonly required by Chinese lending banks. Now with Kandi's creditability improvement in the bank, the related banks have no requirement to ask the third party to provide the company guarantee for Kandi, and then the Company shall also quit from the guarantee for them accordingly in the proper time.

The Company was a party to enter into contracts to indemnify a third party for certain liabilities, and as of June 30, 2016 and December 31, 2015, the Company guaranteed the third party's long-term loan from other companies amounting to $56,273,265 and $57,603,154 that matured at various times in 2018, as a guarantor. In most cases, the Company cannot estimate the potential amount of future payments under these indemnities until events arise that would result in a liability under the indemnities. The Company believes that the liabilities for potential future payments of these guarantees and indemnities are not probable.

(2)    Pledged collateral for a third party's bank loans

As of June 30, 2016 and December 31, 2015, none of the Company's land use rights or plant and equipment were pledged as collateral securing bank loans to third parties.

**NOTE 24 –SEGMENT REPORTING**

The Company has only one single operating segment. The Company's revenue and long-lived assets are primarily derived from and located in the PRC. The Company only has operations in the PRC.

The following table sets forth revenues by geographic area for the six months ended June 30, 2016 and 2015, respectively:

| | Six Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2016 | | | 2015 | | |
| | Sales Revenue | | Percentage | Sales Revenue | | Percentage |
| Overseas | $ | 1,614,384 | 2% | $ | 1,944,172 | 2% |
| China | | 104,260,877 | 98% | | 89,800,374 | 98% |
| Total | $ | 105,875,261 | 100% | $ | 91,744,546 | 100% |

The following table sets forth revenues by geographic area for the three months ended June 30, 2016 and 2015, respectively:

37

| | Three Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2016 | | | 2015 | | |
| | Sales Revenue | | Percentage | Sales Revenue | | Percentage |
| Overseas | $ | 992,662 | 2% | $ | 1,157,676 | 2% |
| China | | 54,224,706 | 98% | | 46,805,784 | 98% |
| Total | $ | 55,217,368 | 100% | $ | 47,963,460 | 100% |

**NOTE 25 – Related Party Transactions**

The Board of Directors must approve all related party transactions. All material related party transactions will be made or entered into on terms that are no less favorable to the Company than can be obtained from unaffiliated third parties.

The following table lists the sales to related parties(other than the JV Company) as of the three months ended June 30, 2016 and 2015:

| | June 30, 2016 | June 30, 2015 |
| --- | --- | --- |
| Service Company | 769,065 | - |
| Total | $ 769,065 | - |

The details for amount due from related parties (other than the JV Company) as at the June 30, 2016 and December 31, 2015 were as below:

| | June 30, 2016 | December 31, 2015 |
| --- | --- | --- |
| Service Company | 10,957,632 | 40,606,162 |
| Total due from related party | $ 10,957,632 | 40,606,162 |

The following table lists the sales to related parties (other than the JV Company) as of the six months ended June 30, 2016 and 2015:

| | June 30, 2016 | June 30, 2015 |
|---|---|---|
| Service Company | 3,977,568 | - |
| Total | $ 3,977,568 | - |

The Company has 9.5% ownership of the Service Company and Mr.Hu, Chairman and CEO of the Company, has 13% ownership of the Service Company. The main transactions between the Company and the Service Company is that the Service Company needs to buy battery for the speed upgrade and also EV parts for the repairing and maintenance for its operating electric vehicles.

For any transactions with JV Company, please refer to Note 22 for the details.

38

---

**Item 2.            Management's Discussion and Analysis of Financial Condition and Results of Operations.**

This report contains forward-looking statements within the meaning of the federal securities laws that relate to future events or our future financial performance. In some cases, you can identify forward-looking statements by terminology, such as "may," "will," "should," "could," "expect," "plan," "anticipate," "believe," "estimate," "project," "predict," "intend," "potential" or "continue" or the negative of such terms or other comparable terminology, although not all forward-looking statements contain such terms.

In addition, these forward-looking statements include, but are not limited to, statements regarding implementing our business strategy; development and marketing of our products; our estimates of future revenue and profitability; our expectations regarding future expenses, including research and development, sales and marketing, manufacturing and general and administrative expenses; difficulty or inability to raise additional financing, if needed, on terms acceptable to us; our estimates regarding our capital requirements and our needs for additional financing; attracting and retaining customers and employees; sources of revenue and anticipated revenue; and competition in our market.

