**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu,<br><br>Defendants. | Civil Action No. 20 CIV. 8082 (DEH)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Lead Plaintiff Tom Brooks ("Plaintiff") hereby moves for summary judgment and/or summary adjudication of Plaintiff's claims brought pursuant to the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder.  In support of this motion, Plaintiff submits the accompanying memorandum of law and supporting declarations.

DATED:  February 13, 2025                    **GLANCY PRONGAY & MURRAY LLP**

By:    _s/ Ex Kano S. Sams II_
Robert V. Prongay (admitted *pro hac vice*)
Ex Kano S. Sams II (admitted *pro hac vice*)
Charles H. Linehan (admitted *pro hac vice*)
Pavithra Rajesh (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Tom Brooks and the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

1

**PROOF OF SERVICE**

I hereby certify that on this 13th day of February, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

2