# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu, <br><br> Defendants. | Civil Action No. 20 CIV. 8082 (DEH) <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Lead Plaintiff Tom Brooks ("Plaintiff") moved for summary judgment and/or summary adjudication of Plaintiff's claims brought pursuant to the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder.  Good cause appearing therefor, the Court hereby rules that Plaintiff's motion is hereby GRANTED.

**SO ORDERED**.

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT COURT JUDGE

1