## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu,<br><br>Defendants. | Civil Action No. 20 CIV. 8082 (DEH)<br><br><br>**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUCIATION** |

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of the Loss Causation and Damages Declaration of Dr. Adam Werner dated February 12, 2025.

3.      Attached as Exhibit 2 is a true and correct copy of the Section 10(b) Aggregate Damages Estimate: KNDI prepared by Dr. Adam Werner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 13th day of February, 2025, at Los Angeles, California.

_s/ Ex Kano S. Sams II_
Ex Kano S. Sams II

2

## **PROOF OF SERVICE**

I hereby certify that on this 13th day of February, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
