# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE KANDI TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION** | Civil Action No. 20 CIV. 8082 (DEH) |

LOSS CAUSATION AND DAMAGES DECLARATION OF
DR. ADAM WERNER
February 12, 2025

**TABLE OF CONTENTS**

I.    INTRODUCTION ................................................................................................1

II.   PROFESSIONAL BACKGROUND AND EXPERIENCE.................................2

III.  SUMMARY OF OPINIONS AND FINDINGS.................................................3

IV.   BACKGROUND .................................................................................................4

    A.    Summary of Lead Plaintiff's Allegations ...............................................4

    B.    About Kandi.............................................................................................5

    C.    About Kandi Common Stock....................................................................8

V.    TIMELINE OF EVENTS ...................................................................................8

    A.    August 10, 2015: Kandi Announces 2Q 2015 Financial Results and files its Form 10-Q with the SEC ....................................................................8

    B.    November 9, 2015: Kandi Announces 3Q 2015 Financial Results and files its Form 10-Q with the SEC .........................................................10

    C.    March 7, 2016: Kandi's Audit Committee Meets Prior to Filing Its FY 2015 Financial Results.....................................................................11

    D.    March 14, 2016: Kandi Announces Financial Results for FY 2015 and Files its Form 10-K with the SEC...................................................12

    E.    March 22, 2016: Kandi's Audit Committee Ratifies New Classifications for Related Party Transactions and Authorizes Related Party Transactions for FY 2016................................................14

    F.    April 13, 2016: Kandi Announces Changes to its Public Accounting Firm..........15

    G.    May 10, 2016: Kandi Announces Financial Results for 1Q 2016 and Files its Form 10-Q with the SEC .......................................................16

    H.    August 9, 2016: Kandi Announces Financial Results for 2Q 2016 and Files its Form 10-Q with the SEC.....................................................17

    I.    November 9, 2016: Kandi Reports Financial Results for 3Q 2016 and Files its Form 10-Q with the SEC .........................................................18

    J.    November 14, 2016: Kandi Announces Sudden Resignation of CFO Mr. Wang Cheng..................................................................................19

    K.    March 13-16, 2017: Kandi Announces Non-Reliance on Previously Issued Financial Statements and Files Amended Form 10-K for Previous Fiscal Years ......................................................................20

VI.   LOSS CAUSATION..........................................................................................22

    A.    Financial Economic Principles Compel a Conclusion of Loss Causation.............23

        1.    Accurate Revenue Figures Are a Central Assumption of Valuation ........23

        2.    The Sustainability of Revenue is a Determinant of Value......................25

3.    The Quality and Reliability of Internal Controls Carries Value ...............26

4.    Sudden Executive Departures Can be A Signal of Concealed
Problems ...............................................................................................26

B.    Empirical Analysis Compel a Conclusion of Loss Causation ..............................27

1.    Identification of Corrective Disclosure........................................................29

2.    Cumulative Event Windows .......................................................................31

3.    Isolating the Impact of Company-Specific Information ...........................32

4.    Event Study Results: November 14, 2016 .................................................34

5.    Cumulative Event Study Results: March 14-16, 2017..............................35

6.    Loss Causation Conclusion........................................................................37

VII.    DAMAGES.............................................................................................................38

A.    Quantifying Losses Caused the Corrective Disclosure...........................................39

1.    Artificial Inflation Ribbon .........................................................................40

2.    Per Share Damages Formula.......................................................................42

VIII.    LIMITING FACTORS AND OTHER ASSUMPTIONS...................................................43

I, Adam Werner, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief. If called to testify, I could and would testify competently to the following facts.

## I. INTRODUCTION

1. In my expert declaration dated November 8, 2023 ("Werner Declaration") (ECF No. 96-1), I examined factors that are generally accepted by courts as indicative of the efficiency of the market in which a security trades. Based on my analysis of those factors, I concluded that Kandi Technologies Group, Inc., ("Kandi" or the "Company") common stock traded in an efficient market during the period from June 10, 2015 through March 13, 2017, inclusive. I understand that in an Opinion and Order issued on September 30, 2024, the Court granted Plaintiff's motion for class certification and, for reasons unrelated to a market efficiency analysis, slightly altered the class period to August 10, 2015 through March 13, 2017 ("Class Period"). In my declaration, I showed that each of the *Cammer* and *Krogman* factors supports a finding that Kandi stock traded in an efficient market throughout the Class Period. I further demonstrated, through event study analysis, that Kandi stock reacted to new Company-specific (and allegation-related) information as it entered the market. Finally, I determined in the Werner Declaration that a common damages model exists to measure damages on a class-wide basis for all potential class members in this matter.

2. I am now asked by counsel for the Lead Plaintiff, Glancy Prongay & Murray LLP, to determine whether the alleged losses of the Lead Plaintiff and the Class were caused by Defendants' alleged misrepresentations, omissions, and half-truths (i.e. loss causation), as described in the Second Amended Complaint for Violation of The Federal Securities Laws, Civil Action No. 20 CIV. 8082 (LGS), filed December 3, 2021 ("Complaint"). In addition, I am asked

to quantify the loss, if any, due to Defendants' alleged misrepresentations, omissions, and/or half-truths on a per share basis (i.e. damages).

3.      I understand that as an expert witness in this proceeding, my duty in providing my declaration is to the Court and that this duty overrides any obligation to the parties who have engaged me, from whom I have received instructions or compensation. I confirm that I have complied with this duty.

## II.      PROFESSIONAL BACKGROUND AND EXPERIENCE

4.      I am currently a managing director at SEDA Experts, LLC ("SEDA") having previously served as a Lecturer in economics at the Orfalea College of Business at California Polytechnic State University San Luis Obispo (Cal Poly). At Cal Poly, I taught managerial economics to graduate students, and international finance, macroeconomics, and intermediate microeconomics to undergraduates. Prior to working at SEDA, I have spent over 25 years working for consulting firms including Cornerstone Research, CRA International, and NERA. I have been retained by both plaintiffs and defendants to consult on matters pertaining to market efficiency, materiality and loss causation, damages, investment banking, financial valuation, security issuance, bankruptcy, and options backdating. My expert opinions have been accepted in Federal, State, and Bankruptcy courts within the United States as well as courts in Australia and Canada. I have also testified in arbitrations both inside and outside of the United States. I have lectured frequently to attorneys on the topic of damage estimation and settlements in securities class actions. I have also spoken on the estimation of capital rates in emerging economies at a conference organized by the University of Texas School of Law.

5.      I hold a Ph.D. in Finance (1999) from Northwestern University's Kellogg Graduate School of Management. While at Kellogg, I taught M.B.A. classes in corporate finance, and futures and options. I was also awarded a University Scholarship during my time at Kellogg. Prior to

graduate school, I served as a Research Assistant at the Federal Reserve Bank of Cleveland. My full Vitae including prior testimony is attached as Exhibit-1 to this declaration.

6.     A list of documents I reviewed in forming my opinion in this matter that have not been cited in my prior reports is set forth in Exhibit-2 to this declaration.

7.     SEDA is currently being compensated at $750 per hour for my ongoing work on this matter. Additional SEDA consultants have assisted me with my work at rates ranging from $90 per hour to $550 per hour. This compensation is not contingent on the outcome of this matter.

## III.   SUMMARY OF OPINIONS AND FINDINGS

**OPINION 1: The alleged misrepresentations, omissions, and/or half-truths caused the price of Kandi stock to be artificially inflated over the course of the Class Period. When the market received information that corrected the alleged misrepresentations, omissions, and/or half-truths, the price of Kandi stock declined significantly, causing investors to suffer losses.**

a. This opinion is based on fundamental principles of finance and valuation as well as analysis of Company statements, news articles, analyst reports, internal Company documents, and event study analysis.

b. In particular, the event study analysis, which considered and accounted for potentially confounding information, demonstrates that when the market received information that corrected the alleged misrepresentations, omissions, and/or half-truths, the price of Kandi stock declined significantly.

**OPINION 2: As a result of Defendants' misrepresentations, omissions, and/or half-truths, the market price of Kandi stock was artificially inflated by at least $1.10 per share at the start of the Class Period.**

a. Any investor who purchased Kandi stock when the price was artificially inflated and held that stock beyond the November 14, 2016 corrective disclosure suffered losses ranging up to $1.10 per share, depending on the timing of that investor's purchase and sales (if sold).

3

b. The maximum per share artificial inflation and loss amounts are calculated using residual (*i.e.* Company-specific) price movements in Kandi stock that is proved by event study analysis to have been caused by the November 14, 2016, and March 13-16, 2017 corrective disclosures.

c. The conclusion that all of the artificial inflation that dissipated following the corrective disclosures can be traced back to the start of the Class Period relies on the Lead Plaintiff proving their allegations.

## IV.    BACKGROUND

### A.    Summary of Lead Plaintiff's Allegations

8.     Lead Plaintiff alleges that, throughout the Class Period, Kandi misled market participants about its ability to remediate internal control weaknesses as well as material weaknesses in the Company's financial reporting and oversight system.[1] Specifically, the Plaintiff alleges that:

> "In March 2014, Defendants announced the existence of material weaknesses in the Company's financial reporting and oversight system. These weaknesses included a lack of oversight by the Company's Audit Committee and a lack of internal controls for related-party transactions. Defendants represented to investors that the Company would remediate these problems.
>
> Defendants, however, failed to do so. Indeed, in March 2017, Defendants announced that the Company needed to restate its preceding three years of financial statements. Specifically, Defendants announced that the Company lacked: (1) sufficient expertise relating to technical knowledge of Generally Accepted Accounting Principles ("GAAP") and SEC disclosure regulations; (2) sufficient expertise to ensure the completeness of the disclosure of financial statements for equity investments; (3) sufficient expertise to ensure the proper disclosure of related-party transactions; (4) effective controls to ensure the proper classification and reporting of certain cash and non-cash activities related to accounts receivable,

---

[1] Complaint, ¶4.

accounts payable, and notes payable; and (5) sufficient expertise to ensure the accuracy of the accounting and reporting of income taxes and related disclosures."[2]

9.      Lead Plaintiff further alleges that the truth about Kandi's inability to remediate its internal control weaknesses nor its material weaknesses in its financial reporting and oversight system was first partially corrected on November 14, 2016 when Kandi announced the sudden resignation of its CFO and ultimately corrected via the Company's March 13, 2017 press release disclosing that Kandi would be restating past financial results.[3]

### B.      About Kandi

10.      Throughout the Class Period, Kandi was a designer, manufacturer, and distributor of electric vehicles and parts.[4] Headquartered in China but incorporated in the U.S., the Company described its "primary business operations" as "the design, development, manufacturing and commercialization of electric vehicles, electric vehicle parts and off-road vehicles, which are distributed in China and global markets."[5] Kandi operated its business through a subsidiary, Kandi Vehicles, which then operated the business through another 15 subsidiaries including a mix of partially-owned and wholly-owned entities.[6] Among those subsidiaries was Geely Automobile Holdings Ltd. ("Geely"), which Kandi worked with through a 50/50 joint venture agreement.[7]

---

[2] Complaint, ¶¶3-4.

[3] Complaint, ¶¶185-212.

[4] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017.

[5] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 2.

[6] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 3.

[7] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 2.

Under the agreement, Kandi would sell electric vehicle parts to Geely while Geely would manufacture the vehicles.[8] As a result of this agreement, and as Kandi explained in its Form 10-K, "beginning in 2015, the majority of the Company's revenue and profit were generated from the sale of EV parts."[9]

11.    As of December 31, 2016, the Company reported total sales revenue of $129.5 million with 96% of sales occurring in China.[10]

12.    During the Class Period, on November 14, 2016, Kandi abruptly announced the resignation of its Chief Financial Officer ("CFO"), Mr. Chen Wang, who had been the Company's CFO for over a year.[11] Kandi added that Mr. Wang would be transitioning into the role of Chief Strategy Officer within the firm.[12]

13.    Subsequently, on March 13, 2017, after the close of trading, Kandi issued a press release stating that during Kandi's internal review of its upcoming annual report and Form 10-K, the Company's management had "identified certain areas in the Company's previously issued financial statements for the years ended December 31, 2014 and 2015, and the first three quarters for the year ended December 31, 2016 (the 'Previously Issued Financial Statements'), that require[d] adjustment … ."[13] Kandi explained that as a result of these required adjustments, the

---

[8] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 2.

[9] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 2.

[10] Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017, p. 3.

[11] Kandi Technologies Group, Inc. Form 8-K, filed November 17, 2016, press release dated November 14, 2016.

[12] Kandi Technologies Group, Inc. Form 8-K, filed November 17, 2016, press release dated November 14, 2016.

[13] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017 at 4:32 PM.

Company's board of directors, audit committee, and management "concluded that the Company's Previously Issued Financial Statements should no longer be relied upon" and that a restatement would be filed alongside its fiscal year 2016 Form 10-K.[14] In this same press release, the Company highlighted the following areas that would be affected by the restatement:

> "The Restatements will include separate audited financial statements for the Company's equity investment in the JV Company, corrections to the classification of notes receivable and notes payable in the Company's statements of cash flow, revisions in the Company's financial statement presentation to separately identify certain related party accounts on the face of the Balance Sheets and the Consolidated Statements of Income (Loss) and Comprehensive Income (Loss), certain amendments to Note 20 – Taxes of the Notes to the Company's Consolidated Financial Statements, the adjustment of previously recorded construction-in-progress back to prepayment in Note 16 - Construction-in-Progress of the Notes to the Company's Consolidated Financial Statements, expansions of two tables of sales to and purchases from the JV Company in Note 24 - Summarized Information of Investment in the JV Company of the Notes to the Company's Consolidated Financial Statements from two years to three years, and the removal of 'unaudited" labels from certain tables in Note 20 - Taxes of the Notes to the Company's Consolidated Financial Statements.
>
> The Company will also amend its unaudited quarterly data for the first three quarters ended December 31, 2016, as set forth in its upcoming Annual Report on Form 10-K for the year ended December 31, 2016."

14. In addition, Kandi explained that, because a restatement was necessary, the Company would also be "reassessing its internal controls over its financial reporting and compliance programs" and further warned that "the result of this reassessment could lead the Company to conclude that there were deficiencies in its internal controls over financial reporting that constitute material weaknesses."[15]

---

[14] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

[15] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

### C.    About Kandi Common Stock

15.    Throughout the Class Period, Kandi stock traded on the NASDAQ under the trading symbol KNDI. Kandi's stock price at the start of the Class Period was $7.09 per share.[16] Kandi's stock price peaked at $11.76 per share on December 23, 2015. By March 16, 2017, two days after the end of the Class Period, the price of Kandi stock fell to $3.70 per share, a loss of 68.5% from its Class Period peak. Kandi did not pay a dividend on its common stock during the Class Period.

## V.    TIMELINE OF EVENTS

16.    A review of the following events provides background and context for understanding the Company's condition and experience prior to and during the Class Period. Included are descriptions of some of Defendants' alleged false statements, omissions, and half-truths, as well as market participant commentary. For purposes of my analysis, I assume the truth of these facts, and prescribe no legal significance to any particular fact.

### A.    August 10, 2015: Kandi Announces 2Q 2015 Financial Results and files its Form 10-Q with the SEC

17.    On August 10, 2015, Kandi announced its financial results for 2Q 2015.[17] In its earnings press release, the Company reported total revenues of $48 million for 2Q 2015 and net income of $5.4 million, or $0.12 per share. According to Kandi CFO, Mr. Wang Chen, the Company's 2Q 2015 financial results were inline with the Company's own expectations:

> "'Our strong financial results in the second quarter were in line with our expectations,'" added Mr. Wang Cheng, Chief Financial Officer of the Company. 'By early July of this year, the JV Company had received the remaining subsidies from the central government for 2014 and expects to obtain the 2015 subsidies in

---

[16] Price data obtained from Bloomberg.

[17] "Kandi Technologies Announces Second Quarter 2015 Financial Results," *GlobeNewswire*, August 10, 2015.

the coming months, which will contribute to the Company's third quarter cash flow.'"[18]

18.     A day prior, on August 9, 2015, Kandi had filed its Form 10-Q for the quarter ended June 30, 2015 with the SEC wherein the Company reported no revenues from related party transactions during 2Q 2015.[19] Kandi also explicitly stated that it had sold no products to its related party, Kandi USA, Inc, during the quarter:

> "During the three months ended June 30, 2015 and 2014, the Company sold products to Kandi USA Inc., a company that operates under the trade name of Eliteway Motorsports ('Eliteway'), amounting to $0 and $1,628,096, respectively. During the six months ended June 30, 2015 and 2014, the Company sold products to Kandi USA Inc. amounting to $0 and $2,187,115, respectively. As of June 30, 2015 and December 31, 2014, the outstanding receivable due from Eliteway were $0 and $620,410, respectively."[20]

19.     Later in the same filing, under the major heading "Controls and Procedures", Kandi included the following statements with regard to its internal controls over financial reporting:

> "We have evaluated, under the supervision of our Chief Executive Officer ("CEO") and our Chief Financial Officer ("CFO"), the effectiveness of disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of June 30, 2015. Based on this evaluation, our CEO and CFO concluded that as of the end of the period covered by this report, our disclosure controls and procedures were effective. … There was no change to our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting."[21]

---

[18] "Kandi Technologies Announces Second Quarter 2015 Financial Results," *GlobeNewswire*, August 10, 2015.

[19] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2015, filed August 9, 2015, p. 2.

[20] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2015, filed August 9, 2015, p. 19.

[21] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2015, filed August 9, 2015, p. 32.

**B.     November 9, 2015: Kandi Announces 3Q 2015 Financial Results and files its Form 10-Q with the SEC**

20.     On November 9, 2015, Kandi announced its financial results for 3Q 2015.[22] In its earnings press release, the Company reported total revenues of $50.5 million for 2Q 2015 and net income of $2.3 million, or $0.05 per share.[23] Kandi CFO Mr. Wang Cheng also commented that the Company's financial results were within its expectations:

> "'We are very pleased to achieve strong financial results in the third quarter of 2015,' added Mr. Wang Cheng, Chief Financial Officer of Kandi, 'Both sales and gross margin were in line with our expectations. With positive operating cash flow of $11.6 million, we are fully prepared for the significant growth potential around the corner.'"[24]

21.     On the same day, Kandi also filed its Form 10-Q for the quarter ended September 30, 2015 with the SEC wherein the Company again reported no revenues from related party transactions.[25] Again, Kandi explicitly stated that no sales were made during the quarter to its related party Kandi USA, Inc.:

> "During the three months ended September 30, 2015 and 2014, the Company sold products to Kandi USA Inc., a company that operates under the trade name of Eliteway Motorsports ('Eliteway'), in the amount of $0 and $597,481, respectively. During the nine months ended September 30, 2015 and 2014, the Company sold products to Kandi USA Inc. in the amount of $0 and $2,784,596, respectively. As

---

[22] "Kandi Technologies Reports Third Quarter 2015 Financial Results," *Newsfile*, November 9, 2015.

[23] "Kandi Technologies Reports Third Quarter 2015 Financial Results," *Newsfile*, November 9, 2015.

[24] "Kandi Technologies Reports Third Quarter 2015 Financial Results," *Newsfile*, November 9, 2015.

[25] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2015, filed November 9, 2015, p. 2.

of September 30, 2015 and December 31, 2014, the outstanding receivable due from Eliteway were $0 and $620,410, respectively."[26]

22.     In this same filing, Kandi also reiterated its management's conclusion that the Company's internal controls over financial reporting were effective and that there had been no changes to its internal controls over financial reporting since the previous quarter.[27]

> "We have evaluated, under the supervision of our Chief Executive Officer ("CEO") and our Chief Financial Officer ("CFO"), the effectiveness of disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of September 30, 2015. Based on this evaluation, our CEO and CFO concluded that as of the end of the period covered by this report, our disclosure controls and procedures were effective. … There was no change to our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting."[28]

### C.     March 7, 2016: Kandi's Audit Committee Meets Prior to Filing Its FY 2015 Financial Results

23.     A week prior to filing its FY 2015 financial results, Kandi's Audit Committee held an internal teleconference meeting to "review[], discuss[], and approv[e]" the Company's Form 10-K for the fiscal year ended December 31, 2015. During this meeting, the Audit Committee spoke on Kandi's classification and treatment of related party transactions. Specifically, Kandi stated that:

> "We identified that there're two related parties with Kandi, one is Kandi USA, which is also called Eliteway and not under Kandi Group, whose sole director is

---

[26] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2015, filed November 9, 2015, p. 2.

[27] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2015, filed November 9, 2015, p. 40.

[28] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2015, filed November 9, 2015, p. 78.

Mr. Hu Wangyuan, Kandi CEO Mr. Hu's son, so it is identified as our related party. However, starting from Year 2015, there's no relate party transaction between Kandi Group and Kandi USA. The other one is 'the Service Company' operating Micro Public Transportation Project. Kandi has 9.5% ownership of Service Company and the Chairman and CEO of Kandi, Mr.Hu, has 13% ownership of Service Company. The main transaction between Kandi and Service Company was the battery sales in 2015, and Service bought the battery from Kandi for the speed upgrade and also or maintenance."[29]

### D.    March 14, 2016: Kandi Announces Financial Results for FY 2015 and Files its Form 10-K with the SEC

24.    On March 14, 2016, Kandi announced its financial results for 4Q 2015 and FY 2015.[30] For the fourth quarter, the Company reported revenues of $58.8 million and net income of $0.8 million, or $0.02 per share.[31] Kandi CFO Mr. Wang Cheng also stated that the Company's FY 2015 financial results and performance met its own expectations:

"'Our significant achievements in 2015 include excellent financial results, particularly with sales and gross margin meeting our expectation,' added Mr. Wang Cheng, Chief Financial Officer of Kandi, 'During the year, key milestones, including the successful launch of the direct sales program and the expansion of the MPT program to 16 cities were accomplished. With a solid foundation built for our EV business, we believe that the Company will continue to achieve strong financial performance in 2016.'"[32]

25.    On the same day, Kandi also filed its Form 10-K with the SEC.[33] While the Company did not break out related party revenues from total revenues, the Form 10-K did state that it was not involved in any related party transactions with Kandi USA (i.e. "Eliteway") but did

---

[29] "Meeting Minutes of the Audit Committee of the Board of Directors of Kandi Technologies Group, Inc.," No. ACMM-2016-001 [KANDI-SDNY-00063348-50].

[30] "Kandi Technologies Reports Fourth Quarter and Full Year 2015 Financial Results," *Newsfile*, March 14, 2016.

[31] "Kandi Technologies Reports Fourth Quarter and Full Year 2015 Financial Results," *Newsfile*, March 14, 2016.

[32] "Kandi Technologies Reports Fourth Quarter and Full Year 2015 Financial Results," *Newsfile*, March 14, 2016.

[33] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016.

have related party transactions with its "Service Company" Electric Vehicle Service Co., Ltd.[34]

According to Kandi, these related party transactions with its Service Company were for when "the

Service Company needs to buy battery for the speed upgrade and also EV parts for the repairing

and maintenance for its operating electric vehicles."[35] Furthermore, the Company explicitly stated

that it sold no products to Kandi USA in fiscal year 2015 nor were there any outstanding

receivables due:

> "During the fiscal years ended December 31, 2015, 2014 and 2013, the Company
> sold products to Kandi USA Inc., a company that operates under the trade name of
> Eliteway Motorsports ("Eliteway"), amounting to $0, $2,981,944 and $6,906,807,
> respectively. As of December 31, 2015 and 2014, the outstanding receivable due
> from Eliteway were $0 and $620,410, respectively."[36]

26.     In the same filing, under the heading "Controls and Procedures" Kandi provided an

update on its annual review of the Company's internal controls over financial reporting.[37]

According to the Company, its internal controls and procedures were effective as of December 31,

2015 pursuant to the annual review:

> "Management conducted an assessment of the effectiveness of our system of
> internal control over financial reporting as of December 31, 2015, the last day of
> our fiscal year. This assessment was based on criteria established in the framework
> Internal Control—Integrated Framework (2013), issued by the Committee of
> Sponsoring Organizations of the Treadway Commission ('COSO') and included an
> evaluation of elements such as the design and operating effectiveness of key
> financial reporting controls, process documentation, accounting policies, and our

---

[34] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, p. 57.

[35] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, F-42.

[36] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, p. F-23.

[37] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, p. F-38.

overall control environment. Based on management's evaluation under the 2013 COSO framework, management concluded that the Company's internal controls over financial reporting were effective as of December 31, 2015.

We reviewed the results of management's assessment with the Audit Committee of our Board of Directors.

