# EXHIBIT 2



# Kandi Technologies Group, Inc. (KNDI)

Aggregate Damages Analysis

February 13, 2025

PRELIMINARY | SUBJECT TO FURTHER REVIEW AND EVALUATION



# Section 10(b) Aggregate Damages Estimate: KNDI

Class Period: August 10, 2015 through March 13, 2017
Scenario 1: Regression Estimation Period Consistent with Previous Werner Declaration

## Market Model For Estimating Residual Returns[1]

| Estimation Period | June 10, 2015 through March 13, 2017 |
|---|---|
| Market Index | CRSP NYSE/AMEX/NASDAQ/ARCA Market Index |
| Chinese Market Index | Shanghai Stock Exchange Composite Index |
| Sector Index | S&P Automobile Manufacturers |

## Residual Declines[3]

| Date | Logarithmic Return | Residual Return | t-stat | Residual Dollar | Damages Per Disclosure Two-Trader[4] |
|---|---|---|---|---|---|
| 11/14/2016 | -10.82% | -11.04% | -3.42* | -$0.41 | $5.9M |
| 3/14/2017 | -7.15% | -6.54% | -2.03* | -$0.28 | $4.4M |
| 3/15/2017 | 0.00% | -1.50% | -0.47 | -$0.06 | $1.0M |
| 3/16/2017 | -9.04% | -9.14% | -2.83* | -$0.35 | $5.3M |
| *3-Day Event Window* | -16.18% | -17.18% | -3.08* | -$0.69 | $9.9M |

Note: "*" indicates statistical significance at the 95% confidence level or greater.

## Trading Model Parameters

| Average Shares Outstanding | 47.4M |
|---|---|
| - Avg. Insider Shares | 13.3M |
| - Min. Institutional Holdings | 13.7M |
| + Avg. Short Interest | 5.8M |
| **Average Shares in Tradeable Float** | **26.2M** |
| Market Maker Activity[2] | 20.07% |
| PSLRA 90-Day Price | $4.05 |

## Two-Trader Damages Estimate

| $15.7M | 20.4M |
|---|---|
| Damages | Damaged Shares |

## One-Trader Damages Estimate

| $22.9M | 35.7M |
|---|---|
| Damages | Damaged Shares |

**Sources**: Bloomberg, Eikon, FactSet, and Company Filings.
**Notes:**
[1] For a more detailed description of the market model, *see* ¶¶55-70 of the Loss Causation and Damages Declaration of Dr. Adam Werner, dated February 12, 2025.
[2] Market maker activity is measured using volume figures for the months of August 2015 through February 2017.
[3] For a detailed discussion of the alleged corrective disclosure events, *see* the Loss Causation and Damages Declaration of Dr. Adam Werner, dated February 12, 2025.
[4] Damages per disclosure are estimated assuming each alleged disclosure was the only disclosure during the Class Period. Thus, damages per disclosure will not perfectly sum to equal aggregate damages.



# Section 10(b) Aggregate Damages Estimate: KNDI

Class Period: August 10, 2015 through March 13, 2017
Scenario 2: Regression Estimation Period is Current Class Period

## Market Model For Estimating Residual Returns

| | |
|---|---|
| Estimation Period | August 10, 2015 through March 13, 2017 |
| Market Index | CRSP NYSE/AMEX/NASDAQ/ARCA Market Index |
| Chinese Market Index | Shanghai Stock Exchange Composite Index |
| Sector Index | S&P Automobile Manufacturers |

## Trading Model Parameters

| | |
|---|---|
| Average Shares Outstanding | 47.4M |
| - Avg. Insider Shares | 13.3M |
| - Min. Institutional Holdings | 13.7M |
| + Avg. Short Interest | 5.8M |
| **Average Shares in Tradeable Float** | **26.2M** |
| Market Maker Activity[1] | 20.07% |
| PSLRA 90-Day Price | $4.05 |

## Residual Declines

| Date | Logarithmic Return | Residual Return | t-stat | Residual Dollar | Damages Per Disclosure Two-Trader[2] |
|---|---|---|---|---|---|
| 11/14/2016 | -10.82% | -11.16% | -3.44* | -$0.41 | $5.9M |
| 3/14/2017 | -7.15% | -6.48% | -2.00* | -$0.27 | $4.2M |
| 3/15/2017 | 0.00% | -1.58% | -0.49 | -$0.06 | $1.0M |
| 3/16/2017 | -9.04% | -9.04% | -2.78* | -$0.35 | $5.3M |
| *3-Day Event Window* | -16.18% | -17.10% | -3.04* | -$0.68 | $9.8M |

Note: "*" indicates statistical significance at the 95% confidence level or greater.

## Two-Trader Damages Estimate

| | |
|---|---|
| **$15.5M** | **20.4M** |
| Damages | Damaged Shares |

## One-Trader Damages Estimate

| | |
|---|---|
| **$22.7M** | **35.7M** |
| Damages | Damaged Shares |

**Sources**: Bloomberg, Eikon, FactSet, and Company Filings.
**Notes:**
[1] Market maker activity is measured using volume figures for the months of August 2015 through February 2017.
[2] Damages per disclosure are estimated assuming each alleged disclosure was the only disclosure during the Class Period. Thus, damages per disclosure will not perfectly sum to equal aggregate damages.



# Aggregate Damages Estimate: KNDI

KNDI price and volume
August 10, 2015 through June 13, 2017

*PSLRA 90-Day: $4.05*