# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu,<br><br>Defendants. | Civil Action No. 20 CIV. 8082 (DEH)<br><br>**PLAINTIFF'S RULE 56.1 STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |

Pursuant to Local Rule 56.1, Lead Plaintiff Tom Brooks ("Plaintiff") hereby submits this statement of undisputed facts in support of Plaintiff's motion for summary judgment and/or summary adjudication of Plaintiff's claims brought pursuant to the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder.

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 1 | On August 9, 2015, Kandi filed its Form 10-Q for the quarter ended June 30, 2015, wherein the Company reported no revenues from related party transactions during 2Q 2015. In the same filing, Defendants represented that Kandi's disclosure controls and procedures were effective. | Declaration of Ex Kano S. Sams II in Support of Plaintiff's Motion for Summary Judgment and/or Summary Adjudication ("Sams Decl."), Exhibit ("Ex.") 1 (Loss Causation and Damages Declaration of Dr. Adam Werner") at ¶¶18-19. |
| 2 | On August 10, 2015, Kandi announced its financial results for 2Q 2015. In its earnings press release, the Company reported total revenues of $48 million for 2Q 2015 and net income of $5.4 million, or $0.12 per share. According to CFO Wang, the Company's 2Q 2015 financial results aligned with the Company's own expectations. | Sams Decl., Ex 1 at ¶17. |
| 3 | On November 9, 2015, Kandi announced its financial results for 3Q 2015.  In Kandi's earnings press release, the Company reported total revenues of $50.5 million for 2Q 2015 and net income of $2.3 million, or $0.05 per share. CFO Wang also commented that the Company's financial results were within its expectations. | Sams Decl., Ex 1 at ¶20. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 4 | On the same day, Kandi also filed its Form 10-Q for the quarter ended September 30, 2015, wherein the Company again reported no revenues from related party transactions. In the same filing, Defendants also reiterated Kandi's conclusion that the Company's internal controls over financial reporting were effective and that there had been no changes to its internal controls over financial reporting since the previous quarter. | Sams Decl., Ex 1 at ¶¶21-22. |
| 5 | A week prior to filing its FY 2015 financial results, Kandi's Audit Committee held an internal teleconference meeting to "review[], discuss[], and approv[e]" the Company's Form 10-K for the fiscal year ended December 31, 2015. During this meeting, the Audit Committee spoke on Kandi's classification and treatment of related party transactions and identified two related parties – Kandi USA and the Service Company. | Sams Decl., Ex 1 at ¶23; KANDI-SDNY-00063348-50 |
| 6 | On March 14, 2016, Kandi announced its financial results for 4Q 2015 and FY 2015. For the fourth quarter, the Company reported revenues of $58.8 million and net income of $0.8 million, or $0.02 per share.  CFO Wang also stated that the Company's FY 2015 financial results and performance met its own expectations. | Sams Decl., Ex 1 at ¶24. |
| 7 | On March 14, 2016, Kandi also filed its Form 10-K, in which it made certain representations regarding related party transactions. In the same filing, Kandi represented that its internal controls and procedures were effective as of December 31, 2021, pursuant to an annual review that it conducted.  Defendants also reiterated that there had been no changes in Kandi's internal control over financial reporting since the previous quarter. | Sams Decl., Ex 1 at ¶¶25-27. |
| 8 | On March 22, 2016, an internal Company e-mail was sent to Kandi's Audit Committee members explaining that transactions made with Zhejiang ZuoZhongYou Electric Vehicle Service Co. would now be considered a related party transaction and that Kandi's FY 2015 and FY 2016 transactions with said company shall be ratified by the Audit Committee. | Sams Decl., Ex 1 at ¶28; KANDI-SDNY_00063340 |
| 9 | On April 13, 2016, the Company filed a Form 8-K announcing that it had dismissed AWC Limited as its independent registered public accounting firm and had instead engaged BDO China Shu Lu Pan Certified Public Accountants LLP ("BDO China"). | Sams Decl., Ex 1 at ¶29. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 10 | On May 10, 2016, Kandi announced its financial results for 1Q 2016.  For the quarter, the Company reported revenues of $58.8 million and net income of $0.1 million, or $0.00 per share.  CFO Wang commented that despite the Company's strong revenue performance, its net income figures suffered from a "lack of EV products sales by our JV Company in this quarter." | Sams Decl., Ex 1 at ¶30. |
| 11 | On May 10, 2016, Kandi filed its Form 10-Q with the SEC.  In this Form 10-Q, other than a $3.2 million transaction with its Service Company, again related to the Service Company's "needs to buy battery for the speed upgrade and also EV parts for the repairing and maintenance for its operating electric vehicles," Kandi reported no other related party transactions.  Defendants, however, continued to represent that Kandi's internal controls were effective and that there had been no changes in its internal control procedures since the last quarter. | Sams Decl., Ex 1 at ¶¶31-32. |
| 12 | On August 9, 2016, Kandi announced its financial results for 2Q 2016.  For the quarter, the Company reported revenues of $55.2 million and net income of $2.8 million, or $0.06 per share.  Additionally, CFO Wang touted the Company's financial results. | Sams Decl., Ex 1 at ¶33. |
| 13 | On August 9, 2016, Kandi filed its Form 10-Q with the SEC. In the filing, Kandi reported no related party transactions other than a $769,065 sale to its Service Company related to "the Service Company needs to buy battery for the speed upgrade and also EV parts for the repairing and maintenance for its operating electric vehicles."  No other related party transactions were reported.  In the same filing, Kandi also represented that its internal controls were effective and that there had been no changes to its internal controls since the latest quarter. | Sams Decl., Ex 1 at ¶¶34-35. |
