UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually, and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>-against-<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>Defendants. | Civil Action No. 1:20-cv-08082-DEH |

**SUPPLEMENTAL DECLARATION OF NICOLE KHALOUIAN
IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, NICOLE KHALOUIAN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney with Stinson LLP, counsel for Defendants Kandi Technologies Group, Inc. ("Kandi" or the "Company"), Xiaoming Hu ("Hu"), Cheng Wang ("Wang"), Liming Chen ("Chen"), Jerry Lewin ("Lewin"), and Henry Yu ("Yu") (collectively, the "Defendants", and, excluding Kandi, the "Individual Defendants") in the above-referenced action.

2.     I respectfully submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion For Summary Judgment ("Opposition") for the purpose of providing the Court with documents referenced in the Opposition.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of David I. Tabak, Ph.D., dated March 24, 2025.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 28, 2025
       New York, New York

_____
          Nicole Khalouian