**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 20 CIV. 8082 (DEH) |
| Plaintiff, | |
| vs. | **DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu, | |
| Defendants. | |

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of a document produced by Defendants in this action and Bates stamped KANDI-SDNY_00006153-54.

3.      Attached as Exhibit 2 is a true and correct copy of a document produced by Defendants in this action and Bates stamped KANDI-SDNY_00009346-381

4.      Attached as Exhibit 3 is a true and correct copy of a document produced by Defendants in this action and Bates stamped KANDI-SDNY_00063340.

5.      Attached as Exhibit 4 is a true and correct copy of a document produced by Defendants in this action and Bates stamped KANDI-SDNY_00063348-50.

6.      Attached as Exhibit 5 is a true and correct copy of a document produced by Defendants in this action and Bates stamped KANDI-SDNY_00082779-784.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Xiaoming Hu.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Cheng Wang.

9.      Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Henry Yu.

10.     On November 6, 2023, the parties proposed an extended schedule related to expert discovery in the context of class certification.  It was counsel for Plaintiff's understanding that these proposed dates were made within the context of class certification, and that the related expert discovery was discovery within the context of class certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 28th day of March, 2025, at Los Angeles, California.

_s/ Ex Kano S. Sams II_
Ex Kano S. Sams II

**PROOF OF SERVICE**

I hereby certify that on this 28th day of March, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
