# EXHIBIT 2

## Part 1





# Investor Presentation

August 2016

**Confidential**

**KANDI-DEL012422**

CONFIDENTIAL



# SAFE HARBOR STATEMENT

Except for historical information contained herein, the statements made in the presentation of Kandi Technologies Group, Inc. (the "Company") are forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements involve known and unknown risks and uncertainties, which may cause our actual results in future periods to differ materially from forecasted results. These risks and uncertainties include, among other things, product demand, market competition, and government policies. These and other risks are described in the Company's filings with the Securities and Exchange Commission.

All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these risk factors. These forward-looking statements speak as of the date hereof. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

KANDI-DEL012423

CONFIDENTIAL

KANDI-SDNY_00009347



# TABLE OF CONTENTS

☑Kandi Introduction

❑Innovative MPT Program

❑NEV Market Condition

❑ Financial Overview

❑Appendix

**Confidential**

**KANDI-DEL012424**

CONFIDENTIAL

**KANDI-SDNY_00009348**



# KANDI AT A GLANCE

- **Founded** in 2002

- **NASDAQ GS:** KNDI (*listed since March 2008*)

- **Stock Price:** $6.90*

- **Market Cap:** $329.0M (*47,689,638* *outstanding shares*)

- **Three-month Average Daily Volume**: 303,264 Shares*

- **Headquarters:** Jinhua, Zhejiang Province, China

- **Three full-scale production facilities** in Shanghai, Jinhua, and Changxing
  - Facility in Jiangsu Rugao, ready for product sales in 3Q16
  - Facility in Haikou, under construction

*\* As of August15, 2016*

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012425**

CONFIDENTIAL

KANDI-SDNY_00009349



# BUSINESS OVERVIEW

-Leading pure EV products provider in China.
-Committed to alleviating pollution, traffic congestion, parking scarcity and energy crisis.

-50/50 Joint Venture with Geely Auto (JV Company) for fast-growing market in China.
-China's top pure EV product seller in 2015 and No. 7 worldwide*

-Innovative MPT (Micro Public Transportation) Program promotes rapid EV adoption.
-Launched direct sales program for rapid growth market in China.

-Solid financial performance 2015 vs. 2014: revenue grew 18.1%, EV parts sales up 68.4%, adjusted net income up 101%.
-Strong guidance in 2016.

*Source: China's leading EV industry website

**Confidential**

**KANDI-DEL012426**

CONFIDENTIAL

KANDI-SDNY_00009350



# EVOLVING INTO PURE EV BUSINESS



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Initiated **R&D for pure EV** in 2007 | Started **Quick Battery Exchange (QBEX)** in 2009 | **Accelerated design, production & distribution** of EVs in mid-2012 | Formed **50/50 Joint Venture** with Geely Auto in March 2013; 1st to launch MPT program in 2013 | Started **direct sales** to individual customers beginning in April 2015 | Announced to jointly promote connected electric vehicles and **"Car-Share 4.0" with Geely, Alibaba, ZTE, Uber China and Minsheng Bank** in November 2015 | Expanded MPT program to **16 cities** till the end of 2015 | Four EV products received the tax exemption approval in April 2016 |

6

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012427**

CONFIDENTIAL



# EV MODELS



**Kandi K17 Cyclone**

| Overall Size | 3971*1745*1496 | Wheel Base | 2461 mm |
|---|---|---|---|
| Max. Speed | ≥100 km/h | Driving Range | 190 km |





**Kandi K11 Panda**

| Overall Size | 3598*1630*1595 | Wheel Base | 2340 mm |
|---|---|---|---|
| Max. Speed | 100 km/h | Driving Range | 160 km |
| Total Weight | 1500 kg | Battery | lithium-ion ferrous phosphate |



**Kandi K10 Mini**

| Overall Size | 2900*1545*1590 | Wheel Base | 2080 mm |
|---|---|---|---|
| Max. Speed | 100 km/h | Driving Range | 160 km |
| Total Weight | 1340 kg | Battery | lithium-ion ferrous phosphate |

**Confidential**

**KANDI-DEL012428**

CONFIDENTIAL

KANDI-SDNY_00009352



# New Launched EV MODELS









| Kandi Global Hawk K17A |
|---|

| Overall Size | 3971*1745*1496 mm | Wheel Base | 2461 mm |
|---|---|---|---|
| Max. Speed | 102 km/h | Driving Range | 151 km |
| Equipment Package | 12.1-inch touch screen Bluetooth connectivity | | |

