# EXHIBIT 2

## Part 2

# OTHER BENEFITS FOR NEVS

**KANDI**

1. Exemption for the vehicles purchase taxes (about 10% of the vehicles selling price excluding Value-added tax).

Many cities, such as Beijing ,Tianjin, Hangzhou, are exempting EVs from purchase quota, rush-hour restrictions keeping vehicles off the road for one day a week.

2. Free license plate in Shanghai, the fee for the license plate will be between $ 11,410-$13,040.

*Remark: Sourced from http://nev.ofweek.com/2015-11/ART-71011-8480-29031205_2.html*

23

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012444**

CONFIDENTIAL

# TARGET FOR NEV DEVELOPMENT IN CHINA



*According to the plan <China Manufacturing 2025>, China NEV will reach 5% above of the total annual automobiles sales in 2020 and around 20% in 2025.*

24

**Confidential**

**KANDI-DEL012445**

CONFIDENTIAL

KANDI-SDNY_00009369

# IMPORTANT POLICES IN CHINA

1. Increase the charging facilities: New residential area needs to maintain 100% charging facilities and 10% for the existing public building and public parking places.

2. While government departments purchasing automobiles, NEVs purchase should reach 50%.

3. Tax exemption for vehicles purchase tax.

1. No driving restriction and purchase limit for NEVs; If there is, it will be cancelled.

2. Implement the central government NEVs subsidy policy till 2020.

3. Meet accumulated-5M-NEVs target in 2020 and have annual production capacity for 2M NEVs, and reach 5% above of the total annual automobiles sales in 2020 and around 20% in 2025.

4. Implement separate license plates for NEVs per Ministry of Public Security.

*Remark: Sourced from China  Association of Automobile Manufacturers http://www.caam.org.cn/*

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012446**

CONFIDENTIAL

KANDI-SDNY_00009370



# TABLE OF CONTENTS

❑Kandi Introduction

❑Innovative MPT Program

❑NEV Market Condition

☑ Financial Overview

❑Appendix

26

**Confidential**

**KANDI-DEL012447**

CONFIDENTIAL

KANDI-SDNY_00009371



# REVENUE (USD IN MILLIONS)

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012448**

CONFIDENTIAL

KANDI-SDNY_00009372

# NET INCOME (USD IN MILLIONS)



*Non-GAAP net income excludes stock option expense and the valuation change for warrants, there was $6.3 million more in 1Q 2016 compared to 1Q 2015.*

**Confidential**                                                                      **KANDI-DEL012449**

CONFIDENTIAL                                                                           KANDI-SDNY_00009373

# JV BUSINESS GROWTH



## Sales

(USD in millions)

- 362.7 (2015)
- 215.5 (2014)
- 111.3 (2016 1st HY)

Growth: 48.3%

## EV Products

(in Units)

- 24,220 (2015)
- 10,935 (2014)
- 7,200 (2016 1st HY)

Growth: 121.3%

NASDAQ_GS: KNDI  |  WWW.KANDITECHNOLOGIESGROUP.COM  |  TWITTER : @KANDI_GROUP

**Confidential**

**KANDI-DEL012450**

CONFIDENTIAL

KANDI-SDNY_00009374



# EV SALES BREAKDOWN

### EV sales by segment



### EV sales by model



|      | MPT    | Direct Sales | Total  |
|------|--------|--------------|--------|
| Q1   | 1,670  | -            | 1,670  |
| Q2   | 3,803  | 643          | 4,446  |
| Q3   | 3,000  | 3,004        | 6,004  |
| Q4   | 6,474  | 5,626        | 12,100 |
| 2015 | 14,947 | 9,273        | 24,220 |

