# EXHIBIT 3

| | |
|---|---|
| **From:** | 毛琳 <irene@kandigroup.com> |
| **Sent:** | Tuesday, March 22, 2016 2:48 AM |
| **To:** | yuhenry9; jerry.lewin; moeclm |
| **Cc:** | henry |
| **Subject:** | Kandi Audit Committee Consent |
| **Attachments:** | 1482763-V4-KNDI- Auditor Committees Consent Ratification Insider Trading March 2016.DOC |

Dear Kandi Auit Committee Members,

Considering that Kandi has 9.5% ownership interest in Zhejiang ZuoZhongYou Electric Vehicle Service Co., Ltd.("ZZY") and from last August Kandi's Chairman and CEO, Mr. Huxiaoming, also has 13% ownership interest in ZZY , ZZY is identified as Kandi's related party. Therefore, related party transactions with ZZY during Fiscal Year 2015 and 2016 shall be ratified d by the Audit Committee. Attached please find the Audit Committee Consent relating to ratification of the insider tradings, please review and sign it back to us as soon as possible.

Please feel free to contact us with any questions.


Thank you.


Best regards,


Irene

1

**Confidential**                                                                 **KANDI-DEL066683**

CONFIDENTIAL                                                    KANDI-SDNY_00063340