# EXHIBIT 4

 No. ACMM-2016-001

**Meeting Minutes of the Audit Committee of
the Board of Directors of Kandi Technologies Group, Inc.**

A teleconference of the Audit Committee of Kandi Technologies Group, Inc. ("Kandi" or the "Company") was held on Mar. 7, 2016, from 8:00 p.m. until 8:30 p.m. New York Time.

The Members of the Audit Committee   (the "Committee") were present, namely:

|   |   |
|---|---|
| Henry Yu | Chairman |
| Jerry Lewin | Member |
| Chen Liming | Member |

The following persons were invited by the Committee to attend the meeting:

|   |   |
|---|---|
| Wang Cheng | CFO for Kandi Technologies |
| Kewa Luo | IR |
| Lai Wingwai | Independent Auditor |
| Sun Chenming | Head of Internal Control |
| Wang Lin | CFO Assistant |
| Mao Lin | Recorder |

The meeting was held for the purpose of reviewing, discussing and approving Kandi Form 10-K ended December 31, 2015 scheduled to be filed with SEC on Mar. 14, 2016.

Firstly, CFO, Mr. Henry Wang, overview some financial highlights for Kandi's 4th quarter and full year 2015 financial performance:

1. Fourth quarter revenue increased 11.2% to 58.8M compared to Q4 2014 and Full year revenue increased to 18.1% to 201.1M compared to 2014. For EV parts sales, Q4 increased 51.6% compared to Q4 2014 and full year increased 68.4% compared to 2014.

2. Full year gross margin was 14.1%, 0.4% increased compared to last year.

**Confidential**

**KANDI-DEL066691**

CONFIDENTIAL

KANDI-SDNY_00063348

3.  Full year technology transfer income was 1.4M.

4.  In fourth quarter, we received Wanning government allowance 6M USD for the factory relocation, after offset the related expense and disposal of the construction and the land use right, we have 0.8M net subsidy income.

5.  Full year GAAP net income was 14.7M, 19.5% increased compared to 2014 and Non-GAAP net income was 28.5M, 100.9% increased compared to 2014.

6.  JV Company sold 24,220 EV products, 121.5% growth compared to 2014, including 14,947 for MPT program and 9,273 for the direct sales.

7.  Service Company obtained local government subsidy for RMB 200 M at the end of 2015.

Next, Henry Wang review our related party transactons: We identified that there're two related parties with Kandi, one is Kandi USA, which is also called Eliteway and not under Kandi Group, whose sole director is Mr. Hu Wangyuan, Kandi CEO Mr. Hu's son, so it is identified as our realted party. However, starting from Year 2015, there's no relate party trasaction between Kandi Group and Kandi USA. The other one is "the Service Company" operating Micro Public Transporation Project. Kandi has 9.5% ownership of Service Company and the Chairman and CEO of Kandi, Mr.Hu, has 13% ownership of Service Company. The main transaction between Kandi and Service Company was the battery sales in 2015, and Service bought the battery from Kandi for the speed upgrade and also for maintenance.

Futhermore , Henry Wang also introduce Kand's gudiance for Year 2016: Revenue to be the range of 46M~48M USD in Q1 and the margin will be in the range 13.5%-14.5%; JV Company will sell over 35,000 Units for Year 2016.

At the end of the meeting, the Committee agreed and approved our Form 10-K and authorized the management to file it with SEC.

The Audit Committee meeting was adjourned at 8:30 p.m. Mar. 7, 2016 New York Time.


(There is blank for the below)

**Confidential**                                                                                  **KANDI-DEL066692**

CONFIDENTIAL                                                                                    KANDI-SDNY_00063349

(The below is signature page)

_____

Chairman (Henry Yu)

_____

Jerry Lewin

_____

Chen Liming

**Confidential**

**KANDI-DEL066693**

CONFIDENTIAL