# EXHIBIT 5

 KANDI                                        No. ACMM-2016-005

### Meeting Minutes of the Audit Committee of
### the Board of Directors of Kandi Technologies Group, Inc.

A teleconference of the Audit Committee of Kandi Technologies Group, Inc. ("Kandi" or the "Company") was held on August 1, 2016, from 9:30 p.m. until 10:30 p.m. U.S Estern Time.

The Members of the Audit Committee   (the "Committee") were present, namely:

|  |  |
|---|---|
| Henry Yu | Chairman |
| Jerry Lewin | Member |
| Chen Liming | Member |

The following persons were invited by the Committee to attend the meeting:

|  |  |
|---|---|
| Wang Cheng | CFO for Kandi Technologies |
| Kewa Luo | IR |
| Liu Yi | Independent Auditor |
| Mou Xun | Independent Auditor |
| Sun Chenming | Head of Internal Control |
| Wang Lin | CFO Assistant |
| Mao Lin | Recorder |

The meeting was held for the purpose of reviewing, discussing and approving Kandi Form 10-Q ended June 30, 2016 scheduled to be filed with SEC on August 9, 2016.

Firstly, CFO, Mr. Henry Wang, overview some financial highlights for Kandi's financial performance for the second quarter of 2016:

1. The second quarter revenue increased 15.1% to $ 55.2M compared to Q2 2015.

**Confidential**                                        **KANDI-DEL003100**

CONFIDENTIAL                                              KANDI-SDNY_00082779

2. The second quarter gross margin was 15.3%, 1.8% higher compared to Q2 2015, which was due to the battery purchase cost reduction in this quarter.

3. Recognized the government subsidy for 1.5M USD in second quarter, including $1.4 M USD for Hainan Factory Relocation.

4. JV Company has EV products sold for 7,200 in the second quarter, increased 61.9% compared to 4,446 in the same quarter of 2015. But JV Company's margin is 13.1%, not good, 2.3% decreased compared to the same quarter of 2015.

5. JV Company had good shipment in May and June, but there will be big challenge for the 3rd quarter because the central government subsidy has not reached to our accounts till now, which will heavily impact the operating capital.

6. In this quarter, Kandi received a request from NASDAQ to require our auditor to provide the independent auditing report to verify the company cash. In connection with this report, Mr. Wang briefed the background and status of the cash balance report required by NASDAQ:

In May, PCAOB (the Public Company Accounting Oversight Board) announced to revoke the registration of AWC for USA public company auditing and also gave a penalty to AWC because AWC didn't properly disclose Kandi's financial accounts from year 2010 to 2012, especially for cash accounts. Later, Kandi received a letter from NASAQ to request to have an independent audit report directly from the audit firm before July 29, 2016.

And then Henry Wang discussed with our lawyer and auditor to choose June 30 2016 as the date for cash balance auditing. BDO performed all the cash balance verification starting from July 11 and come out the cash auditing report accordingly. The total amount can be reconciled with the cash balance on the Q2 financial accounts. BDO submitted this report to NASDAQ and has not received any response or further comments from NASDAQ. We will make necessary explanation to NASDAQ if it has further inquiry.

**Confidential**

**KANDI-DEL003101**

CONFIDENTIAL    KANDI-SDNY_00082780

Later, Jerry Lewin also checked with BDO partner, Mrs. Liu Yi, if there is any findings after BDO completed the cash balance auditing. The answer from Liu Yi is No.

Furthermore, Henry Wang reported to the Commiitee our related party transactions are as follow:

Related party was defined that the company/individual who has business with Kandi due to the relative of Mr. Hu or equity ownership of Kandi   while its financial are not consolidated into Kandi.

### Sales to related party

| | | Six Months Ended | |
| | | June 30, 2016 | June 30, 2015 |
|---|---|---|---|
| Service Company | | 3,977,568 | - |
| Total | $ | 3,977,568 | - |

### Amount due from related party

| | | June 30, 2016 | December 31, 2015 |
|---|---|---|---|
| Service Company | | 10,957,632 | 40,606,162 |
| Total due from related party | $ | 10,957,632 | 40,606,162 |

The AC board had approved 45M USD amount for the transaction with ZZY in 2016 and Q1 was only 4.0M USD.

Also , Henry Wang explained the company is difficult to provide a guidance for Q3 and the full year at this moment. The central government delayed the subsidy to JV company, which already heavily impact our JV company cash flow and operation, which lead Kandi's outlook uncertain in the third quarter and full year.

In the meeting, Mr. Henry Yu suggested to contact some banks for JV's financing, and Mr. Jerry Lewin suggested that the company needs to think about the long term strategy for the issue of the central government subsidy. And Mr. Chen suggested that Kandi needs to apply the EV production license for its Hainan facility. Henry Wang

**Confidential**

**KANDI-DEL003102**

CONFIDENTIAL

appreciated all these comments and suggestions and will pass these comments and suggestions to Mr. Hu.

At the end of the meeting, the Committee agreed and approved our Form 10-Q and authorized the management to file it with SEC.

The Audit Committee meeting was adjourned at 10:30 p.m. August 1, 2016 U.S Estern Time.

Chairman (Henry Yu)

Jerry Lewin

Chee Lining

**Confidential**

**KANDI-DEL003103**

CONFIDENTIAL

KANDI-SDNY_00082782

appreciated all those comments and suggestions and will pass those comments and suggestions to Mr. Hu.

At the end of the meeting, the Committee agreed and approved our Form 10-Q and authorized the management to file it with SEC.

The Audit Committee meeting was adjourned at 10:30 p.m. August 1, 2016 U.S Estern Time.


Chairman (Henry Yu)


08/2/16

Iuvis Lewin


Chen Liming


**Confidential**

**KANDI-DEL003104**

CONFIDENTIAL

appreciated all those comments and suggestions and will pass those comments and suggestions to Mr. Hu.

At the end of the meeting, the Committee agreed and approved our Form 10-Q and authorized the management to file it with SEC.

The Audit Committee meeting was adjourned at 10:30 p.m. August 1, 2016 U.S Estern Time.


Chairman (Henry Yu)


Jerry Lewin


Chen Liming

**Confidential**

**KANDI-DEL003105**

CONFIDENTIAL

KANDI-SDNY_00082784