# EXHIBIT 6

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


SRINIVASAN VENKATARAMAN,          )

INDIVIDUALLY AND ON               )

BEHALF OF ALL OTHERS SIMILARLY )

SITUATED,                         )

        PLAINTIFF,                )

  Vs.                             ) Case No.

KANDI TECHNOLOGIES GROUP, INC.,) 20 CIV. 8082(LGS)

XIAOMING HU, CHENG WANG, BING  )

MEI, LIMING CHEN,                 )

JERRY LEWIN, AND HENRY YU,     )

        DEFENDANTS                )

_____)

        C O N F I N D E N T I A L

    (PURSUANT TO AGREEMENT, THIS TRANSCRIPT HAS BEEN

            DESIGNATED CONFIDENTIAL)


    REMOTE VIDEOTAPED DEPOSITION OF XIAOMING HU

            TUESDAY, SEPTEMBER 12, 2023


REPORTED BY:

D'ANNE MOUNGEY, CSR No. 7872

JOB NO. 6085503

Page 1

CONFIDENTIAL

MR. LOMUSCIO:  It might be helpful for the    11:36:56

witness, I believe above the page above has the    11:36:59

translated -- yeah.    11:37:03

BY MR. SAMS:    11:37:15

Q    Mr. Hu, is the response that is listed in    11:37:16

Mandarin at the bottom of page 4302, an accurate    11:37:22

response to the question above it?    11:37:27

A    Oh, this reply must be correct.    11:37:53

Q    What is ZZY?    11:38:01

A    ZZY is an operating company.    11:38:04

Q    Do you have an affiliation with ZZY?    11:38:20

MR. LOMUSCIO:  Objection to form.    11:38:28

THE WITNESS:  Yes, yes.  ZZY is a company    11:38:45

that operates on the sales of the electronic vehicles    11:38:56

purchased from Kandi.    11:39:04

Back then Kandi had a certain percentage of    11:39:07

ownership in the company.  I don't recall exactly.  I    11:39:12

think it was 9 percent or 10 percent of the ownership of    11:39:16

the company.    11:39:22

BY MR. SAMS:    11:39:24

Q    When did Kandi acquire ownership in ZZY?    11:39:25

A    At the inception of the company we already    11:39:29

participated in it because this company was supposed to    11:40:10

be a part of our entire operation because we manufacture    11:40:15

motor vehicles and this company was supposed to operate    11:40:23

Page 49

CONFIDENTIAL

the motor vehicles.    11:40:29

So when it was first established -- by the    11:40:31
way, I think it was established in 2013, or something    11:40:37
like that, we already joined in its establishment.    11:40:41

Q    Going back to the response to the question    11:40:59
that we -- or questions that we discussed previously,    11:41:01
were national subsidies paid for fourth quarter of 2015    11:41:11
and the first quarter of 2016?    11:41:18

A    That is very difficult for me to answer your    11:41:24
question.    11:42:01

According to the government documents, the    11:42:02
subsidy payments are paid in advance in the beginning of    11:42:06
the year and are settled in the end of the year, but    11:42:15
that's what the government document says.    11:42:28

But there's a delay.  And the delay is caused    11:42:35
by, I believe, the type on the part of the government,    11:42:38
so it's very hard for me to tell you if it was paid or    11:42:50
not.    11:42:55

Q    I believe previously you testified that this    11:43:00
response was accurate; is that correct?    11:43:03

MR. LOMUSCIO:  Objection to form.    11:43:16

THE WITNESS:  Which statement?    11:43:19

BY MR. SAMS:    11:43:22

Q    National subsidy will be paid in the    11:43:22
following two quarters.    11:43:25

Page 50

CONFIDENTIAL

Q    Are you aware of a Jerry Lewin who served on the company's audit committee?    12:42:09  12:42:11

A    Jerry, right.  Jerry, I do.  I do.    12:42:34

Q    Was Mr. Chen aware of the company's ownership interest in ZZY in 2015?    12:42:46  12:42:51

A    I don't recall the details, but I think the ownership interest in ZZY was discussed at our board meetings or not.  I don't recall exactly, but it was supposed to be known by everyone.  This is no secret.    12:42:54  12:43:23  12:43:30  12:43:36

Q    Did Kandi inform the company's shareholders of its interest in ZZY in 2015?    12:43:48  12:43:53

