# EXHIBIT 7

CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


Srinivasan Venkataraman,        )
Individually and on Behalf of )
All Others Similarly            )
Situated,                       )
                                )
            Plaintiff,          )
                                )
        v.                      ) Civil Action No.
                                ) 20 CIV. 8082 (LGS)
Kandi Technologies Group,       )
Inc., Xiaoming Hu, Cheng        )
Wang, Bing Mei, Liming Chen,    )
Jerry Lewin, and Henry Yu,      )
                                )
            Defendants.         )
                                )


REMOTE DEPOSITION OF CHENG WANG
*** CONFIDENTIAL ***


DATE:  Thursday, September 7, 2023
REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
JOB NO. 6085490

Page 1

CONFIDENTIAL

CHENG WANG - CONFIDENTIAL

Q. And within this e-mail, Mr. Yu states in the third paragraph:

"Last quarter, we have a small mistake discrepancy of earning release number in 10-Q    04:32:06AM filing and hope this quarter we would not have the same issue."

Do you see that?

A. Yes.

Q. What was that discrepancy?    04:32:22AM

A. I don't recall.

MR. SAMS:  I'd like to introduce this next exhibit, which is Bates stamped KANDI-SDNY 09346, and it goes through 09381. I'd like to mark this document as Exhibit 50.    04:33:41AM

(Exhibit 50 was received and marked for identification on this date and is attached hereto.)

BY MR. SAMS:

Q. Have you seen this document before?    04:33:55AM

A. This might have been prepared by the investor department.

Q. Is it a document that you've seen?

A. I don't recall.

Q. I'd like to direct your attention to the    04:34:38AM

Page 131

CONFIDENTIAL

CHENG WANG - CONFIDENTIAL

page that's Bates stamped 9375.  And within this

document, there are -- there's a chart that lists

figures by quarter.  One column is referenced

"MPT"; one column is referenced "Direct Sales."          04:35:23AM

        Do you see that?

        A.   Yes.

        Q.   Can you explain what "MPT" stands for?

        A.   These, MPT refers to the related company

sales, like ZZY company.                                 04:36:15AM

        Q.   So the column that's marked "MPT" relates

to the company sales for its related parties; is

that correct?

        A.   Yes.

        Q.   And for the third quarter that's            04:36:41AM

referenced here, the figure, 3,000 MPT sales,

which part or subsidy of Kandi would those sales

be attributed to?

            THE INTERPRETER:  Counsel, can you please

    repeat that question?                                04:37:13AM

        MR. SAMS:  Sure.

BY MR. SAMS:

        Q.   In this chart, there's a figure for --

that says 3,000 for the third quarter for the

company's sales.                                         04:37:26AM

Page 132

CONFIDENTIAL

CHENG WANG - CONFIDENTIAL

A.  Yes.

Q.  So is it your understanding that those sales are all attributable to the company's related parties?                                    04:37:45AM

A.  Yes.

MR. LOMUSCIO:  Objection to the form.

BY MR. SAMS:

Q.  And would that also be true for the 6,474 figure here for fourth quarter that's represented    04:38:01AM here?

A.  That's an estimate.  This report is for which time frame?  I did not see it.  What time frame is that for?

Q.  The first page is dated August 2016.    04:38:41AM

A.  So this is for 2015; right?

Q.  Well, that's my question to you:  Does it appear to be for 2015?

A.  Well, first of all, I need -- okay.  I need to first clarify regarding this PPT when this    04:39:44AM was finished.  Because it was -- if it was done in 2015 in August, then these numbers would be a projection.

But because I was not the one who prepared this -- this document, so I don't know.    04:39:58AM

Page 133