**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Srinivasan Venkataraman, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>Kandi Technologies Group, Inc., Xiaoming Hu, Cheng Wang, Bing Mei, Liming Chen, Jerry Lewin, and Henry Yu,<br><br>        Defendants. | Civil Action No. 20 CIV. 8082 (DEH)<br><br><br>**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUCIATION** |

I, Ex Kano S. Sams II, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all the courts of the State of California and I am admitted *pro hac vice* in this action.  I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of the Loss Causation and Damages Rebuttal Declaration of Dr. Adam Werner dated April 11, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 11th day of April, 2025, at Los Angeles, California.

/s/ Ex Kano S. Sams II
Ex Kano S. Sams II

2