**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SRINIVASAN VENKATARAMAN,
Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-                                  20 **CIVIL** 8082 (DEH)

                                              **JUDGMENT**

KANDI TECHNOLOGIES GROUP, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendants' motion for summary judgment (ECF No. 120) is **GRANTED**, Plaintiff's motion for summary judgment (ECF No. 124) is **DENIED**, and the parties' motion for leave to file reply briefs (ECF No. 131) is **DENIED**; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                          **BY:**      K. Mango

                                                              **Deputy Clerk**