Forward-looking statements are only predictions. Although we believe that the expectations reflected in these forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance or achievements. All of our forward-looking information is subject to risks and uncertainties that could cause actual results to differ materially from the results expected. Although it is not possible to identify all factors, these risks and uncertainties include the risk factors and the timing of any of those risk factors described in our Annual Report on Form 10-K for the year ended December 31, 2015 and those set forth from time to time in our other filings with the Securities and Exchange Commission ("SEC"). These documents are available on the SEC's Electronic Data Gathering and Analysis Retrieval System at http://www.sec.gov.

**Critical Accounting Policies and Estimates**

This section should be read together with the Summary of Significant Accounting Policies in the attached condensed consolidated financial statements included in this report.

*Policy affecting options and warrants*

Our stock option cost is recorded in accordance with ASC 718 and ASC 505. The fair value of stock options is estimated using the Black-Scholes-Merton model. Our expected volatility assumption is based on the historical volatility of our common stock. The expected life assumption is primarily based on the expiration date of the option. The risk-free interest rate for the expected term of the option is based on the U.S. Treasury yield curve in effect at the time of grant. Stock option expense recognition is based on awards expected to vest. There were no estimated forfeitures. ASC standards require forfeitures to be estimated at the time of grant and revised in subsequent periods, if necessary, if actual forfeitures differ from those estimates.

Our warrant costs are recorded in liabilities in accordance with ASC 480, ASC 505 and ASC 815. The fair value of a warrant is estimated using the binomial tree valuation approach. In binomial tree valuation approach, it is assumed that the life of the warrant(from Valuation Date to Expiration Date) is typically divided into many steps(or nodes). In each step there is a binomial stock price movement. With more steps, possible stock price paths are implicitly considered. Valuation of warrant is performed iteratively, starting at each of the final nodes (those that may be reached at the time of expiration), and then working backwards through the tree towards the first node (valuation date). The value computed at each stage is the value of the warrant at that point in time.

39

---

*Estimates affecting accounts receivable and inventories*

The preparation of our consolidated financial statements requires management to make estimates and assumptions that affect our reporting of assets and liabilities (and contingent assets and liabilities). These estimates are particularly significant where they affect the reported net realizable value of our accounts receivable and inventories.

Accounts receivable are recognized and carried at net realizable value. An allowance for doubtful accounts is recorded in the period when a loss is probable based on an assessment of specific factors, such as troubled collection, historical experience, accounts aging, ongoing business relations and other factors. Accounts are written off after exhaustive efforts at collection. If accounts receivable are to be provided for, or written off, they would be recognized in the consolidated statement of operations within operating expenses. As of June 30, 2016 and December 31, 2015, we recorded no allowance for doubtful accounts. This determination was made per our management's judgment, which was based on their best knowledge.

Inventory is stated at the lower of cost, determined on a weighted average basis, or net realizable value. Net realizable value is the estimated selling price in the ordinary course of business less the estimated cost of completion and the estimated costs necessary to make the sale. Adjustments to reduce the cost of inventory to its net realizable value are made, if required, for estimated excess, obsolescence, or impaired balances. When inventories are sold, their carrying amount is charged to expense in the year in which the revenue is recognized.

Write-downs for declines in net realizable value or for losses of inventories are recognized as an expense in the year the impairment or loss occurs.

Although we believe that there is little likelihood that actual results will differ materially from current estimates, if customer demand for our products decreases significantly in the near future, or if the financial condition of our customers deteriorates in the near future, we could realize significant write downs for slow-moving

**CASH FLOWS FROM INVESTING ACTIVITIES:**

| | | |
|---|---|---|
| Purchases of plant and equipment, net | (37,554) | (291,895) |
| Disposal of land use rights and other intangible assets | 13,775 | - |
| Purchases of construction in progress | (1,356,866) | (39,361) |
| Issuance of notes receivable | (42,626,834) | (5,588,283) |
| Repayment of notes receivable | 49,275,627 | 4,145,502 |
| Short Term Investment | 1,602,698 | - |
| **Net cash provided by (used in) investing activities** | $ 6,870,846 | $ (1,774,037) |

Cash provided by investing activities for the first six months of 2016 was $6,870,846 primarily due to the result of the repayment of notes receivable of $49,275,627 which offsets the issuance of notes receivable of $42,626,834.

Below is the cash flow statement for the financing activities:

| | Six Months Ended June 30, | |
|---|---|---|
| | 2016 | 2015 |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Restricted cash | 1,300,215 | (9,937,929) |
| Proceeds from short-term bank loans | - | 19,061,273 |
| Repayments of short-term bank loans | - | (15,965,853) |
| Proceeds from notes payable | 4,796,570 | 9,937,929 |
| Repayment of notes payable | (3,824,162) | (5,716,427) |
| Warrant exercise | 434,666 | - |
| Net cash (used in) provided by financing activities | $ 2,707,289 | $ (2,621,007) |

51

Cash provided by financing activities for the first six months of 2016 was $2,707,289, primarily due to the change of restricted cash of 1,300,215 and proceeds from notes payable of $4,796,570 by offset repayment of notes payable of $3,824,162.