Our independent registered public accounting firm, AWC (CPA) Limited, has audited the effectiveness of our internal control over financial reporting as of December 31, 2015 as stated in their report which is attached to the auditors' report included under item 8 of this report."[38]

27.    The same filing also reiterated that there had been no changes in Kandi's internal control over financial reporting since the previous quarter.

"There had been no changes in the Company's internal control over financial reporting identified in connection with the above evaluation that occurred during the last fiscal quarter that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting."[39]

### E.    March 22, 2016: Kandi's Audit Committee Ratifies New Classifications for Related Party Transactions and Authorizes Related Party Transactions for FY 2016

28.    On March 22, 2016, an internal Company e-mail was sent to Kandi's Audit Committee members explaining that transactions made with Zhejiang ZuoZhongYou Electric Vehicle Service Co. would now be considered a related party transaction and that Kandi's FY 2015 and FY 2016 transactions with said company "shall be ratified by the Audit Committee":

"Considering that Kandi has 9.5% ownership interest in Zhejiang ZuoZhongYou Electric Vehicle Service Co., Ltd.('ZZY') and from last August Kandi's Chairman and CEO, Mr. Huxiaoming, also has 13% ownership interest in ZZY, ZZY is

---

[38] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, p. 41.

[39] Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016, p. 41.

identified as Kandi's related party. Therefore, related party transactions with ZZY during Fiscal Year 2015 and 2016 shall be ratified by the Audit Committee. Attached please find the Audit Committee Consent relating to ratification of the insider tradings, please review and sign it back to us as soon as possible."[40]

### F.    April 13, 2016: Kandi Announces Changes to its Public Accounting Firm

29.    On April 13, 2016, the Company filed a Form 8-K with the SEC announcing that it had dismissed AWC Limited as it's independent registered public accounting firm and had instead engaged BDO China Shu Lu Pan Certified Public Accountants LLP ("BDO China") as its new public accounting firm.[41] According to this press release, there were no disagreements between Kandi and AWC Limited, nor did AWC Limited have "any adverse opinion" regarding the Company's recently filed financial statements.

"The principal accountant's reports of AWC on the financial statements of the Company as of and for the fiscal years ended December 31, 2015 and 2014 did not contain any adverse opinion or disclaimer of opinion and was not qualified or modified as to uncertainty, audit scope or accounting principles.

During the Company's two most recent fiscal years and the subsequent interim period through April 12, 2016, there were no disagreements with AWC on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedure, which disagreement(s), if not resolved to the satisfaction of AWC, would have caused it to make reference to the subject matter of the disagreement(s) in connection with its report. During the Company's two most recent fiscal years and the subsequent interim period through April 12, 2016, there were no reportable events of the type described in Item 304(a)(1)(v) of Regulation S-K."[42]

---

[40] "Kandi Audit Committee Consent," Internal Company e-mail dated March 22, 2016, [KANDI-SDNY_00063340].

[41] Kandi Technologies Group, Inc. Form 8-K, filed April 13, 2016.

[42] Kandi Technologies Group, Inc. Form 8-K, filed April 13, 2016.

**G.     May 10, 2016: Kandi Announces Financial Results for 1Q 2016 and Files its Form 10-Q with the SEC**

30.     On May 10, 2016, Kandi announced its financial results for 1Q 2016.[43] For the quarter, the Company reported revenues of $58.8 million and net income of $0.1 million, or $0.00 per share.[44] Kandi CFO Mr. Wang Cheng commented that, despite the Company's strong revenue performance, its net income figures suffered from a "lack of EV products sales by our JV Company in this quarter".[45]

> "'Despite… the lack of EV products sales by our JV Company in this quarter, Kandi still has revenue growth of 15.7% during this quarter compared to the same period of 2015. However, our net profit has been significantly impacted by the JV Company's net profit during the quarter'" added Mr. Wang Cheng, Chief Financial Officer of Kandi, 'I believe we can achieve good financial performance in line with the revenue growth from the JV Company for the rest of 2016.'"[46]

31.     That same day, Kandi filed its Form 10-Q with the SEC.[47] In this Form 10-Q, other than a $3.2 million transaction with its Service Company, again related to the Service Company's "needs to buy battery for the speed upgrade and also EV parts for the repairing and maintenance for its operating electric vehicles," Kandi reported no other related party transactions.[48]

32.     On the other hand, Kandi continued to represent that its internal controls were effective and that there had been no changes in its internal control procedures since the last quarter:

---

[43] "Kandi Technologies Reports First Quarter 2016 Financial Results," *Newsfile*, May 10, 2016.

[44] "Kandi Technologies Reports First Quarter 2016 Financial Results," *Newsfile*, May 10, 2016.

[45] "Kandi Technologies Reports First Quarter 2016 Financial Results," *Newsfile*, May 10, 2016.

[46] "Kandi Technologies Reports First Quarter 2016 Financial Results," *Newsfile*, May 10, 2016.

[47] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended March 31, 2016, filed May 10, 2016.

[48] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended March 31, 2016, filed May 10, 2016, p. 40.

"We have evaluated, under the supervision of our Chief Executive Officer ("CEO") and our Chief Financial Officer ('CFO'), the effectiveness of disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the 'Exchange Act')) as of March 31, 2015. Based on this evaluation, our CEO and CFO concluded that as of the end of the period covered by this report, our disclosure controls and procedures were effective. … There was no change to our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting."[49]

### H.    August 9, 2016: Kandi Announces Financial Results for 2Q 2016 and Files its Form 10-Q with the SEC

33.    On August 9, 2016, Kandi announced its financial results for 2Q 2016.[50] For the quarter, the Company reported revenues of $55.2 million and net income of $2.8 million, or $0.06 per share.[51] Kandi CFO Mr. Wang Cheng touted the financial results:

"'We have performed very well financially during the second quarter of 2016," added Mr. Wang Cheng (Henry), Chief Financial Officer of Kandi.' Our margin improved compared to the same quarter last year, and our non-GAAP net income reached $10.5 million, a 114.8% increase compared to $4.9 million in the same period of 2015. We realized positive cash flow of $3.2 million in the first half of 2016, compared to negative cash flow of $17.0 million in the same period of 2015.'"[52]

34.    Kandi filed its Form 10-Q with the SEC on the same day.[53] In the filing, Kandi reported no related party transactions other than a $769,065 sale to its Service Company related to "the Service Company needs to buy battery for the speed upgrade and also EV parts for the

---

[49] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended March 31, 2016, filed May 10, 2016, pp. 53-54.

[50] "Kandi Technologies Reports Second Quarter 2016 Financial Results," *Newsfile*, August 9, 2016.

[51] "Kandi Technologies Reports Second Quarter 2016 Financial Results," *Newsfile*, August 9, 2016.

[52] "Kandi Technologies Reports Second Quarter 2016 Financial Results," *Newsfile*, August 9, 2016.

[53] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2016, filed August 9, 2016.

repairing and maintenance for its operating electric vehicles".[54] No other related party transactions were reported.

35.    In the same filing, Kandi continued to represent that its internal controls were effective and that there had been no changes to its internal controls since the latest quarter.[55]

**I.    November 9, 2016: Kandi Reports Financial Results for 3Q 2016 and Files its Form 10-Q with the SEC**

36.    On November 9, 2016, Kandi announced its financial results for 3Q 2016.[56] For the quarter, the Company reported revenues of $6.4 million and a net loss of $0.6 million, or -$0.01 per share.[57] The Company explained that the dramatic decline in revenue from previous quarters was due to the Chinese government's hold on subsidy payments pending a government review of the EV manufacturing sector:

> "'China's central government preceded a review on the subsidies paid to all the EV manufacturers, which caused the 2015 subsidy payments remain unpaid industry-wide. The delay in subsidy payment heavily impacted the JV Company's production and sales, which resulted in a significant decrease in our EV parts sales.' commented Mr. Hu Xiaoming, Chairman and Chief Executive Officer of Kandi. 'Although our financial performance this year has not matched up to our past success, we have accomplished lots of fundamental work for the business growth in year 2017.'"[58]

37.    On the same day, Kandi also filed its Form 10-Q with the SEC.[59] In this filing, Kandi reported a negative sales figure for related party transactions to its Service Company of

---

[54] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2016, filed August 9, 2016, p. 38.

[55] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2016, filed August 9, 2016, pp. 53-54.

[56] "Kandi Technologies Reports Third Quarter 2016 Financial Results," *Newsfile*, November 9, 2016.

[57] "Kandi Technologies Reports Third Quarter 2016 Financial Results," *Newsfile*, November 9, 2016.

[58]  "Kandi Technologies Reports Third Quarter 2016 Financial Results," *Newsfile*, November 9, 2016.

[59] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2016, filed November 9, 2016.

($26,490).[60] The Company explained that the negative related party sales figure was a result of "the exchange loss due to Chinese currency depreciation compared to US Dollar in the third quarter of 2016" and reported no other related party transactions.[61] Again, Kandi also reaffirmed the effectiveness of its internal controls and that there had been no changes to its internal controls since the previous quarter.[62]

### J.   November 14, 2016: Kandi Announces Sudden Resignation of CFO Mr. Wang Cheng

38.   On November 14, 2016, Kandi issued a press release announcing that, effective immediately, its CFO Mr. Wang Cheng would be resigning from the position to become the Company's new Chief Strategy Officer.[63]

> "Jinhua, China--(Newsfile Corp. - November 14, 2016) - Kandi Technologies Group, Inc. (the 'Company' or 'Kandi') (NASDAQ GS: KNDI) today announced two new executive appointments to help support its continuing rapid growth. Kandi's board of directors has appointed Mr. Wang Cheng (Henry) as the Company's new Chief Strategy Officer and Mr. Mei Bing as the Company's Chief Financial Officer, with both appointments effective immediately.
>
> Mr. Wang, who is resigning as our Chief Financial Officer in order to assume the position of Chief Strategy Officer, has 20 years of experience in operations, strategy, financial management, and mergers and acquisitions. Going forward, he

---

[60] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2016, filed November 9, 2016, p. 44.

[61] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2016, filed November 9, 2016, p. 44.

[62] Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2016, filed November 9, 2016, pp. 62-63.

[63] "Kandi Announces Appointments of New Chief Strategy Officer and Chief Financial Officer," *Newsfile*, November 14, 2016.

will be responsible for driving Kandi's corporate strategy and implementing investment decisions."[64]

39. On this news, the price of Kandi stock fell from its previous closing price of $3.90 per share on November 11, 2016 to close at $3.50 per share on November 14, 2016, a decline of $0.40 per share or -10.26%.

**K.    March 13-16, 2017: Kandi Announces Non-Reliance on Previously Issued Financial Statements and Files Amended Form 10-K for Previous Fiscal Years**

40. On March 13, 2017, after the close of trading, Kandi filed a Form 8-K with the SEC titled "Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review".[65] The Form 8-K explained that, during Kandi's internal review of its upcoming annual report and Form 10-K, management had "identified certain areas in the Company's previously issued financial statements for the years ended December 31, 2015 and 2014, and the first three quarters for the year ended December 31, 2016 (the 'Previously Issued Financial Statements'), that require adjustment … ."[66]

41. Kandi went on to explain that, as a result of these required adjustments, the Company's board of directors, audit committee, and management have "concluded that the Company's Previously Issued Financial Statements should no longer be relied upon" and that a restatement would be filed alongside its fiscal year 2016 Form 10-K.[67] In this same press release, the Company highlighted the following areas that would be affected by the restatement:

---

[64] "Kandi Announces Appointments of New Chief Strategy Officer and Chief Financial Officer," *Newsfile*, November 14, 2016.

[65] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017, 4:32 PM.

[66] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

[67] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

20

"The Restatements will include separate audited financial statements for the Company's equity investment in the JV Company, corrections to the classification of notes receivable and notes payable in the Company's statements of cash flow, revisions in the Company's financial statement presentation to separately identify certain related party accounts on the face of the Balance Sheets and the Consolidated Statements of Income (Loss) and Comprehensive Income (Loss), certain amendments to Note 20 – Taxes of the Notes to the Company's Consolidated Financial Statements, the adjustment of previously recorded construction-in-progress back to prepayment in Note 16 – Construction-in-Progress of the Notes to the Company's Consolidated Financial Statements, expansions of two tables of sales to and purchases from the JV Company in Note 24 – Summarized Information of Investment in the JV Company of the Notes to the Company's Consolidated Financial Statements from two years to three years, and the removal of 'unaudited" labels from certain tables in Note 20 – Taxes of the Notes to the Company's Consolidated Financial Statements.

The Company will also amend its unaudited quarterly data for the first three quarters ended December 31, 2016, as set forth in its upcoming Annual Report on Form 10-K for the year ended December 31, 2016."[68]

42.     In addition, Kandi explained that, as a result of requiring these restatements, the Company would be "reassessing its internal controls over its financial reporting and compliance programs" and further warned that "The result of this reassessment could lead the Company to conclude that there were deficiencies in its internal controls over financial reporting that constitute material weaknesses."[69]

43.     There were no new Company-specific developments on March 15, 2017.

44.     When Kandi did file its Form 10-K for the fiscal year ended December 31, 2016 on March 16, 2017, the Company also included within this filing the restated financial statements for FY 2015 and 1Q-3Q of 2016.[70] In each restated financial statement, the corrected distribution

---

[68] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

[69] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

[70] Kandi Technologies Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2016, filed March 16, 2017.

21

between related party transaction revenues and non-related party transaction revenues contrasted with what Kandi had been representing throughout the Class Period, that there were either no or *de minimis* amounts of related party transactions.[71] For example, in FY 2015, where Kandi had previously represented that there were no related party transactions, the restated financial statements show that of the $201,069,173 in total revenues reported for FY 2015 $194,279,14, or over 96%, were actually from "JV Company and related parties".[72]

**Table-1: Restatement Effect of Related Party Transactions**

KANDI TECHNOLOGIES GROUP, INC. AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF INCOME(LOSS) AND COMPREHENSIVE INCOME(LOSS)
FOR THE YEARS ENDED DECEMBER 31, 2015

|  | As Previously Reported | Reclassification | As Restated |
|---|---|---|---|
| Revenues from unrelated parties, net | $ | $  6,790,032(5) $ | 6,790,032 |
| Revenues from the JV Company and related parties, net |  | 194,279,141(5) | 194,279,141 |
| REVENUES, NET | 201,069,173 |  | 201,069,173 |

## VI.    LOSS CAUSATION

45.    To assess loss causation, the empirical behavior of a subject security following the revelation of the information alleged to have been concealed is important for determining whether the alleged misrepresentation, omissions, and/or half-truths had inflated the security price, and if the corrective disclosure caused the security price to decline. One typically conducts an event study to determine whether such revelatory events were a cause of a security price decline. An event study focused on residual returns, which exclude and control for the effects of market and sector factors, measures how much a security price rises or falls in response to new information. That is, an event study is essentially a controlled experiment that allows one to observe the market's

---

[71] Kandi Technologies Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2016, filed March 16, 2017, pp. F-43 to F-77.

[72] Kandi Technologies Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2016, filed March 16, 2017, pp. F-47.

valuation of the security with and without the information at issue. Prior to a corrective disclosure, the security is valued in the marketplace without the new information. After the event, the security is valued with the newly-released information.

46. Once the event study has established a security price reaction to a company-specific disclosure, one may remove the effects of potentially company-specific non-fraud-related (*i.e.*, confounding) information, if any, to determine whether the allegation-related information was a cause of the residual security price decline. Valuation tools can be used to remove the effect of confounding information from the price decline, if any. After controlling for company-specific non-fraud-related information, if any, one can determine whether the disclosures and ramifications correcting the alleged misrepresentations and omissions were a cause of the residual security price decline.

47. Additional elements of loss causation analysis may include applying fundamental valuation principles, examining Company statements, and reviewing comments from market participants to assess whether the subject matter of the alleged misrepresentations and omissions is economically material – that is, valuation relevant and important to investors.[73]

### A. Financial Economic Principles Compel a Conclusion of Loss Causation

#### 1. *Accurate Revenue Figures Are a Central Assumption of Valuation*

48. According to fundamental principles of finance and valuation, a Company's revenues are a key determinant of a company's value and the value of a company's stock. For Kandi, related party transactions were a major part of its reported financial results during the Class Period, but this fact was misrepresented and omitted to investors. By misrepresenting the actual

---

[73] I understand that materiality has a legal definition. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would be expected to affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics.

source of its revenues (and therefore also earnings and cash flows), Kandi, in turn, misrepresented to investors the sustainability and prospects of these revenues.

49.    That revenue, and the ability for investors to rely on accurate revenue figures, is an important determinant of a company's value and consequently the value of a company's securities is generally accepted and well-grounded in the finance literature.

> "In fact, it is hard to imagine performing a valuation without weighing various operating metrics relative to revenue. At the most basic level, revenue is an indication of breadth of the target's customer relationships or product acceptance, which is among the defining element of a successful enterprise."[74]

> "Because forecasted revenues are so important to the process of valuing a firm, a review of a target company's revenue recognition policy is an excellent place to begin an analysis of income statement data."[75]

> "*Forecast revenues for the target company*. The projection of future revenues is, without question, the single most important step in the pro forma process. As this is the starting point, a misestimation at this stage will be compounded into a multitude of other forecasted values."[76]

> "Revenue growth is the most significant driver of shareholder value over the long term. Other drivers are very important, but tend to reach a limit in terms of value creation."[77]

> "The revenues (sales) forecast is, arguably, the most crucial and difficult estimate in the forecasting process. It is a crucial estimate because other income statement and balance sheet accounts derive, either directly or indirectly, from the revenues

---

[74] "Distressed Debt Analysis, Strategies for Speculative Investors, by Stephen G. Moyer, J. Ross Publishing, 2005, p. 115.

[75] *Valuation: Avoiding the Winner's Curse*, by Kenneth R. Ferris and Barbara S. Pecherot Petitt, Prentice Hall, 2002, p. 145.

[76] *Valuation: Avoiding the Winner's Curse*, by Kenneth R. Ferris and Barbara S. Pecherot Petitt, Prentice Hall, 2002, p. 36 (emphasis in original).

[77] *Performance Dashboards and Analysis for Value Creation*, by Jack Alexander, John Wiley & Sons, Inc., 2007, p. 79.

forecast. As a result, both the income statement and balance sheet grow with increases in revenues. The income statement reflects this growth concurrently."[78]

### 2.     *The Sustainability of Revenue is a Determinant of Value*

50.     It is a fundamental principle of financial economics that valuation is forward looking. Value and market price are functions of expectations of future performance. Therefore, sustainability is key. If investors are equipped with the knowledge that lofty past performance is not sustainable, by virtue of it being derived from illegal accounting behavior, for example, then the security price in question will be lower. When unsustainability of revenue is concealed, as the Lead Plaintiff alleges was the case on account of Kandi concealing from investors that the majority of its revenues were not to real customers but rather to related parties, that concealment would artificially inflate the Company's stock price according to these financial valuation principles.

51.     That sustainability is a determinant of value is presented in introductory and authoritative texts. For example, the Chartered Financial Analyst program curriculum include the following:

> "Market prices reflect the expectations of investors about the future performance of companies."[79]

> "When using a company's current and prior earnings as an input to forecast future earnings (for example, for use in an earnings-based valuation), an analyst focuses on the earnings that are expected to recur in the future."[80]

---

[78] *Financial Statement Analysis & Valuation*, 4th Edition, by Peter D. Easton et al., Cambridge Business Publishers, 2015, pp. 11-5.

[79] "Equity Valuation: Applications and Processes," by Jerald E. Pinto et al., Equity Valuation CFA Program Curriculum, vol. 4, CFA Institute, 2020, p. 9.

[80] "Evaluating Quality of Financial Reports," by Jack T. Ciesielski et al., Financial Reporting and Analysis CFA Program Curriculum, vol. 2, CFA Institute, 2020, p. 306.

### 3. The Quality and Reliability of Internal Controls Carries Value

52. It is well-established in the finance and accounting literature that the reliability of internal controls is an important factor that affects the value of a company's securities. The finance and accounting literature explains that with higher internal quality controls, comes lower assessed risk, and in turn, a lower cost of capital. The following quotes from peer-reviewed literature attest to these generally accepted and well-established facts.

> "After controlling for other risk factors, we find that firms with internal control deficiencies have significantly higher idiosyncratic risk, systematic risk, and cost of equity. … Overall, our cross-sectional and intertemporal change test results are consistent with internal control reports affecting investors' risk assessments and firms' cost of equity."[81]

> "The consensus among financial economists is that a rich disclosure environment and low information asymmetry have many desirable consequences. These include the efficient allocation of resources in an economy, capital market development, liquidity in the market, decreased cost of capital, lower return volatility, and high analyst forecast accuracy."[82]

> "Disclosures (i.e. information) enable investors to reduce the degree of error in estimating the parameters, which lowers a firm's cost of capital."[83]

### 4. Sudden Executive Departures Can be A Signal of Concealed Problems

53. It is a generally accepted principle in the published finance literature that management departures signal to investors the existence of potential undisclosed problems at a

---

[81] "The Effect of SOX Internal Control Deficiencies on Firm Risk and Cost of Equity," Hollis Ashbaugh-Skaife et al., *Journal of Accounting Research*, vol. 47, no. 1, 2009, p. 3.

[82] "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," by S. P. Kothari et al., *The Accounting Review*, vol. 84, no. 5, 2009, p. 1640.

[83] "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," by S. P. Kothari et al., *The Accounting Review*, vol. 84, no. 5, 2009, p. 1640.

company. An article by Karpoff, Lee and Martin in the *Journal of Financial Economics* states that management departures are recognized "trigger events" that signal potential problems relating to financial misrepresentations.

> "These trigger events generally are firm-initiated disclosures of potential problems. Common trigger events include self-disclosures of malfeasance, restatements, auditor departures, and unusual trading. Investigations by other federal agencies such as the Department of Defense and Environmental Protection Agency are another source of trigger events, along with delayed SEC filings, management departures, whistleblower charges, and routine reviews by the SEC."[84]

54.    Academic researchers are not the only ones to observe that unexpected management departures signal potential fraud concealed at a company. A *Wall Street Journal* opinion column about the Enron experience makes this point.

> "I feel a need to examine what lessons those of us who slog it out daily in the corporate trenches might gain from Enron's spectacular collapse. … Beware of, and question, unexpected executive resignations."[85]

**B.    Empirical Analysis Compel a Conclusion of Loss Causation**

55.    In order to determine whether the alleged misrepresentations, omissions, and half-truth, and their subsequent corrective disclosure, caused losses to investors, I conducted an event study. An event study examines whether a security price reacts to the release of new information. A statistically significant stock price reaction in response to the release of new information indicates that the new information caused the price change.

---

[84] "The Consequences to Managers for Financial Misrepresentation," by Jonathan D. Karpoff, D. Scott Lee and Gerald S. Martin, *Journal of Financial Economics*, 2008, p. 198.

[85] "Short-Lived Lessons From an Enron Short," by Jim Chanos, *The Wall Street Journal*, May 30, 2006.

56.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes about how it is generally accepted and widely used in academic research.[86] Gold et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[87]

57.    An event study measures how much a stock price rises or falls in response to new company-specific information. It determines how much of a stock price change is explained by market and sector factors. The portion of a stock price change that cannot be attributable to market and sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation. If the stock return is deemed statistically significant, it indicates that the stock price movement cannot be attributed to market and sector factors, or to random volatility, but rather was caused by new company-specific information.

---

[86] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, March 1997.

[87] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., in Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil, Daniel Lentz, and Elizabeth Evans, John Wiley & Sons, Inc., 2017.

### *1.    Identification of Corrective Disclosure*

58.    Following my review of the Complaint, news articles, press releases, equity analyst reports, and SEC filings as presented above, I identified two potential corrective disclosure events.

a.  **November 14, 2016:** On November 14, 2016, Kandi issued a press release announcing that, effective immediately, its CFO Mr. Wang Cheng would be resigning from the position to instead become the Company's new Chief Strategy Officer.[88]

b.  **March 13-16, 2017:** On March 13, 2017, after the close of trading, Kandi issued a press release stating that, during Kandi's internal review of its upcoming annual report and Form 10-K, the Company's management had "identified certain areas in the Company's previously issued financial statements for the years ended December 31, 2015 and 2014, and the first three quarters for the year ended December 31, 2016 (the 'Previously Issued Financial Statements'), that require adjustment … ."[89] In addition, Kandi explained that, as a result of requiring these restatements, the Company would be "reassessing its internal controls over its financial reporting and compliance programs" and further warned that "The result of this reassessment could lead the Company to conclude that there were deficiencies in its internal controls over financial reporting that constitute material weaknesses."[90] No Company-specific developments occurred on March 15, 2017. One day later, on March 16, 2017, Kandi filed its restated

---

[88] "Kandi Announces Appointments of New Chief Strategy Officer and Chief Financial Officer," *Newsfile*, November 14, 2016.