| 14 | On November 9, 2016, Kandi announced its financial results for 3Q 2016.  For the quarter, the Company reported revenues of $6.4 million and a net loss of $0.6 million, or -$0.01 per share. Defendants explained that the dramatic decline in revenue from previous quarters was due to the Chinese government's hold on subsidy payments pending a government review of the EV manufacturing sector. | Sams Decl., Ex 1 at ¶36. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 15 | On November 9, 2016, Kandi also filed its Form 10-Q with the SEC. The Company reported a negative sales figure for related party transactions to its Service Company of ($26,490). Defendants explained that the negative related party sales figure was a result of "the exchange loss due to Chinese currency depreciation compared to US Dollar in the third quarter of 2016" and reported no other related party transactions.  Again, Kandi also reaffirmed the effectiveness of its internal controls and that there had been no changes to its internal controls. | Sams Decl., Ex 1 at ¶37. |
| 16 | On November 14, 2016, the Company issued a press release announcing that, effective immediately, CFO Wang would be resigning from the position to become the Company's new Chief Strategy Officer.  On this news, the price of Kandi stock fell from its previous closing price of $3.90 per share on November 11, 2016 to close at $3.50 per share on November 14, 2016, a decline of $0.40 per share or -10.26%. | Sams Decl., Ex 1 at ¶¶38-39. |
| 17 | On March 13, 2017, after the close of trading, Kandi filed a Form 8-K with the SEC titled "Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review".  The Form 8-K explained that, during Kandi's internal review of its upcoming annual report and Form 10-K, management had "identified certain areas in the Company's previously issued financial statements for the years ended December 31, 2015 and 2014, and the first three quarters for the year ended December 31, 2016 (the 'Previously Issued Financial Statements'), that require adjustment . . . ." Defendants explained that because of these required adjustments, the Company's board of directors, audit committee, and management have "concluded that the Company's Previously Issued Financial Statements should no longer be relied upon" and that a restatement would be filed alongside its fiscal year 2016 Form 10-K. | Sams Decl., Ex 1 at ¶¶40-41. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 18 | On March 13, 2017, Kandi stated the following: "The Restatements will include separate audited financial statements for the Company's equity investment in the JV Company, corrections to the classification of notes receivable and notes payable in the Company's statements of cash flow, revisions in the Company's financial statement presentation to separately identify certain related party accounts on the face of the Balance Sheets and the Consolidated Statements of Income (Loss) and Comprehensive Income (Loss), certain amendments to Note 20 – Taxes of the Notes to the Company's Consolidated Financial Statements, the adjustment of previously recorded construction-in-progress back to prepayment in Note 16 – Construction-in-Progress of the Notes to the Company's Consolidated Financial Statements, expansions of two tables of sales to and purchases from the JV Company in Note 24 – Summarized Information of Investment in the JV Company of the Notes to the Company's Consolidated Financial Statements from two years to three years, and the removal of 'unaudited' labels from certain tables in Note 20 – Taxes of the Notes to the Company's Consolidated Financial Statements." | Sams Decl., Ex 1 at ¶41. |
| 19 | Defendants also explained that because of requiring these restatements, the Company would be "reassessing its internal controls over its financial reporting and compliance programs" and further warned that "The result of this reassessment could lead the Company to conclude that there were deficiencies in its internal controls over financial reporting that constitute material weaknesses." Moreover, there were no new Company-specific developments on March 15, 2017. | Sams Decl., Ex 1 at ¶¶42-43. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 20 | When Kandi ultimately filed its Form 10-K for the fiscal year ended December 31, 2016 on March 16, 2017, the Company also included within this filing the restated financial statements for FY 2015 and 1Q-3Q of 2016.  In each restated financial statement, the corrected distribution between related party transaction revenues and non-related party transaction revenues contrasted with what Defendants represented throughout the Class Period – that there were either no or *de minimis* amounts of related party transactions.  For example, in FY 2015, where Kandi had previously represented that there were no related party transactions, the restated financial statements show that of the $201,069,173 in total revenues reported for FY 2015 $194,279,14, or over 96%, were actually from "JV Company and related parties." | Sams Decl., Ex 1 at ¶44. |
| 21 | Plaintiff has provided unrebutted evidence that Kandi's stock traded in an efficient market during the Class Period, and therefore is entitled to summary judgment on the issue of class-wide reliance | ECF No. 115 at 7; ECF No. 96-1 at 9-48. |
| 22 | This case involves "a connection between the misrepresentation or omission and the purchase or sale of a security" and Plaintiff suffered an economic loss. | ECF No. 11-2 and 11-3. |
| 23 | Kandi's November 14, 2016 announcement that, effective immediately, CFO Wang would be resigning from the position to instead become the Company's new Chief Strategy Officer represented a trigger event that signaled a potential link between and the departure and the fraud alleged here – a link that was bolstered by Kandi's poor financial performance preceding the disclosure. | Sams Decl., Ex 1 at ¶59. |
| 24 | Kandi's announcement on March 13, 2017 possess all the hallmarks of a corrective disclosure because this was the event by which market participants learned the truth: that Kandi's internal controls were deficient, that a restatement of financial results was necessary, and that all the financial results market participants had been relying on since the start of FY 2015 were no longer reliable.  All of the information market participants received via this disclosure directly relates to (and corrects) Plaintiff's allegations of misrepresentations, omissions, and/or half-truths. | Sams Decl., Ex 1 at ¶60. |