**Confidential**

**KANDI-DEL012429**

CONFIDENTIAL

KANDI-SDNY_00009353



# EV MODELS (CONTINUED)



Kandi K12 (City Beauty)



Kandi K13 (City Cowboy)



Kandi K30
Model #SMA7002BEV05

NASDAQ_GS: KNDI   |   WWW.KANDITECHNOLOGIESGROUP.COM   |   TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012430**

CONFIDENTIAL

KANDI-SDNY_00009354

# MULTIPLE PRODUCTION FACILITIES



Changxing Facility*

Shanghai Facility*

Jinhua Facility

Jiangsu Rugao* facility, ready for production in 3Q 2016

Haikou facility, under construction

*Facility of Kandi Electric Vehicles Group (JV Company)

10

**Confidential**                                                                                   **KANDI-DEL012431**

CONFIDENTIAL                                                                        KANDI-SDNY_00009355



# PRODUCTION FACILITY IN HAINAN

- Designated as an **official tourism island** by the Chinese government

- Momentum towards legislation to **ban all non-electric vehicles** within the province

- Kandi secured an agreement with the **Haikou government** to build its Hainan facility in Haikou Hi-Tech Zone

- Annual **capacity of 100,000** EVs after completion; Preliminary expectation of starting production in back half of 2017







**Confidential**

**KANDI-DEL012432**

CONFIDENTIAL

KANDI-SDNY_00009356



# JOINT VENTURE WITH GEELY AUTO

 

## Kandi Electric Vehicles Group Co., Ltd. (The JV Company)

**Established** in March 2013 - **50/50** ownership interest

Increases **production capacity** to satisfy market demand

**Develops, manufactures and sells** EVs & related auto parts

**24,220 EVs sold in 2015** vs. 10,935 in 2014 ; expect 2016 EV sales **of 35,000 or more**

**"Global Hawk" trademark** to strengthen brand recognition

**Confidential**

**KANDI-DEL012433**

CONFIDENTIAL

KANDI-SDNY_00009357



# TABLE OF CONTENTS

❑Kandi Introduction

☑Innovative MPT Program
  -*promoting rapid EV adoption*

❑NEV Market Condition

❑Financial Overview

❑Appendix

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012434**

CONFIDENTIAL

KANDI-SDNY_00009358

# MARKET OVERVIEW: FOUR MAJOR ISSUES

- Growing demand for motor vehicles due to rapid economic development and fast-paced urbanization
- Adoption of pure EVs and MPT Program helps alleviate major issues



1. Environmental Contamination

2. Energy Shortage

3. Traffic Congestion

4. Scarce Parking

**Confidential**

**KANDI-DEL012435**

CONFIDENTIAL

KANDI-SDNY_00009359

# THREE DRIVERS OF RESOURCE WASTE

①Wasted parking resources

②Wasted road resources

③Wasted vehicle resources

**Wasted Parking Resources**



10%
90%

■ Parking Time
■ Driving Time

**Wasted Road Resources**



30%
50%
20%

■ Road for normal driving
■ Others
■ Road for commuters' driving

**Wasted Vehicle Resources**



5%
25%
70%

■ Only 1 person in car
■ 2-3 persons in car
■ 4-5 persons in car



15

**Confidential**

**KANDI-DEL012436**

CONFIDENTIAL

KANDI-SDNY_00009360

# EV DEVELOPMENT BARRIERS



**Confidential**

**KANDI-DEL012437**

CONFIDENTIAL

KANDI-SDNY_00009361

# OVERCOMING BARRIERS: MPT PROGRAM

**KANDI**

Micro Public Transportation (MPT) program with trial services initiated in **17 cities in China**

- The key strategy in 2016 is to increase the EV deployment in the existing cities and enhance the business operating scale. The main targeting cities will be Hangzhou, Haikou, Kunming, Nanjing, Tianjin, etc.
- Shared **pure EV transportation** platform for urban residents
- Supported by **a network of charging/parking stations**, which provides charging, maintenance and battery recycling facilities
- **Centralized tracking system** allows for easy vehicle returns
- **Less expensive** than standard taxis
- **Maximizes advantages** of Kandi's existing EV products, technology and infrastructure, **further stimulates** the expansion of the EV markets to urban communities
- Creates **a cleaner, more affordable** public transportation option for urban residents
- **Wide recognition and support** from:
  - Government officials (subsidies)
  - End users and drivers
  - Business partners