30

NASDAQ GS: KNDI | WWW.KANDITECHNOLOGIESGROUP.COM | TWITTER : @KANDI_GROUP

**Confidential**                                                    **KANDI-DEL012451**

CONFIDENTIAL                          KANDI-SDNY_00009375

# FIVE-YEAR FINANCIAL HIGHLIGHTS



| USD in millions *(excluding per share)* | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| **Fiscal Year Ended Dec 31** | | | | | |
| Revenues | 40.18 | 64.51 | 94.54 | 170.23 | 201.07 |
| Gross Profit | 9.21 | 12.89 | 21.74 | 23.40 | 28.42 |
| Operating Income (Loss) | 3.04 | 5.31 | 1.56 | 5.24 | (3.95)* |
| Net Income | 9.11 | 6.05 | -21.14 | 12.27 | 14.67 |
| Adj. Net Income | 4.00 | 4.17 | 5.16 | 14.20 | 28.50 |
| Fully Diluted EPS | 0.32 | 0.20 | -0.61 | 0.29 | 0.31 |
| **Select Balance Sheet Items** | | | | | |
| Cash/Cash Equivalent | 2.29 | 12.14 | 12.76 | 26.38 | 16.74 |
| Current Liabilities | 52.51 | 73.10 | 86.64 | 99.12 | 130.95 |
| Current Assets | 69.97 | 109.00 | 80.01 | 138.33 | 190.87 |
| Total Assets | 112.27 | 160.28 | 204.31 | 323.07 | 371.47 |

*\* Including the stock compensation expense for $22.4 M in 2015 while $8.5 M for 2014 and $9.7 M for 2013.*

**Confidential**

CONFIDENTIAL

**KANDI-DEL012452**

KANDI-SDNY_00009376

# KANDI VALUE PROPOSITION

**Direct Exposure** to rapidly growing EV market in China

**JV Partnership** with Geely Auto enhances development of high quality and large scale EV products

**Innovative MPT Program** accelerates wide-spread adoption of Kandi's EV products

**Expanding Municipal Infrastructure** in EV parking/charging facilities increases ease-of-use of Kandi EV products

**Government Subsidies** provide strong purchase incentives to consumers

32

**Confidential**

**KANDI-DEL012453**

CONFIDENTIAL

KANDI-SDNY_00009377



# Thank you

Company Contact:

Kewa Luo, *Head of Public Relations, VP*

212-551-3610

IR@kandigroup.com

Follow us on Twitter: @Kandi_Group

Independent Accountant:
BDO China

Legal Counsel:
Pryor Cashman LLP
New York, NY

**Confidential**

**KANDI-DEL012454**

CONFIDENTIAL

KANDI-SDNY_00009378



# TABLE OF CONTENTS

❑Kandi Introduction

❑Innovative MPT Program

❑NEV Market Condition

❑ Financial Overview

☑Appendix

34

**Confidential**                                    **KANDI-DEL012455**

CONFIDENTIAL                                    KANDI-SDNY_00009379



Confidential

KANDI-DEL012456

CONFIDENTIAL

KANDI-SDNY_00009380



# MANAGEMENT TEAM

**Hu Xiaoming** - *Chairman, Chief Executive Officer & President*

- Chief Executive Officer, President and Chairman of the Board since March 2002;
- Project Manager (Chief Scientist) in WX Pure Electric Vehicle Development, a state-level high-priority technology developmental plan from October 2003 to April 2005;
- Served as Chairman of Yongkang Instrument Factory and served as General Manager in Wan Xiang Electric Vehicle Developing Center and Wan Xiang Battery Company;
- Recipient of numerous invention patents, utility model patents, and appearance design patents.

**Henry Wang** - *Chief Financial Officer*

- Named as Chief Financial Officer effective May 1, 2015;
- Over 20 years of international finance experience;
- Formerly Chief Financial Officer for Shanghai Always Marketing Service Co., LTD., and Renesola Ltd. (NYSE: SOL);
- CPA and CIA certifications in China; Master's degree in Law from Renmin University of China and a Master's of Business Administration from the Open University of Hong Kong.

36

NASDAQ_GS: KNDI | WWW.KANDITECHNOLOGIESGROUP.COM | TWITTER : @KANDI_GROUP

**Confidential**

CONFIDENTIAL

**KANDI-DEL012457**

KANDI-SDNY_00009381