A    I don't believe it was disclosed in 2015.  I think it was disclosed in 2013 when the company was first incorporated.    12:43:57  12:44:26  12:44:29

MR. SAMS:  Perhaps would now be a good time to take a break?    12:44:40  12:44:43

THE VIDEOGRAPHER:  Going off the record.  The time is 12:44 a.m.    12:44:44  12:44:47

(Whereupon, a recess was held from 12:44 a.m. to 1:20 a.m.)    12:44:47  13:20:43

THE VIDEOGRAPHER:  Back on the record.  The time is 1:20 a.m.    13:20:43  13:20:48

BY MR. SAMS:    13:20:50

Q    Mr. Hu, you realize that you are still under oath; correct?    13:20:52  13:20:54

Page 69

CONFIDENTIAL

A    Yes.    13:20:56

MR. SAMS:  I would like to introduce this 13:21:06 next document as an exhibit.  It's Bates stamped KANDI 13:21:08 SDNY06051 and it runs through 6081.  I would like to 13:21:16 mark this document as Exhibit 61. 13:21:45

(Whereupon, Plaintiffs' Exhibit 61 was 13:21:49 marked for identification by the 13:21:49 Court Reporter.) 13:22:12

BY MR. SAMS: 13:22:12

Q    Mr. Hu, did Kandi issue investor 13:22:14 presentations during the year? 13:22:16

A    Presentations, I don't recall. 13:22:19

Q    I would like to direct your attention to 13:22:49 page 30 of this document, which is Bates stamped 06080. 13:22:54

And according to this document, it reflects 13:23:19 an ownership interest in ZZY of 19 percent. 13:23:23

Is that your understanding of what the 13:23:28 ownership interest percentage was as of September 2015? 13:23:32

A    Would you please blow it up for me to get a 13:23:39 closer look at it. 13:24:03

I believe this is correct, because as I said, 13:24:04 we have 55 percent of the ownership in Kandi Electric 13:24:59 Motor, a company.  In other words, we have about 13:25:09 5.5 percent of ownership in Kandi Jinhua. 13:25:15

Q    During your tenure as CEO of Kandi, did 13:25:30

Page 70

CONFIDENTIAL

Kandi's percentage of ownership change in ZZY?    13:25:35

A    No.  I mean, before the transfer of the    13:26:04
ownership, there was no change to the ownership    13:26:18
percentage.  But later on, the ownership was all    13:26:24
transferred to Geely.  After that, we held no more    13:26:35
ownership in it.    13:26:41

Q    But before that transfer, is it your    13:26:47
understanding that the percentage remained 19 percent?    13:26:51

A    Yes, yes.  It goes like this.  We own    13:27:41
55 percent of the joint venture.  When the joint venture    13:27:52
owned 19 percent of the ownership in ZZY, that is    13:27:59
converted to about 9.5 percent of ownership owned by our    13:28:06
Kandi Motors.    13:28:11

Q    And that percentage remained the same; is    13:28:16
that your understanding?    13:28:19

A    Yes.  Before the transfer took place, it    13:28:21
remained in that way.    13:28:31

Q    I would like to turn back to page 21 of this    13:28:39
document, which is Bates stamped 06071.    13:28:43

In July of 2013, it indicates a signed sales    13:29:05
contract for the delivery of 4,000 Kandi brand electric    13:29:12
vehicle units by the end of 2015 for 89 million.    13:29:18

Did you sign a similar contract to that    13:29:56
effect in July of 2015?    13:30:00

A    I don't recall that.  But for sale    13:30:26

Page 71

CONFIDENTIAL

issue as an issue which required immediate action?    16:17:26

            MR. LOMUSCIO:  Objection to the form.    16:17:33

            THE WITNESS:  That is when the government did    16:18:04
not keep their own words, when the government stopped    16:18:08
doing what the policies in the documents said that they    16:18:17
will do, so we found that the government became    16:18:27
unreliable.    16:18:32

BY MR. SAMS:    16:18:34

    Q    When was that?    16:18:35

    A    Back in 2016 -- no.    16:18:36

            We found that as early as in 2015 because the    16:18:52
policies kept changing.    16:18:58

    Q    Did Kandi do anything in 2015 to address the    16:19:04
issues that it learned about related to the government    16:19:10
subsidy issue?    16:19:17