**Working Capital**

We had a working capital surplus of $67,423,665 at June 30, 2016, compared to $59,917,153 as of December 31, 2015.

We have historically financed our operations through short-term commercial bank loans from PRC banks. The term of these loans is typically for one year, and upon the payment of all outstanding principal and interest in a particular loan, the banks have typically rolled over the loan for an additional one-year term, with adjustments made to the interest rate to reflect prevailing market rates. We believe that this situation has not changed and that short-term bank loans will be available on normal trade terms if needed.

**Capital Requirements and Capital Provided**

Capital requirements and capital provided for the six months ended June 30, 2016 were as follows:

| | Six Months Ended June 30, 2016 In Thousands) |
|---|---|
| **Capital requirements** | |
| Purchase of plant and equipment | $ 38 |
| Purchase of construction in progress | 1,357 |
| Issuance of notes receivable | 42,627 |
| Long term investment | (1,603) |
| Repayments of notes payable | 3,824 |
| Internal cash used in operations | 6,400 |
| Increase in cash | 2,795 |
| **Total capital Requirements** | $ 55,438 |
| | |
| **Capital provided** | |
| Decrease in restricted cash | 1,300 |
| Repayments of notes receivable | 49,276 |
| Disposal of land use rights | 14 |
| Proceeds from notes payable | 4,797 |
| Warrant exercise | 435 |
| **Total capital provided** | $ 55,822 |

The difference between capital provided and capital required was caused by the effect of exchange rate changes over the past six months.

**Recent Development Activities:**

On April 13, 2016, we announced the appointment of BDO China Shu Lun Pan Certified Public Accountants LLP ("BDO China") as the Company's new independent registered public accounting firm effective on April 12, 2016. The appointment of BDO China was approved by the Company's audit committee. We believe that BDO China's experience and support will assist us in entering our next phase of business expansion.

52

2/12/25, 11:17 AM
Kandi Technologies Group, Inc.: Form 10-Q - Filed by newsfilecorp.com
Case 1:20-cv-08082-DEH Document 121-6 Filed 02/13/25 Page 7 of 10

On April 18, 2016, we announced that two Geely Global Hawk brand EVs, models SMA7001BEV25 and SMA7000BEV05, manufactured by the JV Company, were listed on the 7th approved Directory of New Energy Vehicles, known as Public Notice No. 54, published by China's Ministry of Industry and Information Technology ("MIIT") and State Administration of Taxation ("SAT") promulgated on April 15, 2016. As a result, purchasers of SMA7001BEV25 and SMA7000BEV05 would be exempted from paying purchase tax of approximately 10% of the purchase price. Additionally, SMA7000BEV06 and SMA7001BEV05, also produced by the JV Company, now under the new trademark "Global Hawk", were included in the MIIT and SAT's published Public Notice No.16 the 282nd approved directory on April 1, 2016.

On July 21, 2016, we announced that the JV Company plans to sell 1,000 and 500 electric vehicles ("EVs") by the end of 2016 to two wholly owned subsidiaries of ZZY in two cities in China, Tianjin and Jiangyin as the Micro Public Transportation ("MPT") Program is expected to be officially launched and administered in those cities.

On July 25, 2016, we announced that the JV Company has signed a Framework Sales Agreement with Pang Da Automobile Trade Co., Ltd. ("Pang Da") to sell electric vehicles ("EVs") tailored for college campuses. Pang Da anticipates purchasing not less than 60,000 EVs from the JV Company in the next four years for its time-sharing campus EV lease program (the "Green Campus Drive Electric Campaign").

**Item 3.**      **Quantitative and Qualitative Disclosures about Market Risk**

**Exchange Rate Risk**

Our operations are conducted mainly in the PRC. As such, our earnings are subject to movements in foreign currency exchange rates when transactions are denominated in Chinese Renminibi ("RMB"), which is our functional currency. Accordingly, our operating results are affected by changes in the exchange rate between the U.S. dollar and RMB currencies.

**Economic and Political Risks**

Our operations in the PRC are subject to special considerations and significant risks not typically associated with companies in North America and Western Europe. These include risks associated with, among others, the political, economic and legal environment in the PRC and foreign currency exchange. Our performance may be adversely affected by changes in the political and social conditions in the PRC, and by changes in governmental policies with respect to laws and regulations, anti-inflationary measures, currency conversion, remittances abroad, and rates and methods of taxation, among other things.