[89] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

[90] Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.

financials with the SEC in a Form 10-K wherein the Company revealed that the vast majority of its previously reported revenues were related party transactions.[91]

59.    While the first alleged corrective disclosure on November 14, 2016 did not explicitly disclose internal control issues, it was nonetheless a trigger event for investors that signaled potential issues within the Company. As highlighted in the academic literature referenced above, while not all management departures indicate that fraud has occurred, sudden departures can signal potential misdeeds on account of the link between fraud and departures. The stock price then reflects the elevated concerns. Moreover, the signals in this case were accurate according to the Plaintiff's allegations. The resulting share price decline, therefore, necessarily constituted dissipation of artificial inflation. While, theoretically, a possible alternative explanation exists for a stock price drop following an executive departure – that a company may be losing the value of an experienced and valuable manager – Kandi's poor financial performance leading up to the November 14, 2016 disclosure indicates this alternative is unlikely.

60.    The final corrective disclosure, March 13, 2017 (after the close of trading), possess all the hallmarks of a clear corrective disclosure. This was the event by which market participants learned the truth, that Kandi's internal controls were deficient, that a restatement of financial results was necessary, and that all the financial results market participants had been relying on since the start of FY 2015 were no longer reliable. All of the information market participants received via this disclosure directly relates to (and corrects) Plaintiff's allegations of misrepresentations, omissions, and/or half-truths. However, the full impact of this disclosure is not limited to only one trading day. It cannot be ignored that just two days later, on March 16, 2017,

---

[91] Kandi Technologies Group, Inc. Form 10-K for the Fiscal Year Ended December 31, 2016, filed March 16, 2017, pp. F-47.

Kandi filed restated financial statements that sought to correct the previous accounting errors, and these new financial statements revealed the full extent of the Company's previous accounting misdeeds. That is, where the March 13, 2017 disclosure (after the close of trading) revealed the existence of internal control weaknesses and accounting fraud, the March 16, 2017 Form 10-K filing detailed the economic extent of both. To appropriately capture the full extent of the alleged corrective disclosure, both the initial disclosure and the later more substantive and detailed disclosure must be considered. Therefore, I examined the final alleged disclosure on March 13, 2017 (after the close of trading) as an event window from March 14, 2017 through March 16, 2017.

### 2.    *Cumulative Event Windows*

61.    The use of both single day and multi-day event windows is appropriate in an event study and is grounded in the finance literature. Published empirical studies commonly examine event windows longer than one day and run "cumulative event studies" on multi-day windows. In fact, one of the first published event studies, conducted by recognized leaders in academic finance including future Nobel laureate Eugene Fama, was a multi-day cumulative event study. [92] Discussions of multi-day windows in the finance literature include:

> "In securities fraud cases, many experts have adopted the convention of looking at one-day, two-day, or five-day periods following an announcement."

> "The initial task of conducting an event study is to define the event of interest and identify the period over which the security prices of the firms involved in this event will be examined – the event window. For example, if one is looking at the information content of an earnings with daily data, the event will be the earnings announcement and the event window will include the one day of the announcement. It is customary to define the event window to be larger than the specific period of

---

[92] "The Adjustment of Stock Prices to New Information," by Eugene Fama, Lawrence Fisher, Michael Jensen, and Richard Roll, *International Economic Review*, 1969.

interest. This permits examination of periods surrounding the event. In practice, the period of interest is often expanded to multiple days, including at least the day of the announcement and the day after the announcement."[93]

62. Further, in a survey of academic studies, Bruner [2002] looked at numerous publications that utilized the cumulative multi-day window event study methodology.[94]

63. In a cumulative event study, the threshold for statistical significance increases as the length of the event window is increased. Therefore, the necessary price reaction to establish significance for a multi-day event is considerably higher than that required for a one-day event window.

### 3.    *Isolating the Impact of Company-Specific Information*

64. One component of an event study is to determine how much of a company's stock returns are attributable to market and sector effects, so that these factors can be isolated and removed. The method, which is generally accepted and widely used in econometric modeling, first involves running a regression to determine how a company's stock price typically behaves in relation to the overall stock market and its industry sector. Then, the regression model is used to determine how much of each event day's observed security price return can be explained by the market and industry-specific factors (the "expected return" or "explained return"). The actual return minus the explained return is the "residual return" or "abnormal return", which measures the stock return after removing both the market and industry sector effects.

65. I performed the same regression analysis as I did in the Werner Declaration. Specifically, I ran a regression modeling the return of Kandi stock as a function of 1) a constant

---

[93] "Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature*, March 1997, pp. 14-15.

[94] "Does M&A Pay? A Survey of Evidence for the Decision-Maker," by Robert F. Bruner, *Journal of Applied Finance*, Spring/Summer 2002.

term, 2) the returns of the overall U.S. stock market, 3) the returns of the overall Chinese stock market, and 4) an industry index return. The regression model is formulaically expressed as follows:

$$Rs_t = \alpha + \beta_1 Rusm_t + \beta_2 Rcm_t + \beta_3 Ri_t + \epsilon_t$$

Where:

$Rs_t$= the return of the stock;

$Rusm_t$= the return of the U.S. market index;

$Rcm_t$= the return of the Chinese market index;

$Ri_t$= the daily return of the industry index.

66.    To control for movements in the overall U.S. stock market, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index ("U.S. Market Index"), which is a generally accepted measure of the performance of the overall stock market. The U.S. Market Index incorporates payment of dividends by the constituent companies.

67.    To control for movements in the overall Chinese stock market, I used the Shanghai Stock Exchange Composite Index ("Chinese Market Index") as most of Kandi's business operations were in China. The Chinese Market Index incorporates payment of dividends by the constituent companies.

68.    To control for industry-related factors, I examined Kandi's Form 10-K and Annual Report filings during the Relevant Period in order to identify the index Kandi compared its stock price performance to. In its fiscal year 2016 Form 10-K, Kandi compared its performance to the

S&P Automobile Manufacturers Index.[95] Thus, for the purposes of my event analysis, the index I used was the S&P Automobile Manufacturers Index ("Industry Index").

69.    Exhibit-3 presents the Kandi return, U.S. Market Index return, China Market Index, and Industry Index return used in the regression model. Kandi's stock prices and trading volume are shown in Exhibit-4.[96]

70.    In the same manner as the Werner Declaration, I ran the regression from June 10, 2015 through March 13, 2017, inclusive.[97] The results of the regression are presented in Exhibit-5. The results of the event study are summarized below and presented in Exhibit-6.

#### 4.    *Event Study Results: November 14, 2016*

71.    On November 14, 2016 Kandi's share price fell 10.82% (on a logarithmic basis), on volume of 789,694 shares traded. The U.S. Market Index return on that date was 0.23%, the Chinese Market Index return was 0.45%, and the Industry Index return was -2.00%. Based on the regression model, the expected portion of the return on Kandi stock was 0.22%. The difference between the actual return of -10.82% and the expected return of 0.22% is an abnormal return of -11.04%, or -$0.41 per share.

72.    According to the event study, the abnormal return of -11.04% is associated with a *t*-statistic value of -3.42, which indicates that the residual return is statistically significant at the 90%, 95%, and 99% confidence levels. The *t*-statistic value of -3.42 indicates that the abnormal

---

[95] Kandi Technologies, Inc. Form 10-K for the Fiscal Year Ended December 31, 2016, filed March 16, 2017, p. 27.

[96] In my regression analysis, I use log returns $R_1 = \ln(P_1/P_0)$ rather than normal returns $R_1 = ((P_1-P_0)/P_0)$ where $P_1$ = ending stock price and $P_0$ = beginning stock price, as security returns are considered to be log normally distributed.

[97] The results of the regression analysis are robust to an alternative estimation period beginning on August 10, 2015, which is the start of the current Class Period. As there was no econometric basis for shortening the Class Period to begin on August 10, 2015 instead of June 10, 2015, I applied the same regression estimation period as my market efficiency analysis for consistency.

return was too severe to have been a random fluctuation. Consequently, the abnormal stock return is deemed statistically significant.

> a.    ***Identification of Potentially Confounding Information: November 14, 2016***

73.    I examined all of the Company-related news that emerged from November 14, 2016 and assessed the valuation impact, if any, of potentially confounding information. Based on my review of the information mix, there was no other Company-specific news that would reasonably have contributed to the -11.04% residual decline on November 14, 2016 other than the CFO departure announcement.

74.    I therefore conclude that the entirety of the residual decline on November 14, 2016 was caused by negative signals communicated via the sudden CFO departure. This finding demonstrates that the alleged fraud caused investor losses.

> 5.    ***Cumulative Event Study Results: March 14-16, 2017***

75.    On March 14, 2017, Kandi's share price fell 7.15% (on a logarithmic basis), on volume of 513,235 shares traded. The U.S. Market Index return on that date was -0.36%, the Chinese Market Index return was 0.07%, and the Industry Index return was 0.17%. Based on the regression model, the expected portion of the return on Kandi stock was -0.60%. The difference between the actual return of -7.15% and the expected return of -0.60% is an abnormal return of -6.54%,[98] or -$0.28 per share. According to the event study, the abnormal return of -6.54% is associated with a *t*-statistic value of -2.03, which indicates that the residual return is statistically significant at the 90% and 95% confidence levels.

---

[98] Apparent mathematical discrepancy due to rounding.

76.     On March 15, 2017, Kandi's share price remained unchanged from its previous closing price, on volume of 197,723 shares traded. The U.S. Market Index return on that date was 0.92%, the Chinese Market Index return was 0.08%, and the Industry Index return was 0.56%. Based on the regression model, the expected portion of the return on Kandi stock was 1.50%. The difference between the actual return of 0% and the expected return of 1.50% is an abnormal return of -1.50%, or -$0.06 per share. According to the event study, the abnormal return of -1.50% is associated with a $t$-statistic value of -0.47, which is not individually statistically significant.

77.     On March 16, 2017, Kandi's share price fell 9.04% (on a logarithmic basis), on volume of 644,792 shares traded. The U.S. Market Index return on that date was -0.11%, the Chinese Market Index return was 0.83%, and the Industry Index return was 0.18%. Based on the regression model, the expected portion of the return on Kandi stock was 0.10%. The difference between the actual return of -9.04% and the expected return of 0.10% is an abnormal return of -9.14%, or -$0.35 per share. According to the event study, the abnormal return of -9.14% is associated with a $t$-statistic value of -2.83, which indicates that the residual return is statistically significant at the 90%, 95%, and 99% confidence levels.

78.     The cumulative decline over the three days March 14, 15, and 16, 2017 for Kandi stock was -16.18% (on a logarithmic basis). The U.S. Market Index return over that event window was 0.45%, the Chinese Market Index return was 0.98%, and the Industry Index return was 0.91%. Based on the regression model, the expected portion of the return on Kandi stock was 1.00%. The difference between the actual cumulative return of -16.18% and the expected return of 1.00% is a cumulative abnormal return of -17.18%, which translates to a dollar decline of $0.69 per share. This cumulative abnormal return of -17.18% is associated with a cumulative $t$-statistic of -3.08, which indicates that the cumulative residual return from March 14-16, 2017 is statistically

significant at the 90%, 95%, and 99% confidence levels. A cumulative *t*-statistic value of -3.08 indicates that the cumulative abnormal return was too severe to have been a random fluctuation. Consequently, the cumulative abnormal stock return is deemed statistically significant.

### a. *Identification of Potentially Confounding Information: March 14-16, 2017*

79. I examined all of the Company-related news that emerged from March 13, 2017 (after the close of trading) through March 16, 2017 and assessed the valuation impact, if any, of potentially confounding information. Based on my review of the information mix, there was no other Company-specific news that would reasonably have contributed to the -17.18% cumulative residual decline from March 14-16, 2017 other than the restatement announcement after the close of trading on March 13, 2017, the Form 10-K filing on March 16, 2017 containing Kandi's restated financials for past fiscal periods, and the ramifications associated therewith.

80. I therefore conclude that the entirety of the residual decline on March 14-16, 2017 was caused by corrective disclosures. This finding demonstrates that the alleged fraud caused investor losses.

### 6. *Loss Causation Conclusion*

81. Based on the information content of the corrective disclosures, financial economic principles that establish the valuation import of accurate financial statements and the negative impact of restatements, academic studies that support a link between sudden management departures and negative information signals, Kandi's own statements acknowledging the economic materiality of the restatement and the affected financials, contemporaneous statements from market participants highlighting the negative implications of the restatement, and event study analysis that shows the statistically significant price declines following the corrective disclosures,

I conclude that the alleged misrepresentations, omissions, and half-truths caused investor losses when corrected.

## VII.    DAMAGES

82.    While the proceeding loss causation analysis shows that investors did suffer losses as a result of the alleged misrepresentations and omissions, the following analysis quantifies that loss on a per share basis attributable to investors who purchased Kandi stock during the Class Period.

83.    For this matter, I calculated per share damages using the "out-of-pocket" framework. The out-of-pocket measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what the purchase price of the security would have been were there no alleged fraud.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."[99]

84.    The difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud is "artificial inflation."

85.    Under the most commonly used and generally accepted out-of-pocket damages framework, recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how

---

[99] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).

much of that artificial inflation was actually lost by the investor during their holding period.[100] Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase and subsequent sale, subject to certain statutory and case law limitations.[101]

### A.    Quantifying Losses Caused the Corrective Disclosure

86.    As discussed above, the residual decline on November 14, 2016 was -$0.41 per share and the cumulative residual decline across March 14-16, 2017 was -$0.69 per share. I identified no information other than allegation-related information and its associated ramifications that could have contributed to these statistically significant Company-specific declines (*i.e.*, I identified no confounding information). Consequently, I attribute the entirety of the residual declines on November 14, 2016 and March 14-16, 2017 as corrective disclosures of the alleged fraud. These residual declines form the basis of the artificial inflation ribbon used to calculate per share damages, as described next.

---

[100] This reading of the out-of-pocket damages model is largely based on The Supreme Court decision in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (S.Ct. 2005).

[101] For example, the Private Securities Litigation Reform Act of 1995 provides the following additional limitation on damages:

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

For Class members who sell within that 90-day period, the limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold. 15 U.S.C. §78u-4(e)-(2). As the final corrective event occurred on March 16, 2017, the 90th calendar day after the corrective disclosure was June 13, 2017. The average trading price over the 90-calendar-day interval, from March 16, 2017 through June 13, 2017 is presented in Exhibit-7. The Private Securities Litigation Reform Act damages limitation can be applied formulaically to the calculation of per share damages set forth below.

### 1.    Artificial Inflation Ribbon

87.    Artificial inflation is the difference between what the security price actually was at a point in time, and what the price would have been absent the alleged fraud. An inflation ribbon is a time series indicating how much artificial inflation caused by the alleged fraud was in the security's price on each day of the relevant class period. When the security's price falls on account of a corrective disclosure, inflation dissipates. Inflation after such a disclosure and significant price movement must be less than the inflation prior to the revealing event/disclosure.

88.    The record of significant residual security price reactions to the corrective disclosures allows one to observe how much total artificial inflation had been in the security price during the Class Period. The residual return, after accounting for potentially confounding information, measures how much artificial inflation in total exited the security price, and therefore also measures how much artificial inflation had previously been in the security price.

89.    The inflation ribbon is then constructed by working chronologically backwards from the final corrective event on March 16, 2017, and cumulating fraud-related residual price declines as they occurred.[102] The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus the inflation remaining afterward. Measured by the Kandi stock price declines following the corrective disclosures, I have computed that the artificial inflation in Kandi stock at the start of the Class Period was $1.10 per share, equal to the $0.41 per share that dissipated on November 14, 2016 plus the $0.69 per share that dissipated from

---

[102] Using the fraud-related price declines on and after a corrective disclosure date to measure the amount of inflation that was in the security price prior to that date is a widely-used and generally accepted methodology. *See*, for example, "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., in Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th edition, edited by Roman Weil, Daniel Lentz, and Elizabeth Evans, John Wiley & Sons, Inc., 2017.

March 14-16, 2017. As corrective disclosures occurred, artificial inflation dissipated until ultimately reaching zero following the final corrective event on March 16, 2017.

90. As detailed above, Lead Plaintiff alleges that Defendants made misrepresentations, omissions, and half-truths throughout the Class Period by repeatedly portraying to market participants that related party transactions made up either zero or a *de minimis* amount of its quarterly reported revenues. Lead Plaintiff also alleges that Kandi misrepresented the reliability and effectiveness of its internal controls by repeatedly stating its controls were effective despite knowingly hiding from market participants the fact that the vast majority of its reported revenues were actually from related party transactions. The residual declines following the corrective disclosures, through which the market learned the truth about the Company's reliance on related party transactions, its ineffective internal controls, and its propensity to engage in fraud to deceive investors equals the diminution of value stemming from the market's reaction to these revelations. Had market participants been informed at any point during the Class Period of Kandi's reliance on related party transactions, its ineffective internal controls, and that it was engaging in fraud to hide these facts, the price of Kandi stock would have fallen at that time to reflect the negative impact of this information.

91. Furthermore, it is my opinion that measuring artificial inflation as a constant value during the Class Period using the residual declines on the corrective disclosures is a conservative approach. Throughout the Class Period, the price of Kandi stock was falling, partly as a result of poor financial performance announced in its earnings announcements and also partly due to sector effects, namely the subsidy delays from the Chinese government. At the start of the Class Period, none of these negative events had yet taken place. If Kandi had announced internal control deficiencies at the start of the Class Period when its stock price was still high, it is reasonable that

41

the stock price decline as a result of such a disclosure would be greater than what is observed when the price was lower. Furthermore, the nature of the corrective disclosure did not only inform market participants of Kandi's internal control deficiencies but also informed market participants that Kandi was using related-party transactions to boost its revenue figures. Had market participants learned that Kandi would be propping up its business prospects by hiding the fact that its revenues were unsustainable, the price decline in response to such a disclosure would be higher when the prospects of the Company were still lofty at the start of the Class Period compared to the end of the Class Period when the market expectations had already been tempered.

92.    Exhibit-8 presents the fully constructed artificial inflation ribbon.

### 2.    Per Share Damages Formula

93.    As an example of how per share damages are computed for a particular investor, consider an investor who purchased Kandi stock on January 11, 2016 for $8.72 per share and sold those shares at the close of trading on March 16, 2017 for $3.70 per share. The inflation on January 11, 2016 was $1.10 per share, and at the close of trading on March 16, 2017 it was $0.00 per share. According to the change in inflation, this investor's economic/inflation loss is $1.10 per share, equal to the decline in inflation over his holding period ($1.10 minus $0). The investment loss is $5.02 per share, equal to the $8.72 purchase price minus the $3.70 per share sale price. The per share damages are the lesser of the economic/inflation loss and the investment loss, which is $1.10 per share.

94.    Based on the foregoing analysis and statutory formulas, out-of-pocket damages per share range from $0 to $1.10 per share, excluding prejudgment interest. A particular investor's damages depend on when during the Class Period each share was purchased and if and when each respective share was subsequently sold.

## VIII.  LIMITING FACTORS AND OTHER ASSUMPTIONS

95.     My analyses and opinions are based on the information available as of the date of this declaration. Should any additional data or information become available subsequent to the submission of this declaration, I reserve the right to supplement or amend this declaration based on this new information.


Dated:     February 12, 2025

_____
Adam Werner, PhD
Managing Director, SEDA

43

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

## EDUCATION

1998        Northwestern University, Kellogg Graduate School of Management
            Ph.D. in Finance

1992        Oberlin College
            B.A. in Economics with Honors

## TEACHING EXPERIENCE

2014 – 2023        Cal Poly San Luis Obispo
                   Orfalea College of Business
                   San Luis Obispo, CA
                   Lecturer in Economics

## BUSINESS EXPERIENCE

2023 – Present        SEDA Experts

2015 – 2023        Crowninshield Financial Research

2018 – 2021        Pismo Beach Planning Commission

2009 – 2015        Gnarus Advisors/Berkeley Economic Consulting

2008 – 2009        LitiNomics

2004 – 2008        CRA International

2000 – 2003        National Economic Research Associates, Inc.

1998 – 2000        Cornerstone Research

1992 – 1993        Federal Reserve Bank of Cleveland

## PAPERS AND PUBLICATIONS

"The Impact of Underwriter Reputation on Equity Offering: An Empirical Study."
Thesis, 1999.

"The Long-Run Performance of Underwriters and its Impact on Seasoned Equity
Offerings." 1999.

"Dynamic Measures of Underwriter Reputation: A Study of IPO's." 1999.

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

"CAFE Economics: A Note on the Limits and Effectiveness of Fuel Economy Regulation." With Stephen Sheppard, 1992.

"Validation of Aggregate Damage Estimates in Securities Class Actions." with Narinder Walia, Law360, 2021.

"Trading Models Underestimate Securities Class Damages." with Narinder Walia, Law360, 2019.

"More 'Dark Pools" Deepen Litigation Issues." Law360, 2013.

"Recent Trends in Securities Class Action Litigation: Will Enron and Sarbanes-Oxley Change the Tides." with Elaine Buckberg, Todd Foster and Ronald Miller, 2003.

"The Effects of the PSLRA and Subsequent Events on Securities Litigation." With Fred Dunbar and Todd Foster, prepared for the New York City Bar Association, 2003.

"The Energy Tax: Who Pays?" joint with Mark Schweitzer, in Federal Reserve Bank of Cleveland's Economic Commentary, 1993.

## PRESENTATIONS

"Cause or Effect: Are Settlement Statistics Driving Down Settlements?" Presentation to Robbins Geller Rudman & Dowd, LLP in San Diego, CA on October 10, 2013, Wolf Popper, LLP in New York, NY on September 18, 2013, Abraham, Fruchter & Twersky, LLP in New York, NY on September 17, 2013, Robbins Geller Rudman & Dowd, LLP in Melville, NY on September 11, 2013, Entwistle & Cappucci, LLP in New York, NY on September 10, 2013, and Faruqi & Faruqi, LLP in New York, NY on September 10, 2013.

"The Economics of Securities Litigation." Sidley & Austin in Los Angeles, CA on March 14, 2007.

"The Global Cost of Capital." Panel discussion on valuing assets in foreign countries at the University of Texas School of Law VALCON conference in Las Vegas on February 8, 2007.

"Economic Damages in Securities Fraud Matters." NERA Luncheon Seminars with Alan Cox given at the Fifth Avenue Suites Hotel in Portland, OR on November 19, 2002 and at the W Hotel in Seattle, WA on November 20, 2002.

"Shareholder Class Actions: Calculation of Damages." Presentation to Skadden, Arps, Slate, Meagher & Flom, LLP in San Francisco, CA on October 30, 2002, Marsh FINPRO in San Francisco, CA on September 18, 2002, Marsh Risk & Insurance Services in San

45

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

Diego, CA on September 17, 2002 and Marsh FINPRO in Los Angeles, CA on September 13, 2002.

"Capital Formation: Class Action Litigation and Prevention." Speech and panel discussion focusing on securities class action litigation, which sometimes arise from initial public offerings and/or market volatility in the aftermarket. Presented at the 2002 CALBIO Summit in San Diego, CA on April 23, 2002.

"Shareholder Class Actions after the NASDAQ Bubble." Speech given to the Securities Litigation Sub-Committee of the Colorado Bar Association at Holland & Hart, LLP in Denver, CO on April 17, 2002.

"Trends in Litigation: How Claims and Losses Are Valued." Speech at the American Bankers Association Insurance Risk Management Annual Conference in San Diego, CA on February 4, 2002.

"Recent Trends in Securities Litigation." "Basic Economic Analysis in Securities Class Action" and "Challenging the Efficient Market Assumption in Securities Class Action Matters." presented to Cooley Godward in San Diego, CA on November 28, 2001. "Recent Trends in Securities Litigation." presentation with Marcia Mayer given at Howard, Rice, Nemerovski, Canady, Falk & Rabkin in San Francisco, CA on November 27, 2001.

"Recent Trends in Securities Litigation." presentation given to Marsh USA in Denver, CO on November 8, 2001, and Thelen, Reid & Priest in Los Angeles, CA on November 6, 2001.

"Financial Economics in Litigation." speech presented to Simpson, Thacher & Bartlett in Palo Alto, CA on July 31, 2001, Baker & McKenzie in San Diego, CA on July 18, 2001, Brobeck, Phleger & Harrison in San Francisco, CA on June 25, 2001 and to Latham & Watkins in San Francisco, CA on June 26, 2001.