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 25 | The full impact of Kandi's March 13, 2017 disclosure was not limited to only one trading day. Indeed, just two days later, Kandi filed restated financial statements that sought to correct the previous accounting errors, and these new financial statements revealed the full extent of the Company's previous accounting misdeeds. That is, where the March 13, 2017 disclosure (after the close of trading) revealed the existence of internal control weaknesses and accounting fraud, the March 16, 2017 Form 10-K filing detailed the economic extent of both. | Sams Decl., Ex 1 at ¶60. |
| 26 | The entirety of the residual decline on November 14, 2016 was caused by negative signals communicated via the sudden CFO departure, demonstrating that the alleged fraud caused investor losses.  The residual return was statistically significant at the 90%, 95%, and 99% confidence level, indicating that the abnormal return was too severe to have been a random fluctuation and thereby demonstrating that the abnormal stock return was statistically significant. | Sams Decl., Ex 1 at ¶¶72, 74, 81. |
| 27 | For Kandi's stock decline from March 14-16, 2017, the cumulative residual return from March 14-16, 2017 was statistically significant at the 90%, 95%, and 99% confidence level and also demonstrated that the alleged fraud caused investor losses. | Sams Decl., Ex 1 at ¶¶78, 80-81. |
| 28 | Out-of-pocket damages per share here range from $0 to $1.10 per share, excluding prejudgment interest. | Sams Decl., Ex 1 at ¶94. |
| 29 | Aggregate damages for the November 14, 2016 disclosure were $5.9 million, and the cumulative damages for the March 14, 2017 disclosure were $9.8 million, for a two-trader aggregate damages calculation of $15.5 million for the damages in this case.. | Sams Decl., Ex 2 at 2. |
| 30 | On August 1, 2016, Defendants Yu, Lewin, Chen, and Wang attended another Audit Committee meeting, and CFO Wang reported to the others that "for the six months ending June 30, 2016" "sales to the Service Company totaled nearly $4 million, while receivables from the Service Company totaled nearly $11 million." | KANDI-SDNY_0008280-784. |
| 31 | Defendants Lewin, Chen, and Wang, were aware of internal control issues as described by Defendants Yu as of August 21, 2015.  (KANDI-SDNY_00006153-154; Deposition transcript of Henry Yu at 56-61). | KANDI-SDNY_00006153-154; Deposition transcript of Henry Yu at 56-61. |

7

| ITEM NUMBER | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 32 | An investor presentation dated August 2016 included information regarding related party sales, such as sales related to ZZY, an entity in which Defendant Hu admitted Kandi had an ownership interest. | KANDI-SDNY_00009346-381; Deposition transcript of Cheng Wang at 131-33; Deposition transcript of Xiaoming Hu at 49-50, 69-71, 117-120. |

DATED:  February 13, 2025

**GLANCY PRONGAY & MURRAY LLP**

By:    *s/ Ex Kano S. Sams II*

Robert V. Prongay (admitted *pro hac vice*)
Ex Kano S. Sams II (admitted *pro hac vice*)
Charles H. Linehan (admitted *pro hac vice*)
Pavithra Rajesh (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Tom Brooks and the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

8

**PROOF OF SERVICE**

I hereby certify that on this 13th day of February, 2025, a true and correct copy of the

foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF

system.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

9