17

NASDAQ GS: KNDI | WWW.KANDITECHNOLOGIESGROUP.COM | TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012438**

CONFIDENTIAL

KANDI-SDNY_00009362

# CONVENIENCE & EASE OF USE

**Automated Charging/Parking Towers**

- Fully computerized control system
- Customers not required to enter garage
- Automatic parking
- Smart charging device assembled

**On-Street Parking/Hotel Stations**

- Charging, maintenance, battery recycling
- Located at airports, train stations, hotels, business centers, selected residential areas and other areas prone to traffic congestion

**Centralized tracking** system monitors the real-time status and precise location of each rented vehicle





Hangzhou Huanglong Hotel

18

NASDAQ GS: KNDI | WWW.KANDITECHNOLOGIESGROUP.COM | TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012439**

CONFIDENTIAL



# TABLE OF CONTENTS

❑Kandi Introduction

❑Innovative MPT Program

☑NEV Market Condition

❑ Financial Overview

❑Appendix

**Confidential**

CONFIDENTIAL

**KANDI-DEL012440**

KANDI-SDNY_00009364

# SIZEABLE PURCHASE INCENTIVES

**KANDI**

| Central Government Subsidy | → EV manufacturers compensated in advance | |
|---|---|---|
| Local Government Subsidy | → Applied by the distributor/EV operator on behalf of consumers | Subsidies benefit consumers as prices paid reflect deduction of both subsidies |

20

NASDAQ GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

CONFIDENTIAL

**KANDI-DEL012441**

KANDI-SDNY_00009365

# CENTRAL GOVERNMENT SUBSIDY

Central Government Allowance Policy 中央补贴政策
For New Energy Vehicle 新能源汽车
Year 2013-2020

CNY 人民币 000

| Product 产品 | Kilometers 续航里程 （公里） | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Pure EV 纯电动汽车 | 2013-2015 (80=<R<150) | 35 | 33.25 | 31.5 | – | – | – | – | – |
| | 2016-2020 (100=<R<150) | – | – | – | 25 | 20 | 20 | 15 | 15 |
| | 150=<R<250 | 50 | 47.5 | 45 | 45 | 36 | 36 | 27 | 27 |
| | >=250 | 60 | 57 | 54 | 55 | 44 | 44 | 33 | 33 |
| Hybrid EV 混合动力电动汽车 | >=50 | 35 | 33.25 | 31.5 | 30 | 24 | 24 | 18 | 18 |

Remark: Sourced from http://www.caam.org.cn/guojiazhengce/20150422/1005156684.html

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

21

**Confidential**

CONFIDENTIAL

KANDI-DEL012442

KANDI-SDNY_00009366

# LOCAL GOVERNMENT SUBSIDY

| City | Main Contents |
|------|---------------|
| Beijing | 1:1 based on central government subsidy at the total amount not exceeding 60% of the market price. |
| Shanghai | Pure EV 30K/Unit; Hybrid EV 10K/unit. |
| Shenyang | 0.7~0.9:1 based on central government subsidy but the total amount not exceeding 60% of the market price |
| Shaanxi | 1:1 based on central government subsidy |
| Wuhan | 1:1 based on central government subsidy, but the total amount not exceeding 60% of the market price |
| Haikou | 60% of the central government subsidy |
| Jiangsu | Pure EV 15K/unit; Hybrid EV 10K/unit |
| Shenzhen | 1:1 based on central government subsidy |
| Ha'erbin | 0.8:1 based on central government subsidy with maximum 24K, but the total amount not exceeding 60% of the the market price |
| Qinghai | 50% of the central government subsidy |
| Xi'an | 1:1 based on central government subsidy with maximum 30K |
| Hebei | 1:1 based on central government subsidy with maximum 30K |

Remark: 1) Only show partial cities; 2) The allowance from local government are differential and maybe be changed on yearly basis.

Source: http://nev.ofweek.com/2015-11/ART-71011-8480-29031205_2.html

**Confidential**

KANDI-DEL012443

CONFIDENTIAL

KANDI-SDNY_00009367