    A    Other than waiting, there was nothing else we    16:19:22
could do about it back then.  Because from 2013 through    16:20:01
2015, Kandi had the biggest production and receipt, a    16:20:06
big amount of subsidies from the government.  So when    16:20:22
the government policies constantly changed, there was    16:20:30
nothing we could do but wait it.    16:20:34

            MR. SAMS:  I would like to introduce this    16:20:41
next document as an exhibit.  This document is Bates    16:20:44
stamped KANDI SDNY09346 through 381.  This document was    16:20:58
previously marked as Exhibit 50 and I would like to    16:21:16

Page 117

CONFIDENTIAL

re-mark this document as Exhibit 50.                16:21:18

    (Whereupon, Plaintiffs' Exhibit 50 was         16:21:23

    marked for identification by the               16:21:23

    Court Reporter.)                                16:21:23

BY MR. SAMS:                                         16:21:49

    Q    I would like to direct your attention to a    16:21:49
page Bates stamped 9375.                             16:21:54

    Moving to the chart at the bottom of this     16:22:31
page, there's some figures here as well as some English   16:22:34
words.  I'm hoping that you will have some understanding   16:22:44
of the figures and the columns that are represented here   16:22:50
to answer some questions about this specific chart.   16:22:56

    Let me first ask, Mr. Hu, have you seen this   16:23:01
document before?                                    16:23:05

    A    I don't recall.                          16:23:24

    Q    Do you have an understanding of what this   16:23:27
chart reflects with respect to sales figures for Kandi?   16:23:30

    A    Our Kandi Group sells parts and components,   16:23:43
but this is -- I think this is from Kandi electric   16:24:15
vehicles.  I think this talks about the sales of like   16:24:26
electric vehicles.                                  16:24:29

    Q    Well, within this chart that's reflected at   16:24:34
the bottom of the page, there are two columns.  One says   16:24:38
"MPT" and the other says "Direct Sales."            16:24:43

    Do you see that?                              16:24:47

Page 118

CONFIDENTIAL

A    I don't see that from my perspective.    16:24:49

Q    Okay.  At the very bottom of this page, there's two columns.    16:25:12    16:25:19

A    What is your question?    16:25:22

Q    There's -- my question:  There's a column that says, "Q1, Q2, Q3, Q4, 2015."    16:25:23    16:25:26

A    Yes.    16:25:39

Q    There's one column that says "MPT"?    16:25:39

A    Yes.    16:25:43

Q    And the next column says "Direct Sales."    16:25:50

What is your understanding of column marked "MPT" means compared to "Direct Sales"?    16:26:03    16:26:06

A    I think it refers to the production, right, in the first quarter.  It produced 1,670 units of vehicles.    16:26:10    16:26:39    16:26:48

Anyway, the total production in 2016 was over 24,000 units of vehicles.    16:26:51    16:27:01

Q    Do you have an understanding of what the term "MPT" means in this chart?    16:27:10    16:27:13

A    In this 2015, the total sales was 24,220 units of vehicle.    16:27:21    16:27:44

Q    Understood.    16:27:53

I'm just trying to get a sense of your understanding of what the second column sales figures represent.    16:27:54    16:27:57    16:28:00

Page 119

CONFIDENTIAL

A    I don't know.  It's my guess.    16:28:14

Okay.  It is a speculation on my part.  The    16:28:35
first column represent the sales to ZZY, the second    16:28:38
column represents the sales -- the direct sales to the    16:28:52
consumers, but that's my speculation.  It may not be    16:28:56
very accurate.    16:29:06

Q    Thank you for that.    16:29:09

MR. SAMS:  I would like to introduce this    16:29:16
next document as an exhibit and this document is Bates    16:29:18
stamped KANDI SDNY02402 through 405 and I would like to    16:29:33
have this marked as Exhibit 24.  It was previously    16:30:01
marked as Exhibit 24, and I would like to re-mark it as    16:30:05
Exhibit 24.    16:30:08

(Whereupon, Plaintiffs' Exhibit 24 was    16:30:09
previously marked for identification by the    16:30:09
Court Reporter.)    16:30:09

BY MR. SAMS:    16:30:55

Q    August of 2016, Mr. Hu, did you have any    16:30:55
discussions with Henry Yu regarding the release of    16:31:01
material information for Kandi?    16:31:07

A    Why did I have to discuss this with Henry Yu?    16:31:37
I would have discussed this with our PR    16:31:42
company.    16:31:47

BY MR. SAMS:    16:31:51

Q    Okay.  To that point, I would like to direct    16:31:51