**Item 4.**      **Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

We have evaluated, under the supervision of our Chief Executive Officer ("CEO") and our Chief Financial Officer ("CFO"), the effectiveness of disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of June 30, 2016. Based on this evaluation, our CEO and CFO concluded that as of the end of the period covered by this report, our disclosure controls and procedures were effective.

53

Disclosure controls and procedures are controls and other procedures that are designed to ensure that information required to be disclosed in our reports filed or submitted under the Exchange Act (a) is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and (b) is accumulated and communicated to management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure. Our management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving their objectives and management necessarily applies its judgment in evaluating the cost-benefit relationship of possible controls and procedures. Our disclosure controls and procedures are designed to provide reasonable assurance of achieving their objectives as described above.

**Changes in Internal Control over Financial Reporting**

There was no change to our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II – OTHER INFORMATION**

**Item 1A.**      **Risk Factors**

***The delay, reduction, unavailability, or elimination of government and economic incentives could have a material adverse effect on our business, financial condition, operating results and prospects.***

Although the central government has clear policies encouraging qualified EVs, any delay, reduction, or elimination of government subsidies and economic incentives caused may result in the reduced or diminished competitiveness of the alternative fuel vehicle industry generally or our EV products in particular. In the first half year of 2016, our JV Company did not receive subsidies from central government on the EV products sold in year 2015. This period of subsidy suspension was a result of an industry-wide government investigations on EV manufacturers in China with regards to any potential violation of new energy vehicle subsidy policy, starting from the beginning of 2016. The subsidy suspension period impacted the JV Company's financial conditions including the sales and cash flow . While we expect to see an improved financial results and conditions of the JV Company in the rest of this year, in the event that any favored policy and treatment delays or discontinues, our business outlook and financial conditions could be negatively impacted.

On April 29, 2015, the four government departments in the PRC, Ministry of Finance, Ministry of Science and Technology, Ministry of Industry and Information Technology and National Development and Reform Commission jointly announced the subsidy policy for new energy vehicles from year 2016 to 2020, which declares the subsidy of year 2017-2018 will be reduced by 20% based on the rate in year 2016, and the subsidy of year 2019-2020 will be reduced by 40% based on year 2016. Furthermore, the policy enhanced the threshold for receipt of the subsidy by increasing the driving range for eligible EVs from 80 kilometers to 100 kilometers. This policy may impact the Company's future business and profitability growth.

**Item 6.**      **Exhibits**

Exhibit      Description

Number

2/12/25, 11:17 AM
Case 1:20-cv-08082-DEH Document 121-6 Filed 02/13/25 Page 8 of 10
Kandi Technologies Group, Inc.: Form — Filed by newsfilecorp.com

| 31.1 | Certification of Principal Executive Officer pursuant to Rule 13a-14(a)/15d-14(a) under the Securities Exchange Act of 1934 |
| 31.2 | Certification of Principal Financial Officer pursuant to Rule 13a-14(a)/15d-14(a) under the Securities Exchange Act of 1934 |
| 32.1 | Certification of Principal Executive Officer and Principal Financial Officer pursuant to 18 U.S.C. § 1350, as Adopted Pursuant to § 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Definitions Linkbase Document. |

54

---

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: August 9, 2016

By: /s/ Hu Xiaoming
Hu Xiaoming
President and Chief Executive Officer
(Principal Executive Officer)

Date: August 9, 2016

By: /s/ Wang Cheng (Henry)
Wang Cheng (Henry)
Chief Financial Officer
(Principal Financial Officer and Principal Accounting Officer)

55

---

EX-32.1 4 exhibit32-1.htm EXHIBIT 32.1

Exhibit 32.1

**CERTIFICATIONS OF CEO AND CFO PURSUANT TO
18 U.S.C. § 1350,
AS ADOPTED PURSUANT TO
§ 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of Kandi Technologies Group, Inc. (the "Company") for the quarterly period ending June 30, 2016 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Hu Xiaoming, President and Chief Executive Officer of the Company, and Wang Cheng (Henry), Chief Financial Officer of the Company, each hereby certifies, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, to the best of his knowledge, that:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Hu Xiaoming
Name: Hu Xiaoming
Title: President and Chief Executive Officer
(Principal Executive Officer)
Date: August 9, 2016


/s/ Wang Cheng (Henry)
Name: Wang Cheng (Henry)
Title: Chief Financial Officer
(Principal Financial Officer and Principal
Accounting Officer)
Date: August 9, 2016