"Economic Analysis in Securities Fraud Cases." Speech with Alan Cox delivered to Morrison & Forester, San Francisco, CA on July 25, 2001.

"Recent Trends: Shareholder Class Actions Five Years After the PSLRA." speech presented to Shearman & Sterling in San Francisco, CA on May 23, 2001, O'Melveny & Myers in Los Angeles, CA on May 30, 2001, and Gray, Cary, Ware & Freidenrich in San Diego, CA on June 6, 2001.

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

## EXPERT REPORTS AND TESTIMONY

*LetsGoBrandon.com Foundation v. National Association for Stock Car Racing, LLC.* Issued a declaration on aggregate damages (2024), a rebuttal declaration (2025), and provided deposition testimony (2025) in a complex business litigation matter (Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida).

*David Rigo Fernandez v. Douyu International Holdings Limited, Shaojie Chen, and Mingming Su.* Issued a declaration on damages in a securities class action (U.S.D.C. District of New Jersey, 2024).

*Mary Laliberte and Marie McKnight, et al. v. Quanta Services, Inc., et al.* Issued a report (2024), provided deposition testimony (2024), and issued a supplemental report (2024), on damage methodology in an ERISA case (U.S.D.C. Southern District of Texas).

*In re January 2021 Short Squeeze Trading Litigation.* Issued a declaration (2023), a reply declaration (2023), provided deposition testimony (2023) on market efficiency and damage methodology, and issued a declaration on *Cammer* factors 1-4 (2024) in a securities class action (U.S.D.C. Southern District of Florida).

*In Re Astec Industries, Inc. Securities Litigation.* Issued a declaration (2023), provided deposition testimony (2024), and issued a rebuttal declaration (2024) on market efficiency and damage methodology in a securities class action (U.S.D.C. Eastern District of Tennessee).

*Peter Trauernicht, et al. v. Genworth Financial Inc. Retirement Savings Plan.* Issued a report (2024), supplemental report (2024), and provided deposition testimony (2024) on damage methodology in an ERISA case (U.S.D.C. Eastern District of Virginia).

*In re Kandi Technologies Group, Inc. Securities Litigation.* Issued a declaration (2023) and provided deposition testimony (2024) on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Christopher Arbour, et al. v. Tingo Group Inc., et al.* Issued a declaration on loss causation in a securities class action (U.S.D.C. District of New Jersey, 2023).

*Bo Shen, et al. v. Exela Technologies, Inc., et al.* Issued a declaration (2023) and provided deposition testimony (2023) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Texas).

*In re XL Fleet Corp. Securities Litigation.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York, 2023).

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*In re Nio, Inc. Securities Litigation.* Issued a declaration (2022), a reply declaration (2022) and provided deposition testimony (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. Eastern District of New York).

*Gelt Trading, LTD. v. Co-Diagnostics, Inc., et al.* Issued a declaration (2022) and a reply declaration (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Utah, Central Division).

*6D Global Technologies, Inc. Securities Litigation.* Issued a declaration on loss causation and damages in a securities class action (U.S.D.C. Southern District of New York, 2022).

*In re Omega Healthcare Investors, Inc. Securities Litigation.* Issued a report (2022), a rebuttal report (2022) and provided deposition testimony (2022) on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Securities and Exchange Commission v. Bradley C. Davis.* Issued a report (2021), a rebuttal report (2021), provided deposition testimony (2021) and trial testimony (2022) on materiality in a case brought by the SEC (U.S.D.C. Central District of California).

*Andrew Trampe, et. al. v. CD Projekt S.A.* Issued a declaration on aggregate damages in a securities class action (U.S.D.C. Central District of California, 2022).

*In re Global Brokerage, Inc. f/k/a/ FXCM Inc.* Issued a report (2020), a rebuttal report (2020), provided deposition testimony (2020) and testified (2020) on market efficiency and damage methodology in a securities class action. Issued a report (2021), a rebuttal report (2021) and provided deposition testimony (2021) on loss causation and damages (U.S.D.C. Southern District of New York).

*George Barney, et al. v. Nova Lifestyle, Inc., et al.* Issued a report on market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California, 2021).

*Peter Voulgaris, et al. v. Array Biopharma Inc., et al.* Issued a report (2021) and provided deposition testimony (2021) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Colorado).

*In re Innocoll Holdings Public Limited Company Securities Litigation.* Issued a report (2020), a rebuttal report (2020) and provided deposition testimony (2020) on market efficiency and damage methodology in a securities class action (U.S.D.C. Eastern District of Pennsylvania).

*Michael Tietz, et al. v. Crytobloc Technologies Corp., et al.* Issued a report on price impact in a securities class action (Supreme Court of British Columbia, 2020).

48

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*In re Horsehead Holding Corp. Securities Litigation.* Issued a report (2020) and provided deposition testimony (2020) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Delaware).

*Bing Li, et al. v. Aeterna Zentaris, Inc., et al.* Issued a declaration (2016), a report (2017), and provided deposition testimony (2017) on market efficiency and damage methodology in a securities class action. Issued a declaration (2019) a reply report (2019), and provided deposition testimony (2020) on loss causation and damages (U.S.D.C. District of New Jersey).

*In re Patriot National Inc. Securities Litigation.* Issued a declaration (2019) and a supplemental declaration (2019) on damages in a securities class action (U.S.D.C. Southern District of New York).

*Hamza Ramzan, et al. v. GDS Holdings Limited, et al.* Issued a declaration on NASDAQ microstructure in a securities class action (U.S.D.C. Eastern District of Texas, Marshall Division, 2019).

*Ivan Nibur, et al. v. SandRidge Mississippian Trust I, et al.* Issued a declaration (2018), a reply declaration (2018), a supplemental reply declaration (2018), and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action. Issued a declaration (2019) a rebuttal declaration (2019), and provided deposition testimony (2019) on loss causation and damages (U.S.D.C. Western District of Oklahoma).

*In Re Insys Theraputics, Inc. Securities Litigation.* Issued a report on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York, 2019).

*In Re Spectrum Pharmaceuticals, Inc. Securities Litigation.* Issued a declaration (2019) and provided deposition testimony (2019) on market efficiency and damage methodology in a securities class action (U.S.D.C. District of Nevada).

*Amanda Beezley et al. v. Fenix Parts, Inc., et al.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Illinois, Eastern Division, 2019).

*Wayne Mucha, et al. v. Volkswagen Aktiengesellschaft, et al.* Issued a declaration regarding benefits to firms that have ADRs listed in a securities class action (U.S.D.C. Eastern District of New York, 2018).

*Michael Desta, et al. v. Wins Finance Holdings Inc., et al.* Issued a declaration (2018) and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*Andrew Meyer, et al. v. Concordia International Corp., et al.* Issued a declaration (2018), a reply declaration (2018), and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action. Issued a declaration (2018), a reply declaration (2018), and provided deposition testimony (2018) on loss causation and damages (U.S.D.C. Southern District of New York).

*In re: K12 Securities Litigation.* Issued a declaration (2018) and provided deposition testimony (2018) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of California).

*Robert Colman, et al. v. Theranos, Inc., et al.* Issued a declaration on damage methodology and price impact in a securities class action (U.S.D.C. Northern District of California, San Jose Division, 2018).

*In re: CytRx Corporation Securities Litigation.* Issued a declaration (2017) and provided deposition testimony (2018) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

*Lord Abbett Affiliated Fund, Inc., et al. v. American International Group, Inc.* Issued a report regarding market efficiency, loss causation, and damages in a securities case (U.S.D.C. Southern District of New York, 2017).

*Xiaolin Chi, et al. v. Qiao Xing Universal Resources, Inc., et al.* Issued a report on damages in a securities class action (District Court of the Virgin Islands, St. Croix Division, 2017).

*John Hosey v. Twitter, Inc., et al.* Issued a declaration (2017) and provided deposition testimony (2017) regarding rebuttal to Defendants' Motion for Summary Judgement in a securities class action (Superior Court of the State of California, County of San Mateo).

*Gwyn R. Hartman Revocable Living Trust v. Southern Michigan Bancorp, Inc. et al.* Issued a report on damages arising from alleged exclusions in a proxy solicitation (U.S.D.C. Western District of Michigan, 2017).

*Fred Kelsey, et al. v. Textura Corporation, et al.* Issued a declaration (2017) and provided deposition testimony (2017) on market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Illinois).

*Dave Carlton, et al. v. Fred Cannon.* Issued a declaration on market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of Texas, Houston Division, 2016).

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*James Middlemiss v. Penn West Petroleum LTD., et al*. Issued a report on damages in a securities class action (Superior Court of Justice Ontario, Canada, 2016).

*David Loritz, et al. v. Exide Technologies, et al.* Issued a report on damages and loss causation in a securities class action (U.S.D.C. Central District of California, 2015)

*Manishkumar Khunt, et al. v. Alibaba Group Holding Limited, et al.* Issued a declaration on potential investor damages in a securities class action (U.S.D.C. Southern District of New York, 2015).

*Biotechnology Value Fund, L.P. et al. v. Celera Corporation et al.*  Issued a report (2014), a reply report (2014), a supplemental report (2014), and provided deposition testimony (2014) on damages arising from a merger (U.S.D.C. Northern District of California).

*In re: Hi-Crush Partners L.P. Securities Litigation.*  Issued a declaration (2014), a supplemental declaration (2014), and provided deposition testimony (2014) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Southern District of New York).

*Ian Mausner v. MarketByte LLC, et al.*  Issued a declaration about investment advisor incentives and liquidity needs in a securities class action (U.S.D.C. Southern District of California, 2014).

*Artes Medical, Inc. v. Lemperle et al.* Provided deposition testimony on behalf of defendants about alleged damages caused by a proxy contest (Superior Court of the State of California, County of San Diego, Central District, 2013).

*In re: Ebix Inc. Securities Litigation.* Issued a declaration (2012) and provided deposition testimony (2013) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Northern District of Georgia, Atlanta Division).

*Erik Poole and William Rhody v. Alange Energy Corp., et al.* Issued a report (2012) and a reply report (2013) on market efficiency and damages in a securities class action (Superior Court of Justice Ontario, Canada).

*In re: Hecla Mining Securities Litigation.* Issued a declaration on investor losses in a securities class action (U.S.D.C. District of Idaho, 2012).

*Mark Henning, et al. v. Orient Paper, Inc. et al.* Issued a declaration (2011), a supplemental declaration (2012) and provided deposition testimony (2012) regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

51

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*Carlos Munoz et al. v. China Expert Technology, Inc., et al.* Issued a declaration (2012), a supplemental declaration (2012) and provided deposition testimony (2012) in a securities class action regarding market efficiency and damage methodology (U.S.D.C. Southern District of New York).

*Theodore Dean, et al. v. China Agritech, Inc., et al.* Issued a declaration (2012), a supplemental declaration (2012) and provided deposition testimony (2012) in a case regarding market efficiency and damage methodology in a securities class action (U.S.D.C. Central District of California).

*Robert Michael Shenk, Derivatively on Behalf of Sirius XM Radio Inc. v. Melvin Alan Karmazin, et al.* Issued an expert report (2011), a supplemental expert report (2012) and provided deposition testimony (2012) in a case involving damages in a shareholder derivative matter (U.S.D.C. Southern District of New York).

*Pathway Investments Pty Ltd and Doystoy Pty Ltd v. National Australia Bank Ltd.* Submitted a report on survey techniques, the efficient market hypothesis and liquidity in a securities class action (Supreme Court of Victoria at Melbourne, Australia, Commercial and Equity Division, Commercial Court, 2012).

*Bruce Simmonds, Robert Grant and Gordon Moore v. Armtec Infrastructure Inc. et al.* Issued a report on market efficiency and damages in a securities class action (Superior Court of Justice Ontario, Canada, 2011).

*In re: BP plc. Securities Litigation*. Issued a declaration regarding damages and materiality in a securities class action (U.S.D.C. Southern District of Texas, Houston Division, 2010).

*In re: Tripath Technology Inc., Debtor*. Issued a report (2009) and provided deposition testimony (2010) regarding damages arising from Directors' and Officers' breach of fiduciary duty in bankruptcy court (U.S.D.C. Northern District of California, San Jose Division).

*David Ainslie and Muriel Marentette v. CV Technologies et al*. Issued a report estimating damages in a securities class action (Superior Court of Justice, Ontario, Canada, 2010).

*Harry Stackhouse, on Behalf of Himself and All Others Similarly Situated v. Toyota Motor Corporation, et al.* Issued a declaration regarding the relationship between Toyota's U.S. stock price and Japanese stock price in a securities class action (U.S.D.C. Central District of California, 2010).

*Phillip Elliot and William Kormos v. NovaGold Resources Inc., et al.* Issued a declaration in a securities class action regarding trading volume in the U.S. versus Canada. (Superior Court of Justice, Ontario, Canada, 2010).

52

**Exhibit-1**
**Curriculum Vitae**
**Adam Werner, Ph.D.**

*International Arbitration between a private equity firm and Chinese biotech company.* Issued a report (2008) and testified (2009) before an International Arbitration Committee regarding the value of a private equity investment.

*Arbitration between Albert Richards and Old Republic Title Insurance.* Deposed regarding estimated damages incurred by plaintiff as a result of a forced sale of Russian securities due to Old Republic's breach of contract (2008).

*Californians United for a Responsible Budget, et al., v. California State Public Works Board, et al.* Issued a report on the cost of issuing revenue bonds to fund California prison expansion (The Superior Court for the State of California, County of Sacramento, 2008).

*Arbitration between Daniel Lyons and Morgan Lyons, and Chinese Hospital Association and Sam English.* Deposed regarding plaintiffs' calculated damages arising from asbestos exposure for plaintiff (2003).

**Exhibit-2**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- Second Amended Complaint For Violation Of The Federal Securities Laws, filed December 3, 2021.
- Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, filed March 7, 2024.
- Opinion and Order, dated September 30, 2024.

## EXPERT REPORTS

- Declaration of Dr. Adam Werner, dated November 8, 2023.
- Rebuttal Declaration of Dr. Adam Werner, dated April 1, 2024.

## NEWS ARTICLES AND PRESS RELEASES

- "Kandi Technologies Announces Second Quarter 2015 Financial Results," *GlobeNewswire*, August 10, 2015.
- "Kandi Technologies Reports Third Quarter 2015 Financial Results," *Newsfile*, November 9, 2015.
- "Kandi Technologies Reports Fourth Quarter and Full Year 2015 Financial Results," *Newsfile*, March 14, 2016.
- "Kandi Technologies Reports First Quarter 2016 Financial Results," *Newsfile*, May 10, 2016.
- "Kandi Technologies Reports Second Quarter 2016 Financial Results," *Newsfile*, August 9, 2016.
- "Kandi Technologies Reports Third Quarter 2016 Financial Results," *Newsfile*, November 9, 2016.
- "Kandi Announces Appointments of New Chief Strategy Officer and Chief Financial Officer," *Newsfile*, November 14, 2016.

## DOCUMENTS OBTAINED FROM COUNSEL

- [KANDI-SDNY_00063340].
- [KANDI-SDNY_00063348].
- [KANDI-SDNY_00072165].
- [KANDI-SDNY_00082785].
- [KANDI-SDNY_00007850].
- [KANDI-SDNY_00007383].

**Exhibit-2**

**Documents and Other Information Considered**

- [KANDI-SDNY_000042061].
- [KANDI-SDNY_00063330].
- [KANDI-SDNY_00072184].
- [KANDI-SDNY_00073216].
- [KANDI-SDNY_00082785].
- [KANDI-SDNY_00082808].
- [KANDI-SDNY_000633481].
- [KANDI-SDNY_000827793].

**SEC FILINGS**

- Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2015, filed August 9, 2015.
- Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2015, filed November 9, 2015.
- Kandi Technologies Group, Inc., Form 10-K for the Fiscal Year Ended December 31, 2015, filed March 14, 2016.
- Kandi Technologies Group, Inc,. Form 8-K, filed April 13, 2016.
- Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended March 31, 2016, filed May 10, 2016.
- Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended June 30, 2016, filed August 9, 2016.
- Kandi Technologies Group, Inc., Form 10-Q for the Quarter Ended September 30, 2016, filed November 9, 2016.
- Kandi Technologies Group, Inc. Form 8-K, filed November 17, 2016.
- Kandi Technologies Group, Inc. Form 8-K, filed March 13, 2017.
- Kandi Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2016, filed March 16, 2017.

**ACADEMIC AND PROFESSIONAL LITERATURE**

- Alexander, Jack, *Performance Dashboards and Analysis for Value Creation*, John Wiley & Sons, Inc., 2007.
- Ashbaugh-Skaife, Hollis, et al., "The Effect of SOX Internal Control Deficiencies on Firm Risk and Cost of Equity," *Journal of Accounting Research*, vol. 47, no. 1, 2009.
- Bruner, Robert F., "Does M&A Pay? A Survey of Evidence for the Decision-Maker," *Journal of Applied Finance*, Spring/Summer 2002.

**Exhibit-2**

**Documents and Other Information Considered**

- Ciesielski, Jack T., et al., "Evaluating Quality of Financial Reports," Financial Reporting and Analysis CFA Program Curriculum, vol. 2, CFA Institute, 2020.
- Easton, Peter D., et al., *Financial Statement Analysis & Valuation*, 4th Edition, Cambridge Business Publishers, 2015.
- Fama, Eugene, Lawrence Fisher, Michael Jensen, and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review*, 1969.
- Ferris, Kenneth, and Barbara S. Pecherot Petitt, *Valuation: Avoiding the Winner's Curse*, Prentice Hall, 2002.
- Gold, Kevin, et al., "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th ed., edited by Roman Weil, Daniel Lentz, and Elizabeth Evans, John Wiley & Sons, Inc., 2017.
- Karpoff, Jonathan, D. Scott Lee, and Gerald S. Martin,  "The Consequences to Managers for Financial Misrepresentation," *Journal of Financial Economics*, 2008.
- Kothari, S.P., et al., "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis," *The Accounting Review*, vol. 84, no. 5, 2009.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, March 1997.
- Moyer, Stephen G., *Distressed Debt Analysis, Strategies for Speculative Investors*, J. Ross Publishing, 2005.
- Pinto, Jerald E., et al., "Equity Valuation: Applications and Processes," Equity Valuation CFA Program Curriculum, vol. 4, CFA Institute, 2020.

**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva

**LEGAL CASES**

- *Dura Pharmaceuticals, Inc. v. Broudo, 544 U.S. 336* (S.Ct. 2005).

**OTHER**

- 15 U.S.C. §78u-4(e)-(2).
- Private Securities Litigation Reform Act of 1995.

**Exhibit-2**

**Documents and Other Information Considered**

- "Short-Lived Lessons From an Enron Short," by Jim Chanos, *The Wall Street Journal*, May 30, 2006.
- Other documents cited in my Declaration.

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

|  | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
|  |  | **Regression Inputs** | | | |
|  | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [1] | 6/10/2015 | 1.30% | 1.18% | -0.14% | 0.97% |
| [2] | 6/11/2015 | 6.18% | 0.23% | 0.32% | 0.87% |
| [3] | 6/12/2015 | 6.30% | -0.63% | 0.90% | 0.01% |
| [4] | 6/15/2015 | -3.79% | -0.45% | -1.99% | -0.98% |
| [5] | 6/16/2015 | 0.79% | 0.56% | -3.51% | 0.01% |
| [6] | 6/17/2015 | -1.58% | 0.17% | 1.64% | 0.33% |
| [7] | 6/18/2015 | -1.31% | 1.00% | -3.74% | 0.93% |
| [8] | 6/19/2015 | -4.23% | -0.45% | -6.55% | -0.23% |
| [9] | 6/22/2015 | -1.70% | 0.58% | 0.00% | 0.18% |
| [10] | 6/23/2015 | 0.11% | 0.09% | 2.22% | 0.72% |
| [11] | 6/24/2015 | 0.00% | -0.79% | 2.46% | -0.64% |
| [12] | 6/25/2015 | -1.51% | -0.28% | -3.52% | -0.79% |
| [13] | 6/26/2015 | -1.87% | -0.05% | -7.66% | -0.54% |
| [14] | 6/29/2015 | -6.29% | -2.15% | -3.39% | -2.89% |
| [15] | 6/30/2015 | 6.51% | 0.33% | 5.41% | 0.09% |
| [16] | 7/1/2015 | -3.03% | 0.63% | -5.36% | -0.45% |
| [17] | 7/2/2015 | -1.03% | -0.08% | -3.54% | -0.21% |
| [18] | 7/6/2015 | -3.76% | -0.35% | 2.39% | -1.06% |
| [19] | 7/7/2015 | -7.19% | 0.56% | -1.06% | 0.51% |
| [20] | 7/8/2015 | -7.75% | -1.66% | -6.05% | -4.11% |
| [21] | 7/9/2015 | 5.93% | 0.24% | 5.66% | -0.41% |
| [22] | 7/10/2015 | -0.39% | 1.23% | 4.62% | 1.13% |
| [23] | 7/13/2015 | 5.87% | 1.08% | 2.37% | 1.01% |
| [24] | 7/14/2015 | 0.37% | 0.48% | -1.16% | 0.79% |
| [25] | 7/15/2015 | -4.68% | -0.18% | -3.07% | -0.68% |
| [26] | 7/16/2015 | -2.36% | 0.74% | 0.47% | -1.82% |
| [27] | 7/17/2015 | 1.19% | 0.01% | 3.49% | 0.54% |
| [28] | 7/20/2015 | 0.26% | 0.01% | 0.88% | -0.68% |
| [29] | 7/21/2015 | 2.83% | -0.45% | 0.64% | -0.40% |
| [30] | 7/22/2015 | -3.49% | -0.16% | 0.26% | -0.49% |
| [31] | 7/23/2015 | -0.53% | -0.59% | 2.41% | 2.39% |
| [32] | 7/24/2015 | -3.77% | -1.09% | -1.29% | -1.46% |
| [33] | 7/27/2015 | -6.37% | -0.66% | -8.85% | 0.62% |
| [34] | 7/28/2015 | 4.15% | 1.21% | -1.69% | 1.48% |
| [35] | 7/29/2015 | 3.04% | 0.73% | 3.39% | 2.87% |
| [36] | 7/30/2015 | -2.90% | 0.06% | -2.22% | -0.47% |

58

## Exhibit 3. Kandi Technologies Group, INC. (KNDI) -
## U.S. Market Index, Chinese Market Index, and Industry Index Returns
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [37] | 7/31/2015 | 2.08% | -0.13% | -1.14% | -1.58% |
| [38] | 8/3/2015 | -3.49% | -0.31% | -1.12% | 0.65% |
| [39] | 8/4/2015 | 3.08% | -0.20% | 3.62% | -0.32% |
| [40] | 8/5/2015 | -0.83% | 0.35% | -1.66% | -0.33% |
| [41] | 8/6/2015 | 5.28% | -0.83% | -0.90% | 0.46% |
| [42] | 8/7/2015 | 0.66% | -0.31% | 2.24% | -0.27% |
| [43] | 8/10/2015 | -7.47% | 1.28% | 4.81% | 1.00% |
| [44] | 8/11/2015 | -2.28% | -0.93% | -0.01% | -2.61% |
| [45] | 8/12/2015 | 0.86% | 0.08% | -1.06% | -0.03% |
| [46] | 8/13/2015 | -2.46% | -0.12% | 1.74% | 0.38% |
| [47] | 8/14/2015 | 0.29% | 0.42% | 0.28% | 0.85% |
| [48] | 8/17/2015 | 3.59% | 0.62% | 0.71% | -0.23% |
| [49] | 8/18/2015 | 8.25% | -0.31% | -6.34% | 0.72% |
| [50] | 8/19/2015 | 0.39% | -0.85% | 1.22% | -0.35% |
| [51] | 8/20/2015 | -6.27% | -2.21% | -3.48% | -2.41% |
| [52] | 8/21/2015 | -6.55% | -2.98% | -4.36% | -4.06% |
| [53] | 8/24/2015 | -11.52% | -4.02% | -8.87% | -5.50% |
| [54] | 8/25/2015 | -2.68% | -1.25% | -7.94% | -2.08% |
| [55] | 8/26/2015 | 2.51% | 3.58% | -1.28% | 2.62% |
| [56] | 8/27/2015 | 9.00% | 2.39% | 5.20% | 2.23% |
| [57] | 8/28/2015 | 1.65% | 0.20% | 4.71% | 1.39% |
| [58] | 8/31/2015 | 0.44% | -0.78% | -0.82% | 1.18% |
| [59] | 9/1/2015 | -6.41% | -2.93% | -1.24% | -1.79% |
| [60] | 9/2/2015 | -0.63% | 1.77% | -0.20% | 1.46% |
| [61] | 9/3/2015 | -2.25% | 0.14% | 0.00% | -0.28% |
| [62] | 9/4/2015 | -0.16% | -1.43% | 0.00% | -1.52% |
| [63] | 9/8/2015 | 3.67% | 2.44% | 2.88% | 1.91% |
| [64] | 9/9/2015 | -2.54% | -1.34% | 2.27% | -0.96% |
| [65] | 9/10/2015 | -0.97% | 0.49% | -1.40% | 1.89% |
| [66] | 9/11/2015 | 1.13% | 0.47% | 0.07% | 0.12% |
| [67] | 9/14/2015 | -6.46% | -0.39% | -2.71% | 1.10% |
| [68] | 9/15/2015 | 4.19% | 1.23% | -3.58% | 2.53% |
| [69] | 9/16/2015 | 3.39% | 0.87% | 4.78% | 1.60% |
| [70] | 9/17/2015 | -0.96% | -0.14% | -2.12% | -0.01% |
| [71] | 9/18/2015 | -2.27% | -1.59% | 0.42% | -2.37% |
| [72] | 9/21/2015 | 0.82% | 0.35% | 1.88% | 0.32% |

59

## Exhibit 3. Kandi Technologies Group, INC. (KNDI) –
## U.S. Market Index, Chinese Market Index, and Industry Index Returns
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [73] | 9/22/2015 | -1.97% | -1.29% | 0.92% | -2.45% |
| [74] | 9/23/2015 | -2.01% | -0.23% | -2.17% | -1.43% |
| [75] | 9/24/2015 | 0.84% | -0.37% | 0.86% | -0.54% |
| [76] | 9/25/2015 | -3.24% | -0.21% | -1.61% | -0.53% |
| [77] | 9/28/2015 | -8.87% | -2.68% | 0.27% | -3.02% |
| [78] | 9/29/2015 | -3.47% | 0.02% | -2.04% | 1.04% |
| [79] | 9/30/2015 | 2.90% | 1.85% | 0.48% | 3.06% |
| [80] | 10/1/2015 | 2.82% | 0.15% | 0.00% | 1.37% |
| [81] | 10/2/2015 | 5.93% | 1.47% | 0.00% | 2.81% |
| [82] | 10/5/2015 | 7.24% | 1.85% | 0.00% | 0.82% |
| [83] | 10/6/2015 | 3.98% | -0.41% | 0.00% | 1.11% |
| [84] | 10/7/2015 | 2.62% | 0.93% | 0.00% | 2.80% |
| [85] | 10/8/2015 | -0.30% | 0.87% | 2.92% | 1.40% |
| [86] | 10/9/2015 | 5.78% | 0.11% | 1.26% | -0.72% |
| [87] | 10/12/2015 | 8.94% | 0.06% | 3.24% | 0.13% |
| [88] | 10/13/2015 | -5.27% | -0.76% | 0.17% | 0.00% |
| [89] | 10/14/2015 | 2.74% | -0.51% | -0.94% | 0.54% |
| [90] | 10/15/2015 | 5.90% | 1.53% | 2.29% | 0.74% |
| [91] | 10/16/2015 | -1.02% | 0.37% | 1.58% | -0.01% |
| [92] | 10/19/2015 | 17.09% | 0.04% | -0.14% | 0.42% |
| [93] | 10/20/2015 | 3.20% | -0.14% | 1.13% | 0.39% |
| [94] | 10/21/2015 | -4.18% | -0.72% | -3.10% | 2.65% |
| [95] | 10/22/2015 | -4.82% | 1.49% | 1.44% | 0.60% |
| [96] | 10/23/2015 | 3.50% | 1.02% | 1.29% | 0.99% |
| [97] | 10/26/2015 | -4.42% | -0.21% | 0.50% | -0.33% |
| [98] | 10/27/2015 | 1.50% | -0.37% | 0.14% | -3.69% |
| [99] | 10/28/2015 | 8.95% | 1.37% | -1.74% | 1.14% |
| [100] | 10/29/2015 | -2.22% | -0.16% | 0.36% | -1.48% |
| [101] | 10/30/2015 | 0.43% | -0.41% | -0.14% | 0.50% |
| [102] | 11/2/2015 | 2.73% | 1.28% | -1.71% | 0.66% |
| [103] | 11/3/2015 | 7.09% | 0.26% | -0.25% | 0.49% |
| [104] | 11/4/2015 | 4.98% | -0.28% | 4.22% | -1.05% |
| [105] | 11/5/2015 | -2.04% | -0.10% | 1.81% | -0.26% |
| [106] | 11/6/2015 | 0.93% | 0.02% | 1.89% | 0.23% |
| [107] | 11/9/2015 | -18.25% | -0.97% | 1.57% | -0.80% |
| [108] | 11/10/2015 | 7.50% | 0.19% | -0.18% | -0.25% |

60

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [109] | 11/11/2015 | -1.98% | -0.39% | 0.27% | 0.01% |
| [110] | 11/12/2015 | 2.80% | -1.47% | -0.48% | -1.61% |
| [111] | 11/13/2015 | -1.34% | -1.05% | -1.44% | -1.52% |
| [112] | 11/16/2015 | 6.82% | 1.39% | 0.73% | 1.64% |
| [113] | 11/17/2015 | -0.78% | -0.13% | -0.06% | 0.45% |
| [114] | 11/18/2015 | -0.29% | 1.61% | -1.01% | 2.81% |
| [115] | 11/19/2015 | -0.10% | -0.14% | 1.35% | -0.02% |
| [116] | 11/20/2015 | 0.10% | 0.40% | 0.37% | 0.37% |
| [117] | 11/23/2015 | -3.79% | -0.04% | -0.56% | -0.52% |
| [118] | 11/24/2015 | 0.41% | 0.21% | 0.16% | 0.18% |
| [119] | 11/25/2015 | 2.80% | 0.10% | 0.88% | 0.16% |
| [120] | 11/27/2015 | -2.19% | 0.12% | -5.64% | -0.02% |
| [121] | 11/30/2015 | 1.90% | -0.45% | 0.26% | -0.94% |
| [122] | 12/1/2015 | 1.08% | 0.99% | 0.32% | 0.91% |
| [123] | 12/2/2015 | -1.87% | -1.08% | 2.31% | -1.79% |
| [124] | 12/3/2015 | -1.51% | -1.48% | 1.35% | -1.37% |
| [125] | 12/4/2015 | 0.10% | 1.85% | -1.68% | 1.86% |
| [126] | 12/7/2015 | -3.29% | -0.82% | 0.34% | -0.46% |
| [127] | 12/8/2015 | 1.04% | -0.62% | -1.91% | -1.42% |
| [128] | 12/9/2015 | 0.21% | -0.81% | 0.07% | -0.34% |
| [129] | 12/10/2015 | 2.65% | 0.25% | -0.49% | 0.50% |
| [130] | 12/11/2015 | -4.41% | -1.95% | -0.61% | -2.68% |
| [131] | 12/14/2015 | -3.20% | 0.28% | 2.48% | -0.30% |
| [132] | 12/15/2015 | 5.17% | 1.10% | -0.29% | 1.14% |
| [133] | 12/16/2015 | 6.28% | 1.45% | 0.18% | 3.12% |
| [134] | 12/17/2015 | 3.42% | -1.45% | 1.80% | -2.82% |
| [135] | 12/18/2015 | -1.89% | -1.68% | -0.03% | -1.30% |
| [136] | 12/21/2015 | 6.80% | 0.74% | 1.76% | -0.04% |
| [137] | 12/22/2015 | 0.44% | 0.87% | 0.25% | 2.42% |
| [138] | 12/23/2015 | 3.99% | 1.27% | -0.43% | 1.26% |
| [139] | 12/24/2015 | -2.15% | -0.11% | -0.65% | -0.44% |
| [140] | 12/28/2015 | -2.91% | -0.26% | -2.63% | -0.61% |
| [141] | 12/29/2015 | 2.82% | 1.05% | 0.84% | 0.18% |
| [142] | 12/30/2015 | -6.47% | -0.73% | 0.26% | -0.46% |
| [143] | 12/31/2015 | 1.11% | -0.92% | -0.95% | -0.74% |
| [144] | 1/4/2016 | -1.95% | -1.56% | -7.11% | -1.43% |

61

## Exhibit 3. Kandi Technologies Group, INC. (KNDI) -
## U.S. Market Index, Chinese Market Index, and Industry Index Returns
*June 10, 2015 through March 16, 2017*

|  | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
|  |  | **Regression Inputs** | | | |
|  | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [145] | 1/5/2016 | -0.75% | 0.19% | -0.26% | -2.21% |
| [146] | 1/6/2016 | -2.19% | -1.34% | 2.23% | -4.12% |
| [147] | 1/7/2016 | -15.72% | -2.45% | -7.31% | -3.64% |
| [148] | 1/8/2016 | 1.57% | -1.15% | 1.95% | -1.40% |
| [149] | 1/11/2016 | -3.27% | -0.04% | -5.47% | 2.10% |
| [150] | 1/12/2016 | 1.59% | 0.68% | 0.20% | 0.41% |
| [151] | 1/13/2016 | -3.33% | -2.63% | -2.45% | -2.47% |
| [152] | 1/14/2016 | 2.42% | 1.57% | 1.95% | -0.35% |
| [153] | 1/15/2016 | -4.66% | -2.11% | -3.61% | -2.10% |
| [154] | 1/19/2016 | -3.52% | -0.16% | 3.17% | -0.36% |
| [155] | 1/20/2016 | -4.04% | -1.00% | -1.04% | -0.19% |
| [156] | 1/21/2016 | 3.29% | 0.43% | -3.29% | 0.69% |
| [157] | 1/22/2016 | 4.74% | 2.08% | 1.24% | 0.15% |
| [158] | 1/25/2016 | -6.63% | -1.68% | 0.75% | -0.79% |
| [159] | 1/26/2016 | -1.41% | 1.52% | -6.64% | 1.90% |
| [160] | 1/27/2016 | -2.21% | -1.12% | -0.52% | -0.75% |
| [161] | 1/28/2016 | -2.13% | 0.40% | -2.96% | -0.93% |
| [162] | 1/29/2016 | 5.75% | 2.55% | 3.04% | 2.02% |
| [163] | 2/1/2016 | -0.64% | -0.02% | -1.80% | 1.32% |
| [164] | 2/2/2016 | -3.24% | -1.98% | 2.23% | -3.20% |
| [165] | 2/3/2016 | -1.60% | 0.52% | -0.38% | -1.43% |
| [166] | 2/4/2016 | 2.78% | 0.27% | 1.51% | -0.14% |
| [167] | 2/5/2016 | -5.63% | -2.05% | -0.63% | -0.53% |
| [168] | 2/8/2016 | -3.65% | -1.58% | 0.00% | 0.87% |
| [169] | 2/9/2016 | -6.50% | -0.13% | 0.00% | -2.46% |
| [170] | 2/10/2016 | -0.15% | 0.05% | 0.00% | -0.31% |
| [171] | 2/11/2016 | -4.70% | -1.23% | 0.00% | -2.19% |
| [172] | 2/12/2016 | 1.75% | 1.95% | 0.00% | 3.17% |
| [173] | 2/16/2016 | 12.28% | 1.78% | 3.24% | 2.89% |
| [174] | 2/17/2016 | 3.29% | 1.68% | 1.08% | 2.89% |
| [175] | 2/18/2016 | -2.32% | -0.46% | -0.16% | -0.42% |
| [176] | 2/19/2016 | 1.10% | 0.05% | -0.10% | -1.10% |
| [177] | 2/22/2016 | 2.29% | 1.43% | 2.32% | 3.35% |
| [178] | 2/23/2016 | -1.07% | -1.20% | -0.82% | -0.99% |
| [179] | 2/24/2016 | 1.74% | 0.50% | 0.88% | -2.36% |
| [180] | 2/25/2016 | -1.47% | 1.15% | -6.62% | 2.41% |

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [181] | 2/26/2016 | -3.84% | -0.03% | 0.95% | 0.55% |
| [182] | 2/29/2016 | -2.69% | -0.72% | -2.90% | -0.13% |
| [183] | 3/1/2016 | 2.97% | 2.30% | 1.67% | 3.34% |
| [184] | 3/2/2016 | 0.83% | 0.53% | 4.17% | 0.75% |
| [185] | 3/3/2016 | -1.81% | 0.48% | 0.35% | 2.66% |
| [186] | 3/4/2016 | 0.42% | 0.37% | 0.50% | 0.64% |
| [187] | 3/7/2016 | 2.35% | 0.22% | 0.80% | 0.44% |
| [188] | 3/8/2016 | -2.49% | -1.30% | 0.14% | -2.92% |
| [189] | 3/9/2016 | 1.25% | 0.51% | -1.35% | 0.20% |
| [190] | 3/10/2016 | 3.40% | -0.08% | -2.04% | 0.26% |
| [191] | 3/11/2016 | 3.68% | 1.74% | 0.20% | 1.21% |
| [192] | 3/14/2016 | 17.48% | -0.16% | 1.74% | -0.19% |
| [193] | 3/15/2016 | -7.54% | -0.37% | 0.17% | -0.35% |
| [194] | 3/16/2016 | -2.96% | 0.62% | 0.21% | 2.02% |
| [195] | 3/17/2016 | -2.56% | 0.75% | 1.19% | 0.27% |
| [196] | 3/18/2016 | -0.50% | 0.49% | 1.72% | 0.68% |
| [197] | 3/21/2016 | -1.63% | 0.08% | 2.13% | 0.25% |
| [198] | 3/22/2016 | -3.33% | -0.05% | -0.65% | -0.53% |
| [199] | 3/23/2016 | -8.71% | -0.83% | 0.35% | -2.19% |
| [200] | 3/24/2016 | 3.36% | 0.01% | -1.64% | -1.34% |
| [201] | 3/28/2016 | -4.21% | 0.06% | -0.73% | 0.21% |
| [202] | 3/29/2016 | 5.04% | 1.09% | -1.29% | 0.71% |
| [203] | 3/30/2016 | -1.10% | 0.40% | 2.73% | 0.31% |
| [204] | 3/31/2016 | -0.69% | -0.10% | 0.11% | 1.25% |
| [205] | 4/1/2016 | -0.28% | 0.59% | 0.19% | -3.05% |
| [206] | 4/4/2016 | -2.11% | -0.37% | 0.00% | -2.12% |
| [207] | 4/5/2016 | -0.43% | -1.01% | 1.44% | -0.59% |
| [208] | 4/6/2016 | 0.14% | 1.11% | -0.08% | 0.74% |
| [209] | 4/7/2016 | -1.15% | -1.21% | -1.39% | -2.08% |
| [210] | 4/8/2016 | 3.40% | 0.31% | -0.78% | 0.04% |
| [211] | 4/11/2016 | 1.25% | -0.28% | 1.63% | 0.73% |
| [212] | 4/12/2016 | 3.52% | 0.96% | -0.34% | 0.91% |
| [213] | 4/13/2016 | 5.18% | 1.16% | 1.41% | 2.67% |
| [214] | 4/14/2016 | 2.49% | -0.01% | 0.51% | 0.04% |
| [215] | 4/15/2016 | -3.64% | -0.04% | -0.13% | -0.87% |
| [216] | 4/18/2016 | -0.26% | 0.64% | -1.45% | 2.40% |

63

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

|  | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
|  |  | **Regression Inputs** | | | |
|  | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [217] | 4/19/2016 | -4.05% | 0.30% | 0.30% | 1.72% |
| [218] | 4/20/2016 | -2.02% | 0.09% | -2.33% | 1.11% |
| [219] | 4/21/2016 | 1.49% | -0.52% | -0.66% | 0.71% |
| [220] | 4/22/2016 | 2.78% | 0.15% | 0.22% | -0.84% |
| [221] | 4/25/2016 | -3.31% | -0.25% | -0.42% | -0.45% |
| [222] | 4/26/2016 | -0.68% | 0.30% | 0.61% | 1.02% |
| [223] | 4/27/2016 | 0.27% | 0.21% | -0.37% | 0.20% |
| [224] | 4/28/2016 | -0.95% | -0.95% | -0.27% | 2.07% |
| [225] | 4/29/2016 | -1.79% | -0.53% | -0.25% | -2.99% |
| [226] | 5/2/2016 | -0.70% | 0.78% | 0.00% | 0.16% |
| [227] | 5/3/2016 | -0.70% | -0.99% | 1.83% | -1.49% |
| [228] | 5/4/2016 | 0.42% | -0.59% | -0.04% | -1.45% |
| [229] | 5/5/2016 | -1.13% | -0.06% | 0.22% | -0.04% |
| [230] | 5/6/2016 | -0.86% | 0.35% | -2.84% | 1.12% |
| [231] | 5/9/2016 | -1.88% | 0.10% | -2.82% | -0.76% |
| [232] | 5/10/2016 | -4.33% | 1.22% | 0.02% | 1.53% |
| [233] | 5/11/2016 | 0.30% | -0.93% | 0.16% | -1.08% |
| [234] | 5/12/2016 | -4.67% | -0.08% | -0.04% | 0.27% |
| [235] | 5/13/2016 | -1.93% | -0.81% | -0.31% | -1.51% |
| [236] | 5/16/2016 | 3.35% | 1.00% | 0.84% | 0.63% |
| [237] | 5/17/2016 | 2.48% | -0.95% | -0.23% | -0.80% |
| [238] | 5/18/2016 | 3.02% | 0.05% | -1.27% | 0.26% |
| [239] | 5/19/2016 | -2.56% | -0.41% | -0.01% | -0.94% |
| [240] | 5/20/2016 | 1.36% | 0.75% | 0.66% | 0.80% |
| [241] | 5/23/2016 | 0.90% | -0.19% | 0.66% | -0.22% |
| [242] | 5/24/2016 | 0.89% | 1.42% | -0.77% | 1.34% |
| [243] | 5/25/2016 | 2.19% | 0.69% | -0.23% | 1.81% |
| [244] | 5/26/2016 | 0.43% | -0.04% | 0.26% | -0.76% |
| [245] | 5/27/2016 | -0.87% | 0.49% | -0.05% | 0.09% |
| [246] | 5/31/2016 | 1.15% | -0.02% | 3.30% | 0.01% |
| [247] | 6/1/2016 | -1.74% | 0.21% | -0.10% | -3.13% |
| [248] | 6/2/2016 | 1.45% | 0.37% | 0.41% | 0.47% |
| [249] | 6/3/2016 | -1.30% | -0.33% | 0.47% | -1.71% |
| [250] | 6/6/2016 | 0.73% | 0.56% | -0.11% | 1.19% |
| [251] | 6/7/2016 | 5.08% | 0.17% | 0.08% | 1.19% |
| [252] | 6/8/2016 | 3.38% | 0.38% | -0.23% | -0.51% |

64

## Exhibit 3. Kandi Technologies Group, INC. (KNDI) -
## U.S. Market Index, Chinese Market Index, and Industry Index Returns
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | Date | Kandi Stock Logarithmic Returns[1] | U.S. Market Index Logarithmic Returns[2] | Chinese Market Index Logarithmic Returns[3] | Industry Index Logarithmic Returns[4] |
| [253] | 6/9/2016 | -1.88% | -0.23% | 0.00% | -0.72% |
| [254] | 6/10/2016 | -3.87% | -1.04% | 0.00% | -1.14% |
| [255] | 6/13/2016 | -1.13% | -0.80% | -3.26% | -0.48% |
| [256] | 6/14/2016 | -0.29% | -0.20% | 0.33% | -0.98% |
| [257] | 6/15/2016 | 3.78% | -0.11% | 1.59% | 0.77% |
| [258] | 6/16/2016 | -2.51% | 0.25% | -0.46% | 0.72% |
| [259] | 6/17/2016 | 2.37% | -0.28% | 0.48% | 0.90% |
| [260] | 6/20/2016 | -2.79% | 0.67% | 0.14% | 1.31% |
| [261] | 6/21/2016 | 0.00% | 0.20% | -0.35% | -1.04% |
| [262] | 6/22/2016 | -1.57% | -0.20% | 0.95% | -0.46% |
| [263] | 6/23/2016 | 2.42% | 1.41% | -0.38% | 1.67% |
| [264] | 6/24/2016 | -3.87% | -3.71% | -1.09% | -6.01% |
| [265] | 6/27/2016 | -6.80% | -2.05% | 1.45% | -2.96% |
| [266] | 6/28/2016 | 3.53% | 1.81% | 0.59% | 1.41% |
| [267] | 6/29/2016 | 5.86% | 1.76% | 0.67% | 1.39% |
| [268] | 6/30/2016 | 1.69% | 1.39% | -0.03% | 0.29% |
| [269] | 7/1/2016 | 0.56% | 0.25% | 0.13% | 1.58% |
| [270] | 7/5/2016 | -4.99% | -0.78% | 0.62% | -2.54% |
| [271] | 7/6/2016 | 0.00% | 0.57% | 0.37% | 1.12% |
| [272] | 7/7/2016 | -0.29% | -0.02% | 0.21% | 1.32% |
| [273] | 7/8/2016 | 0.58% | 1.59% | -0.61% | 2.87% |
| [274] | 7/11/2016 | 1.88% | 0.41% | 0.24% | 1.46% |
| [275] | 7/12/2016 | 0.85% | 0.76% | 1.81% | 1.44% |
| [276] | 7/13/2016 | -0.71% | -0.03% | 0.50% | 0.16% |
| [277] | 7/14/2016 | 4.88% | 0.46% | -0.21% | 0.64% |
| [278] | 7/15/2016 | -3.88% | -0.06% | 0.04% | -0.07% |
| [279] | 7/18/2016 | 0.14% | 0.23% | -0.34% | 0.47% |
| [280] | 7/19/2016 | 0.28% | -0.18% | -0.17% | 0.55% |
| [281] | 7/20/2016 | 1.68% | 0.49% | -0.28% | 0.71% |
| [282] | 7/21/2016 | -0.56% | -0.37% | 0.37% | 1.49% |
| [283] | 7/22/2016 | -1.69% | 0.49% | -0.86% | -0.13% |
| [284] | 7/25/2016 | 1.96% | -0.30% | 0.13% | -0.18% |
| [285] | 7/26/2016 | -0.14% | 0.12% | 1.14% | 0.82% |
| [286] | 7/27/2016 | -1.26% | -0.13% | -1.91% | -0.26% |
| [287] | 7/28/2016 | -0.42% | 0.18% | 0.08% | -6.10% |
| [288] | 7/29/2016 | -0.71% | 0.19% | -0.50% | 0.63% |

65

## Exhibit 3. Kandi Technologies Group, INC. (KNDI) -
## U.S. Market Index, Chinese Market Index, and Industry Index Returns
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | **Regression Inputs** | | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [289] | 8/1/2016 | -0.86% | -0.14% | -0.87% | -1.13% |
| [290] | 8/2/2016 | -1.30% | -0.74% | 0.60% | -4.44% |
| [291] | 8/3/2016 | 1.30% | 0.41% | 0.24% | 1.32% |
| [292] | 8/4/2016 | 1.99% | 0.05% | 0.13% | -0.07% |
| [293] | 8/5/2016 | 2.91% | 0.87% | -0.17% | 1.19% |
| [294] | 8/8/2016 | 5.84% | -0.07% | 0.92% | 0.09% |
| [295] | 8/9/2016 | -6.26% | 0.06% | 0.71% | 0.84% |
| [296] | 8/10/2016 | -4.21% | -0.30% | -0.22% | 0.03% |
| [297] | 8/11/2016 | 0.29% | 0.47% | -0.51% | 1.01% |
| [298] | 8/12/2016 | -2.61% | -0.06% | 1.60% | -0.20% |
| [299] | 8/15/2016 | 1.17% | 0.38% | 2.41% | 0.87% |
| [300] | 8/16/2016 | -1.90% | -0.59% | -0.49% | -0.60% |
| [301] | 8/17/2016 | -0.15% | 0.13% | -0.01% | 0.42% |
| [302] | 8/18/2016 | -6.26% | 0.29% | -0.17% | -0.71% |
| [303] | 8/19/2016 | -1.91% | -0.12% | 0.15% | 0.69% |
| [304] | 8/22/2016 | 0.64% | -0.01% | -0.75% | -0.07% |
| [305] | 8/23/2016 | 0.16% | 0.27% | 0.17% | 0.29% |
| [306] | 8/24/2016 | -1.61% | -0.58% | -0.12% | -0.68% |
| [307] | 8/25/2016 | 0.16% | -0.07% | -0.57% | 0.35% |
| [308] | 8/26/2016 | 2.08% | -0.17% | 0.06% | -0.39% |
| [309] | 8/29/2016 | 0.63% | 0.54% | -0.01% | 0.81% |
| [310] | 8/30/2016 | 0.00% | -0.14% | 0.15% | 0.11% |
| [311] | 8/31/2016 | -2.07% | -0.24% | 0.35% | 0.60% |
| [312] | 9/1/2016 | -1.13% | 0.02% | -0.72% | -0.86% |
| [313] | 9/2/2016 | 0.97% | 0.51% | 0.13% | 0.79% |
| [314] | 9/6/2016 | 0.80% | 0.27% | 0.60% | 0.65% |
| [315] | 9/7/2016 | -0.64% | 0.10% | 0.04% | 0.34% |
| [316] | 9/8/2016 | -6.46% | -0.23% | 0.13% | -0.14% |
| [317] | 9/9/2016 | -2.60% | -2.56% | -0.55% | -3.34% |
| [318] | 9/12/2016 | 1.22% | 1.42% | -1.86% | 2.42% |
| [319] | 9/13/2016 | -2.11% | -1.53% | 0.05% | -1.73% |
| [320] | 9/14/2016 | 0.53% | -0.06% | -0.68% | -1.38% |
| [321] | 9/15/2016 | -0.53% | 1.04% | 0.00% | 0.52% |
| [322] | 9/16/2016 | -0.18% | -0.36% | 0.00% | -0.24% |
| [323] | 9/19/2016 | 0.53% | 0.10% | 0.77% | 1.17% |
| [324] | 9/20/2016 | -2.14% | -0.03% | -0.10% | -0.57% |

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [325] | 9/21/2016 | 3.72% | 1.12% | 0.14% | 1.09% |
| [326] | 9/22/2016 | -1.40% | 0.75% | 0.54% | 0.80% |
| [327] | 9/23/2016 | -0.53% | -0.58% | -0.28% | -0.45% |
| [328] | 9/26/2016 | -0.71% | -0.83% | -1.77% | -1.17% |
| [329] | 9/27/2016 | 0.89% | 0.58% | 0.59% | -0.44% |
| [330] | 9/28/2016 | -0.89% | 0.59% | -0.34% | 0.94% |
| [331] | 9/29/2016 | -1.98% | -0.97% | 0.36% | -1.16% |
| [332] | 9/30/2016 | 0.00% | 0.80% | 0.21% | 0.88% |
| [333] | 10/3/2016 | 0.73% | -0.33% | 0.00% | 0.54% |
| [334] | 10/4/2016 | 5.45% | -0.50% | 0.00% | 0.62% |
| [335] | 10/5/2016 | 8.21% | 0.48% | 0.00% | 1.93% |
| [336] | 10/6/2016 | -5.01% | -0.01% | 0.00% | -0.59% |
| [337] | 10/7/2016 | -3.89% | -0.38% | 0.00% | -0.71% |
| [338] | 10/10/2016 | 0.86% | 0.52% | 1.44% | -0.99% |
| [339] | 10/11/2016 | -2.60% | -1.32% | 0.56% | -0.95% |
| [340] | 10/12/2016 | 1.22% | 0.11% | -0.22% | -0.45% |
| [341] | 10/13/2016 | -2.99% | -0.35% | 0.09% | -0.49% |
| [342] | 10/14/2016 | -0.72% | -0.03% | 0.08% | 0.57% |
| [343] | 10/17/2016 | -2.92% | -0.28% | -0.74% | -0.61% |
| [344] | 10/18/2016 | -1.87% | 0.62% | 1.39% | -0.20% |
| [345] | 10/19/2016 | -3.85% | 0.27% | 0.03% | 1.20% |
| [346] | 10/20/2016 | 0.00% | -0.16% | -0.01% | -0.31% |
| [347] | 10/21/2016 | 0.98% | -0.02% | 0.21% | 0.65% |
| [348] | 10/24/2016 | 0.00% | 0.49% | 1.20% | 2.14% |
| [349] | 10/25/2016 | -2.96% | -0.46% | 0.12% | -2.91% |
| [350] | 10/26/2016 | 7.70% | -0.26% | -0.50% | 0.10% |
| [351] | 10/27/2016 | -6.70% | -0.42% | -0.13% | -0.99% |
| [352] | 10/28/2016 | 0.00% | -0.27% | -0.26% | -0.10% |
| [353] | 10/31/2016 | -1.00% | 0.06% | -0.12% | 0.52% |
| [354] | 11/1/2016 | -2.02% | -0.73% | 0.71% | -0.74% |
| [355] | 11/2/2016 | -5.24% | -0.74% | -0.63% | -0.96% |
| [356] | 11/3/2016 | -4.40% | -0.42% | 0.84% | -0.84% |
| [357] | 11/4/2016 | 3.32% | -0.07% | -0.12% | 0.10% |
| [358] | 11/7/2016 | 3.21% | 2.20% | 0.26% | 2.40% |
| [359] | 11/8/2016 | -6.52% | 0.41% | 0.47% | -0.88% |
| [360] | 11/9/2016 | -13.19% | 1.29% | -0.62% | -0.79% |

67

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [361] | 11/10/2016 | 2.53% | 0.28% | 1.36% | 4.30% |
| [362] | 11/11/2016 | -2.53% | 0.12% | 0.78% | 3.34% |
| [363] | 11/14/2016 | -10.82% | 0.23% | 0.45% | -2.00% |
| [364] | 11/15/2016 | 6.90% | 0.72% | -0.11% | 0.14% |
| [365] | 11/16/2016 | 5.20% | -0.12% | -0.06% | -0.46% |
| [366] | 11/17/2016 | -1.27% | 0.50% | 0.11% | -0.26% |
| [367] | 11/18/2016 | -6.62% | -0.16% | -0.49% | -1.09% |
| [368] | 11/21/2016 | 4.03% | 0.72% | 0.79% | 0.14% |
| [369] | 11/22/2016 | 3.87% | 0.29% | 0.93% | 1.63% |
| [370] | 11/23/2016 | 8.49% | 0.16% | -0.22% | 0.11% |
| [371] | 11/25/2016 | 6.74% | 0.39% | 0.62% | 1.17% |
| [372] | 11/28/2016 | 9.33% | -0.61% | 0.46% | -0.79% |
| [373] | 11/29/2016 | 11.23% | 0.13% | 0.18% | 0.78% |
| [374] | 11/30/2016 | -8.30% | -0.24% | -1.01% | 0.10% |
| [375] | 12/1/2016 | -8.00% | -0.41% | 0.71% | 4.62% |
| [376] | 12/2/2016 | 0.00% | 0.05% | -0.90% | -2.20% |
| [377] | 12/5/2016 | 7.04% | 0.73% | -1.21% | 0.65% |
| [378] | 12/6/2016 | -0.98% | 0.46% | -0.16% | 0.66% |
| [379] | 12/7/2016 | -2.99% | 1.26% | 0.71% | 3.67% |
| [380] | 12/8/2016 | 3.96% | 0.37% | -0.21% | 0.06% |
| [381] | 12/9/2016 | 0.00% | 0.48% | 0.54% | 2.22% |
| [382] | 12/12/2016 | 0.97% | -0.24% | -2.50% | -2.08% |
| [383] | 12/13/2016 | 6.51% | 0.58% | 0.07% | 0.17% |
| [384] | 12/14/2016 | -1.82% | -0.88% | -0.46% | -2.90% |
| [385] | 12/15/2016 | -7.62% | 0.41% | -0.73% | 0.61% |
| [386] | 12/16/2016 | -3.02% | -0.15% | 0.17% | 0.38% |
| [387] | 12/19/2016 | -2.06% | 0.24% | -0.16% | 0.15% |
| [388] | 12/20/2016 | 9.91% | 0.42% | -0.49% | 0.76% |
| [389] | 12/21/2016 | -3.85% | -0.28% | 1.11% | -0.81% |
| [390] | 12/22/2016 | 0.00% | -0.27% | 0.07% | -1.97% |
| [391] | 12/23/2016 | 0.98% | 0.20% | -0.94% | 0.24% |
| [392] | 12/27/2016 | 0.00% | 0.25% | -0.25% | -0.49% |
| [393] | 12/28/2016 | 0.00% | -0.86% | -0.40% | -1.13% |
| [394] | 12/29/2016 | -2.96% | 0.00% | -0.20% | -0.09% |
| [395] | 12/30/2016 | -2.02% | -0.44% | 0.24% | -0.83% |
| [396] | 1/3/2017 | -2.06% | 0.82% | 1.03% | 2.29% |

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

| | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
| | | | **Regression Inputs** | | |
| | Date | Kandi Stock Logarithmic Returns[1] | U.S. Market Index Logarithmic Returns[2] | Chinese Market Index Logarithmic Returns[3] | Industry Index Logarithmic Returns[4] |
| [397] | 1/4/2017 | 2.06% | 0.79% | 0.73% | 4.94% |
| [398] | 1/5/2017 | 5.94% | -0.19% | 0.21% | -2.49% |
| [399] | 1/6/2017 | -3.92% | 0.30% | -0.35% | -0.59% |
| [400] | 1/9/2017 | -1.01% | -0.39% | 0.53% | -0.48% |
| [401] | 1/10/2017 | 3.96% | 0.12% | -0.30% | 2.71% |
| [402] | 1/11/2017 | 1.92% | 0.27% | -0.79% | 0.13% |
| [403] | 1/12/2017 | -4.88% | -0.26% | -0.56% | -0.91% |
| [404] | 1/13/2017 | 1.00% | 0.27% | -0.21% | -0.08% |
| [405] | 1/17/2017 | -4.04% | -0.43% | 0.17% | -0.11% |
| [406] | 1/18/2017 | 0.00% | 0.25% | 0.14% | 0.21% |
| [407] | 1/19/2017 | -1.04% | -0.42% | -0.38% | -0.15% |
| [408] | 1/20/2017 | 1.04% | 0.34% | 0.70% | -0.67% |
| [409] | 1/23/2017 | -1.04% | -0.26% | 0.44% | -0.70% |
| [410] | 1/24/2017 | -6.45% | 0.78% | 0.18% | 1.65% |
| [411] | 1/25/2017 | -3.39% | 0.81% | 0.22% | 2.44% |
| [412] | 1/26/2017 | 4.50% | -0.12% | 0.30% | -2.65% |
| [413] | 1/27/2017 | -1.10% | -0.13% | 0.00% | -0.24% |
| [414] | 1/30/2017 | -1.12% | -0.68% | 0.00% | -1.43% |
| [415] | 1/31/2017 | -4.60% | 0.03% | 0.00% | 0.36% |
| [416] | 2/1/2017 | -1.18% | 0.01% | 0.00% | -0.82% |
| [417] | 2/2/2017 | 0.00% | 0.06% | 0.00% | -0.74% |
| [418] | 2/3/2017 | 1.18% | 0.82% | -0.60% | 1.95% |
| [419] | 2/6/2017 | 1.17% | -0.26% | 0.53% | 0.54% |
| [420] | 2/7/2017 | -3.55% | -0.03% | -0.12% | -3.15% |
| [421] | 2/8/2017 | -1.21% | 0.09% | 0.44% | 0.21% |
| [422] | 2/9/2017 | -2.47% | 0.69% | 0.51% | -0.08% |
| [423] | 2/10/2017 | 1.86% | 0.40% | 0.42% | 0.65% |
| [424] | 2/13/2017 | 4.20% | 0.50% | 0.63% | 0.70% |
| [425] | 2/14/2017 | -3.59% | 0.41% | 0.03% | 2.74% |
| [426] | 2/15/2017 | 3.59% | 0.50% | -0.15% | -0.29% |
| [427] | 2/16/2017 | 0.00% | -0.11% | 0.52% | -0.42% |
| [428] | 2/17/2017 | -2.38% | 0.17% | -0.86% | 0.42% |
| [429] | 2/21/2017 | -1.21% | 0.62% | 0.41% | 1.23% |
| [430] | 2/22/2017 | 3.59% | -0.15% | 0.24% | -0.04% |
| [431] | 2/23/2017 | -2.38% | -0.05% | -0.30% | -1.23% |
| [432] | 2/24/2017 | 0.00% | 0.16% | 0.06% | -0.83% |

69

**Exhibit 3. Kandi Technologies Group, INC. (KNDI) -**
**U.S. Market Index, Chinese Market Index, and Industry Index Returns**
*June 10, 2015 through March 16, 2017*

|  | [a] | [b] | [c] | [d] | [e] |
|---|---|---|---|---|---|
|  |  | **Regression Inputs** | | | |
|  | **Date** | **Kandi Stock Logarithmic Returns[1]** | **U.S. Market Index Logarithmic Returns[2]** | **Chinese Market Index Logarithmic Returns[3]** | **Industry Index Logarithmic Returns[4]** |
| [433] | 2/27/2017 | -3.68% | 0.23% | -0.76% | 1.26% |
| [434] | 2/28/2017 | 2.47% | -0.41% | 0.40% | -1.10% |
| [435] | 3/1/2017 | -1.23% | 1.40% | 0.16% | 1.43% |
| [436] | 3/2/2017 | 2.44% | -0.67% | -0.52% | 0.33% |
| [437] | 3/3/2017 | 1.20% | 0.06% | -0.36% | 0.61% |
| [438] | 3/6/2017 | -1.20% | -0.38% | 0.49% | -0.93% |
| [439] | 3/7/2017 | -3.68% | -0.34% | 0.26% | -0.76% |
| [440] | 3/8/2017 | 1.24% | -0.26% | -0.05% | 0.45% |
| [441] | 3/9/2017 | 0.00% | 0.01% | -0.74% | -0.72% |
| [442] | 3/10/2017 | 4.82% | 0.34% | -0.12% | 0.12% |
| [443] | 3/13/2017 | 2.33% | 0.11% | 0.75% | 0.09% |
| [444] | 3/14/2017 | -7.15% | -0.36% | 0.07% | 0.17% |
| [445] | 3/15/2017 | 0.00% | 0.92% | 0.08% | 0.56% |
| [446] | 3/16/2017 | -9.04% | -0.11% | 0.83% | 0.18% |

**Notes**

[1] Data obtained from Bloomberg.

[2] Data obtained from Bloomberg.

[3] Data obtained from Bloomberg.

[4] Data obtained from Bloomberg.

## Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume

*June 10, 2015 through March 16, 2017*

| | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [1] | 6/10/2015 | $9.26 | 560,113 |
| [2] | 6/11/2015 | $9.85 | 1,161,348 |
| [3] | 6/12/2015 | $10.49 | 1,978,691 |
| [4] | 6/15/2015 | $10.10 | 1,787,718 |
| [5] | 6/16/2015 | $10.18 | 841,525 |
| [6] | 6/17/2015 | $10.02 | 660,999 |
| [7] | 6/18/2015 | $9.89 | 535,087 |
| [8] | 6/19/2015 | $9.48 | 906,351 |
| [9] | 6/22/2015 | $9.32 | 985,728 |
| [10] | 6/23/2015 | $9.33 | 390,196 |
| [11] | 6/24/2015 | $9.33 | 336,722 |
| [12] | 6/25/2015 | $9.19 | 262,817 |
| [13] | 6/26/2015 | $9.02 | 645,409 |
| [14] | 6/29/2015 | $8.47 | 859,871 |
| [15] | 6/30/2015 | $9.04 | 964,801 |
| [16] | 7/1/2015 | $8.77 | 789,290 |
| [17] | 7/2/2015 | $8.68 | 446,646 |
| [18] | 7/6/2015 | $8.36 | 1,197,611 |
| [19] | 7/7/2015 | $7.78 | 2,036,762 |
| [20] | 7/8/2015 | $7.20 | 1,006,198 |
| [21] | 7/9/2015 | $7.64 | 951,385 |
| [22] | 7/10/2015 | $7.61 | 592,582 |
| [23] | 7/13/2015 | $8.07 | 895,892 |
| [24] | 7/14/2015 | $8.10 | 535,559 |
| [25] | 7/15/2015 | $7.73 | 610,577 |
| [26] | 7/16/2015 | $7.55 | 435,042 |
| [27] | 7/17/2015 | $7.64 | 480,437 |
| [28] | 7/20/2015 | $7.66 | 380,390 |
| [29] | 7/21/2015 | $7.88 | 291,401 |
| [30] | 7/22/2015 | $7.61 | 282,975 |
| [31] | 7/23/2015 | $7.57 | 381,060 |
| [32] | 7/24/2015 | $7.29 | 287,814 |
| [33] | 7/27/2015 | $6.84 | 576,841 |
| [34] | 7/28/2015 | $7.13 | 492,534 |
| [35] | 7/29/2015 | $7.35 | 225,302 |
| [36] | 7/30/2015 | $7.14 | 263,271 |
| [37] | 7/31/2015 | $7.29 | 256,037 |

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [38] | 8/3/2015 | $7.04 | 391,514 |
| [39] | 8/4/2015 | $7.26 | 293,920 |
| [40] | 8/5/2015 | $7.20 | 204,291 |
| [41] | 8/6/2015 | $7.59 | 456,976 |
| [42] | 8/7/2015 | $7.64 | 572,986 |
| [43] | 8/10/2015 | $7.09 | 1,144,217 |
| [44] | 8/11/2015 | $6.93 | 396,223 |
| [45] | 8/12/2015 | $6.99 | 474,560 |
| [46] | 8/13/2015 | $6.82 | 257,814 |
| [47] | 8/14/2015 | $6.84 | 207,218 |
| [48] | 8/17/2015 | $7.09 | 383,090 |
| [49] | 8/18/2015 | $7.70 | 1,003,006 |
| [50] | 8/19/2015 | $7.73 | 1,414,505 |
| [51] | 8/20/2015 | $7.26 | 551,535 |
| [52] | 8/21/2015 | $6.80 | 860,603 |
| [53] | 8/24/2015 | $6.06 | 976,026 |
| [54] | 8/25/2015 | $5.90 | 582,462 |
| [55] | 8/26/2015 | $6.05 | 565,654 |
| [56] | 8/27/2015 | $6.62 | 560,858 |
| [57] | 8/28/2015 | $6.73 | 356,391 |
| [58] | 8/31/2015 | $6.76 | 260,800 |
| [59] | 9/1/2015 | $6.34 | 418,444 |
| [60] | 9/2/2015 | $6.30 | 301,941 |
| [61] | 9/3/2015 | $6.16 | 170,317 |
| [62] | 9/4/2015 | $6.15 | 237,406 |
| [63] | 9/8/2015 | $6.38 | 254,100 |
| [64] | 9/9/2015 | $6.22 | 243,924 |
| [65] | 9/10/2015 | $6.16 | 217,462 |
| [66] | 9/11/2015 | $6.23 | 160,817 |
| [67] | 9/14/2015 | $5.84 | 434,011 |
| [68] | 9/15/2015 | $6.09 | 369,882 |
| [69] | 9/16/2015 | $6.30 | 330,182 |
| [70] | 9/17/2015 | $6.24 | 220,473 |
| [71] | 9/18/2015 | $6.10 | 270,506 |
| [72] | 9/21/2015 | $6.15 | 330,187 |
| [73] | 9/22/2015 | $6.03 | 203,984 |
| [74] | 9/23/2015 | $5.91 | 204,802 |

72

**Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [75] | 9/24/2015 | $5.96 | 233,765 |
| [76] | 9/25/2015 | $5.77 | 238,932 |
| [77] | 9/28/2015 | $5.28 | 576,664 |
| [78] | 9/29/2015 | $5.10 | 563,578 |
| [79] | 9/30/2015 | $5.25 | 812,480 |
| [80] | 10/1/2015 | $5.40 | 219,136 |
| [81] | 10/2/2015 | $5.73 | 413,657 |
| [82] | 10/5/2015 | $6.16 | 500,314 |
| [83] | 10/6/2015 | $6.41 | 429,408 |
| [84] | 10/7/2015 | $6.58 | 436,438 |
| [85] | 10/8/2015 | $6.56 | 264,036 |
| [86] | 10/9/2015 | $6.95 | 401,411 |
| [87] | 10/12/2015 | $7.60 | 848,387 |
| [88] | 10/13/2015 | $7.21 | 558,781 |
| [89] | 10/14/2015 | $7.41 | 371,411 |
| [90] | 10/15/2015 | $7.86 | 695,471 |
| [91] | 10/16/2015 | $7.78 | 391,798 |
| [92] | 10/19/2015 | $9.23 | 1,622,583 |
| [93] | 10/20/2015 | $9.53 | 1,185,601 |
| [94] | 10/21/2015 | $9.14 | 674,255 |
| [95] | 10/22/2015 | $8.71 | 785,478 |
| [96] | 10/23/2015 | $9.02 | 564,220 |
| [97] | 10/26/2015 | $8.63 | 327,048 |
| [98] | 10/27/2015 | $8.76 | 435,075 |
| [99] | 10/28/2015 | $9.58 | 1,304,788 |
| [100] | 10/29/2015 | $9.37 | 506,598 |
| [101] | 10/30/2015 | $9.41 | 269,335 |
| [102] | 11/2/2015 | $9.67 | 388,430 |
| [103] | 11/3/2015 | $10.38 | 992,310 |
| [104] | 11/4/2015 | $10.91 | 1,426,368 |
| [105] | 11/5/2015 | $10.69 | 807,119 |
| [106] | 11/6/2015 | $10.79 | 888,175 |
| [107] | 11/9/2015 | $8.99 | 2,707,860 |
| [108] | 11/10/2015 | $9.69 | 1,224,068 |
| [109] | 11/11/2015 | $9.50 | 1,037,561 |
| [110] | 11/12/2015 | $9.77 | 593,210 |
| [111] | 11/13/2015 | $9.64 | 662,770 |

73

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [112] | 11/16/2015 | $10.32 | 732,528 |
| [113] | 11/17/2015 | $10.24 | 486,859 |
| [114] | 11/18/2015 | $10.21 | 349,223 |
| [115] | 11/19/2015 | $10.20 | 533,993 |
| [116] | 11/20/2015 | $10.21 | 348,629 |
| [117] | 11/23/2015 | $9.83 | 460,372 |
| [118] | 11/24/2015 | $9.87 | 405,206 |
| [119] | 11/25/2015 | $10.15 | 314,338 |
| [120] | 11/27/2015 | $9.93 | 142,274 |
| [121] | 11/30/2015 | $10.12 | 196,089 |
| [122] | 12/1/2015 | $10.23 | 392,407 |
| [123] | 12/2/2015 | $10.04 | 264,937 |
| [124] | 12/3/2015 | $9.89 | 330,993 |
| [125] | 12/4/2015 | $9.90 | 233,857 |
| [126] | 12/7/2015 | $9.58 | 416,452 |
| [127] | 12/8/2015 | $9.68 | 330,633 |
| [128] | 12/9/2015 | $9.70 | 428,921 |
| [129] | 12/10/2015 | $9.96 | 214,910 |
| [130] | 12/11/2015 | $9.53 | 277,464 |
| [131] | 12/14/2015 | $9.23 | 378,518 |
| [132] | 12/15/2015 | $9.72 | 370,330 |
| [133] | 12/16/2015 | $10.35 | 988,396 |
| [134] | 12/17/2015 | $10.71 | 984,520 |
| [135] | 12/18/2015 | $10.51 | 981,148 |
| [136] | 12/21/2015 | $11.25 | 1,210,419 |
| [137] | 12/22/2015 | $11.30 | 1,148,554 |
| [138] | 12/23/2015 | $11.76 | 1,197,013 |
| [139] | 12/24/2015 | $11.51 | 376,470 |
| [140] | 12/28/2015 | $11.18 | 497,545 |
| [141] | 12/29/2015 | $11.50 | 466,714 |
| [142] | 12/30/2015 | $10.78 | 658,448 |
| [143] | 12/31/2015 | $10.90 | 335,585 |
| [144] | 1/4/2016 | $10.69 | 463,030 |
| [145] | 1/5/2016 | $10.61 | 358,165 |
| [146] | 1/6/2016 | $10.38 | 275,138 |
| [147] | 1/7/2016 | $8.87 | 1,127,673 |
| [148] | 1/8/2016 | $9.01 | 512,008 |

74

**Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a]<br>Price | [b]<br>Volume |
|---|---|---|---|
| [149] | 1/11/2016 | $8.72 | 678,415 |
| [150] | 1/12/2016 | $8.86 | 626,085 |
| [151] | 1/13/2016 | $8.57 | 489,915 |
| [152] | 1/14/2016 | $8.78 | 573,864 |
| [153] | 1/15/2016 | $8.38 | 525,056 |
| [154] | 1/19/2016 | $8.09 | 481,663 |
| [155] | 1/20/2016 | $7.77 | 1,378,377 |
| [156] | 1/21/2016 | $8.03 | 407,176 |
| [157] | 1/22/2016 | $8.42 | 566,581 |
| [158] | 1/25/2016 | $7.88 | 432,398 |
| [159] | 1/26/2016 | $7.77 | 688,868 |
| [160] | 1/27/2016 | $7.60 | 300,737 |
| [161] | 1/28/2016 | $7.44 | 318,597 |
| [162] | 1/29/2016 | $7.88 | 342,858 |
| [163] | 2/1/2016 | $7.83 | 223,395 |
| [164] | 2/2/2016 | $7.58 | 234,800 |
| [165] | 2/3/2016 | $7.46 | 399,859 |
| [166] | 2/4/2016 | $7.67 | 232,998 |
| [167] | 2/5/2016 | $7.25 | 384,565 |
| [168] | 2/8/2016 | $6.99 | 370,712 |
| [169] | 2/9/2016 | $6.55 | 420,832 |
| [170] | 2/10/2016 | $6.54 | 272,754 |
| [171] | 2/11/2016 | $6.24 | 378,203 |
| [172] | 2/12/2016 | $6.35 | 251,199 |
| [173] | 2/16/2016 | $7.18 | 617,226 |
| [174] | 2/17/2016 | $7.42 | 612,408 |
| [175] | 2/18/2016 | $7.25 | 271,435 |
| [176] | 2/19/2016 | $7.33 | 167,953 |
| [177] | 2/22/2016 | $7.50 | 309,502 |
| [178] | 2/23/2016 | $7.42 | 388,491 |
| [179] | 2/24/2016 | $7.55 | 257,169 |
| [180] | 2/25/2016 | $7.44 | 237,630 |
| [181] | 2/26/2016 | $7.16 | 598,780 |
| [182] | 2/29/2016 | $6.97 | 411,991 |
| [183] | 3/1/2016 | $7.18 | 361,177 |
| [184] | 3/2/2016 | $7.24 | 334,345 |
| [185] | 3/3/2016 | $7.11 | 825,906 |

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [186] | 3/4/2016 | $7.14 | 381,769 |
| [187] | 3/7/2016 | $7.31 | 517,188 |
| [188] | 3/8/2016 | $7.13 | 306,362 |
| [189] | 3/9/2016 | $7.22 | 205,901 |
| [190] | 3/10/2016 | $7.47 | 539,292 |
| [191] | 3/11/2016 | $7.75 | 600,718 |
| [192] | 3/14/2016 | $9.23 | 3,339,994 |
| [193] | 3/15/2016 | $8.56 | 1,249,841 |
| [194] | 3/16/2016 | $8.31 | 734,583 |
| [195] | 3/17/2016 | $8.10 | 721,798 |
| [196] | 3/18/2016 | $8.06 | 445,765 |
| [197] | 3/21/2016 | $7.93 | 430,371 |
| [198] | 3/22/2016 | $7.67 | 545,907 |
| [199] | 3/23/2016 | $7.03 | 841,025 |
| [200] | 3/24/2016 | $7.27 | 604,104 |
| [201] | 3/28/2016 | $6.97 | 360,567 |
| [202] | 3/29/2016 | $7.33 | 377,188 |
| [203] | 3/30/2016 | $7.25 | 437,579 |
| [204] | 3/31/2016 | $7.20 | 144,450 |
| [205] | 4/1/2016 | $7.18 | 185,305 |
| [206] | 4/4/2016 | $7.03 | 290,247 |
| [207] | 4/5/2016 | $7.00 | 228,226 |
| [208] | 4/6/2016 | $7.01 | 351,352 |
| [209] | 4/7/2016 | $6.93 | 296,438 |
| [210] | 4/8/2016 | $7.17 | 485,340 |
| [211] | 4/11/2016 | $7.26 | 523,024 |
| [212] | 4/12/2016 | $7.52 | 1,429,352 |
| [213] | 4/13/2016 | $7.92 | 1,122,071 |
| [214] | 4/14/2016 | $8.12 | 900,931 |
| [215] | 4/15/2016 | $7.83 | 373,368 |
| [216] | 4/18/2016 | $7.81 | 402,178 |
| [217] | 4/19/2016 | $7.50 | 462,238 |
| [218] | 4/20/2016 | $7.35 | 403,777 |
| [219] | 4/21/2016 | $7.46 | 282,844 |
| [220] | 4/22/2016 | $7.67 | 205,775 |
| [221] | 4/25/2016 | $7.42 | 380,310 |
| [222] | 4/26/2016 | $7.37 | 216,192 |

**Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [223] | 4/27/2016 | $7.39 | 192,416 |
| [224] | 4/28/2016 | $7.32 | 369,974 |
| [225] | 4/29/2016 | $7.19 | 309,894 |
| [226] | 5/2/2016 | $7.14 | 264,203 |
| [227] | 5/3/2016 | $7.09 | 251,057 |
| [228] | 5/4/2016 | $7.12 | 403,801 |
| [229] | 5/5/2016 | $7.04 | 358,439 |
| [230] | 5/6/2016 | $6.98 | 365,723 |
| [231] | 5/9/2016 | $6.85 | 350,137 |
| [232] | 5/10/2016 | $6.56 | 1,475,018 |
| [233] | 5/11/2016 | $6.58 | 312,516 |
| [234] | 5/12/2016 | $6.28 | 489,872 |
| [235] | 5/13/2016 | $6.16 | 318,799 |
| [236] | 5/16/2016 | $6.37 | 346,394 |
| [237] | 5/17/2016 | $6.53 | 257,520 |
| [238] | 5/18/2016 | $6.73 | 327,150 |
| [239] | 5/19/2016 | $6.56 | 294,499 |
| [240] | 5/20/2016 | $6.65 | 119,755 |
| [241] | 5/23/2016 | $6.71 | 111,338 |
| [242] | 5/24/2016 | $6.77 | 160,575 |
| [243] | 5/25/2016 | $6.92 | 292,066 |
| [244] | 5/26/2016 | $6.95 | 210,802 |
| [245] | 5/27/2016 | $6.89 | 146,160 |
| [246] | 5/31/2016 | $6.97 | 275,740 |
| [247] | 6/1/2016 | $6.85 | 196,297 |
| [248] | 6/2/2016 | $6.95 | 228,190 |
| [249] | 6/3/2016 | $6.86 | 120,481 |
| [250] | 6/6/2016 | $6.91 | 218,607 |
| [251] | 6/7/2016 | $7.27 | 562,959 |
| [252] | 6/8/2016 | $7.52 | 593,097 |
| [253] | 6/9/2016 | $7.38 | 244,499 |
| [254] | 6/10/2016 | $7.10 | 279,787 |
| [255] | 6/13/2016 | $7.02 | 182,107 |
| [256] | 6/14/2016 | $7.00 | 156,851 |
| [257] | 6/15/2016 | $7.27 | 316,928 |
| [258] | 6/16/2016 | $7.09 | 136,994 |
| [259] | 6/17/2016 | $7.26 | 391,007 |

77

**Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [260] | 6/20/2016 | $7.06 | 253,146 |
| [261] | 6/21/2016 | $7.06 | 217,651 |
| [262] | 6/22/2016 | $6.95 | 115,981 |
| [263] | 6/23/2016 | $7.12 | 112,375 |
| [264] | 6/24/2016 | $6.85 | 289,510 |
| [265] | 6/27/2016 | $6.40 | 410,316 |
| [266] | 6/28/2016 | $6.63 | 222,980 |
| [267] | 6/29/2016 | $7.03 | 480,420 |
| [268] | 6/30/2016 | $7.15 | 311,032 |
| [269] | 7/1/2016 | $7.19 | 182,113 |
| [270] | 7/5/2016 | $6.84 | 192,881 |
| [271] | 7/6/2016 | $6.84 | 107,774 |
| [272] | 7/7/2016 | $6.82 | 157,063 |
| [273] | 7/8/2016 | $6.86 | 197,061 |
| [274] | 7/11/2016 | $6.99 | 150,022 |
| [275] | 7/12/2016 | $7.05 | 290,968 |
| [276] | 7/13/2016 | $7.00 | 171,477 |
| [277] | 7/14/2016 | $7.35 | 1,364,211 |
| [278] | 7/15/2016 | $7.07 | 285,569 |
| [279] | 7/18/2016 | $7.08 | 217,593 |
| [280] | 7/19/2016 | $7.10 | 219,176 |
| [281] | 7/20/2016 | $7.22 | 210,131 |
| [282] | 7/21/2016 | $7.18 | 599,676 |
| [283] | 7/22/2016 | $7.06 | 155,242 |
| [284] | 7/25/2016 | $7.20 | 236,171 |
| [285] | 7/26/2016 | $7.19 | 152,480 |
| [286] | 7/27/2016 | $7.10 | 192,172 |
| [287] | 7/28/2016 | $7.07 | 383,474 |
| [288] | 7/29/2016 | $7.02 | 170,984 |
| [289] | 8/1/2016 | $6.96 | 313,041 |
| [290] | 8/2/2016 | $6.87 | 213,193 |
| [291] | 8/3/2016 | $6.96 | 120,436 |
| [292] | 8/4/2016 | $7.10 | 259,312 |
| [293] | 8/5/2016 | $7.31 | 461,230 |
| [294] | 8/8/2016 | $7.75 | 1,186,336 |
| [295] | 8/9/2016 | $7.28 | 1,099,389 |
| [296] | 8/10/2016 | $6.98 | 486,350 |

78

## Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [297] | 8/11/2016 | $7.00 | 282,122 |
| [298] | 8/12/2016 | $6.82 | 482,899 |
| [299] | 8/15/2016 | $6.90 | 286,912 |
| [300] | 8/16/2016 | $6.77 | 305,222 |
| [301] | 8/17/2016 | $6.76 | 187,304 |
| [302] | 8/18/2016 | $6.35 | 1,856,298 |
| [303] | 8/19/2016 | $6.23 | 671,482 |
| [304] | 8/22/2016 | $6.27 | 456,527 |
| [305] | 8/23/2016 | $6.28 | 242,227 |
| [306] | 8/24/2016 | $6.18 | 244,455 |
| [307] | 8/25/2016 | $6.19 | 210,961 |
| [308] | 8/26/2016 | $6.32 | 257,345 |
| [309] | 8/29/2016 | $6.36 | 169,618 |
| [310] | 8/30/2016 | $6.36 | 126,220 |
| [311] | 8/31/2016 | $6.23 | 112,942 |
| [312] | 9/1/2016 | $6.16 | 166,803 |
| [313] | 9/2/2016 | $6.22 | 117,188 |
| [314] | 9/6/2016 | $6.27 | 131,653 |
| [315] | 9/7/2016 | $6.23 | 115,345 |
| [316] | 9/8/2016 | $5.84 | 1,042,785 |
| [317] | 9/9/2016 | $5.69 | 789,067 |
| [318] | 9/12/2016 | $5.76 | 369,393 |
| [319] | 9/13/2016 | $5.64 | 231,538 |
| [320] | 9/14/2016 | $5.67 | 239,428 |
| [321] | 9/15/2016 | $5.64 | 244,751 |
| [322] | 9/16/2016 | $5.63 | 239,135 |
| [323] | 9/19/2016 | $5.66 | 198,655 |
| [324] | 9/20/2016 | $5.54 | 331,869 |
| [325] | 9/21/2016 | $5.75 | 231,474 |
| [326] | 9/22/2016 | $5.67 | 193,664 |
| [327] | 9/23/2016 | $5.64 | 111,800 |
| [328] | 9/26/2016 | $5.60 | 132,203 |
| [329] | 9/27/2016 | $5.65 | 99,740 |
| [330] | 9/28/2016 | $5.60 | 93,818 |
| [331] | 9/29/2016 | $5.49 | 337,888 |
| [332] | 9/30/2016 | $5.49 | 213,360 |
| [333] | 10/3/2016 | $5.53 | 128,251 |

79

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [334] | 10/4/2016 | $5.84 | 622,498 |
| [335] | 10/5/2016 | $6.34 | 947,160 |
| [336] | 10/6/2016 | $6.03 | 525,781 |
| [337] | 10/7/2016 | $5.80 | 216,368 |
| [338] | 10/10/2016 | $5.85 | 192,379 |
| [339] | 10/11/2016 | $5.70 | 150,426 |
| [340] | 10/12/2016 | $5.77 | 180,005 |
| [341] | 10/13/2016 | $5.60 | 164,783 |
| [342] | 10/14/2016 | $5.56 | 118,765 |
| [343] | 10/17/2016 | $5.40 | 139,390 |
| [344] | 10/18/2016 | $5.30 | 207,192 |
| [345] | 10/19/2016 | $5.10 | 420,253 |
| [346] | 10/20/2016 | $5.10 | 413,282 |
| [347] | 10/21/2016 | $5.15 | 154,570 |
| [348] | 10/24/2016 | $5.15 | 126,509 |
| [349] | 10/25/2016 | $5.00 | 290,501 |
| [350] | 10/26/2016 | $5.40 | 252,563 |
| [351] | 10/27/2016 | $5.05 | 200,456 |
| [352] | 10/28/2016 | $5.05 | 232,974 |
| [353] | 10/31/2016 | $5.00 | 226,620 |
| [354] | 11/1/2016 | $4.90 | 283,688 |
| [355] | 11/2/2016 | $4.65 | 477,799 |
| [356] | 11/3/2016 | $4.45 | 338,774 |
| [357] | 11/4/2016 | $4.60 | 190,201 |
| [358] | 11/7/2016 | $4.75 | 377,139 |
| [359] | 11/8/2016 | $4.45 | 291,089 |
| [360] | 11/9/2016 | $3.90 | 1,406,381 |
| [361] | 11/10/2016 | $4.00 | 391,348 |
| [362] | 11/11/2016 | $3.90 | 320,305 |
| [363] | 11/14/2016 | $3.50 | 789,694 |
| [364] | 11/15/2016 | $3.75 | 478,765 |
| [365] | 11/16/2016 | $3.95 | 301,170 |
| [366] | 11/17/2016 | $3.90 | 192,912 |
| [367] | 11/18/2016 | $3.65 | 199,910 |
| [368] | 11/21/2016 | $3.80 | 156,561 |
| [369] | 11/22/2016 | $3.95 | 166,906 |
| [370] | 11/23/2016 | $4.30 | 363,168 |

**Exhibit 4. Kandi Technologies Group INC. (KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [371] | 11/25/2016 | $4.60 | 338,471 |
| [372] | 11/28/2016 | $5.05 | 649,617 |
| [373] | 11/29/2016 | $5.65 | 1,380,295 |
| [374] | 11/30/2016 | $5.20 | 1,236,352 |
| [375] | 12/1/2016 | $4.80 | 623,069 |
| [376] | 12/2/2016 | $4.80 | 330,893 |
| [377] | 12/5/2016 | $5.15 | 220,392 |
| [378] | 12/6/2016 | $5.10 | 147,115 |
| [379] | 12/7/2016 | $4.95 | 150,160 |
| [380] | 12/8/2016 | $5.15 | 197,144 |
| [381] | 12/9/2016 | $5.15 | 333,178 |
| [382] | 12/12/2016 | $5.20 | 213,625 |
| [383] | 12/13/2016 | $5.55 | 611,908 |
| [384] | 12/14/2016 | $5.45 | 235,856 |
| [385] | 12/15/2016 | $5.05 | 358,686 |
| [386] | 12/16/2016 | $4.90 | 198,922 |
| [387] | 12/19/2016 | $4.80 | 204,198 |
| [388] | 12/20/2016 | $5.30 | 1,311,929 |
| [389] | 12/21/2016 | $5.10 | 350,678 |
| [390] | 12/22/2016 | $5.10 | 269,762 |
| [391] | 12/23/2016 | $5.15 | 205,173 |
| [392] | 12/27/2016 | $5.15 | 386,207 |
| [393] | 12/28/2016 | $5.15 | 169,822 |
| [394] | 12/29/2016 | $5.00 | 329,777 |
| [395] | 12/30/2016 | $4.90 | 316,860 |
| [396] | 1/3/2017 | $4.80 | 213,186 |
| [397] | 1/4/2017 | $4.90 | 109,715 |
| [398] | 1/5/2017 | $5.20 | 229,976 |
| [399] | 1/6/2017 | $5.00 | 144,433 |
| [400] | 1/9/2017 | $4.95 | 142,362 |
| [401] | 1/10/2017 | $5.15 | 202,049 |
| [402] | 1/11/2017 | $5.25 | 482,432 |
| [403] | 1/12/2017 | $5.00 | 230,483 |
| [404] | 1/13/2017 | $5.05 | 95,824 |
| [405] | 1/17/2017 | $4.85 | 280,372 |
| [406] | 1/18/2017 | $4.85 | 154,160 |
| [407] | 1/19/2017 | $4.80 | 145,081 |

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | | [a] | [b] |
| --- | --- | --- | --- |
|  | **Date** | **Price** | **Volume** |
| [408] | 1/20/2017 | $4.85 | 144,410 |
| [409] | 1/23/2017 | $4.80 | 243,720 |
| [410] | 1/24/2017 | $4.50 | 490,053 |
| [411] | 1/25/2017 | $4.35 | 804,521 |
| [412] | 1/26/2017 | $4.55 | 358,988 |
| [413] | 1/27/2017 | $4.50 | 79,583 |
| [414] | 1/30/2017 | $4.45 | 171,010 |
| [415] | 1/31/2017 | $4.25 | 389,785 |
| [416] | 2/1/2017 | $4.20 | 192,947 |
| [417] | 2/2/2017 | $4.20 | 382,190 |
| [418] | 2/3/2017 | $4.25 | 230,331 |
| [419] | 2/6/2017 | $4.30 | 79,350 |
| [420] | 2/7/2017 | $4.15 | 151,574 |
| [421] | 2/8/2017 | $4.10 | 241,212 |
| [422] | 2/9/2017 | $4.00 | 215,564 |
| [423] | 2/10/2017 | $4.08 | 203,790 |
| [424] | 2/13/2017 | $4.25 | 344,566 |
| [425] | 2/14/2017 | $4.10 | 198,916 |
| [426] | 2/15/2017 | $4.25 | 157,155 |
| [427] | 2/16/2017 | $4.25 | 240,651 |
| [428] | 2/17/2017 | $4.15 | 134,087 |
| [429] | 2/21/2017 | $4.10 | 179,139 |
| [430] | 2/22/2017 | $4.25 | 159,414 |
| [431] | 2/23/2017 | $4.15 | 157,888 |
| [432] | 2/24/2017 | $4.15 | 156,776 |
| [433] | 2/27/2017 | $4.00 | 175,958 |
| [434] | 2/28/2017 | $4.10 | 215,955 |
| [435] | 3/1/2017 | $4.05 | 144,277 |
| [436] | 3/2/2017 | $4.15 | 97,447 |
| [437] | 3/3/2017 | $4.20 | 158,289 |
| [438] | 3/6/2017 | $4.15 | 154,821 |
| [439] | 3/7/2017 | $4.00 | 119,016 |
| [440] | 3/8/2017 | $4.05 | 154,627 |
| [441] | 3/9/2017 | $4.05 | 136,541 |
| [442] | 3/10/2017 | $4.25 | 443,331 |
| [443] | 3/13/2017 | $4.35 | 232,302 |
| [444] | 3/14/2017 | $4.05 | 513,235 |

82

**Exhibit 4. Kandi Technologies Group INC.
(KNDI) - Price and Volume**

*June 10, 2015 through March 16, 2017*

|  | Date | [a] Price | [b] Volume |
|---|---|---|---|
| [445] | 3/15/2017 | $4.05 | 197,723 |
| [446] | 3/16/2017 | $3.70 | 644,792 |

**Notes:**

Data obtained from Bloomberg

83

**Exhibit 5. Kandi Technologies Group, INC. (KNDI) - Regression Results**
*June 10, 2015 through March 13, 2017*

| Regression Statistics | | | |
|---|---|---|---|
| | [a] | | |
| [1] R Squared | 0.368 | | |
| [2] Adjusted R Squared | 0.353 | | |
| [3] Standard Error | 3.23% | | |
| [4] Observations | 443 | | |

| | [b] | [c] | [d] |
|---|---|---|---|
| | Coefficients | Standard Error | *t*- statistic |
| [5] Intercept | -0.08% | 0.15% | -0.50 |
| [6] U.S. Market Index | 1.61 | 0.236 | 6.80 |
| [7] Chinese Market Index | 0.39 | 0.085 | 4.64 |
| [8] Industry Index | 0.12 | 0.138 | 0.89 |
| [9] 8/10/2015 | -11.47% | 3.26% | -3.52 |
| [10] 11/9/2015 | -17.13% | 3.24% | -5.29 |
| [11] 3/14/2016 | 17.14% | 3.23% | 5.30 |
| [12] 5/10/2016 | -6.40% | 3.24% | -1.98 |
| [13] 8/9/2016 | -6.66% | 3.23% | -2.06 |
| [14] 11/9/2016 | -14.84% | 3.25% | -4.56 |
| [15] 11/14/2016 | -11.04% | 3.24% | -3.40 |

## Exhibit 6. Kandi Technologies Group, INC. (KNDI) -  Event Study Results

|  | | [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] |
|---|---|---|---|---|---|---|---|---|---|
|  | Date | Volume | Kandi Stock Price | Previous Day Kandi Stock Price | Kandi Stock Logarithmic Returns | Kandi Stock Explained Returns[1] | Kandi Stock Residual Returns[2] | $t$-statistic[3,4] | Kandi Stock Residual Dollar Returns[5] |
| [1] | 11/14/2016 | 789,694 | $3.50 | $3.90 | -10.82% | 0.22% | -11.04% | -3.423 * | -$0.41 |
| [2] | 3/14/2017 | 513,235 | $4.05 | $4.35 | -7.15% | -0.60% | -6.54% | -2.028 * | -$0.28 |
| [3] | 3/15/2017 | 197,723 | $4.05 | $4.05 | 0.00% | 1.50% | -1.50% | -0.466 | -$0.06 |
| [4] | 3/16/2017 | 644,792 | $3.70 | $4.05 | -9.04% | 0.10% | -9.14% | -2.832 * | -$0.35 |
| [5] | | | 3-Day Event Window:[6] | | -16.18% | 1.00% | -17.18% | -3.075 * | -$0.69 |

### Notes and Calculations

[1] [e] = [Exhibit 5 'b5']+ [Exhibit 3 'c'] * [Exhibit 5 'b6'] +  [Exhibit 3 'd'] * ['Exhibit 5 'b7'] +  [Exhibit 3 'e'] * ['Exhibit 5 'b8']

[2] [f] = [d]-[e]

[3] [g] = [f]/[Exhibit 5 'a3']

[4] $t$-statistics marked with an "*" are statistically significant at atleast the 95% confidence level.

[5] [h] = (exp([f])-1) * *Previous Day Kandi Stock Price*

[6] Results for the 3-Day Event Window are the sum of the individual component days, with the exception of the 3-day $t$-statistic. The event window $t$- statistic was calculated as the sum of the individual $t$-statistics divided by the square root of the number of trading days within the event window (e.g. 3).

85

**Exhibit 7. Kandi Technologies Group, INC. (KNDI) - PSLRA 90-Day Prices**

|  | Date | [a] Price | [b] Average Price |
|---|---|---|---|
| [1] | 3/16/2017 | $3.70 | $3.70 |
| [2] | 3/17/2017 | $3.85 | $3.78 |
| [3] | 3/20/2017 | $3.60 | $3.72 |
| [4] | 3/21/2017 | $3.65 | $3.70 |
| [5] | 3/22/2017 | $3.65 | $3.69 |
| [6] | 3/23/2017 | $3.70 | $3.69 |
| [7] | 3/24/2017 | $3.85 | $3.71 |
| [8] | 3/27/2017 | $3.75 | $3.72 |
| [9] | 3/28/2017 | $3.75 | $3.72 |
| [10] | 3/29/2017 | $3.80 | $3.73 |
| [11] | 3/30/2017 | $3.80 | $3.74 |
| [12] | 3/31/2017 | $3.80 | $3.74 |
| [13] | 4/3/2017 | $3.80 | $3.75 |
| [14] | 4/4/2017 | $3.75 | $3.75 |
| [15] | 4/5/2017 | $4.10 | $3.77 |
| [16] | 4/6/2017 | $4.00 | $3.78 |
| [17] | 4/7/2017 | $4.35 | $3.82 |
| [18] | 4/10/2017 | $4.25 | $3.84 |
| [19] | 4/11/2017 | $4.15 | $3.86 |
| [20] | 4/12/2017 | $4.05 | $3.87 |
| [21] | 4/13/2017 | $4.15 | $3.88 |
| [22] | 4/17/2017 | $4.10 | $3.89 |
| [23] | 4/18/2017 | $4.05 | $3.90 |
| [24] | 4/19/2017 | $4.00 | $3.90 |
| [25] | 4/20/2017 | $3.88 | $3.90 |
| [26] | 4/21/2017 | $3.80 | $3.90 |
| [27] | 4/24/2017 | $4.15 | $3.91 |
| [28] | 4/25/2017 | $4.10 | $3.91 |
| [29] | 4/26/2017 | $4.05 | $3.92 |
| [30] | 4/27/2017 | $4.10 | $3.92 |
| [31] | 4/28/2017 | $4.10 | $3.93 |
| [32] | 5/1/2017 | $4.05 | $3.93 |
| [33] | 5/2/2017 | $4.20 | $3.94 |
| [34] | 5/3/2017 | $4.45 | $3.96 |
| [35] | 5/4/2017 | $4.35 | $3.97 |
| [36] | 5/5/2017 | $4.35 | $3.98 |
| [37] | 5/8/2017 | $4.40 | $3.99 |
| [38] | 5/9/2017 | $4.50 | $4.00 |

86

| | | | |
|---|---|---|---|
| [39] | 5/10/2017 | $4.15 | $4.01 |
| [40] | 5/11/2017 | $4.05 | $4.01 |
| [41] | 5/12/2017 | $4.05 | $4.01 |
| [42] | 5/15/2017 | $4.03 | $4.01 |
| [43] | 5/16/2017 | $4.00 | $4.01 |
| [44] | 5/17/2017 | $4.00 | $4.01 |
| [45] | 5/18/2017 | $3.95 | $4.01 |
| [46] | 5/19/2017 | $4.00 | $4.01 |
| [47] | 5/22/2017 | $4.20 | $4.01 |
| [48] | 5/23/2017 | $4.25 | $4.02 |
| [49] | 5/24/2017 | $4.30 | $4.02 |
| [50] | 5/25/2017 | $4.35 | $4.03 |
| [51] | 5/26/2017 | $4.25 | $4.03 |
| [52] | 5/30/2017 | $4.20 | $4.04 |
| [53] | 5/31/2017 | $4.15 | $4.04 |
| [54] | 6/1/2017 | $4.18 | $4.04 |
| [55] | 6/2/2017 | $4.20 | $4.04 |
| [56] | 6/5/2017 | $4.05 | $4.04 |
| [57] | 6/6/2017 | $4.15 | $4.05 |
| [58] | 6/7/2017 | $4.15 | $4.05 |
| [59] | 6/8/2017 | $4.15 | $4.05 |
| [60] | 6/9/2017 | $4.05 | $4.05 |
| [61] | 6/12/2017 | $4.00 | $4.05 |
| [62] | 6/13/2017 | $4.10 | $4.05 |

**Notes:**

Data obtained from Bloomberg

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | Date | [a] Artificial Inflation |
|---|---|---|
| [1] | 8/10/2015 | $1.10 |
| [2] | 8/11/2015 | $1.10 |
| [3] | 8/12/2015 | $1.10 |
| [4] | 8/13/2015 | $1.10 |
| [5] | 8/14/2015 | $1.10 |
| [6] | 8/17/2015 | $1.10 |
| [7] | 8/18/2015 | $1.10 |
| [8] | 8/19/2015 | $1.10 |
| [9] | 8/20/2015 | $1.10 |
| [10] | 8/21/2015 | $1.10 |
| [11] | 8/24/2015 | $1.10 |
| [12] | 8/25/2015 | $1.10 |
| [13] | 8/26/2015 | $1.10 |
| [14] | 8/27/2015 | $1.10 |
| [15] | 8/28/2015 | $1.10 |
| [16] | 8/31/2015 | $1.10 |
| [17] | 9/1/2015 | $1.10 |
| [18] | 9/2/2015 | $1.10 |
| [19] | 9/3/2015 | $1.10 |
| [20] | 9/4/2015 | $1.10 |
| [21] | 9/8/2015 | $1.10 |
| [22] | 9/9/2015 | $1.10 |
| [23] | 9/10/2015 | $1.10 |
| [24] | 9/11/2015 | $1.10 |
| [25] | 9/14/2015 | $1.10 |
| [26] | 9/15/2015 | $1.10 |
| [27] | 9/16/2015 | $1.10 |
| [28] | 9/17/2015 | $1.10 |
| [29] | 9/18/2015 | $1.10 |
| [30] | 9/21/2015 | $1.10 |
| [31] | 9/22/2015 | $1.10 |
| [32] | 9/23/2015 | $1.10 |
| [33] | 9/24/2015 | $1.10 |
| [34] | 9/25/2015 | $1.10 |
| [35] | 9/28/2015 | $1.10 |
| [36] | 9/29/2015 | $1.10 |
| [37] | 9/30/2015 | $1.10 |

88

**Exhibit 8. Kandi Technologies Group INC.
(KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | | [a] |
| --- | --- | --- |
|  | **Date** | **Artificial Inflation** |
| [38] | 10/1/2015 | $1.10 |
| [39] | 10/2/2015 | $1.10 |
| [40] | 10/5/2015 | $1.10 |
| [41] | 10/6/2015 | $1.10 |
| [42] | 10/7/2015 | $1.10 |
| [43] | 10/8/2015 | $1.10 |
| [44] | 10/9/2015 | $1.10 |
| [45] | 10/12/2015 | $1.10 |
| [46] | 10/13/2015 | $1.10 |
| [47] | 10/14/2015 | $1.10 |
| [48] | 10/15/2015 | $1.10 |
| [49] | 10/16/2015 | $1.10 |
| [50] | 10/19/2015 | $1.10 |
| [51] | 10/20/2015 | $1.10 |
| [52] | 10/21/2015 | $1.10 |
| [53] | 10/22/2015 | $1.10 |
| [54] | 10/23/2015 | $1.10 |
| [55] | 10/26/2015 | $1.10 |
| [56] | 10/27/2015 | $1.10 |
| [57] | 10/28/2015 | $1.10 |
| [58] | 10/29/2015 | $1.10 |
| [59] | 10/30/2015 | $1.10 |
| [60] | 11/2/2015 | $1.10 |
| [61] | 11/3/2015 | $1.10 |
| [62] | 11/4/2015 | $1.10 |
| [63] | 11/5/2015 | $1.10 |
| [64] | 11/6/2015 | $1.10 |
| [65] | 11/9/2015 | $1.10 |
| [66] | 11/10/2015 | $1.10 |
| [67] | 11/11/2015 | $1.10 |
| [68] | 11/12/2015 | $1.10 |
| [69] | 11/13/2015 | $1.10 |
| [70] | 11/16/2015 | $1.10 |
| [71] | 11/17/2015 | $1.10 |
| [72] | 11/18/2015 | $1.10 |
| [73] | 11/19/2015 | $1.10 |
| [74] | 11/20/2015 | $1.10 |

89

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  |  | [a] |
| --- | --- | --- |
|  | **Date** | **Artificial Inflation** |
| [75] | 11/23/2015 | $1.10 |
| [76] | 11/24/2015 | $1.10 |
| [77] | 11/25/2015 | $1.10 |
| [78] | 11/27/2015 | $1.10 |
| [79] | 11/30/2015 | $1.10 |
| [80] | 12/1/2015 | $1.10 |
| [81] | 12/2/2015 | $1.10 |
| [82] | 12/3/2015 | $1.10 |
| [83] | 12/4/2015 | $1.10 |
| [84] | 12/7/2015 | $1.10 |
| [85] | 12/8/2015 | $1.10 |
| [86] | 12/9/2015 | $1.10 |
| [87] | 12/10/2015 | $1.10 |
| [88] | 12/11/2015 | $1.10 |
| [89] | 12/14/2015 | $1.10 |
| [90] | 12/15/2015 | $1.10 |
| [91] | 12/16/2015 | $1.10 |
| [92] | 12/17/2015 | $1.10 |
| [93] | 12/18/2015 | $1.10 |
| [94] | 12/21/2015 | $1.10 |
| [95] | 12/22/2015 | $1.10 |
| [96] | 12/23/2015 | $1.10 |
| [97] | 12/24/2015 | $1.10 |
| [98] | 12/28/2015 | $1.10 |
| [99] | 12/29/2015 | $1.10 |
| [100] | 12/30/2015 | $1.10 |
| [101] | 12/31/2015 | $1.10 |
| [102] | 1/4/2016 | $1.10 |
| [103] | 1/5/2016 | $1.10 |
| [104] | 1/6/2016 | $1.10 |
| [105] | 1/7/2016 | $1.10 |
| [106] | 1/8/2016 | $1.10 |
| [107] | 1/11/2016 | $1.10 |
| [108] | 1/12/2016 | $1.10 |
| [109] | 1/13/2016 | $1.10 |
| [110] | 1/14/2016 | $1.10 |
| [111] | 1/15/2016 | $1.10 |

90

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | Date | [a] Artificial Inflation |
|---|---|---|
| [112] | 1/19/2016 | $1.10 |
| [113] | 1/20/2016 | $1.10 |
| [114] | 1/21/2016 | $1.10 |
| [115] | 1/22/2016 | $1.10 |
| [116] | 1/25/2016 | $1.10 |
| [117] | 1/26/2016 | $1.10 |
| [118] | 1/27/2016 | $1.10 |
| [119] | 1/28/2016 | $1.10 |
| [120] | 1/29/2016 | $1.10 |
| [121] | 2/1/2016 | $1.10 |
| [122] | 2/2/2016 | $1.10 |
| [123] | 2/3/2016 | $1.10 |
| [124] | 2/4/2016 | $1.10 |
| [125] | 2/5/2016 | $1.10 |
| [126] | 2/8/2016 | $1.10 |
| [127] | 2/9/2016 | $1.10 |
| [128] | 2/10/2016 | $1.10 |
| [129] | 2/11/2016 | $1.10 |
| [130] | 2/12/2016 | $1.10 |
| [131] | 2/16/2016 | $1.10 |
| [132] | 2/17/2016 | $1.10 |
| [133] | 2/18/2016 | $1.10 |
| [134] | 2/19/2016 | $1.10 |
| [135] | 2/22/2016 | $1.10 |
| [136] | 2/23/2016 | $1.10 |
| [137] | 2/24/2016 | $1.10 |
| [138] | 2/25/2016 | $1.10 |
| [139] | 2/26/2016 | $1.10 |
| [140] | 2/29/2016 | $1.10 |
| [141] | 3/1/2016 | $1.10 |
| [142] | 3/2/2016 | $1.10 |
| [143] | 3/3/2016 | $1.10 |
| [144] | 3/4/2016 | $1.10 |
| [145] | 3/7/2016 | $1.10 |
| [146] | 3/8/2016 | $1.10 |
| [147] | 3/9/2016 | $1.10 |
| [148] | 3/10/2016 | $1.10 |

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | | [a] |
| --- | --- | --- |
|  | **Date** | **Artificial Inflation** |
| [149] | 3/11/2016 | $1.10 |
| [150] | 3/14/2016 | $1.10 |
| [151] | 3/15/2016 | $1.10 |
| [152] | 3/16/2016 | $1.10 |
| [153] | 3/17/2016 | $1.10 |
| [154] | 3/18/2016 | $1.10 |
| [155] | 3/21/2016 | $1.10 |
| [156] | 3/22/2016 | $1.10 |
| [157] | 3/23/2016 | $1.10 |
| [158] | 3/24/2016 | $1.10 |
| [159] | 3/28/2016 | $1.10 |
| [160] | 3/29/2016 | $1.10 |
| [161] | 3/30/2016 | $1.10 |
| [162] | 3/31/2016 | $1.10 |
| [163] | 4/1/2016 | $1.10 |
| [164] | 4/4/2016 | $1.10 |
| [165] | 4/5/2016 | $1.10 |
| [166] | 4/6/2016 | $1.10 |
| [167] | 4/7/2016 | $1.10 |
| [168] | 4/8/2016 | $1.10 |
| [169] | 4/11/2016 | $1.10 |
| [170] | 4/12/2016 | $1.10 |
| [171] | 4/13/2016 | $1.10 |
| [172] | 4/14/2016 | $1.10 |
| [173] | 4/15/2016 | $1.10 |
| [174] | 4/18/2016 | $1.10 |
| [175] | 4/19/2016 | $1.10 |
| [176] | 4/20/2016 | $1.10 |
| [177] | 4/21/2016 | $1.10 |
| [178] | 4/22/2016 | $1.10 |
| [179] | 4/25/2016 | $1.10 |
| [180] | 4/26/2016 | $1.10 |
| [181] | 4/27/2016 | $1.10 |
| [182] | 4/28/2016 | $1.10 |
| [183] | 4/29/2016 | $1.10 |
| [184] | 5/2/2016 | $1.10 |
| [185] | 5/3/2016 | $1.10 |

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | Date | [a] Artificial Inflation |
|---|---|---|
| [186] | 5/4/2016 | $1.10 |
| [187] | 5/5/2016 | $1.10 |
| [188] | 5/6/2016 | $1.10 |
| [189] | 5/9/2016 | $1.10 |
| [190] | 5/10/2016 | $1.10 |
| [191] | 5/11/2016 | $1.10 |
| [192] | 5/12/2016 | $1.10 |
| [193] | 5/13/2016 | $1.10 |
| [194] | 5/16/2016 | $1.10 |
| [195] | 5/17/2016 | $1.10 |
| [196] | 5/18/2016 | $1.10 |
| [197] | 5/19/2016 | $1.10 |
| [198] | 5/20/2016 | $1.10 |
| [199] | 5/23/2016 | $1.10 |
| [200] | 5/24/2016 | $1.10 |
| [201] | 5/25/2016 | $1.10 |
| [202] | 5/26/2016 | $1.10 |
| [203] | 5/27/2016 | $1.10 |
| [204] | 5/31/2016 | $1.10 |
| [205] | 6/1/2016 | $1.10 |
| [206] | 6/2/2016 | $1.10 |
| [207] | 6/3/2016 | $1.10 |
| [208] | 6/6/2016 | $1.10 |
| [209] | 6/7/2016 | $1.10 |
| [210] | 6/8/2016 | $1.10 |
| [211] | 6/9/2016 | $1.10 |
| [212] | 6/10/2016 | $1.10 |
| [213] | 6/13/2016 | $1.10 |
| [214] | 6/14/2016 | $1.10 |
| [215] | 6/15/2016 | $1.10 |
| [216] | 6/16/2016 | $1.10 |
| [217] | 6/17/2016 | $1.10 |
| [218] | 6/20/2016 | $1.10 |
| [219] | 6/21/2016 | $1.10 |
| [220] | 6/22/2016 | $1.10 |
| [221] | 6/23/2016 | $1.10 |
| [222] | 6/24/2016 | $1.10 |

**Exhibit 8. Kandi Technologies Group INC.
(KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

| | Date | [a] Artificial Inflation |
|---|---|---|
| [223] | 6/27/2016 | $1.10 |
| [224] | 6/28/2016 | $1.10 |
| [225] | 6/29/2016 | $1.10 |
| [226] | 6/30/2016 | $1.10 |
| [227] | 7/1/2016 | $1.10 |
| [228] | 7/5/2016 | $1.10 |
| [229] | 7/6/2016 | $1.10 |
| [230] | 7/7/2016 | $1.10 |
| [231] | 7/8/2016 | $1.10 |
| [232] | 7/11/2016 | $1.10 |
| [233] | 7/12/2016 | $1.10 |
| [234] | 7/13/2016 | $1.10 |
| [235] | 7/14/2016 | $1.10 |
| [236] | 7/15/2016 | $1.10 |
| [237] | 7/18/2016 | $1.10 |
| [238] | 7/19/2016 | $1.10 |
| [239] | 7/20/2016 | $1.10 |
| [240] | 7/21/2016 | $1.10 |
| [241] | 7/22/2016 | $1.10 |
| [242] | 7/25/2016 | $1.10 |
| [243] | 7/26/2016 | $1.10 |
| [244] | 7/27/2016 | $1.10 |
| [245] | 7/28/2016 | $1.10 |
| [246] | 7/29/2016 | $1.10 |
| [247] | 8/1/2016 | $1.10 |
| [248] | 8/2/2016 | $1.10 |
| [249] | 8/3/2016 | $1.10 |
| [250] | 8/4/2016 | $1.10 |
| [251] | 8/5/2016 | $1.10 |
| [252] | 8/8/2016 | $1.10 |
| [253] | 8/9/2016 | $1.10 |
| [254] | 8/10/2016 | $1.10 |
| [255] | 8/11/2016 | $1.10 |
| [256] | 8/12/2016 | $1.10 |
| [257] | 8/15/2016 | $1.10 |
| [258] | 8/16/2016 | $1.10 |
| [259] | 8/17/2016 | $1.10 |

94

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

| | | [a] |
|---|---|---|
| | Date | Artificial Inflation |
| [260] | 8/18/2016 | $1.10 |
| [261] | 8/19/2016 | $1.10 |
| [262] | 8/22/2016 | $1.10 |
| [263] | 8/23/2016 | $1.10 |
| [264] | 8/24/2016 | $1.10 |
| [265] | 8/25/2016 | $1.10 |
| [266] | 8/26/2016 | $1.10 |
| [267] | 8/29/2016 | $1.10 |
| [268] | 8/30/2016 | $1.10 |
| [269] | 8/31/2016 | $1.10 |
| [270] | 9/1/2016 | $1.10 |
| [271] | 9/2/2016 | $1.10 |
| [272] | 9/6/2016 | $1.10 |
| [273] | 9/7/2016 | $1.10 |
| [274] | 9/8/2016 | $1.10 |
| [275] | 9/9/2016 | $1.10 |
| [276] | 9/12/2016 | $1.10 |
| [277] | 9/13/2016 | $1.10 |
| [278] | 9/14/2016 | $1.10 |
| [279] | 9/15/2016 | $1.10 |
| [280] | 9/16/2016 | $1.10 |
| [281] | 9/19/2016 | $1.10 |
| [282] | 9/20/2016 | $1.10 |
| [283] | 9/21/2016 | $1.10 |
| [284] | 9/22/2016 | $1.10 |
| [285] | 9/23/2016 | $1.10 |
| [286] | 9/26/2016 | $1.10 |
| [287] | 9/27/2016 | $1.10 |
| [288] | 9/28/2016 | $1.10 |
| [289] | 9/29/2016 | $1.10 |
| [290] | 9/30/2016 | $1.10 |
| [291] | 10/3/2016 | $1.10 |
| [292] | 10/4/2016 | $1.10 |
| [293] | 10/5/2016 | $1.10 |
| [294] | 10/6/2016 | $1.10 |
| [295] | 10/7/2016 | $1.10 |
| [296] | 10/10/2016 | $1.10 |

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

| | Date | [a] Artificial Inflation |
|---|---|---|
| [297] | 10/11/2016 | $1.10 |
| [298] | 10/12/2016 | $1.10 |
| [299] | 10/13/2016 | $1.10 |
| [300] | 10/14/2016 | $1.10 |
| [301] | 10/17/2016 | $1.10 |
| [302] | 10/18/2016 | $1.10 |
| [303] | 10/19/2016 | $1.10 |
| [304] | 10/20/2016 | $1.10 |
| [305] | 10/21/2016 | $1.10 |
| [306] | 10/24/2016 | $1.10 |
| [307] | 10/25/2016 | $1.10 |
| [308] | 10/26/2016 | $1.10 |
| [309] | 10/27/2016 | $1.10 |
| [310] | 10/28/2016 | $1.10 |
| [311] | 10/31/2016 | $1.10 |
| [312] | 11/1/2016 | $1.10 |
| [313] | 11/2/2016 | $1.10 |
| [314] | 11/3/2016 | $1.10 |
| [315] | 11/4/2016 | $1.10 |
| [316] | 11/7/2016 | $1.10 |
| [317] | 11/8/2016 | $1.10 |
| [318] | 11/9/2016 | $1.10 |
| [319] | 11/10/2016 | $1.10 |
| [320] | 11/11/2016 | $1.10 |
| [321] | 11/14/2016 | $0.69 |
| [322] | 11/15/2016 | $0.69 |
| [323] | 11/16/2016 | $0.69 |
| [324] | 11/17/2016 | $0.69 |
| [325] | 11/18/2016 | $0.69 |
| [326] | 11/21/2016 | $0.69 |
| [327] | 11/22/2016 | $0.69 |
| [328] | 11/23/2016 | $0.69 |
| [329] | 11/25/2016 | $0.69 |
| [330] | 11/28/2016 | $0.69 |
| [331] | 11/29/2016 | $0.69 |
| [332] | 11/30/2016 | $0.69 |
| [333] | 12/1/2016 | $0.69 |

**Exhibit 8. Kandi Technologies Group INC. (KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | Date | [a] Artificial Inflation |
|---|---|---|
| [334] | 12/2/2016 | $0.69 |
| [335] | 12/5/2016 | $0.69 |
| [336] | 12/6/2016 | $0.69 |
| [337] | 12/7/2016 | $0.69 |
| [338] | 12/8/2016 | $0.69 |
| [339] | 12/9/2016 | $0.69 |
| [340] | 12/12/2016 | $0.69 |
| [341] | 12/13/2016 | $0.69 |
| [342] | 12/14/2016 | $0.69 |
| [343] | 12/15/2016 | $0.69 |
| [344] | 12/16/2016 | $0.69 |
| [345] | 12/19/2016 | $0.69 |
| [346] | 12/20/2016 | $0.69 |
| [347] | 12/21/2016 | $0.69 |
| [348] | 12/22/2016 | $0.69 |
| [349] | 12/23/2016 | $0.69 |
| [350] | 12/27/2016 | $0.69 |
| [351] | 12/28/2016 | $0.69 |
| [352] | 12/29/2016 | $0.69 |
| [353] | 12/30/2016 | $0.69 |
| [354] | 1/3/2017 | $0.69 |
| [355] | 1/4/2017 | $0.69 |
| [356] | 1/5/2017 | $0.69 |
| [357] | 1/6/2017 | $0.69 |
| [358] | 1/9/2017 | $0.69 |
| [359] | 1/10/2017 | $0.69 |
| [360] | 1/11/2017 | $0.69 |
| [361] | 1/12/2017 | $0.69 |
| [362] | 1/13/2017 | $0.69 |
| [363] | 1/17/2017 | $0.69 |
| [364] | 1/18/2017 | $0.69 |
| [365] | 1/19/2017 | $0.69 |
| [366] | 1/20/2017 | $0.69 |
| [367] | 1/23/2017 | $0.69 |
| [368] | 1/24/2017 | $0.69 |
| [369] | 1/25/2017 | $0.69 |
| [370] | 1/26/2017 | $0.69 |

**Exhibit 8. Kandi Technologies Group INC.
(KNDI) - Artificial Inflation Ribbon**

*August 10, 2015 through March 16, 2017*

|  | Date | Artificial Inflation [a] |
|---|---|---|
| [371] | 1/27/2017 | $0.69 |
| [372] | 1/30/2017 | $0.69 |
| [373] | 1/31/2017 | $0.69 |
| [374] | 2/1/2017 | $0.69 |
| [375] | 2/2/2017 | $0.69 |
| [376] | 2/3/2017 | $0.69 |
| [377] | 2/6/2017 | $0.69 |
| [378] | 2/7/2017 | $0.69 |
| [379] | 2/8/2017 | $0.69 |
| [380] | 2/9/2017 | $0.69 |
| [381] | 2/10/2017 | $0.69 |
| [382] | 2/13/2017 | $0.69 |
| [383] | 2/14/2017 | $0.69 |
| [384] | 2/15/2017 | $0.69 |
| [385] | 2/16/2017 | $0.69 |
| [386] | 2/17/2017 | $0.69 |
| [387] | 2/21/2017 | $0.69 |
| [388] | 2/22/2017 | $0.69 |
| [389] | 2/23/2017 | $0.69 |
| [390] | 2/24/2017 | $0.69 |
| [391] | 2/27/2017 | $0.69 |
| [392] | 2/28/2017 | $0.69 |
| [393] | 3/1/2017 | $0.69 |
| [394] | 3/2/2017 | $0.69 |
| [395] | 3/3/2017 | $0.69 |
| [396] | 3/6/2017 | $0.69 |
| [397] | 3/7/2017 | $0.69 |
| [398] | 3/8/2017 | $0.69 |
| [399] | 3/9/2017 | $0.69 |
| [400] | 3/10/2017 | $0.69 |
| [401] | 3/13/2017 | $0.69 |
| [402] | 3/14/2017 | $0.41 |
| [403] | 3/15/2017 | $0.35 |
| [404] | 3/16/2017-thereafter | $0.00 |